**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
_____ (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**
   S&W Blue Jay Way, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)
   46-2018775

4. **Debtor's address**

   **Principal place of business**
   29138 Pacific Coast Hwy
   Number    Street
   #775
   
   Malibu    CA    90265
   City    State    ZIP Code
   
   Los Angeles
   County

   **Mailing address, if different from principal place of business**
   _____
   Number    Street
   _____
   P.O. Box
   Malibu    CA
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   1627-33 Blue Jay Way
   Number    Street
   _____
   Los Angeles    CA    90069
   City    State    ZIP Code

5. **Debtor's website** (URL) _____

Debtor    **S&W Blue Jay Way, LLC**                                              Case number (*if known*)_____
_____
Name

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☐ None of the above |
| | | |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | | 531000 ___ ___ |

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☑ Chapter 11. *Check **all** that apply*: |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

Debtor    S&W Blue Jay Way, LLC    Case number (*if known*)_____
            Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes.   District _____   When _____   Case number _____
                                            MM / DD / YYYY
            District _____   When _____   Case number _____
                                            MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.   Debtor _____   Relationship _____
             District _____   When _____
                                                          MM / DD / YYYY
             Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                  Number    Street
                                  _____
                                  _____    _____  _____
                                  City                                State  ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

Debtor  **S&W Blue Jay Way, LLC**  
Name

Case number (if known) _____

---

**13. Debtor's estimation of available funds**

Check one:
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated assets**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [x] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8/4/2023  
MM / DD / YYYY

X  /s/ Lisa Strickland        Lisa Strickland  
Signature of authorized representative of debtor    Printed name

Title  Authorized Signatory on behalf of 1966 BJW, LLC, as Managing Member of S&W Blue Jay Way, LLC

---

Debtor  S&W Blue Jay Way, LLC  
      Name

Case number (if known)_____

---

18. **Signature of attorney**  ✗ /s/ Roye Zur      Date  08/04/2023  
      Signature of attorney for debtor        MM / DD / YYYY

Roye Zur  
Printed name  
Elkins Kalt Weintraub Rueben Gartside LLP  
Firm name  
10345 W. Olympic Blvd.  
Number    Street  
Los Angeles     CA     90064  
City     State     ZIP Code  

(310) 746-4495     rzur@elkinskalt.com  
Contact phone     Email address  

273875     CA  
Bar number     State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | S&W Blue Jay Way, LLC |
| United States Bankruptcy Court for the: | Central District of CA (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Los Angeles County Tax Collector<br>500 W Temple Street, Los Angeles, CA 90012 | | Unpaid Taxes | | | | $322,070 |
| 2 | 180 PCH, LLC<br>6320 Canoga Ave., Ste 1700<br>Woodland Hills, CA 91367 | | Loan | | | | $80,419 |
| 3 | Green Acres, LLC<br>29138 Pacific Coast Hwy #775<br>Malibu, CA 90265 | | Loan | | | | $32,500 |
| 4 | City of Los Angeles<br>200 N. Main St., Room 1240<br>Los Angeles, CA 90012 | | Grading bond | Contingent | | | $595,526 |
| 5 | City of Los Angeles<br>200 N. Main St., Room 1240<br>Los Angeles, CA 90012 | | Lateral support bond | Contingent | | | $107,000 |
| 6 | City of Los Angeles<br>200 N. Main St., Room 1240<br>Los Angeles, CA 90012 | | Import/export payment bond | Contingent | | | $775,000 |
| 7 | Cohen Williams LLP<br>724 S. Spring St., 9th Floor<br>Los Angeles, CA 90014 | | Legal services | | | | $28,530 |
| 8 | ECAMSECURE<br>3400 E. Airport Way<br>Long Beach, CA 90806 | | Services | | | | $3,958.78 |

Debtor    S&W Blue Jay, LLC
Name

Case number (*if known*)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Golden Seven Trucking, Inc. 33014 Malinta Ave. Acton, CA 93510 | | Services | | | | $33,000 |
| 10 | Grover-Hollingsworth & Associates, Inc. 31129 Via Colinas, Ste. 707 Westlake Village, CA 91362 | | Services | | | | $20,000 |
| 11 | WREG LLC PO Box 6528 Malibu, CA 90264 | | Expense reimbursement | | | | $4,208.44 |
| 12 | Harrison Design 6430 W. Sunset Blvd., Suite 1506 Los Angeles, CA 90028 | | Services | | | | $18,299 |
| 13 | HUB International Insurance Services Inc. 3660 Wilshire Blvd, #424 Los Angeles, CA 90010 | | Insurance | | | | $5,967 |
| 14 | John Labib Structural Engineers LLP 319 Main St. El Segundo, CA 90245 | | Services | | | | $2,225 |
| 15 | Leon Krous Drilling Inc. 9300 Borden Avenue Sun Valley, CA 91352 | | Services | | | | $25,000 |
| 16 | Peak Surveys 2488 Townsgate Rd. #D Westlake Village, CA 91361 | | Services | | | | $2,070.72 |
| 17 | Sami Hayek LLC 9663 Santa Monica Blvd. #909 Beverly Hills, CA 90210 | | Services | | | | $20,654.52 |
| 18 | SPF Architects 8609 Washington Blvd. Culver City, CA 90232 | | Services | | | | $59,844.99 |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Los Angeles County Tax Collector
500 W Temple Street
Los Angeles, CA 90012


180 PCH LLC
6320 Canoga Ave
Suite 1700
Woodland Hills, CA 91367


Green Acres LLC
29138 Pacific Coast Hwy 775
Malibu, CA 90265


City of Los Angeles
200 N Main Street
Room 1240
Los Angeles, CA 90012


Cohen Williams LLP
724 S Spring Street
9th Floor
Los Angeles, CA 90014


ECAMSECURE
3400 E Airport Way
Long Beach, CA 90806


Golden Seven Trucking, Inc
33014 Malinta Ave
Acton, CA 93510


Grover-Hollingsworth & Associates Inc
31129 Via Colinas
Suite 707
Westlake Village, CA 91362

Harrison Design
6430 W Sunset Blvd
Suite 1506
Los Angeles, CA 90028


HUB International Insurance Services Inc
3660 Wilshire Blvd Unit 424
Los Angeles, CA 90010


John S Moreiko
c/o Lenders TD Service Inc
2422 Avenida De La Carlotta Suite 280
Laguna Beach, CA 92653


Robert Cohen
Trustee
333 N La Peer Dr
Beverly Hills, CA 90211


Blue Jay 180, LLC
c/o Ronald N. Richards
PO Box 11480
Beverly Hills, CA 90213


Diana Torres-Brito
Prober & Raphael ALC
20750 Ventura Blvd Suite 100
Woodland Hills, CA 91364


John Labib Structural Engineers LLP
319 Main St
El Segundo, CA 90245


Leon Krous Drilling Inc.
9300 Borden Avenue
Sun Valley, CA 91352

Peak Surveys
2488 Townsgate Rd Unit D
Westlake Village, CA 91361


Sami Hayek LLC
9663 Santa Monica Blvd
Suite 909
Beverly Hills, CA 90210


SPF Architects
8609 Washington Blvd
Culver City, CA 90232


WREG LLC
PO Box 6528
Malibu, CA 90264


HS Blue Jay Way LLC
c/o Paracorp Incorporated
2804 Gateway Oaks Dr
Sacramento, CA 95833


1966 BJW LLC
c/o Paracorp Incorporated
2804 Gateway Oaks Dr
Sacramento, CA 95833

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP<br>Roye Zur, State Bar No. 273875<br>    rzur@elkinskalt.com<br>10345 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>Telephone: (310) 746.4400<br>Facsimile: (310) 746.4499<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for Debtor* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br>S&W Blue Jay Way, LLC<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____    _____
                                                                Signature of Debtor 1

Date: _____    _____
                                                                Signature of Debtor 2 (joint debtor) (if applicable)

Date: August 4, 2023                            /s/ Roye Zur
                                                                _____
                                                                Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

# WRITTEN CONSENT OF THE MANAGING MEMBERS OF
## S&W BLUE JAY WAY, LLC
### a California limited liability company

### August 4, 2023

The undersigned Managing Members of S&W Blue Jay Way, LLC, a California limited liability company (the "Company"), acting by the authority granted to them by the Company's Operating Agreements, as amended, hereby consent to the adoption of the following resolutions.

**WHEREAS**, the lenders holding the senior deed of trust on the Company's primary asset, the real property located at 1627-1633 Blue Jay Way, Los Angeles, CA 90069 (the "Property"), have commenced non-judicial foreclosure proceedings against the Property.

**WHEREAS**, the Managing Members have evaluated various alternatives to maximize the value of the Property for the benefit of all creditors and the members of the Company.

**WHEREAS**, the Managing Members have determined that it is advisable and in the best interests of the Company, its creditors, its owners/members, and other interested parties that a voluntary petition (the "Bankruptcy Case") be filed by the Company under the provisions of Chapter 11 of Title 11 of the United States Code.

**NOW, THEREFORE, BE IT RESOLVED,** that one of the Company's Managing Members, 1966 BJW, LLC, a Delaware limited liability company ("BJW"), by and through its authorized signatory, shall be and hereby is authorized, empowered, and directed, in the name of and on behalf of the Company, to execute and deliver the voluntary petition necessary for the commencement of the Bankruptcy Case.

**RESOLVED FURTHER**, that one of the Company's Managing Members, HS Blue Jay Way, LLC, a California limited liability company ("HS"), by and through its authorized signatory, shall be and hereby is authorized, empowered, and directed, in the name of and on behalf of the Company, to execute and deliver the schedules, statements, and other forms required to be filed with the voluntary petition in the Bankruptcy Case.

**RESOLVED FURTHER**, that all acts lawfully done, or actions lawfully taken by BJW and HS in commencing the Bankruptcy Case, be and hereby are, adopted, ratified, and approved in all respects as the acts and deeds of the Company.

**RESOLVED FURTHER**, that nothing in these Resolutions shall affect the consents required under the Company's Operating Agreement (as amended) for the approval of various further actions that may be taken on behalf of the Company, whether in the Bankruptcy Case or otherwise.

/ / /

/ / /

5140326

**RESOLVED FURTHER**, that this consent may be executed in one or more counterparts, and each counterpart shall be deemed an original together constituting one instrument.

**IN WITNESS WHEREOF**, the undersigned, being the Managing Members of the Company, have executed this document on and as of the date first set forth above.

S&W Blue Jay Way, LLC
a California limited liability company

By: 1966 BJW, LLC
a Delaware limited liability company

Its: Managing Member

By: _____
Name: Richard Weintraub
Title: Authorized Signatory

Dated: 8/4/2023


By: HS Blue Jay Way, LLC
a California limited liability company

Its: Managing Member

By: _____
Name: Hushmand Sohaili
Title: Authorized Signatory

Dated: 8/4/2023

5140326