ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
*rzur@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Proposed Attorneys for Debtor-in-Possession
S&W Blue Jay Way, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION**

In re

S&W BLUE JAY WAY, LLC,

Debtor and
Debtor-in-Possession.

Case No. 9:23-bk-10672-RC

Chapter 11

**DEBTOR'S MOTION FOR ORDER APPROVING BIDDING PROCEDURES FOR THE SALE OF THE DEBTOR'S REAL PROPERTY; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF HUSHMAND SOHAILI**

[Request for Judicial Notice Filed Concurrently Herewith]

[Local Bankruptcy Rule 6004-1(b)(1)]

**Hearing Date & Time:**
Date: August 22, 2023
Time: 2:00 p.m.
Place: Courtroom 201
1415 State Street
Santa Barbara, CA

Hon. Ronald A. Clifford III

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

S&W Blue Jay Way, LLC (the "Debtor"), debtor and debtor-in-possession in the above-referenced Chapter 11 case, by and through its counsel of record, hereby submits this motion pursuant to Sections[1] 105(a) and 363 of the Bankruptcy Code, and Bankruptcy Rules 2002, 6004, 6006, and 9014 (the "Motion") for entry of an order approving bid procedures for the sale of the Debtor's real property located at 1627-1633 Blue Jay Way, Los Angeles, California 90069, together with all rights appurtenant thereto (the "Property"), substantially in the form attached hereto as Exhibit "1" (the "Bidding Procedures") and approving notices and other relief related to the foregoing.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

The Debtor seeks the Court's approval of procedures for the sale of the Property. The Bidding Procedures are attached hereto as **Exhibit 1**.[2] For the reasons set forth below, the Bidding Procedures are reasonable. The Bidding Procedures are intended to foster competitive bidding among serious and qualified potential bidders, and help ensure that the highest and best price is received for the Property. The Bidding Procedures contain the types of overbid provisions typically approved by bankruptcy courts, including courts in this district. The process to become a qualified bidder, the deadline for qualified overbids, and the minimum bidding increments should foster, not chill, competitive bidding. Finally, the Bidding Procedures have been reviewed and are supported by the Debtor's senior lienholders. Accordingly, and as further detailed herein, the Bidding Procedures should help ensure that the highest and best price is received for the Property.

## II. BACKGROUND

### A. Commencement of the Case

On August 4, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor is "single asset real estate" debtor within

---

[1] Unless otherwise indicated, all chapter and section references are to the Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"). All references to a "Chapter" or "Section" shall be to the Bankruptcy Code. "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure Rules 1001- 9037.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Bidding Procedures.

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

the meaning of Section 101(51B).

**B. <u>The Property</u>**

The Property is a residential lot in the famed "Birds" streets in Los Angeles, north of the Sunset Strip. For over ten years prior to the Petition Date, the Debtor has done an enormous amount of work and spent millions of dollars to develop, design the Property, and construct a 11,517 square foot luxury home with a 1,500 square foot rooftop deck with some of the best views in the neighborhood. The Debtor has invested over $8.5 million of its own funds in addition to the proceeds it has received from its lenders. The Debtor originally obtained permits from the Los Angeles Department of Building & Safety (LADBS) to construct the designed home back in 2015. Although construction did not begin immediately, beginning in 2017, the Debtor performed the grading and temporary shoring work at a cost of over $1.5 million, which work can be readily observed by any party visiting the Property. Since then, no major construction has taken place, but a revised, by-right application has been submitted to obtain new permits to construct the 11,517 square foot home and 1,500 square foot rooftop deck. That application is currently pending and is expected to be fully approved in roughly 90 days. The Debtor has expended over $1.5 million of its own funds on grading and temporary shoring to vest its entitlements. A marketing package for the Property is attached as Exhibit B to the Declaration of Hushmand Sohaili.

**C. <u>Liens Against the Property</u>**

Two liens are asserted against the Property: (1) a senior deed of trust held by John S. Moreiko and certain other lenders (the "Senior Lienholders") in the amount of $4,301,753.50; and (2) a disputed junior deed of trust originally granted to Robert Cohen as Trustee of the Cohen Family Trust Dated March 13, 1986 as Restated December 31, 2005 (the "Cohen Trust" or the "Disputed Junior Lienholder") – a 10% owner of a profits interest and member in the Debtor. The loan originally made by the Cohen Trust purportedly was assigned in April 2023 – after Notices of Default were issued (and collection efforts made) – to Blue Jay 180, LLC ("BJ 180").[3] The

---

[3] The Debtor believes that the beneficial interests in the Disputed Junior Lienholder are owned by the beneficiaries of the Cohen Trust.

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

Disputed Junior Lienholder and the Cohen Trust assert a claim in the amount of $1,950,000, plus unknown fees and costs. All claims of the Disputed Junior Lienholder are disputed by the Debtor as set forth in detail below, and the Cohen Trust – as a member of the Debtor and lender – is subject to affirmative claims by the Debtor's bankruptcy estate.

**1. The Senior Loan**

On or about May 5, 2017, the Debtor obtained a loan in the amount of $3,725,000 from the Senior Lienholders (the "Senior Loan"). The Debtor regularly serviced the Senior Loan until it defaulted in October 2022.

On or about March 15, 2023, the Senior Lienholders recorded a notice of default with respect to the Senior Loan. On July 3, 2023, the Senior Lienholders recorded a notice of sale.

For a period of several months preceding the Petition Date, the Debtor engaged in numerous conversations with the Senior Lienholders in an attempt to reach agreement on an orderly sale of the Property to maximize its value for all stakeholders. To accommodate those conversations, the Senior Lienholders agreed to extend the date of the trustee's sale multiple times.

As a result of those conversations, the Senior Lienholders have agreed to an orderly sale of the Property pursuant to Section 363. To allow the sale to proceed, the Senior Lienholders have further agreed to carve out $500,000 from their secured claim to pay administrative expenses and unsecured claims, provided that (1) the auction of the Property takes place within approximately 60 days of the Petition Date with the closing of the sale to occur shortly thereafter; (2) the sale results in a payment from escrow of $3,550,000 to the Senior Lienholders; and (3) any unused amount remaining from the $500,000 carveout will be paid to the Senior Lienholders as a secured claim under the Debtor's Chapter 11 plan. The Debtor and the Senior Lienholders agree that a sale under these circumstances, and pursuant to the procedures proposed herein, will maximize the value of the Property for the benefit of all stakeholders with allowed claims and interests.

**2. The Disputed Junior Loan**

On or about February 26, 2013, the Debtor obtained a loan from the Cohen Trust (the predecessor in interest to the Disputed Junior Lienholder) in the amount of $2,500,000 (the "Disputed Junior Loan"). The Disputed Junior Loan was made in connection with the acquisition

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

of the Property. The Cohen Trust is a 10% member in the Debtor and almost certainly a non-statutory insider of the Debtor. The Disputed Junior Loan is subject to a 12% rate of interest.[4]

During the approximate 10-year period between the making of the Disputed Junior Loan and September 2022, the Debtor paid over $1.96 million in interest to the Cohen Trust on the Disputed Junior Loan, and another $550,000 in principal payments to the Cohen Trust. These payments were funded by the other members of the Debtor (and principally the two managing members. Unfortunately, in or about the fourth quarter of 2022, the Cohen Trust breached its agreement to extend the loan and instead demanded that the Disputed Junior Loan be paid immediately. The Debtor after such breach by the Cohen Trust. ceased making payments on the Disputed Junior Loan as well as the senior loan.

In January 2023, the Cohen Trust initiated a non-judicial foreclosure on the Property by recording a Notice of Default, which alleged that the amount owing on the Disputed Junior Loan as of December 31, 2022, was $2,816,542.45. Since that time, neither the Cohen Trust nor its purported successor in interest – the Disputed Junior Lienholder – has proceeded with the non-judicial foreclosure.

On June 22, 2023, the Disputed Junior Lienholder filed a Complaint in the Los Angeles County Superior Court against the Debtor and multiple other defendants, seeking a judicial foreclosure on the Property, as well as a declaration that the Disputed Junior Loan is exempt from California's prohibition on usury[5] (or, if not exempt, seeking a declaration that the Cohen Trust could reduce the rate to the legal limit). The Complaint filed by the Disputed Junior Lienholder is unsigned, omits exhibits referenced therein, and has not been served. A copy of the Complaint is attached as Exhibit A to the appended Request for Judicial Notice ("RJN").

The Disputed Junior Lienholder's claim is subject to a bona fide dispute for multiple independent reasons.

---

[4] The Disputed Junior Loan predates the senior loan but is junior in right to that loan as a result of a subordination.

[5] The Complaint asserts one basis for exempting the Disputed Junior Loan from the prohibition on usury, which is wholly inapplicable. The Debtor will address the usury issues at an appropriate time and pursuant to an appropriate procedure.

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

First, the loan made by the Disputed Junior Lienholder is subject to an interest rate of 12%, and is therefore usurious under California law. Indeed, the dispute regarding the usurious nature of the loan made by the Disputed Junior Lienholder is the subject of a lawsuit filed by the Disputed Junior Lienholder against the Debtor and others on June 22, 2023. *See* RJN, Ex. A, at ¶ 24 and pp. 19-20 (seeking declaration that loan is exempt from usury prohibition). The loan does not have a usury savings clause, and therefore the Cohen Trust cannot avoid the consequence of making a usurious loan by a post hoc reduction of the interest rate.

Because the Disputed Junior Lienholder's loan is usurious, the Debtor is entitled to offset all interest payments against principal, and also may be entitled to three times the amount of interest paid to the Cohen Trust for a period of one year and could be further liable for punitive damages. In the ten-year period since the making of the usurious Disputed Junior Lienholder's loan, the Debtor has paid the Cohen Trust a whopping **$1,966,595.76** in interest alone. As such, it is likely that the Disputed Junior Lienholder's claim will be reduced to zero, and that the Disputed Junior Lienholder and the Cohen Trust will be liable to the Debtor's estate for hundreds of thousands – if not millions – of dollars in damages and attorneys' fees arising from its breach and unlawful actions.

Second, the Debtor contends that it has another cause of action against the Disputed Junior Lienholder for breach of a 2013 Indemnity Agreement, which was executed with the Cohen Trust contemporaneously with the making of the Disputed Junior Loan, arising from the Cohen Trust's refusal to abide by its agreement to subordinate its junior deed of trust to a deed of trust securing a construction loan, and to co-sign a construction loan that would allow the construction of the permitted house. The Cohen Trust's actions prevented Debtor's development and completion of the house on the Property and resulted in millions of dollars in damages. The Debtor contends that it incurred damages of over $20 million (comprising actual losses exceeding $8.5 million and lost profits exceeding $12 million), which would entirely offset the Disputed Junior Lienholder's and Cohen Trust's claim, and recovery of which from the Cohen Trust would allow the Debtor to pay all creditors and make a distribution to equity holders in Debtor.

Third the Cohen Trust, as a member of the Debtor, owes fiduciary duties under California

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

law, including to act in accordance with the standard of good faith and fair dealing in its dealings with the Debtor. In its actions in administering, collecting, and managing the subject loan amongst other matters and its relationship with the Debtor, the Cohen Trust has violated its duties as a member, subjecting it to actual and punitive damages.

In sum, for the reasons that will be explained more fully in the Debtor's sale motion, a sale of the Property free and clear of the Senior Lienholders' lien is authorized by Section 363(f)(2). As to the lien of the Disputed Junior Lienholder, a sale of the Property free and clear of that lien is authorized by Section 363(f)(4) (because it is subject to a bona fide dispute as acknowledged by the Disputed Junior Lienholder itself) and (f)(5) (because it is a junior lien that would be compelled to accept a money satisfaction in a foreclosure scenario).

**D. <u>Pre-Petition Marketing of the Property</u>**

The Debtor believes, based on pre-petition activity by potential buyers as well as recent positive progress on entitlements on the Property, that a marketing of the Property and sale pursuant to Section 363 will result in a robust auction and maximize the value of the Property for the benefit of the estate.

During the approximate 12-month period prior to the Petition Date, multiple qualified buyers made offers to purchase the Property at prices substantially in excess of the amount owed to the Senior Lienholders. However, as a result of the uncertainty caused by the Cohen Trust's actions, potential buyers have been reluctant to proceed with a sale and have, instead, attempted to discuss opportunities to purchase the Property at a foreclosure sale (calculating that such sale with incomplete marketing of the status of the entitlements and the Property will allow those buyers to purchase the Property at a discount).

Additionally, over the last 90 days, the Debtor – working with the Senior Lienholders – sought and obtained grandfathered entitlements. Having these entitlements in place will greatly increase the value of the Property to a potential purchaser. *See* Ex. B to Declaration of Hushmand Sohaili (marketing materials and entitlement information from the architect and Crest, a well-regarded land use expediter with the City of Los Angles). The Debtor strongly believes that this development will greatly enhance the value of the Property and increase the interest of potential

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

bidders.

## III. PROPOSED BIDDING PROCEDURES

The Bidding Procedures are attached hereto as **Exhibit 1**. The salient terms of the Bidding Procedures are summarized as follows:[6]

1. **Due Diligence.** Subject to Section 1, any due diligence must be completed by the Bid Deadline (as defined below). The Debtor may withhold due diligence if the Potential Bidder does not become, or the Debtor determines, in its discretion, that the Potential Bidder is not likely to become, a Qualified Bidder.

2. **Selection of Stalking Horse Bidder and Related Bid Protections.** The Debtor shall be authorized in the reasonable exercise of its business judgment, to enter into a stalking horse agreement with a Qualified Bidder (the "Stalking Horse Bidder") for the sale of the Property. In the event that the Stalking Horse Bidder is not the Winning Bidder (as defined below), the Debtor shall be authorized to pay the Stalking Horse Bidder an actual expense reimbursement up to $25,000 (the "Expense Reimbursement") and a break-up fee of $50,000 (the "Break-Up Fee"). Any expense reimbursement and break-up fee that becomes due and owing shall be paid directly from escrow to the Stalking Horse Bidder out of the sale proceeds by wire transfer of immediately available funds to the account specified by the Stalking Horse Bidder. If, prior to the expiration of the Due Diligence Period, the Stalking Horse Bidder waives contingencies and elects to proceed with the sale, an overbidder is the Winning Bidder, and the Court denies the motion to approve the sale of the Property, then the Stalking Horse Bidder shall still be entitled to payment of the Expense Reimbursement. The Stalking Horse Bidder's right to the Break-Up Fee and the Expense Reimbursement, to the extent that either or both become due, will constitute super-priority administrative expense claims pursuant to §§ 364 and 503 of the Bankruptcy Code with priority over any and all other administrative expense claims and senior to any and all other super-priority administrative expense claims.

[6] The summary of the Bidding Procedures is provided solely for informational purposes and the Bidding Procedures' terms are controlling should any discrepancy between the terms discussed in the Motion and the Bidding Procedures arise.

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

3. **The Bid Deadline.** The Bid Deadline is 5:00 p.m. (P.S.T.) on the 60th day after entry of an order granting the Motion.

4. **Qualified Bid Requirements**. Only "Qualified Bidders" may bid on the Property. To become a Qualified Bidder, any person or entity who wishes to bid (each such person or entity, a "Potential Bidder") must, by the Bid Deadline, deliver to the Debtor's counsel the following:

a. fully executed transaction document in the form of a *Vacant Land Purchase Agreement and Joint Escrow Instructions* (C.A.R. Form VLPA), contemplating the purchase of the Property "as is," "where is," and "with all faults," providing that it is irrevocable, unconditional, not subject to any further due diligence, subject only to Court approval and delivery of a title policy, and proposing an unconditional closing by no later than 20 days after the entry of an order by the Court approving the sale;

b. written evidence reasonably acceptable to the Debtor demonstrating appropriate corporate authorization to consummate the proposed transaction; provided, however, that, if the bidder is an entity specially formed for the purpose of effectuating the transaction, then the bidder must furnish written evidence reasonably acceptable to the Debtor of the approval of the transaction by the equity holder(s) of such bidder;

c. a non-refundable cash deposit in the amount of fifteen percent (15%) of the bid's proposed purchase price to a non-interest bearing escrow account to be identified and established by the Debtor (the "Deposit"); and

d. written evidence that the Debtor reasonably concludes demonstrates that the bidder has the necessary financial ability to close the transaction. Such information should include, inter alia, (i) evidence of the bidder's internal resources and proof of any debt or equity funding commitments that are needed to close the transaction; (ii) the bidder's current financial statements (audited if they exist); and (iii) any such other form of financial disclosure or credit-quality support information or enhancement reasonably acceptable

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

to the Debtor demonstrating that such bidder has the ability to close the transaction; provided, however, that the Debtor shall determine, in its reasonable discretion, in consultation with the Debtor's advisors, whether the written evidence of such financial wherewithal is reasonably acceptable, and shall not unreasonably withhold acceptance of a bidder's financial qualifications.

5. **Determination of Qualified Bidder Status.** The Debtor shall determine whether a bid is a Qualified Bid, taking into determination any factors the Debtor reasonably deems relevant to the value of the Qualified Bid to the estate, including, inter alia: (a) the amount and nature of the consideration; (b) the ability of the Qualified Bidder to close the proposed transaction; (c) the proposed closing date and the likelihood, extent and impact of any potential delays in closing; (e) any purchase price adjustments; (f) the impact of the transaction on any actual or potential litigation; and (g) the net after-tax consideration to be received by the Debtor's estate (collectively, the "Bid Assessment Criteria"). Within seven (7) calendar days of each bidder's timely delivery of all required materials as detailed in the preceding paragraph, the Debtor shall notify each bidder, in writing, as to whether its bid has been deemed a Qualifying Bid. At the conclusion of the bid selection process by the Debtor, which shall be no later than three (3) calendar days prior to the Sale Hearing, the Debtor shall inform each Qualified Bidder of the value of the highest or best Qualifying Bid.

6. **Auction.** Subject to the approval of the Bankruptcy Court, the Debtor seeks to sell the Property at a live (in person) auction sale at the Bankruptcy Court commencing on October 9, 2023 (Pacific Daylight Time) (the "Auction"), with a Bankruptcy Court hearing following the Auction to approve the results of the Auction (the "Sale Hearing") on October 16, 2023. Persons interested in purchasing the Property must submit a Qualifying Bid in writing to the Debtor's counsel by October 6, at 5:00 p.m., (Pacific Daylight Time), (the "Bid Deadline"), unless such date is extended in the discretion of the Debtor and with the consent of the Senior Lienholders.

7. **Overbid Procedures at Auction**. Qualified Bidders may submit subsequent bids for the purchase of the Property at the Auction, provided: (i) the initial bid at the Auction must

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

exceed the highest or best Qualifying Bid (including any applicable Bid Protections) by at least One Hundred Thousand Dollars ($100,000) (the "Initial Overbid"); (ii) each subsequent bid must exceed the previous bid by Fifty Thousand Dollars $50,000 (the "Bidding Increment"); and (iii) any Qualified Bidder who submits a subsequent bid at Auction in excess of its Qualifying Bid must provide evidence that it has the financial capability to consummate the transaction at the new, higher purchase price. The Debtor, in consultation with the Senior Lienholders, may modify the Initial Overbid and Bidding Increment (or otherwise amend the Bidding Procedures) at any time during the Auction.

8. **Selection of Winning Bid and Back-Up Bid**. At the conclusion of Auction, the Debtor shall select the highest and/or best bid, subject to objections, to be presented to the Bankruptcy Court at the Sale Hearing. At the Sale Hearing, the Debtor, subject to the Bankruptcy Court's approval, shall determine (i) which bid constitutes the best offer (the "Winning Bid" and such bidder, the "Winning Bidder"); and (ii) the next best bid (the "Back-Up Bid" and such bidder, the "Back-Up Bidder").

9. **Additional Procedures**. The Debtor may announce additional procedural rules for the submission of bids that are reasonable under the circumstances so long as such rules are not inconsistent with these Bidding Procedures. Additionally, the Debtor will be authorized to modify the Bidding Procedures in its reasonable business judgment in any manner that will best promote the goals of the bidding process or impose additional terms and conditions on the sale of the Property, including, without limitation: (a) extending the deadlines set forth in the Bidding Procedures; (b) adding procedural rules that are reasonably necessary or advisable under the circumstances for conducting the Auction (e.g., the amount of time to make subsequent overbids, whether a non-conforming bid constitutes a Qualified Bid); and (c) rejecting any or all bids or Qualified Bids, provided that such modifications and/or additional terms and conditions are not materially inconsistent with the provisions of the Order approving the Bidding Procedures.

## IV. ARGUMENT

### A. The Bidding Procedures Are Appropriate and Will Maximize Value

"In Chapter 11 cases where no trustee is appointed, [11 U.S.C.] § 1107(a) provides that the

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

debtor-in-possession, *i.e.*, the debtor's management, enjoys the powers that would otherwise vest in the bankruptcy trustee. Along with those powers, of course, comes the trustee's fiduciary duty to maximize the value of the bankruptcy estate." *See Mushroom Transp. Co., Inc.*, 382 F.3d 325, 339 (3d Cir. 2004); *see also In re Food Barn Stores, Inc.*, 101 F.3d 558, 564-65 (8th Cir. 1997). The debtor-in-possession's fiduciary duty to maximize includes the "duty to protect and conserve property in its possession for the benefit of creditors." *In re Marvel Entm't Grp., Inc.*, 140 F.3d 463, 474 (3d Cir. 1998). Accordingly, courts acknowledge that procedures intended to enhance competitive bidding are consistent with the goal of maximizing the value received by the estate and are appropriate in the context of bankruptcy transactions. *See, e.g.*, *In re O'Brien Envtl. Energy, Inc.*, 181 F.3d 527, 537 (3d Cir. 1999).

To that end, courts have long recognized that establishing bidding procedures in advance of a sale hearing itself often facilitates the process and the debtor's ability to increase the value ultimately realized by the estate by creating a well-defined and orderly forum in which potential bidders are provided a fair opportunity to submit competing offers, ensuring fair comparability among the bids received, and encouraging an originally proposed purchaser to proceed with a proposed transaction by granting certain protections against the risk that the ostensible purchaser would otherwise bear in its entirety by having its offer exposed to overbids. *See In re Fin. News Network, Inc.*, 126 B.R. 152, 156 (S.D.N.Y. 1991); *see also Doehring v. Crown Corp. (In re Crown Corp)*, 679 F.2d 774, 775 (9th Cir. 1982) (noting that the district court has required specified minimum overbid amounts, deposits, and the form of purchase agreement to be used by bidders).

Courts have made clear that a debtor's business judgment is entitled to substantial deference with respect to the procedures to be used in selling an estate's assets. *See*, *e.g.*, *Schipper*, 933 F.2d at 515 ("Under Section 363, the debtor-in-possession can sell property of the estate … if he has an 'articulated business justification'") (internal citations omitted)); *see also In re Integrated Resources, Inc.*, 147 B.R. 650, 656-57 (S.D.N.Y. 1992) (stating that overbid procedures negotiated by the debtor-in-possession are to be reviewed according to the deferential "business judgment" standard under which such procedures and arrangements are "presumptively

valid"). Bidding procedures under the business judgment standard are "presumptively standard" absent a showing of "bad faith, self-interest, or gross negligence"). "Parties opposing the proposed exercise of a debtor's business judgment have the burden of rebutting the presumption of validity." *Id.* (citing *Aronson v. Lewis*, 473 A.2d 805, 812 (Del. 1984)).

The Bidding Procedures are fair and reasonable, and intended to foster competitive bidding. An established set of court-approved procedures will provide interested parties with certainty regarding the sale process and ensure fairness between bidders. An established process to become a qualified bidder, a deadline for qualified overbids, and established minimum bidding increments, should foster, not chill, competitive bidding. The Bidding Procedures contain the flexibility to allow the Debtor to monetize the Property for the highest and best price for the benefit of the estate. The minimum bid amounts are not intended to, and should not, prevent the submission of bids. The required cash deposit is reasonable and comparable to deposits required in other matters. To become a Qualified Bidder, an interested party must provide information demonstrating the financial wherewithal to close and must commit to close if it is the winning bidder (upon Court approval). Overall, the Bidding Procedures will help the estate secure the highest and best price for the Property and foster a fair, competitive, orderly bidding process among only financially capable bidders who can actually close.

**B. Authority to Provide Stalking Horse Bid Protections Should be Approved**

Break-up fees and other forms of bidding protections are a normal and, in many cases, a necessary component of significant sales conducted pursuant to Section 363 of the Bankruptcy Code. *Integrated Resources, Inc.*, 147 B.R. at 659-60 ( ("Break-up fees are important tools to encourage bidding and to maximize the value of the debtor's assets . . . . In fact, because the . . . corporation has a duty to encourage bidding, break-up fees can be necessary to discharge [such] duties to maximize value."). Bid protections "may be legitimately necessary to convince a 'white knight' bidder to enter the bidding by providing some form of compensation for the risks it is undertaking." *In re 995 Fifth Ave. Assocs., L.P.*, 96 B.R. 24, 28 (Bankr. S.D.N.Y. 1989) (bid protections "may be legitimately necessary to convince a 'white knight' bidder to enter the bidding by providing some form of compensation for the risks it is undertaking."); *Integrated Resources*,

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

147 B.R. at 660-61 (bid protections can prompt bidders to commence negotiations and "ensure that a bidder does not retract its bid"); *In re Hupp Int'l Indus., Inc.*, 140 B.R. 191, 194 (Bankr. N.D. Ohio 1992) ("[W]ithout such fees, bidders would be reluctant to make an initial bid for fear that their first bid will be shopped around for a higher bid from another bidder who would capitalize on the initial bidder's . . . due diligence."). As a result, courts routinely approve bid protections similar to the Stalking Horse Bid Protections proposed in the Bidding Procedures in connection with proposed bankruptcy sales where a proposed fee or reimbursement provides a benefit to the estate. *See*, *e.g.*, *O'Brien Envtl. Energy*, 181 F.3d 527; *In re Tama Beef Packing Inc.*, 321 B.R. 496, 498 (8th Cir. BAP 2005) (noting that break-up fees in the range of 1 to 4 % of the purchase price are generally upheld as reasonable); *In re Sea Island Co.*, 2010 WL 4393269, at *3 (Bankr. S.D. Ga 2010) (approving a break-up fee of 3%); *In re Women First Health Care*, 332 B.R. 115, 118 (Bankr. D. Del. 2007) (noting that the court had approved a break-up fee of 2.8%). In the Central District of California, a bankruptcy court has approved a break-up fee of 3% of the stalking horse bid. *See In re T Asset Acquisition Co., LLC*, 2010 WL 4689562, at *6 (Bankr. C.D. Cal. 2010).

The Debtor's ability to offer bid protections is beneficial to its estate and creditors because it will encourage the submission of a stalking horse bid, thereby setting a floor for further bidding, without sacrificing the potential for interested parties to submit overbids at the Auction. Any potential stalking horse bidder will necessarily expend time and resources negotiating, drafting, and performing due diligence activities necessitated by a sale transaction, despite the fact that the Debtor will maintain a fiduciary out, and such bids will be subject not only to Court approval, but also to overbid by third parties. The Debtor, subject to the Court's approval, anticipates granting some or all of the bid protections in a stalking horse agreement if it believes that those protections would enable the Debtor to benefit from a transaction with a stalking horse bidder, without sacrificing the potential for interested parties to submit overbids at the Auction.

Moreover, the combined Break-Up Fee and Expense Reimbursement total only $75,000, a relatively nominal amount that should not chill overbids. The amount of the Break-Up Fee and Expense Reimbursement are also reasonable in light of the costs and fees the Stalking Horse

Bidder is expected to incur negotiating the sale agreement, participating in a bankruptcy sale process, and conducting due diligence, including the cost of obtaining geotechnical reports, which, importantly, other bidders will be able to review. The allowance of the Break-Up fee and Expense Reimbursement as a super-priority expense pursuant to §§ 364 and 503 is consistent with the practical reality of the Break-Up Fee and Expense Reimbursement as they are to be paid directly from escrow upon the closing of a higher Winning Bid. For all these reasons, the Debtor believes the Break-Up Fee and Expense Reimbursement are appropriate and requests that the Court authorize the Debtor the Break-Up Fee and Expense Reimbursement as part of the Bidding Procedures.

## V. CONCLUSION

Based on the foregoing, the Debtor respectfully requests that the Court enter an order:

1. Granting the Motion in its entirety;

2. Approving the Bidding Procedures attached hereto as Exhibit "1", including the proposed Break-Up Fee and Expense Reimbursement;

3. Waiving the 14-day stay under Bankruptcy Rule 6004(h), to the extent applicable; and

4. Granting such other and further relief as the Court may deem just and proper.

DATED: August 4, 2023

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By: [signature]

ROYE ZUR
Attorneys for Debtor-in-Possession
S&W Blue Jay Way, LLC

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

# DECLARATION OF HUSHMAND SOHAILI

I, Hushmand Sohaili, declare as follows:

1. I am a managing member of HS Blue Jay Way, LLC, a managing member of S&W Blue Jay Way, LLC (the "Debtor"), the debtor and debtor-in-possession in the above-captioned Chapter 11 case. Unless otherwise noted, I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters stated herein.

2. Attached hereto as **Exhibit A** is Permit Status Summary as of July 2023, which was provided to the Debtor by Crest Real Estate, a real estate consultant and expediter retained by the Debtor in connection with its development of the real property located at 1627-1633 Blue Jay Way, Los Angeles, CA 90069 (the "Property").

3. Attached hereto as **Exhibit B** is a marketing package for the Property, comprising renderings and architectural drawings of the proposed residence on the Property prepared by Mayes Office, an architecture firm retained by the Debtor, and an interior design package prepared for the Debtor by Plus Design Studio.

4. Attached hereto as **Exhibit C** is a spreadsheet prepared by the Debtor's outside accountants, Baker Tilly US LLP, and provided to me.

5. On or about February 26, 2013, the Debtor obtained a loan from Robert Cohen as Trustee of the Cohen Family Trust Dated March 13, 1986 as Restated December 31, 2005 (the "Cohen Trust") in the amount of $2,500,000. According to the Debtor's financial records maintained by the Debtor's outside accountants, Baker Tilly US LLP, in the ten-year period since the making of the loan to the Debtor by the Cohen Trust, the Debtor has paid the Cohen Trust $1,966,595.76 in interest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 4, 2023, at Los Angeles, California.

Hushmand Sohaili

# EXHIBIT 1

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
*rzur@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Proposed Attorneys for Debtor-in-Possession
S&W Blue Jay Way, LLC

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>S&W BLUE JAY WAY, LLC,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 9:23-bk-10672-RC<br><br>Chapter 11<br><br>**BIDDING PROCEDURES** |

Set forth below are the procedures (the "Bidding Procedures") to be employed by S&W Blue Jay Way, LLC (the "Debtor"), debtor and debtor-in-possession in the above-referenced Chapter 11 case, for the sale of the Debtor's real property located at 1627-1633 Blue Jay Way, Los Angeles, California 90069 (the "Property"). The bidding procedures are as follows:

1. **Due Diligence.** Any due diligence must be completed by the Bid Deadline (as defined below). The Debtor may withhold due diligence if the Potential Bidder does not become, or the Debtor determines, in its discretion, that the Potential Bidder is not likely to become, a Qualified Bidder.

2. **Selection of Stalking Horse Bidder and Related Bid Protections.** The Debtor shall be authorized in the reasonable exercise of its business judgment, to enter into a stalking horse agreement with a Qualified Bidder (the "Stalking Horse Bidder") for the sale of the Property. In the event that the Stalking Horse Bidder is not the Winning Bidder (as defined below), the Debtor shall be authorized to pay the Stalking Horse Bidder an actual expense

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

reimbursement up to $25,000 (the "Expense Reimbursement") and a break-up fee of $50,000 (the "Break-Up Fee"). Any expense reimbursement and break-up fee that becomes due and owing shall be paid directly from escrow to the Stalking Horse Bidder out of the sale proceeds by wire transfer of immediately available funds to the account specified by the Stalking Horse Bidder. If, prior to the expiration of the Due Diligence Period, the Stalking Horse Bidder waives contingencies and elects to proceed with the sale, an overbidder is the Winning Bidder, and the Court denies the motion to approve the sale of the Property, then the Stalking Horse Bidder shall still be entitled to payment of the Expense Reimbursement. The Stalking Horse Bidder's right to the Break-Up Fee and the Expense Reimbursement, to the extent that either or both become due, will constitute super-priority administrative expense claims pursuant to §§ 364 and 503 of the Bankruptcy Code with priority over any and all other administrative expense claims and senior to any and all other super-priority administrative expense claims.

3. **The Bid Deadline.** The Bid Deadline is 5:00 p.m. (P.S.T.) on the 60th day after entry of an order granting the Debtor's motion for approval of the Bidding Procedures.

4. **Qualified Bid Requirements**. Only "Qualified Bidders" may bid on the Property. To become a Qualified Bidder, any person or entity who wishes to bid (each such person or entity, a "Potential Bidder") must, by the Bid Deadline, deliver to the Debtor's counsel the following:

a. fully executed transaction document in the form of a *Vacant Land Purchase Agreement and Joint Escrow Instructions* (C.A.R. Form VLPA), contemplating the purchase of the Property "as is," "where is," and "with all faults," providing that it is irrevocable, unconditional, not subject to any further due diligence, subject only to Court approval and delivery of a title policy, and proposing an unconditional closing by no later than 20 days after the entry of an order by the Court approving the sale;

b. written evidence reasonably acceptable to the Debtor demonstrating appropriate corporate authorization to consummate the proposed transaction; provided, however, that, if the bidder is an entity specially formed for the purpose of effectuating the transaction, then the bidder must

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

furnish written evidence reasonably acceptable to the Debtor of the approval of the transaction by the equity holder(s) of such bidder;

c. a non-refundable cash deposit in the amount of fifteen percent (15%) of the bid's proposed purchase price to a non-interest bearing escrow account to be identified and established by the Debtor (the "Deposit"); and

d. written evidence that the Debtor reasonably concludes demonstrates that the bidder has the necessary financial ability to close the transaction. Such information should include, inter alia, (i) evidence of the bidder's internal resources and proof of any debt or equity funding commitments that are needed to close the transaction; (ii) the bidder's current financial statements (audited if they exist); and (iii) any such other form of financial disclosure or credit-quality support information or enhancement reasonably acceptable to the Debtor demonstrating that such bidder has the ability to close the transaction; provided, however, that the Debtor shall determine, in its reasonable discretion, in consultation with the Debtor's advisors, whether the written evidence of such financial wherewithal is reasonably acceptable, and shall not unreasonably withhold acceptance of a bidder's financial qualifications.

5. **Determination of Qualified Bidder Status.** The Debtor shall determine whether a bid is a Qualified Bid, taking into determination any factors the Debtor reasonably deems relevant to the value of the Qualified Bid to the estate, including, inter alia: (a) the amount and nature of the consideration; (b) the ability of the Qualified Bidder to close the proposed transaction; (c) the proposed closing date and the likelihood, extent and impact of any potential delays in closing; (e) any purchase price adjustments; (f) the impact of the transaction on any actual or potential litigation; and (g) the net after-tax consideration to be received by the Debtor's estate (collectively, the "Bid Assessment Criteria"). Within seven (7) calendar days of each bidder's timely delivery of all required materials as detailed in the preceding paragraph, the Debtor shall notify each bidder, in writing, as to whether its bid has been deemed a Qualifying

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

Bid. At the conclusion of the bid selection process by the Debtor, which shall be no later than three (3) calendar days prior to the Sale Hearing (defined below), the Debtor shall inform each Qualified Bidder of the value of the highest or best Qualifying Bid.

6. **Auction.** Subject to the approval of the Bankruptcy Court, the Debtor seeks to sell the Property at a live (in person) auction sale at the Bankruptcy Court commencing on ____________________ (Pacific Daylight Time) (the "Auction"), with a Bankruptcy Court hearing following the Auction to approve the results of the Auction (the "Sale Hearing") on ____________________. Persons interested in purchasing the Property must submit a Qualifying Bid in writing to the Debtor's counsel by ___________, at 5:00 p.m., (Pacific Daylight Time), (the "Bid Deadline"), unless such date is extended in the discretion of the Debtor and with the consent of the Senior Lienholders.

7. **Overbid Procedures at Auction**. Qualified Bidders may submit subsequent bids for the purchase of the Property at the Auction, provided: (i) the initial bid at the Auction must exceed the highest or best Qualifying Bid (including any applicable Bid Protections) by at least One Hundred Thousand Dollars ($100,000) (the "Initial Overbid"); (ii) each subsequent bid must exceed the previous bid by Fifty Thousand Dollars $50,000 (the "Bidding Increment"); and (iii) any Qualified Bidder who submits a subsequent bid at Auction in excess of its Qualifying Bid must provide evidence that it has the financial capability to consummate the transaction at the new, higher purchase price. The Debtor, in consultation with the Senior Lienholders, may modify the Initial Overbid and Bidding Increment (or otherwise amend the Bidding Procedures) at any time during the Auction.

8. **Selection of Winning Bid and Back-Up Bid**. At the conclusion of Auction, the Debtor shall select the highest and/or best bid, subject to objections, to be presented to the Bankruptcy Court at the Sale Hearing. At the Sale Hearing, the Debtor, subject to the Bankruptcy Court's approval, shall determine (i) which bid constitutes the best offer (the "Winning Bid" and such bidder, the "Winning Bidder"); and (ii) the next best bid (the "Back-Up Bid" and such bidder, the "Back-Up Bidder").

9. **Additional Procedures**. The Debtor may announce additional procedural rules for the submission of bids that are reasonable under the circumstances so long as such rules are not inconsistent with these Bidding Procedures. Additionally, the Debtor will be authorized to modify the Bidding Procedures in its reasonable business judgment in any manner that will best promote the goals of the bidding process or impose additional terms and conditions on the sale of the Property, including, without limitation: (a) extending the deadlines set forth in the Bidding Procedures; (b) adding procedural rules that are reasonably necessary or advisable under the circumstances for conducting the Auction (e.g., the amount of time to make subsequent overbids, whether a non-conforming bid constitutes a Qualified Bid); and (c) rejecting any or all bids or Qualified Bids, provided that such modifications and/or additional terms and conditions are not materially inconsistent with the provisions of the Order approving the Bidding Procedures.

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

# EXHIBIT A

CREST
REAL ESTATE

**Permit Status Summary**
**1627 N Blue Jay Way**

**Address**: 1627 N Blue Jay Way, Los Angeles, CA, 90069
**APN:** 5561026014
**Legal Description** Lot 14 of Block None of Tract TR 26232

This letter is intended to summarize the status of issued and in-progress permits for the property at 1627 Blue Jay Way. The project was submitted in March of 2023 to renew permits under current building and zoning codes and is vested under current codes prior to adoption of the Wildlife Ordinance. These permits have been submitted for a by-right plan check review. The project as submitted includes a total of 11,517 square feet of floor area, inclusive of a 400 square foot garage. In addition to the previously mentioned floor area, the home also includes a 1,500 square foot outdoor roof deck. I anticipate that the permits can be obtained within roughly three months, although an exact timeline cannot be guaranteed.

Active Permits:

- LADBS Permit Number 13010-10003-04086 BLDG: Supplemental to 13010-10000-04086 to update to current code & revise floor plan to convert a portion of SFD to new ADU. – Submitted on 03/29/2023
- LADBS Permit Number 13020-10001-03132 – NON BLDG: Renew (E) Permits for (N) SFD, (N) Retaining Wall & (N) Pool/ Spa & (N) Attached ADU - Submitted on 03/29/2023
- LADBS Permit Number 23047-10000-00512 – SWIMMING POOL/ SPA: Renew (E) Permits #13047-10000-01548 for (N) SFD, (N) Retaining Wall & (N) Pool/ Spa & (N) Attached ADU - Submitted on 03/29/2023
- LADBS Permit Number 23030-10000-04350 – GPI for a new residence and pool – Submitted 07/13/2023

Please feel free to contact me with any questions or concerns.

Sincerely,

Steven Somers | *Principal*
c (310) 497-2524
11150 W. Olympic Blvd, Suite 700
Los Angeles, CA 90064
Steven@CrestRealEstate.com

# EXHIBIT B

# PLUS DESIGN STUDIO

1633 BLUE JAY WAY

2018 . 10 . 18

SCHEMATIC PRESENTATION II


UPPER LEVEL PLAN
SCALE: N/A
Title: SD Presentation no.2
Date: 10.18.2018
Scale: NA
1633 BLUE JAY WAY
LOS ANGELES, CA 90069
PLUS
DESIGN
STUDIO




KITCHEN AXON
SCALE: N/A




ENLARGED PLAN
SCALE: N/A

PLUS DESIGN STUDIO

1633 BLUE JAY WAY
LOS ANGELES, CA 90069

Title: SD Presentation no. 2
Date: 10.18.2018
Scale: NA



Title: SD Presentation no.2
Date: 10.18.2018
Scale: NA

1633 BLUE JAY WAY
LOS ANGELES, CA 90069

PLUS
DESIGN
STUDIO



KITCHEN OPTION 1
SCALE: N/A



KITCHEN OPTION 2
SCALE: N/A



KITCHEN OPTION 3
SCALE: N/A



REFERENCE IMAGES
SCALE: N/A

PLUS
DESIGN
STUDIO

1633 BLUE JAY WAY
LOS ANGELES , CA 90069

Title: SD Presentation no. 2
Date: 10.18.2018
Scale: NA




POWDER BATH AXON
SCALE: N/A



ENLARGED PLAN
SCALE: N/A






REFERENCE IMAGES
SCALE: N/A

PLUS
DESIGN
STUDIO

1633 BLUE JAY WAY
LOS ANGELES , CA 90069

Title: SD Presentation no. 2
Date: 10.18.2018
Scale: NA










LIVING RM FIREPLACE OPTION 1
SCALE: N/A

LIVING RM FIREPLACE OPTION 2
SCALE: N/A

LIVING RM FIREPLACE OPTION 3
SCALE: N/A







INTERIOR ELEVATIONS
SCALE: N/A











REFERENCE IMAGES
SCALE: N/A

PLUS
DESIGN
STUDIO

1633 BLUE JAY WAY
LOS ANGELES, CA 90069

Title: SD Presentation no. 2
Date: 10.18.2018
Scale: NA



PLUS
DESIGN
STUDIO

1633 BLUE JAY WAY
LOS ANGELES, CA 90069

Title: SD Presentation no. 2
Date: 10.18.2018
Scale: NA




MILLWORK AXON
SCALE: N/A



REFERENCE IMAGES
SCALE: N/A




INTERIOR ELEVATION
SCALE: N/A

PLUS
DESIGN
STUDIO

1633 BLUE JAY WAY
LOS ANGELES , CA 90069

Title: SD Presentation no. 2
Date: 10.18.2018
Scale: NA


Title: SD Presentation no.2
Date: 10.18.2018
Scale: NA
LOWER LEVEL PLAN
SCALE: N/A
1633 BLUE JAY WAY
LOS ANGELES, CA 90069
PLUS
DESIGN
STUDIO




MASTER BATH AXON
SCALE: N/A



ENLARGED PLAN
SCALE: N/A

REFERENCE IMAGES
SCALE: N/A



PLUS
DESIGN
STUDIO

1633 BLUE JAY WAY
LOS ANGELES , CA 90069

Title: SD Presentation no. 2
Date: 10.18.2018
Scale: NA



Title: SD Presentation no.2
Date: 10.18.2018
Scale: NA

1633 BLUE JAY WAY
LOS ANGELES, CA 90069

PLUS
DESIGN
STUDIO




MASTER FIREPLACE OPTION 1
SCALE: N/A




MASTER FIREPLACE OPTION 2
SCALE: N/A




MASTER FIREPLACE OPTION 3
SCALE: N/A







INTERIOR ELEVATIONS
SCALE: N/A



REFERENCE IMAGES
SCALE: N/A

PLUS
DESIGN
STUDIO

1633 BLUE JAY WAY
LOS ANGELES , CA 90069

Title: SD Presentation no. 2
Date: 10.18.2018
Scale: NA



PLUS
DESIGN
STUDIO

1633 BLUE JAY WAY
LOS ANGELES, CA 90069

Title: SD Presentation no. 2
Date: 10.18.2018
Scale: NA




SECONDARY BEDROOM AXON
SCALE: N/A




INTERIOR ELEVATIONS
SCALE: N/A



ENLARGED PLAN
SCALE: N/A



REFERENCE IMAGES
SCALE: N/A

PLUS
DESIGN
STUDIO

1633 BLUE JAY WAY
LOS ANGELES , CA 90069

Title: SD Presentation no. 2
Date: 10.18.2018
Scale: NA



Title: SD Presentation no.2
Date: 10.18.2018
Scale: NA

1633 BLUE JAY WAY
LOS ANGELES , CA 90069

PLUS
DESIGN
STUDIO



PLUS
DESIGN
STUDIO

1633 BLUE JAY WAY
LOS ANGELES, CA 90069

Title: SD Presentation no.2
Date: 10.18.2018
Scale: NA

# BLUE JAY WAY RESIDENCE

1627 BLUE JAY WAY
LOS ANGELES
CALIFORNIA 90069

NOT FOR CONSTRUCTION

MAYES OFFICE
2555 30th Street #105
Santa Monica, CA 90405
p 424.322.8622
MayesOffice.com

OWNER
STRUCTURAL ENGINEER & CIVIL ENGINEER
GEOLOGY ENGINEER

1627 BLUE JAY WAY, LOS ANGELES, CA 90069

COVER SHEET

DATE: 3/27/23

SCALE:
SHEET NO:
G0.00

# ABBREVIATIONS

| | | | |
|---|---|---|---|
| & | AND | ID | INSIDE DIAMETER |
| L | ANGLE | IE | FOR EXAMPLE |
| @ | AT | INSUL | INSULATION |
| CL | CENTERLINE | INT | INTERIOR |
| # | POUND | JAN | JANITOR |
| ABV. | ABOVE | JT | JOINT |
| ACST | ACOUSTIC(AL) | KIT | KITCHEN |
| ATC | ACOUSTICAL TILE CEILING | LAM | LAMINATE (ANT) |
| AD | AREA DRAIN | LAV | LAVATORY |
| AFF | ABOVE FINISHED FLOOR | LT | LIGHT |
| ADJ | ADJUSTABLE | MACH | MACHINE(D) |
| ALUM | ALUMINUM | MAX | MAXIMUM |
| APPROX | APPROXIMATE(LY) | MEP | MECHANICAL, ELECTRICAL, PLUMBING |
| ARCH | ARCHITECTUR(AL) | MFR | MANUFACTURER |
| ASB | ASBESTOS | MIN | MINIMUM |
| ASTM | AMERICAN SOCIETY OF TESTING AND MATERIALS | MISC | MISCELLANEOUS |
| BITUM | BITUMINOUS | MTD | MOUNTED |
| BLDG | BUILDING | MTL | METAL |
| BLKG | BLOCKING | MR | MOISTURE RESISTANT |
| BM | BEAM | N | NORTH |
| BO | BOTTOM OF | NEC | NATIONAL ELECTRICAL CODE |
| BOT | BOTTOM | NIC | NOT IN CONTRACT |
| CAB | CABINET | NO | NUMBER |
| CAC | CALIFORNIA ADMINISTRATIVE CODE | NOM | NOMINAL |
| CJ | CONTROL JOINT | NTS | NOT TO SCALE |
| CLG | CEILING | O/ | OVER |
| CLO | CLOSET | OC | ON CENTER |
| CLR | CLEAR | OD | OUTSIDE DIAMETER |
| COL | COLUMN | OFF | OFFICE |
| CONC | CONCRETE | OF/CI | OWNER FURNISHED/ CONTRACTOR INSTALLED |
| CONT | CONTINUOUS | OF/OI | OWNER FURNISHED/ OWNER INSTALLED |
| CP | CONTROL POINT | OPH | OPPOSITE HAND |
| CPT | CARPET | OPNG | OPENING |
| CT | CERAMIC TILE | OPP | OPPOSITE |
| CTR | CENTER | PL | PLATE |
| DBL | DOUBLE | PLAM | PLASTIC LAMINATE |
| DEPT | DEPARTMENT | PLYWD | PLYWOOD |
| DET | DETAIL | PNL | PANEL |
| DF | DRINKING FOUNTAIN | PR | PAIR |
| DIA | DIAMETER | PT | PAINT |
| DIAG | DIAGONAL | PTN | PARTITION |
| DIM | DIMENSION | PTD | PAINTED |
| DR OPG | DOOR OPENING | QT | QUARRY TILE |
| DN | DOWN | R | RISER |
| DR | DOOR | RB | RUBBER BASE |
| DWG | DRAWING | R | RADIUS |
| E | EAST | REINF | REINFORCING |
| (E) | EXISTING | REQ'D | REQUIRED |
| EA | EACH | RM | ROOM |
| EC | EXPOSED CONSTRUCTION | RO | ROUGH OPENING |
| EJ | EXPANSION JOINT | SOG | SLAB ON GRADE |
| EL | ELEVATION | S | SOUTH |
| ELEC | ELECTRIC(AL) | SC | SOLID CORE |
| ELEV | ELEVATOR | SCW | SOLID CORE WOOD |
| EMER | EMERGENCY | SCHED | SCHEDULE(D) |
| EOS | EDGE OF SLAB | SECT | SECTION |
| EQ | EQUAL | SHT | SHEET |
| EQUIP | EQUIPMENT | SIM | SIMILAR |
| EWC | ELECTRIC WATER COOLER | SPEC | SPECIFICATION(S) |
| EWH | ELECTRIC WATER HEATER | SS | STAINLESS STEEL |
| EXIST | EXISTING | STC | SOUND TRANSMISSION CLASSIFICATION |
| EXP | EXPOSED OR EXPANSION | STD | STANDARD |
| EXT | EXTERIOR | STL | STEEL |
| FA | FIRE ALARM | STR(UCT) | STRUCTURAL |
| FCTY | FACTORY | SUSP | SUSPENDED |
| FE | FIRE EXTINGUISHER | T | TREAD |
| FEC | FIRE EXTINGUISHER CABINET | T&G | TONGUE & GROOVE |
| FIN FLR | FINISH FLOOR | TMPD | TEMPERED |
| FFE | FINISH FLOOR ELEVATION | THK | THICK |
| FIN | FINISH(ED) | TO | TOP OF |
| FLR | FLOOR | TOC | TOP OF CONCRETE |
| FLUOR | FLUORESCENT | TOP | TOP OF PARAPET |
| FO | FACE OF | TOS | TOP OF SLAB |
| FOF | FACE OF FINISH | TOSTL | TOP OF STEEL |
| FOS | FACE OF STUDS | TPTN | TOILET PARTITION |
| FOW | FACE OF WALL | TYP | TYPICAL |
| FR | FIRE RATED | UBC | UNIFORM BUILDING CODE |
| FS | FINISH(ED) SURFACE | UL | UNDERWRITER'S LABORATORY |
| FT | FOOT OR FEET | UNFIN | UNFINISHED |
| FURG | FURRING | UNO | UNLESS NOTED OTHERWISE |
| GA | GAUGE | UMC | UNIFORM MECHANICAL CODE |
| GB | GRAB BAR | UPC | UNIFORM PLUMBING CODE |
| GALV | GALVANIZED | VCT | VINYL COMPOSITION TILE |
| GC | GENERAL CONTRACTOR | VRFY | VERIFY |
| GI | GALVANIZED IRON | VERT | VERTICAL |
| GL | GLASS | VIF | VERIFY IN FIELD |
| GWB | GYPSUM WALLBOARD | W | WEST |
| GYP. BD. | GYPSUM BOARD | W/ | WITH |
| H.C. | HOLLOW CORE | WC | WATER CLOSET |
| HC | HANDICAPPED | WD | WOOD |
| HDWD | HARDWOOD | WH | WATER HEATER |
| HM | HOLLOW METAL | W/O | WITHOUT |
| HO | HOLD OPEN | WP | WATERPROOFING |
| HNDRL | HANDRAIL | | |
| HR | HOUR | | |
| HT | HEIGHT | | |
| HVAC | HEATING VENTILATION AND AIR CONDITIONING | | |
| HW | HOT WATER | | |

# SYMBOLS

NORTH ARROW
BUILDING GRID LINES
101 DOOR NO.
1i WALL TYPE
05 73 13.A1 KEYNOTE
Room name 101 ROOM TAG
Elevation Name WORK POINT / DATUM POINT
ELEVATION NO. 1 SHEET NO. A101 SIM EXTERIOR ELEVATION
1 Ref A101 INTERIOR ELEVATION
SECTION NO. 1 SHEET NO. A101 SIM SECTION
DETAIL NO. 1 SHEET NO. A101 SIM DETAIL

# SHEET INDEX

| Sheet Number | Sheet Name | PLAN CHECK SUBMITTAL 03/28/2023 |
|---|---|---|
| GENERAL | | |
| G0.00 | COVER SHEET | X |
| G0.01 | PROJECT INFORMATION | X |
| SURVEY | | |
| 1 OF 2 | TOPOGRAPHIC SURVEY | X |
| CIVIL | | |
| C000 | TITLE SHEET | X |
| C100 | EROSION CONTROL PLAN | X |
| C200 | ROUGH GRADING PLAN | X |
| C210 | GRADING PLAN | X |
| C220 | CROSS SECTIONS | X |
| C300 | LID PLAN | X |
| ARCHITECTURAL | | |
| A0.00 | BASELINE HILLSIDE ORDINANCE NOTES & DIAGRAMS | X |
| A1.01 | SITE PLAN | X |
| A2.10 | BASEMENT LEVEL 01 FLOOR PLAN | X |
| A2.11 | LEVEL 02 FLOOR PLAN | X |
| A2.12 | LEVEL 03 FLOOR PLAN | X |
| A2.13 | ROOF PLAN | X |
| A3.00 | BUILDING ELEVATIONS | X |
| A3.01 | BUILDING SECTIONS | X |
| STRUCTURAL | | |
| S1.01a | GENERAL NOTES | X |
| S1.01b | GENERAL NOTES | X |
| S1.02a | TYPICAL CONCRETE DETAILS | X |
| S1.02b | TYPICAL CONCRETE DETAILS | X |
| S1.03a | TYPICAL CONCRETE DETAILS | X |
| S1.03b | TYPICAL CONCRETE DETAILS | X |
| S1.03c | TYPICAL CONCRETE DETAILS | X |
| S1.04a | TYPICAL STEEL DETAILS | X |
| S1.04b | TYPICAL STEEL DETAILS | X |
| S1.04c | TYPICAL STEEL DETAILS | X |
| S1.05a | TYPICAL WOOD DETAILS | X |
| S1.05b | TYPICAL WOOD DETAILS | X |
| S1.05c | TYPICAL WOOD DETAILS | X |
| S1.05d | TYPICAL WOOD DETAILS | X |
| S1.05e | TYPICAL WOOD DETAILS | X |
| S1.05f | TYPICAL WOOD DETAILS | X |
| S1.05g | TYPICAL WOOD DETAILS | X |
| S1.05h | TYPICAL WOOD DETAILS | X |
| S1.06a | TYPICAL MOMENT FRAME DETAILS | X |
| S1.06b | TYPICAL MOMENT FRAME NOTES | X |
| S1.06c | TYPICAL MOMENT FRAME NOTES | X |
| S1.06d | TYPICAL MOMENT FRAME DETAILS | X |
| S2.00 | FOUNDATION PLAN | X |
| S2.00A | HSS EQUIPMENT PLATFORM PARTIAL PLAN | X |
| S2.01 | UPPER LEVEL FRAMING PLAN | X |
| S2.01a | UPPER LEVEL ADDITIONAL REINF PLAN - NORTH-SOUTH | X |
| S2.01b | UPPER LEVEL ADDITIONAL REINF PLAN - EAST-WEST | X |
| S2.02 | PARKING LEVEL FRAMING PLAN | X |
| S2.03 | ROOF AND TRELLIS FRAMING PLAN | X |
| S3.01 | CONCRETE DETAILS | X |
| S3.10 | WALL SECTIONS | X |
| S3.11 | WALL SECTIONS | X |
| S3.12 | WALL SECTIONS | X |
| S3.20 | DETAILS | X |
| S3.21 | STRUCTURAL SLAB TYPICAL DETAILS | X |
| S4.01 | DETAILS | X |
| S4.02 | DETAILS | X |
| S4.03 | STAIR SECTION | X |
| S5.10 | DETAILS | X |
| S6.00 | MOMENT FRAME ELEVATION | X |
| S6.01 | MOMENT FRAME ELEVATION | X |

# PROJECT INFORMATION

**APPLICABLE CODES:**

LOS ANGELES MUNICIPAL CODE, CHAPTER IX, BUILDING REGULATIONS
2010 CALIFORNIA RESIDENTIAL CODE
2010 CALIFORNIA GREEN BUILDING STANDARDS CODE
2010 CALIFORNIA ADMINISTRATIVE CODE
2010 CALIFORNIA BUILDING CODE
2010 CALIFORNIA MECHANICAL CODE
2010 CALIFORNIA PLUMBING CODE
2010 CALIFORNIA ELECTRICAL CODE
2010 CALIFORNIA FIRE CODE
CALIFORNIA ENERGY CODE TITLE 24, PART 6, CURRENT EDITION
NFPA 13R, CURRENT EDITION (AUTOMATIC FIRE SPRINKLER SYSTEMS)

# SCOPE OF WORK

1. CONSTRUCT A NEW 2-STORY WITH BASEMENT SINGLE FAMILY RESIDENCE
2. CONSTRUCT A NEW ATTACHED ADU

# REQUIRED PERMITS

BUILDING
GRADING
RETAINING WALLS
POOL BY OTHERS

# DEFERRED SUBMITTALS

| SUBMITTAL | TYPE |
|---|---|
| FIRE SPRINKLER SUPRESSION SYSTEM | DESIGN/BUILD |
| FIRE ALARM SYSTEM | DESIGN/BUILD |
| MECHANICAL | DEFERRED |
| PLUMBING | DEFERRED |
| ELECTRICAL | DEFERRED |
| SOLAR | DEFERRED |

# DESIGN-BUILD ITEMS BY G.C.

THE FOLLOWING ITEMS ARE TO BE DESIGN-BUILT BY G.C., SHOP DRAWINGS PROVIDED AND APPROVED BY MAYES OFFICE.

1: POOL/BAJA SHELF (*SEE SHEET A2.10, A4.00, A4.01, A4.02*)

2: WATER FEATURES 1,3, AND 4 (*SEE SHEETS A2.11, A2.12, A4.18*)

3: ATRIUM STAIR 303 AND 304 (*SEE SHEET A6.30*)

4: I.T. SYSTEM

5. MASTER BATHROOM SAUNA (*SEE SHEET A2,10*)

# LEGAL/ZONING INFORMATION

| | |
|---|---|
| PROJECT ADDRESS: | 1627 BLUE JAY WAY<br>LOS ANGELES, CA 90069 |
| ASSESSOR PARCEL NO. (APN) | 5561026014 |
| TRACT: | TR 26232 |
| MAP REFERENCE: | M B 679-46/47 |
| BLOCK: | NONE |
| LOT: | 14 |
| CENSUS TRACT: | 1943,00 |
| LEGAL DESCRIPTION: | |
| ZONING: | RE 15-1-H-HCR |
| OCCUPANCY: | R3(SINGLE FAMILY RESIDENCE) / U (CARPORT) |
| AIRPORT HAZARD: | NONE |
| COASTAL ZONE: | NONE |
| VERY HIGH FIRE HAZARD SEVERITY ZONE: | **YES** |
| FLOOD ZONE: | NONE |
| METHANE HAZARD SITE: | NONE |
| HIGH WIND VELOCITY AREAS: | NO |
| SPECIAL GRADING AREA (BOE BASIC GRID MAP A-13372) | **YES** |
| LANDSLIDE | **YES** |
| LOT / PARCEL AREA: | 24,330,2 SF |
| SETBACKS: LOT QUALIFIES FOR R-1 SETBACKS: | FRONT YARD: 5'-3 1/4" (PREVAILING SETBACK)<br>SIDE YARD: 7'-0"<br>REAR YARD: 15'-0" |
| ALLOWABLE HEIGHT: | 28'-0" FOR FLAT 33' FOR VARIED |
| LOT COVERAGE: | *(SEE SHEET A0.00)* |

MAX ALLOWABLE RESIDENTIAL FLOOR AREA (RFA):

18% OF LOT AREA, MINIMUM RFA PER TABLE 12,21 C,10-3
GUARANTEED MINIMUM RESIDENTIAL FLOOR AREA LOT AREA 24330,2 SF TIMES 18% = 4379,4 SF

MAX ALLOWABLE RFA: 4379,4 SF

PROPOSED RFA: 4346 SF (SEE SHEET A0,00)

# VICINITY MAP




# NOT FOR CONSTRUCTION

MAYES OFFICE
2665 30th Street #105
Santa Monica, CA 90405
p 424.322.8822
MayesOffice.com

OWNER
S & W BLUE JAY WAY, LLC
P.O BOX 6533
MALIBU, CA

STRUCTURAL ENGINEER & CIVIL ENGINEER
LFA Labib Funk + Associates
Office: (213) 239-9700
www.labibfunk.com

GEOLOGY ENGINEER
GROVER-HOLLINGSWORTH AND ASSOCIATES INC.
31129 VIA COLINAS, SUITE 707
WESTLAKE VILLAGE, CALIFORNIA 91362
PHONE: 818-889-0844 X110
FAX: (818) 889-4170

1627 BLUE JAY WAY
LOS ANGELES, CA 90069

DRAWING TITLE:
PROJECT INFORMATION

DATE: 3/27/23 1:19:53 PM

| Revisions | |
|---|---|
| Number | Description |
| 3 | NEW ADU |

SCALE: 1/4" = 1'-0"
SHEET NO:
G0.01

TOPOGRAPHIC SURVEY

1 OF 2



## GENERAL

1. ALL NEW CONSTRUCTION SHALL COMPLY WITH THE CONTRACT DOCUMENTS AND LATEST EDITIONS OF THE CALIFORNIA BUILDING CODE, "STANDARD SPECIFICATIONS FOR PUBLIC WORKS CONSTRUCTION", AND CITY OF LOS ANGELES LOCAL ORDINANCES AS APPLICABLE.
2. ALL GRADING WORK SHALL BE PERFORMED IN ACCORDANCE WITH THE REQUIREMENTS AND RECOMMENDATIONS CONTAINED IN THE GEOTECHNICAL REPORT, "GEOLOGIC AND SOILS ENGINEERING EXPLORATION – PROPOSED MULTI-LEVEL RESIDENCE, POOL, DECKS AND RETAINING WALL", BY GROVER HOLLINGSWORTH AND ASSOCIATES, INC. DATED JULY 23, 2013.
3. EXISTING TOPOGRAPHY SHOWN HEREON WAS TAKEN FROM A SURVEY DATED FEBRUARY 4, 2013 BY PEAK SURVEYS, INC.
4. THE CONTRACTOR SHALL ASSUME SOLE AND COMPLETE RESPONSIBILITY FOR THE JOB SITE CONDITIONS, INCLUDING SAFETY OF ALL PERSONS AND PROPERTY, DURING THE COURSE OF CONSTRUCTION OF THIS PROJECT. THIS REQUIREMENT SHALL APPLY CONTINUOUSLY, AND SHALL NOT BE LIMITED TO NORMAL WORKING HOURS.
5. PRIOR TO COMMENCING CONSTRUCTION, THE CONTRACTOR SHALL VERIFY ALL JOIN CONDITIONS FOR GRADING, DRAINAGE AND UNDERGROUND FACILITIES INCLUDING LOCATION AND ELEVATION OF EXISTING UNDERGROUND FACILITIES AT CROSSINGS WITH PROPOSED UNDERGROUND FACILITIES. IF CONDITIONS DIFFER FROM THOSE SHOWN ON THE PLANS, THE CONTRACTOR SHALL NOTIFY THE ENGINEER AND SHALL NOT BEGIN CONSTRUCTION UNTIL THE CHANGED CONDITIONS HAVE BEEN EVALUATED.
6. ALL DRAWINGS ARE CONSIDERED TO BE A PART OF THE CONTRACT DOCUMENTS. THE CONTRACTOR SHALL BE RESPONSIBLE FOR THE REVIEW AND COORDINATION OF ALL DRAWINGS AND SPECIFICATIONS PRIOR TO THE START OF CONSTRUCTION. ANY DISCREPANCIES THAT OCCUR SHALL BE BROUGHT TO THE ATTENTION OF THE ARCHITECT PRIOR TO THE START OF CONSTRUCTION SO THAT A CLARIFICATION CAN BE ISSUED. ANY WORK PERFORMED IN CONFLICT WITH THE CONTRACT DOCUMENTS OR ANY CODE REQUIREMENTS SHALL BE CORRECTED BY THE CONTRACTOR AT THEIR OWN EXPENSE AND AT NO EXPENSE TO THE OWNER OR ARCHITECT.
7. THE ENGINEER PREPARING THESE PLANS WILL NOT BE RESPONSIBLE FOR, OR LIABLE FOR, UNAUTHORIZED CHANGES TO OR USES OF THESE PLANS. ALL CHANGES TO THE PLANS MUST BE IN WRITING AND MUST BE APPROVED BY THE PREPARER OF THESE PLANS.
8. NOTES AND DETAILS ON DRAWINGS SHALL TAKE PRECEDENCE OVER GENERAL NOTES AND TYPICAL DETAILS. WHERE NO DETAILS ARE GIVEN, CONSTRUCTION SHALL BE AS SHOWN FOR SIMILAR WORK.
9. THE EXISTENCE, LOCATION AND CHARACTERISTICS OF UNDERGROUND UTILITY INFORMATION SHOWN ON THESE PLANS HAVE BEEN OBTAINED FROM A REVIEW OF AVAILABLE RECORD DATA. NO REPRESENTATION IS MADE AS TO THE ACCURACY OR COMPLETENESS OF SAID UTILITY INFORMATION. THE CONTRACTOR SHALL TAKE PRECAUTIONARY MEASURES TO PROTECT THE UTILITY LINES SHOWN AND ANY OTHER LINES NOT OF RECORD OR NOT SHOWN ON THESE PLANS.
10. IF AT ANY TIME DURING GRADING OPERATIONS, ANY UNFAVORABLE GEOLOGICAL CONDITIONS ARE ENCOUNTERED, GRADING IN THAT AREA WILL STOP UNTIL APPROVED CORRECTIVE MEASURES ARE OBTAINED.
11. THE PROPOSED GRADE IS THE FINAL GRADE AND NOT THE ROUGH GRADE. THE CONTRACTOR SHALL SUBTRACT THE THICKNESS OF THE PAVED SECTION AND/OR LANDSCAPE TOPSOIL SECTION TO ARRIVE AT THE ROUGH GRADE ELEVATION.
12. STRAIGHT GRADE SHALL BE MAINTAINED BETWEEN CONTOUR LINES AND SPOT ELEVATIONS UNLESS OTHERWISE SHOWN ON THE PLANS.
13. ALL DEBRIS AND FOREIGN MATERIAL SHALL BE REMOVED FROM THE SITE AND DISPOSED OF AT APPROVED DISPOSAL SITES. THE CONTRACTOR SHALL OBTAIN NECESSARY PERMITS FOR THE TRANSPORTATION OF MATERIAL TO AND FROM THE SITE.
14. ALL FILL SOILS OR SOILS DISTURBED OR OVEREXCAVATED DURING CONSTRUCTION SHALL BE COMPACTED PER THE REQUIREMENTS OF THE SOILS REPORT BUT NOT LESS THAN 90% MAXIMUM DENSITY AS DETERMINED BY A.S.T.M. SOIL COMPACTION TEST D–1557.
15. THE CONTRACTOR SHALL OBTAIN AN O.S.H.A. PERMIT FROM THE CALIFORNIA DIVISION OF INDUSTRIAL SAFETY PRIOR TO THE CONSTRUCTION OF TRENCHES OR EXCAVATIONS WHICH ARE FIVE FEET OR DEEPER.
16. DIMENSIONS TO PIPELINES ARE TO CENTERLINE UNLESS OTHERWISE NOTED.
17. ALL WATER LINES SHALL BE INSTALLED WITH 36" MINIMUM COVER FROM TOP OF PIPE TO FINISHED GRADE, UNLESS OTHERWISE NOTED.
18. THRUST BLOCKS SHALL BE INSTALLED AT WATERLINE HORIZONTAL AND VERTICAL BENDS, TEES, CAPPED ENDS AND REDUCERS ACCORDING TO THE DETAILS PROVIDED ON THESE PLANS.
19. CONSTRUCTION STAKING FOR IMPROVEMENTS SHOWN ON THESE PLANS SHALL BE PERFORMED BY A LICENSED LAND SURVEYOR. CONSTRUCTION STAKING SURVEYOR SHALL BE RESPONSIBLE FOR COORDINATION OF THESE PLANS WITH SOURCE DRAWINGS PREPARED BY ARCHITECT, LANDSCAPE ARCHITECT, STRUCTURAL ENGINEER, MEP CONSULTANT AND ANY OTHER DISCIPLINE PRIOR TO START OF STAKING AND CONSTRUCTION. ANY DISCREPANCIES THAT OCCUR SHALL BE BROUGHT TO THE ATTENTION OF THE ARCHITECT PRIOR TO THE START OF CONSTRUCTION SO THAT A CLARIFICATION CAN BE ISSUED.
20. THE CONTRACTOR SHALL REPLACE ALL EXISTING IMPROVEMENTS DAMAGED DURING CONSTRUCTION TO MATCH EXISTING, INCLUDING PERMANENT TRENCH RESURFACING.
21. CONTRACTOR TO CONTACT UNDERGROUND SERVICE ALERT (800–227–2600) PRIOR TO EXCAVATION.
22. ALL DIMENSIONS ARE IN FEET OR DECIMALS THEREOF.
23. ALL CURB DIMENSIONS AND RADII ARE TO PAVEMENT FACE OF CURB.
24. CONTRACTOR TO BE AWARE OF ALL OVERHEAD LINES AT ALL TIMES, SO AS NOT TO DISTURB THEM.
25. WATER SHALL BE PROVIDED ONSITE AND USED TO CONTROL DUST DURING CONSTRUCTION OPERATIONS.
26. CONTRACTOR SHALL OBTAIN ANY NECESSARY PERMITS FROM THE CITY OF LOS ANGELES FOR ALL WORK WITHIN THE PUBLIC RIGHT–OF–WAY.
27. STORM DRAINAGE SYSTEMS SHOWN ON THESE PLANS HAVE BEEN DESIGNED FOR THE FINAL SITE CONDITION AT COMPLETION OF THE PROJECT. THE CONTRACTOR IS RESPONSIBLE FOR MAINTAINING ADEQUATE DRAINAGE OF THE SITE, DURING INTERIM CONDITIONS OF CONSTRUCTION.
28. CONTRACTOR SHALL OBTAIN ALL REQUIRED PERMITS, INCLUDING NPDES, FROM THE APPROPRIATE JURISDICTIONAL AGENCIES FOR DISCHARGE OF GROUNDWATER THAT MAY BE NECESSARY TO ACCOMPLISH EXCAVATIONS SHOWN ON THESE PLANS.

1–800–227–2600
CALL USA/SC FOR UNDERGROUND LOCATING 48 HOURS BEFORE YOU DIG!

IMPORTANT NOTICE
SECTION 4216/4217 OF THE GOVERNMENT CODE REQUIRES A DIGALERT IDENTIFICATION NUMBER BE ISSUED BEFORE A "PERMIT TO EXCAVATE" WILL BE VALID. FOR YOUR DIGALERT I.D. NUMBER CALL UNDERGROUND SERVICE ALERT TOLL FREE 1–800–227–2600 TWO WORKING DAYS BEFORE YOU DIG

## LEGEND

### GENERAL

| Symbol | Description |
|---|---|
| | CIVIL LIMITS OF WORK |

### ANNOTATION

| Symbol | Description |
|---|---|
| 100.00 XX | SURFACE ELEVATION/UTILITY ELEVATION |
| (100.00)XX | EXISTING SURFACE ELEVATION/UTILITY ELEVATION |
| XX | CONSTRUCTION NOTE |
| 2.0% | FLOW (DIRECTION AND GRADE) |
| 2:1 | SLOPE (DIRECTION AND RUN:RISE) |
| FF=100.00 | PAD/FINISHED FLOOR ELEVATION |

### SITE

| Symbol | Description |
|---|---|
| | CURB/BACK OF CURB/GUTTER |
| | RETAINING WALL/SITE WALL |
| | PROPERTY LINE/RIGHT OF WAY |
| | CENTER LINE |
| | FENCE |
| | TO BE DEMOLISHED |

### EROSION CONTROL

| Symbol | Description |
|---|---|
| | SANDBAGS |
| | FIBER ROLL |
| | PROPOSED BUILDING EXCAVATION OUTLINE |
| | EXISTING DRAINAGE DIRECTION OF FLOW |

### GRADING

| Symbol | Description |
|---|---|
| 100 | PROPOSED MAJOR CONTOUR |
| 102 | PROPOSED MINOR CONTOUR |
| | FLOW LINE |
| GB | GRADE BREAK LINE |
| R | RIDGE LINE |
| | EARTHEN SWALE |
| | SAWCUT |
| | LIMITS OF GRADING |
| | GRADING BENCH |
| TOP / TOE | GRADED SLOPE (HORIZONTAL:VERTICAL) |

### UTILITY

| Symbol | Description |
|---|---|
| SD | STORM DRAIN |
| | POINT OF CONNECTION |
| | COORDINATION POINT |
| | UTILITY CLEANOUT |
| | STORM DRAIN INLET |
| | AREA DRAIN/PLANTER DRAIN |
| | TRENCH DRAIN |
| PUMP | PRESSURE STORM DRAIN LINE |

## CITY OF LOS ANGELES GRADING NOTES

1.
   a. ALL GRADING SLOPES SHALL BE PLANTED AND SPRINKLERED. (7012.1)
   b. STANDARD 12" HIGH BERM IS REQUIRED AT THE TOP OF ALL GRADED SLOPES.
   c. NO FILL TO BE PLACED UNTIL THE CITY GRADING INSPECTOR HAS INSPECTED AND APPROVED THE BOTTOM EXCAVATION.
   d. MAN–MADE FILL SHALL BE COMPACTED TO A MINIMUM RELATIVE COMPACTION OF 90% MAX. DRY DENSITY WITHIN 40 FEET BELOW FINISHED GRADE AND 93% OF MAX DRY DENSITY DEEPER THAN 40 FEET BELOW FINISH GRADE, UNLESS A LOWER RELATIVE COMPACTION (NOT LESS THAN 90% OF MAX. DRY DENSITY) IS JUSTIFIED BY THE SOILS ENGINEER.
   e. TEMPORARY EROSION CONTROL TO BE INSTALLED BETWEEN OCTOBER 1 AND APRIL 15. OBTAIN GRADING INSPECTOR'S AND DEPARTMENT OF PUBLIC WORKS APPROVAL OF PROPOSED PROCEDURES. (>200CY) (7007.1)
2. REGISTERED DEPUTY GRADING INSPECTOR IS REQUIRED ON GRADING AND FOUNDATION EARTHWORK WHERE (SITE EXCEEDS 60,000 SF) (CUT OR FILL SLOPES EXCEED 2:1) (CUTS EXCEED 40 FT. IN HEIGHT AND WITHIN 20 FT OF A PROPERTY LINE)(FOUNDATION EXCAVATION BELOW A 1:1 PLANE FROM PROPERTY LINE)(PROJECTS INVOLVE UNUSUAL HAZARDS) (SHORING WORK INCLUDING SLOT–CUTS)". (1704)
3. RETAINING WALLS LOCATED CLOSER TO THE PROPERTY LINE THAN THE HEIGHT OF THE WALL SHALL BE BACKFILLED NOT LATER THAN 10 DAYS AFTER CONSTRUCTION OF THE WALL AND NECESSARY STRUCTURAL SUPPORTING MEMBERS UNLESS RECOMMENDED OTHERWISE BY RESPONSIBLE ENGINEER.

## LEGAL DESCRIPTION:

LOT 14, TRACT NO. 26232
(679 MB 46/47)

## GEOTECHNICAL ENGINEER'S STATEMENT

THIS PLAN HAS BEEN REVIEWED AND CONFORMS TO RECOMMENDATIONS OF SOILS ENGINEERING/GEOLOGIC REPORTS DATED MAY 9, 2017.

SIGNATURE DATE STAMP

## ABBREVIATIONS

| | | | |
|---|---|---|---|
| AC | ASPHALTIC CONCRETE | MIN | MINIMUM |
| BCR | BEGIN CURVE RETURN | MH | MANHOLE |
| BW | BACK OF WALK | (N) | NORTH |
| BLDG | BUILDING | NTS | NOT TO SCALE |
| BM | BENCH MARK | PA | PLANTER AREA |
| BOS | BOTTOM OF STAIRS | POC | POINT OF CONNECTION |
| BMP | BEST MANAGEMENT PRACTICES | PIV | POST INDICATOR VALVE |
| CB | CATCH BASIN | PCC | POINT OF COMPOUND CURVE |
| CI | CAST IRON | PRC | POINT OF REVERSE CURVE |
| CL | CENTER LINE | PRV | PRESSURE REDUCING VALVE |
| CMU | CONCRETE MASONRY UNIT | PVC | POLYVINYL CHLORIDE |
| CO | CLEANOUT | R | RADIUS |
| CONC | PORTLAND CEMENT CONCRETE | RCIP | RECTANGULAR CAST IRON PIPE |
| CF | CURB FACE | RD | ROOF DRAIN |
| DW | DOMESTIC WATER | RW | RIGHT–OF–WAY |
| (E) | EAST | (N) | SOUTH |
| ECR | END CURVE RETURN | S= | SLOPE EQUALS |
| EG | EDGE OF GUTTER | SD | STORM DRAIN |
| EL. OR ELEV | ELEVATION | SSMH | SANITARY SEWER MANHOLE |
| ELEC | ELECTRIC, ELECTRICAL | SS | SANITARY SEWER |
| EX. OR EXIST. | EXISTING | STD | STANDARD |
| FDC | FIRE DEPARTMENT CONNECTION | SDMH | STORM DRAIN MANHOLE |
| FF | FINISHED FLOOR | TC | TOP OF CURB |
| FG | FINISHED GRADE (LANDSCAPE) | TEL | TELEPHONE |
| FS | FINISHED SURFACE (HARDSCAPE) | TG | TOP OF GRATE |
| FH | FIRE HYDRANT | TOS | TOP OF STAIRS |
| FL | FLOW LINE | TW | TOP OF WALL |
| FT | FOOT OR FEET | TS | TRAFFIC SIGNAL |
| FU | FIXTURE UNITS | TSB | TRAFFIC SIGNAL BOX |
| FW | FIRE WATER | TYP | TYPICAL |
| GPM | GALLONS PER MINUTE | TV | TELEVISION |
| GV | GATE VALVE | VIF | VERIFY IN FIELD |
| HDPE | HIGH DENSITY POLYETHYLENE | VLT | VAULT |
| HP | HIGH POINT | VCP | VITRIFIED CLAY PIPE |
| INV. | INVERT | (W) | WEST |
| LP | LOW POINT | W | WATER |
| MAX | MAXIMUM | WM | WATER METER |
| | | WV | WATER VALVE |

## HILLSIDE CONSTRUCTION REGULATION NOTES

1. **HAULING TRUCK TRIPS.** A MAXIMUM OF FOUR TRUCKS ARE PERMITTED TO HAUL PER HOUR PER PROJECT SITE. A GROUPING OR CONVOY OF HAULING VEHICLES SHALL NOT BE ALLOWED; ONLY ONE HAULING VEHICLE IS PERMITTED PER PROJECT SITE AT ANY ONE TIME.
2. **HAULING TRUCK OPERATIONS.** AS CONDITIONS OF PROJECT APPROVAL FOR THE ISSUANCE OF A GRADING OR BUILDING PERMIT FOR PROJECTS IN A HCR DISTRICT, EACH OF THE FOLLOWING HAULING OPERATION STANDARDS SHALL BE MET:
   a. PROJECTS REQUIRED TO OBTAIN A HAUL ROUTE APPROVAL FROM THE BOARD OF BUILDING AND SAFETY COMMISSIONERS FOR THE IMPORT AND/OR EXPORT OF 1,000 CUBIC YARDS OR MORE OF EARTH MATERIAL SHALL PROMINENTLY POST THE FINAL ACTION LETTER WITH THE APPROVED HAUL ROUTE STAFF REPORT ON THE JOB SITE AT ALL TIMES.
   b. NO GRADING SHALL BE PERFORMED WITHIN ANY AREAS DESIGNATED "HILLSIDE" UNLESS A COPY OF THE GRADING PERMIT IS PROMINENTLY POSTED ON THE JOB SITE AT ALL TIMES.
   c. ALL HAULING VEHICLES MUST BE IDENTIFIED BY A PLACARD IDENTIFYING THE PROJECT ADDRESS WHICH SHALL BE PROMINENTLY DISPLAYED ON EACH HAULING VEHICLE.
3. **EQUIPMENT.** AS CONDITIONS OF PROJECT APPROVAL FOR THE ISSUANCE OF A GRADING OR BUILDING PERMIT FOR PROJECTS IN A HCR DISTRICT, EACH OF THE FOLLOWING EQUIPMENT STANDARDS SHALL BE MET:
   a. 10–WHEELER DUMP TRUCKS (WITH A 10 CUBIC YARD CAPACITY) OR SMALLER ARE THE ONLY TYPE OF TRUCKS PERMITTED FOR HAULING EARTH. NOTWITHSTANDING THE FOREGOING, THE BOARD OF BUILDING AND SAFETY COMMISSIONERS MAY AUTHORIZE THE USE OF OTHER TYPES OF HAULING VEHICLES FOR A PROJECT THROUGH THE HAUL ROUTE APPROVAL PROCESS.
   b. HAULING AND GRADING EQUIPMENT SHALL BE KEPT IN GOOD OPERATING CONDITION AND MUFFLED AS REQUIRED BY LAW.
4. **OPERATING HOURS AND CONSTRUCTION ACTIVITY.** COMPLIANCE WITH EACH OF THE FOLLOWING STANDARDS SHALL BE REQUIRED FOR ALL PROJECTS INA HCR DISTRICT REQUIRING THE ISSUANCE OF A GRADING OR BUILDING PERMIT. HOWEVER, IF A HAUL ROUTE APPROVAL BY THE BOARD OF BUILDING AND SAFETY COMMISSIONERS IS REQUIRED FOR IMPORT AND/OR EXPORT OF 1,000 CUBIC YARDS OR MORE, THEN THE CONDITIONS SET BY THE BOARD OF BUILDING AND SAFETY COMMISSIONERS DURING THE HAUL ROUTE APPROVAL PROCESS SHALL PREVAIL AND THE FOLLOWING STANDARDS SHALL NOT APPLY:
   a. HAULING OPERATIONS SHALL BE CONDUCTED ONLY ON MONDAY THROUGH FRIDAY, BETWEEN THE HOURS OF 9:00 AM AND 3:00 PM. HAULING OPERATIONS ON SATURDAYS, SUNDAYS, OR STATE OR FEDERAL DESIGNATED HOLIDAYS IS STRICTLY PROHIBITED.
   b. HAUL TRUCKS SHALL BE STAGED OFF–SITE AND OUTSIDE OF THE HCR DISTRICT. AS DEEMED NECESSARY, THE BOARD OF BUILDING AND SAFETY COMMISSIONERS MAY PERMIT STAGING ON–SITE OR IN ANY ALTERNATE STAGING AREA BY SPECIAL CONDITION DURING THE HAUL ROUTE APPROVAL PROCESS.
   c. CONSTRUCTION ACTIVITY SHALL BE LIMITED TO MONDAY THROUGH FRIDAY, BETWEEN THE HOURS OF 8:00 AM TO 6:00 PM. EXTERIOR CONSTRUCTION WORK AT ANY OTHER TIME IS STRICTLY PROHIBITED. HOWEVER, INTERIOR CONSTRUCTION WORK MAY BE CONDUCTED ON SATURDAYS BETWEEN THE HOURS OF 8:00 AM TO 6:00 PM. EXCESS EXTERIOR ILLUMINATION OF THE SITE THROUGH THE USE OF FLOOD LIGHTS AND/OR SIMILAR LIGHTING DEVICES IS STRICTLY PROHIBITED AFTER 6:00 PM ON ANY DAY OF THE WEEK.
   d. A LOG NOTING THE DATES OF HAULING ACTIVITY AND THE NUMBER OF HAULING TRUCK TRIPS PER DAY SHALL BE AVAILABLE ON THE JOB SITE AT ALL TIMES.
   e. THE OWNER OR CONTRACTOR SHALL CONTROL DUST CAUSED BY GRADING AND HAULING AND PROVIDE REASONABLE CONTROL OF DUST CAUSED OR EXACERBATED BY WIND AT ALL TIMES. GRADING AND HAULING ACTIVITIES SHALL BE DISCONTINUED DURING PERIODS OF HIGH WINDS AND RED FLAG DAYS AS DETERMINED BY THE LOS ANGELES FIRE DEPARTMENT.
   f. LOADS SHALL BE SECURED BY TRIMMING AND SHALL BE COVERED TO PREVENT SPILLAGE AND DUST. HAUL TRUCKS ARE TO BE CONTAINED AT THE EXPORT SITE TO PREVENT BLOWING OF DIRT AND ARE TO BE CLEANED OF LOOSE EARTH AT THE EXPORT SITE TO PREVENT SPILLING.
   g. STREETS SHALL BE CLEANED OF SPILLED MATERIALS AT THE TERMINATION OF EACH WORKDAY.
   h. "TRUCK CROSSING" WARNING SIGNS SHALL BE PLACED 300 FEET IN ADVANCE OF THE EXIT FROM THE PROJECT SITE IN EACH DIRECTION.
   i. FLAG PERSON(S) SHALL BE REQUIRED FOR ALL PROJECT SITES. FLAG PERSONS WITH RADIO CONTROL AND WARNING SIGNS SHALL BE IN COMPLIANCE WITH THE LATEST EDITION OF THE "WORK AREA TRAFFIC CONTROL HANDBOOK." FLAG PERSONS PROVIDED AT THE JOB SITE SHALL ASSIST TRUCKS IN AND OUT OF THE PROJECT AREA.

## NOTE:

CONTINUOUS INSPECTION BY THE SOILS ENGINEER/GEOLOGIST IS REQUIRED FOR EXCAVATION/SHORING INSTALLATION.

LADBS DEPARTMENT OF BUILDING AND SAFETY

**STORM WATER POLLUTION CONTROL**
(2017 Los Angeles Green Building Code)

**FORM GRN 1**

Storm Water Pollution Control Requirements for Construction Activities
Minimum Water Quality Protection Requirements for All Construction Projects

**The following notes shall be incorporated in the approved set of construction/grading plans and represents the minimum standards of good housekeeping which must be implemented on all construction projects.**

Construction means constructing, clearing, grading or excavation that result in soil disturbance. Construction includes structure teardown (demolition). It does not include routine maintenance to maintain original line and grade, hydraulic capacity, or original purpose of facility; emergency construction activities required to immediately protect public health and safety; interior remodeling with no outside exposure of construction material or construction waste to storm water; mechanical permit work; or sign permit work. (Order No. 01-182, NPDES Permit No. CAS004001 – Part 5: Definitions)

1. Eroded sediments and pollutants shall be retained on site and shall not be transported from the site via sheet flow, swales, area drains, natural drainage or wind.
2. Stockpiles of earth and other construction-related materials shall be covered and/or protected from being transported from the site by wind or water.
3. Fuels, oils, solvents and other toxic materials must be stored in accordance with their listing and shall not contaminate the soil nor the surface waters. All approved toxic storage containers are to be protected from the weather. Spills must be cleaned up immediately and disposed of properly and shall not be washed into the drainage system.
4. Non-storm water runoff from equipment and vehicle washing and any other activity shall be contained on the project site.
5. Excess or waste concrete may not be washed into the public way or any drainage system. Provisions shall be made to retain concrete waste on-site until it can be appropriately disposed of or recycled.
6. Trash and construction –related solid wastes must be deposited into a covered receptacle to prevent contamination of storm water and dispersal by wind.
7. Sediments and other materials shall not be tracked from the site by vehicle traffic. The construction entrance roadways must be stabilized so as to inhibit sediments from being deposited into the street/public ways. Accidental depositions must be swept up immediately and may not be washed down by rain or by any other means.
8. Retention basins of sufficient size shall be provided to retain storm water runoff on-site and shall be properly located to collect all tributary site runoff.
9. Where retention of storm water runoff on-site is not feasible due to site constraints, runoff may be conveyed to the street and the storm drain system provided that an approved filtering system is installed and maintained on-site during the construction duration.

As a covered entity under Title II of the Americans with Disabilities Act, the City of Los Angeles does not discriminate on the basis of disability and, upon request, will provide reasonable accommodation to ensure equal access to its programs, services and activities.

(Rev. 01/17/17) Page 1 of 1 www.ladbs.org

## SHEET INDEX


| | |
|---|---|
| C000 | TITLE SHEET |
| C100 | EROSION CONTROL PLAN |
| C200 | ROUGH GRADING PLAN |
| C210 | GRADING PLAN |
| C300 | DRAINAGE AND LID PLAN |


PROJECT SITE




**VICINITY MAP**
NOT TO SCALE

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8488 f 310.578.8477
MayesOffice.com

Labib Funk + Associates
Structural | Shoring | Civil | EBM
319 Main Street
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17262

1677 BLUE JAY WAY

TITLE SHEET

ISSUE AND DATE
1. 07.06.2018 PERMIT REVISION
2. 08.23.2018 PC SUBMITTAL
3. 03.27.2023 CODE UPDATE SET

PROJECT NO: -
DRAWN BY: JLA
CHECKED BY: N/A
SCALE: AS NOTED
SHEET NO:
C000

## GENERAL DEMOLITION NOTES

1. CONTRACTOR TO CLEAR PROJECT SITE AREA WITHIN THE CONFINES OF THE DEMOLITION LIMIT LINE. THE CONTRACTOR SHALL DEMOLISH AND REMOVE FROM THE SITE ALL EXISTING UTILITIES, STRUCTURES, PLANTERS, TREES, AND ALL OTHER SITE FEATURES, UNLESS OTHERWISE NOTED ON THE PLAN.
2. REMOVAL OF LANDSCAPING SHALL INCLUDE ROOTS AND ORGANIC MATERIALS.
3. THE CONTRACTOR SHALL BE RESPONSIBLE FOR OBTAINING ANY AND ALL PERMITS AND SHALL PAY ALL FEES NECESSARY FOR ENCROACHMENT, GRADING, DEMOLITION AND DISPOSAL OF SAID MATERIALS AS REQUIRED BY PRIVATE, LOCAL AND STATE JURISDICTIONS.
4. THE CONTRACTOR SHALL BE RESPONSIBLE FOR A SITE INSPECTION TO FULLY ACKNOWLEDGE THE EXTENT OF THE DEMOLITION WORK.
5. THE CONTRACTOR SHALL VERIFY AND LOCATE ALL EXISTING ABOVE AND UNDERGROUND UTILITIES. LOCATIONS SHOWN ON THE PLANS ARE APPROXIMATE AND ARE SHOWN FOR GENERAL INFORMATION ONLY.
6. DAMAGE TO ANY EXISTING UTILITIES AND SERVICES TO REMAIN SHALL BE THE RESPONSIBILITY OF THE CONTRACTOR. CONTRACTOR SHALL REPAIR AND/OR REPLACE IN KIND.
7. EROSION CONTROL MEASURES SHALL BE IMPLEMENTED TO PREVENT DEBRIS AND UNSUITABLE MATERIALS FROM ENTERING STORM DRAINS, SANITARY SEWERS AND STREETS.
8. DUST CONTROL SHALL BE IMPLEMENTED DURING DEMOLITION.
9. DEMOLITION IS LIMITED TO WITHIN DEMOLITION LIMIT LINE UNLESS NOTED OTHERWISE.
10. THE CONTRACTOR SHALL VERIFY THE LOCATION AND QUANTITY OF EXISTING SURFACE STRUCTURES AND SHALL BE SOLELY RESPONSIBLE FOR ANY UNIDENTIFIED UTILITIES, IMPROVEMENTS, TREES, ETC. TO BE DEMOLISHED AND REMOVED WITHIN THE DEMOLITION LIMIT LINE, INCLUDING APPURTENANT FOUNDATIONS OR SUPPORTS.
11. DEMOLITION CALLOUTS IN THIS SECTION ARE REPRESENTATIVE OF WHAT IS TO BE DONE, NOT AN ITEMIZED ACCOUNTING FOR EACH PIPE, CATCH BASIN, MANHOLE, VAULT, ETC. THAT IS TO BE DEMOLISHED, REMOVED AND DISPOSED OF.

## DUST CONTROL NOTES

1. DUST SHALL BE CONTROLLED BY WATERING AND/OR APPLYING A DUST PALLIATIVE. THE DUST PALLIATIVE SHALL BE APPLIED IN THE AMOUNT AT THE LOCATIONS AS DIRECTED BY THE ENGINEER.
2. WATER FOR DUST CONTROL SHALL BE APPLIED BY MEANS OF PRESSURE TYPE DISTRIBUTORS OR PIPE LINES EQUIPPED WITH A SPRAY SYSTEM OR HOSES WITH NOZZLES THAT WILL INSURE A UNIFORM APPLICATION OF WATER.
3. UNLESS WATER IS APPLIED BY MEANS OF PIPE LINES, AT LEAST ONE MOBILE UNIT WITH A MINIMUM CAPACITY OF 100 GALLONS SHALL BE AVAILABLE FOR APPLYING WATER.
4. ALL SOIL MATERIALS OR DEBRIS TRUCKED FROM THE SITE SHALL BE COVERED AND SPRINKLED PRIOR TO ENTERING PUBLIC STREETS.
5. PROVIDE FOR WET SUPPRESSION OR CHEMICAL STABILIZING OF EXPOSED SOILS.
6. PROVIDE FOR RAPID CLEAN-UP OF SEDIMENTS DEPOSITED ON THE PAVED ROADS.
7. LIMIT THE AMOUNT OF AREAS DISTURBED BY CLEARING & EARTH MOVING OPERATIONS BY SCHEDULING THESE ACTIVITIES IN PHASES.

## EROSION CONTROL MEASURES EFFECTIVE DURING RAINY SEASON (OCTOBER 1 TO APRIL 15)

1. TEMPORARY EROSION CONTROL DEVICES SHOWN ON THE WWECP WHICH INTERFERE WITH THE WORK SHALL BE RELOCATED OR MODIFIED AS AND WHEN THE INSPECTOR SO DIRECTS AS THE WORK PROGRESSES TO MEET "AS GRADED" CONDITIONS.
2. ALL LOOSE SOIL AND DEBRIS SHALL BE REMOVED FROM THE STREET AREAS UPON STARTING OPERATIONS AND PERIODICALLY THEREAFTER AS DIRECTED BY THE INSPECTOR
3. WHEN THE INSPECTOR SO DIRECTS, A 12-INCH BERM SHALL BE MAINTAINED ALONG THE TOP OF THE SLOPE OF THOSE FILLS ON WHICH GRADING IS NOT IN PROGRESS.
4. PROVIDE VELOCITY CHECK DAMS ACROSS THE OUTLET OF ALL LOTS DRAINING INTO THE STREET..
5. ALL FILLS SHALL BE GRADED TO PROMOTE DRAINAGE AWAY FROM THE EDGES OF THE FILL.
6. ALL UTILITY TRENCHES SHALL BE BLOCKED AT THE PRESCRIBED INTERVALS FROM THE BOTTOM TO TOP WITH A DOUBLE ROW OF SANDBAGS PRIOR TO BACKFILL. STORM AND SEWER TRENCHES SHALL BE BLOCKED AT THE PRESCRIBED INTERVALS WITH A DOUBLE ROW OF SANDBAGS EXTENDING UPWARD, TO WITHIN TWO SANDBAGS FROM THE GRADED SURFACE OF THE STREET. SANDBAGS ARE TO BE PLACED WITH ALTERNATE HEADER AND STRETCHER COURSES. THE INTERVALS PRESCRIBED BETWEEN SANDBAG BLOCKING SHALL DEPEND ON THE SLOPE OF THE GROUND SURFACE, BUT NOT TO EXCEED THE FOLLOWING:

| GRADE OF STREET | INTERVAL |
|---|---|
| LESS THAN 2% AS REQUIRED | |
| 2% TO 4% | 100 FEET |
| 4% TO 10% | 50 FEET |
| OVER 10% | 25 FEET |

7. PROVIDE STANDARD "VELOCITY CHECK DAMS" AT ALL UNPAVED STREET AREAS AT THE INTERVALS INDICATED IN PARAGRAPH 6 ABOVE. VELOCITY CHECK DAMS MAY BE CONSTRUCTED OF SANDBAGS, TIMBER, OR OTHER EROSION RESISTANT MATERIAL APPROVED BY THE INSPECTOR AND SHALL EXTEND COMPLETELY ACROSS THE STREET OR CHANNEL AT RIGHT ANGLES TO THE CENTERLINE. EARTH DAMS MAY NOT BE USED AS "VELOCITY CHECK DAMS."
8. PROVIDE STANDARD "VELOCITY CHECK DAMS" IN ALL UNPAVED GRADED CHANNELS AT THE INTERVALS INDICATED BELOW:

| GRADE OF CHANNEL CHECK DAMS | INTERVAL |
|---|---|
| LESS THAN 3% | 100 FEET |
| 3% TO 6% | 50 FEET |
| OVER 6% | 25 FEET |

9. THE STANDARD "VELOCITY CHECK DAM" SHALL HAVE A MINIMUM HEIGHT OF 12-INCHES. VELOCITY CHECK DAMS ACROSS OUTLETS OF ALL LOTS SHALL HAVE A MINIMUM HEIGHT OF 18-INCHES. VELOCITY CHECK DAMS CONSTRUCTED WITH SANDBAGS THAT ARE 18-INCHES HIGH SHALL BE BUILT WITH A DOUBLE ROW.
10. AFTER SEWER AND UTILITY TRENCHES ARE BACKFILLED AND COMPACTED, THE SURFACES OVER SUCH TRENCHES SHALL BE MOUNDED SLIGHTLY TO PREVENT CHANNELING OF WATER IN THE TRENCH AREA. CARE SHOULD BE EXERCISED TO PROVIDE FOR CROSS FLOW AT FREQUENT INTERVALS WHEN TRENCHES ARE NOT ON THE CENTERLINE OF A CROWNED STREET.
11. EXCEPT AS OTHERWISE DIRECTED BY THE INSPECTOR, ALL DEVICES SHOWN SHALL BE IN PLACE AT THE END OF EACH WORKING DAY WHEN THE FORECAST OF RAIN PROBABILITY EXCEED 40% AND MAINTAINED DURING THE RAINY SEASON.
12. AFTER EACH STORM, ALL "DESILTING BASINS" AND "VELOCITY CHECK DAMS" SHALL BE PUMPED DRY AND REMOVED OF ALL DEBRIS AND SILT WITHIN 24 HOURS AND RESTORED TO THEIR ORIGINAL CAPACITY.
13. EROSION CONTROL DEVICES SHALL BE STOCKPILED IN PARKWAYS AT INTERVALS SHOWN ON THE 22ECP, READY TO BE PLACED IN POSITION WHEN RAIN IS FORECASTED OR WHEN DIRECTED BY THE INSPECTOR.
14. ALL CUT AND FILL SLOPES GREATER THAN 1 VERTICAL TO 3 HORIZONTAL SHALL BE COVERED WITH 10 MIL PLASTIC SHEETING HELD IN PLACE WITH SANDBAGS (UNLESS PLANTED OR HYDRO-SEEDED).
15. BRUSH AND VEGETATIVE GROUND COVER MAY NOT BE REMOVED MORE THAN 10-FEET ABOVE FILLS DURING THE RAINY SEASON WHICH OCCURS BETWEEN OCTOBER 1 AND APRIL 15.

OWNER: NAME – S&W BLUE JAY WAY, LLC
ADDRESS – P.O. BOX 6528, MALIBU, CA 90026
PHONE – 310.456.2600

24 HR. EMERGENCY CONTACT: NAME – ANDREW HURLEY
ADDRESS – 8920 SUNSET BLVD #200A, WEST HOLLYWOOD, CA 90069
PHONE – 310.569.7975

## LEGEND

- LIMIT LINE OF EROSION CONTROL
- PROPERTY LINE
- SAND BAGS
- SILT FENCE
- DIRECTION OF FLOW

## BMP NOTES

THE FOLLOWING BMPS AS OUTLINED IN, BUT NOT LIMITED TO, THE BEST MANAGEMENT PRACTICE HANDBOOK, CALIFORNIA STORMWATER QUALITY TASK FORCE, SACRAMENTO, CALIFORNIA, JULY 2012, MAY APPLY DURING THE CONSTRUCTION OF THIS PROJECT (ADDITIONAL MEASURES MAY BE REQUIRED IF DEEMED APPROPRIATE BY CITY INSPECTORS):

TEMPORARY SEDIMENT CONTROL
SE1–SILT FENCE
SE8–SANDBAG BARRIER

EQUIPMENT TRACKING CONTROL
TC1–STABILIZED CONSTRUCTION ENTRANCE/EXIT

NON-STORMWATER MANAGEMENT
NS8–VEHICLE AND EQUIPMENT CLEANING
NS9–VEHICLE AND EQUIPMENT FUELING
NS10–VEHICLE AND EQUIPMENT MAINTENANCE

WASTE MANAGEMENT & MATERIALS POLLUTION CONTROL
WM1–MATERIAL DELIVERY AND STORAGE
WM9–SANITARY/SEPTIC WASTE MANAGEMENT

## EROSION CONTROL NOTES

- E1 SILT FENCE PER ESC 50.
- E2 STABILIZED CONSTRUCTION ENTRANCE PER ESC 24.
- E3 SAND BAG 2 ROW, 3 HIGH PER ESC 52.













PROJECT SITE



VICINITY MAP
1"=400'

EROSION CONTROL PLAN

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8488 f 310.578.8478
MayesOffice.com

Labib Funk + Associates
319 Main Street
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699

PROJECT NO: -
DRAWN BY: JLA
CHECKED BY: N/A
SCALE: AS NOTED
SHEET NO:
C100

SCALE: 1"=10'

LEGEND

SHORING WALL

BASEMENT BUILDING WALL

DRAINAGE CONTRUCTION NOTES

(D1) INSTALL FOUNDATION DRAIN ROCK POCKETS FOR SHORED CONDITION PER DETAIL 1 HEREON.

| ESTIMATED EARTHWORK QUANTITIES | |
|---|---|
| EARTHWORK | QUANTITIES |
| CUT | 5,936 C.Y. |
| FILL | 49 C.Y. |
| TOTAL EXPORT | 5,887 C.Y. |
| CUT FOR BUILDING ENVELOPE | 5,102 C.Y. |
| CUT OUTSIDE OF BUILDING ENVELOPE | 5,936-5,102=785 C.Y. |







NOTES:

1. FOUNDATION WALL DRAINAGE SHALL ADHERE TO THE LATEST BUILDING ADMINISTRATIVE CODES.

1 C200 FOUNDATION DRAIN FOR SHORED CONDITION N.T.S.

SCALE: 1"=10'

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8488 f 310.578.8477
MayesOffice.com

Labib Funk + Associates
Structural | Civil | EBM
319 Main Street
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #1

1627 BLUE JAY WAY

ROUGH GRADING PLAN

ISSUE AND DATE
07.26.2018 PERMIT REVISION
08.23.2018 PC SUBMITTAL
03.21.2023 CODE UPDATE SET

| | |
|---|---|
| PROJECT NO.: | - |
| DRAWN BY: | JLA |
| CHECKED BY: | N/A |
| SCALE: | AS NOTED |
| SHEET NO.: | C200 |


MAYES OFFICE
1627 BLUE JAY WAY
GRADING PLAN
C210
LEGEND
PROPERTY LINE/RIGHT OF WAY
GRADE BREAK LINE
RIDGE LINE
RETAINING WALL
LID PLANTER
LANDSCAPING
GRAVEL
WATER FEATURE/POOL
CONSTRUCTION NOTES
P1 CONSTRUCT MODIFIED DRIVEWAY TO MATCH EXISTING STREET CONDITION PER CITY OF LOS ANGELES STANDARD PLAN S-440-4, W PER PLAN.
P2 CONSTRUCT RETAINING WALL PER STRUCTURAL PLANS.
P3 CONSTRUCT V GUTTER PER DETAIL 1, HEREON.
DRIVEWAY GRADING
"V" GUTTER BEHIND WALL
WIRE MESH
3" CONCRETE

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.678.8486 f 310.678.8477
Mayesoffice.com

1627 BLUE JAY WAY

CROSS SECTIONS

PROJECT NO.: -
DRAWN BY: JLA
CHECKED BY: N/A
SCALE: AS NOTED
SHEET NO.:

C220




C SECTION
C220 1" = 10'




A SECTION
C220 1" = 10'




B SECTION
C220 1" = 10'

## LEGEND

- PROPERTY LINE/RIGHT OF WAY
- GB — GRADE BREAK LINE
- R — RIDGE LINE
- RETAINING WALL
- 4" SD — STORM DRAIN BY CIVIL
- STORM DRAIN BY PLUMBING
- FD — FOUNDATION DRAIN
- PUMP — FORCE MAIN
- LID PLANTER
- LANDSCAPING
- GRAVEL
- WATER FEATURE/POOL




## STORMWATER OBSERVATION REPORT FORM
(Residential ≥ 5 units & All other Development)

LOW IMPACT DEVELOPMENT

*IN THE EVENT THAT THE APPROVED STORMWATER BMP CANNOT BE BUILT PER PLANS (OR ANY MODIFICATION), CONSULT WITH BUREAU OF SANITATION STAFF PRIOR TO ANY PLAN MODIFICATIONS. FAILURE TO DO SO MAY DELAY OBTAINING A FINAL APPROVAL AND CERTIFICATE OF OCCUPANCY (C OF O).*

*STORMWATER OBSERVATION means the visual observation of the stormwater related Best Management Practices (BMPs) for conformance with the approved LID Plan at significant construction stages and at completion of the project. Stormwater observation does not include or waive the responsibility for the inspections required by Section 108 or other sections of the City of Los Angeles Building Code.*

*STORMWATER OBSERVATION must be performed by the engineer or architect responsible for the approved LID Plan or designated staff in their employment. As part of the observation, provide photos of the BMPs taken during various construction phases.*

*STORMWATER OBSERVATION REPORT must be signed and stamped (see below) by the engineer or architect responsible for the approved LID Plan and submitted to the city prior to the issuance to the certificate of occupancy. PRIOR TO CERTIFICATE OF OCCUPANCY (C of O), SOR FORM, PRINTED PHOTOS OF THE BMPS TAKEN DURING VARIOUS CONSTRUCTION PHASES AND APPROVED STAMPED PLANS BY THE BUREAU OF SANITATION MUST BE SUBMITTED TO THE PUBLIC COUNTER FOR STAFF APPROVAL.*

| Project Address: | Building Permit No.: |
|---|---|
| 1627 BLUE JAY WAY., LOS ANGELES, CA 90069 | 13010-10002-04086 |
| Name of Engineer/Architect responsible for the approved LID Plan: FRANCIS LAROCCA | Phone Number: 213.239.9700 |

List all BMPs installed as part of the project: Coordinates of the most significant (or typical) BMPs:

| | |
|---|---|
| BMP Type: PLANTER BOX # of units: 1 | BMP Type: ______ # of units: ____ |
| Lat: 34.10237 ; Long: -118.38743 (Ex: Lat: 34.04152; Long: -118.25962 (5 sig digits)) | Lat: ______ ; Long: ______ |
| BMP Type: ______ # of units: ____ | BMP Type: ______ # of units: ____ |
| Lat: ______ ; Long: ______ | Lat: ______ ; Long: ______ |

I DECLARE THAT THE FOLLOWING STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE:

1. I am the engineer or architect responsible for the approved LID Plan, and;
2. I, or designated staff under my responsible charge, has preformed the required site visits at each significant construction stage and at the completion to verify that the Best Management Practices (BMPs) as shown on approved plans have been constructed and installed in accordance with the approved LID Plan.

Wet Stamp of Engineer or Architect

Signature Date

Low Impact Development (LID)
Post Construction Stormwater Mitigation
Best Management Practices (BMPs)

## STORMWATER BMP(s) VERIFICATION

**Upon installation of the approved stormwater BMPs, a Stormwater Observation Report (SOR) Form shall be submitted to Department of Public Works, Bureau of Sanitation. 201 N. Figueroa, 3rd floor, station 18. The SOR Form must be with filed and approved by the Bureau of Sanitation prior to the issuance of a Certificate of Occupancy.**

Project Address: 1627 BLUE JAY WAY., LOS ANGELES, CA 90069

**RESIDENTIAL (4 UNITS OR LESS, <10,000SF, < 2,500 SF within a ESA)**

| Item # | Stormwater BMP | Description (Units, total) | Reference Sheet(s)* (Sheet #) |
|---|---|---|---|
| 1 | Rain Tank(s) – 50 to 129 gal each | | |
| 2 | Rain Tank(s) – > 130 gal min | | |
| 3 | Shade Tree - min 15 gal | | |
| 4 | Flow thru Planter(s) | 1,092 SF PLANTER BOX | C300 |
| 5 | Permeable pavers / Porous concrete (min 10% open space) | ☐ Incidental; total SF<br>☐ Infiltration total SF | |
| 6 | Rain Garden | ☐ # ___ - Lined; total SF<br>☐ # ___ - Unlined; total SF | |
| 7 | Dry Well | | |
| 8 | SUMP Pump (modification was not required) | | |

**ALL OTHER DEVELOPMENT**
**(Residential: 5 ≥ units, 10,000 ≥ SF, within a ESA and ≥2,500SF)**

| | Item # | Stormwater BMP | Description (Units, total) | Reference Sheet(s)* (Sheet #) |
|---|---|---|---|---|
| Infiltration | 1 | Infiltration Basin / Trench | | |
| | 2 | Dry Well | | |
| | 3 | Permeable pavers / Porous concrete (min 10% open space) | ☐ Incidental; total SF<br>☐ Infiltration; total SF | |
| Capture & Use | 4 | Rain Tank(s) – 530 gal min | | |
| | 5 | Cistern | ☐ Above Grade<br>☐ Below Grade | |
| Treat & Discharge | 6 | Flow thru Planter(s) | | |
| | 7 | Biofiltration | ☐ # ___ - Lined; total SF<br>☐ # ___ - Unlined; total SF | |
| | 8 | Vegetative Swale / Filter Strip | | |
| | 9 | Catch Basin Filter(s) | | |
| | 10 | Trench Drain Filter(s) | | |
| | 11 | Down Spout Filter(s) | | |
| | 12 | SUMP Pump (modification was not required) | | |

* At a minimum: Site Plan, Architectural Elevations, Roof Plan, Civil Sheets and Detail

### LID SUMMARY

| DRAINAGE AREA DESCRIPTION (SF) | LEGEND | IMPERVIOUS TRIB. AREA (SF) | REQUIRED BMP AREA 0.05xTRIBUTARY (SF) | PROVIDED BMP AREA (SF) |
|---|---|---|---|---|
| AREA | | 13,590 | 680 | 897 |

****NOTE:** ANY CHANGES (TYPE, SIZE, LOCATION) TO APPROVED STORMWATER BEST MANAGEMENT PRACTICES(S) (BMPs) MUST OBTAIN WRITTEN APPROVAL FROM LOS ANGELES, DEPARTMENT OF PUBLIC WORKS, BUREAU OF SANITATION PRIOR TO CONSTRUCTION OF BMP(s).

### STORM DRAIN CONSTRUCTION NOTES

- SD1 INSTALL PVC STORM DRAIN PIPE. SIZE PER PLAN.
- SD2 INSTALL 6" AREA DRAIN BY NDS OR APPROVED EQUIVALENT.
- SD3 INSTALL 4" SLOT DRAIN BY NDS OR APPROVED EQUIVALENT.
- SD4 POINT-OF-CONNECTION TO PLUMBING STORM DRAIN LINE. SEE PLUMBING PLANS FOR CONTINUATION.
- SD5 BUILDING STORM DRAIN PIPE SHOWN FOR COORDINATION PURPOSED ONLY. 1% SLOPE MINIMUM. SEE PLUMBING PLANS FOR DETAILS.
- SD6 INSTALL 12"X12" CATCH BASIN BY JENSEN OR APPROVED EQUIVALENT.
- SD7 INSTALL SUMP PUMP AND VAULT.
- SD8 INSTALL 2" PVC FORCE MAIN.
- SD9 INSTALL OVERFLOW PIPE TO PUMP.
- SD10 INSTALL CURB DRAIN PER APWA STANDARD PLAN 150-3. SIZE AND QUANTITY PER PLAN.
- SD11 CONSTRUCT PLANTER BOX PER DETAIL 1, HEREON.
- SD12 INSTALL FOUNDATION DRAIN PER DETAIL 2, HEREON.
- SD13 INSTALL AREA DRAIN. SIZE, TOP OF GRATE, AND INVERT PER PLUMBING DRAWINGS.

***INSPECTORS NOTE:**
CONTRACTOR TO NOTIFY CIVIL ENGINEER FOR OBSERVATION PRIOR TO CONSTRUCTION OF STORM WATER TREATMENT DEVICES.



NOTES:
1. AT LEAST 6 INCHES SHALL BE PROVIDED BETWEEN THE PLANTING SURFACE AND THE CREST OF EACH PLANTER.
2. PLANTERS SHALL NOT BE LOCATED ON UNEVEN OR SLOPED SURFACES.
3. TOP SOIL/PLANTING MIX IS AT LEAST 18" DEEP.
4. TOP SOIL CONTAINS NO MORE THAN 30% COMPOST.
5. MINIMUM GRAVEL LAYER SHALL BE 12" DEEP.
6. DIRECT OVERFLOW DISCHARGE PER BUREAU OF ENGINEERING AND BUILDING AND SAFETY REQUIREMENTS.
7. PLANTING IS REQUIRED. CONSULT LANDSCAPE ARCHITECT FOR SPECIFIC PLANT TYPES.

1 PLANTER BOX (C300) N.T.S.




2 FOUNDATION DRAIN WITH WEEP HOLE DETAIL (C300) N.T.S.

SCALE: 1"=10'

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8488 f 310.578.8477
MayesOffice.com

Labib Funk + Associates
319 Main Street
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #1...

ISSUE AND REVISIONS

PROJECT NO.: -
DRAWN BY: JLA
CHECKED BY: N/A
SCALE: AS NOTED
SHEET NO.: C300

# RESIDENTIAL FLOOR AREA (RFA) CALCULATIONS AND DIAGRAMS:

1. MAX ALLOWABLE RESIDENTIAL FLOOR AREA (RFA)

4379.4 SF 18% OF LOT AREA. MINIMUM RFA PER TABLE 12.21 C.10-3 GUARANTEED MINIMUM RESIDENTIAL FLOOR AREA LOT AREA 24330.2 SF TIMES 18% = 4379.4 SF

RESIDENTIAL FLOOR AREA (RFA)

| Level | Name | Area | Comments |
|---|---|---|---|
| BASEMENT LEVEL 01 | BASEMENT | 6124 SF | EXEMPT from RFA - BASEMENT |
| LEVEL 02 | MAIN | 3888 SF | RFA |
| LEVEL 02 | DBL HEIGHT | 54 SF | DBL HEIGHT RFA |
| LEVEL 02 | ADU | 850 SF | |
| LEVEL 03 | ENTRY 300 | 202 SF | RFA |
| LEVEL 03 | GARAGE 340 | 400 SF | RFA |
| SUBTOTAL: | | 11517 SF | |

| | |
|---|---|
| EXEMPTED BASEMENT AREA | -6124 SF |
| GARAGE EXEMPTION | -200 SF |
| EXEMPTED ADU AREA EXCEDING THE MAXIMUM RFA | -850 SF |
| TOTAL RFA : | 4346 SF |
| MAXIMUM RFA: | 4379,4 SF |




1 BASEMENT LEVEL 01
SCALE: NTS




2 LEVEL 02
SCALE: NTS




3 LEVEL 03
SCALE: NTS




5 3D LOT COVERAGE DIAGRAM




305,8' LINEAR FEET (LF) OF BASEMENT WALLS AT GRADE WITHIN 3' FROM FLOOR ABOVE

509,5' LF TOTAL BASEMENT PERIMETER

305,8'/509,5' = **60%**

4 BASEMENT DIAGRAM
SCALE: 1 : 325

MAYES OFFICE
2665 30th Street #105 Santa Monica, CA 90405 p 424.322.9822 Mayesoffice.com

OWNER
STRUCTURAL ENGINEER & CIVIL ENGINEER
GEOLOGY ENGINEER

ANGELES, CA 90069

BASELINE HILLSIDE ORDINANCE DIAGRAMS

DATE: 3/27/23

| Revisions | |
|---|---|
| Number | Description |
| 3 | NEW ADU |

SCALE: As indicated
SHEET NO:
A0.00



BLUE JAY WAY
42" MAX HEIGHT FROM NATURAL GRADE
6' MAXIMUM WALL
SITE PLAN
SCALE 1/8" = 1'-0"
FRONT SETBACK
SIDE YARD SETBACK
7' - 0"
SWITCH BOARD
PROPERTY LINE
SETBACK LINE
ROOF DECK BELOW
BAJA SHELF
POOL-SEPARATE PERMIT BY OTHERS
SPA-SEPARATE PERMIT BY OTHERS
OPEN TO BELOW
SUSMP PLANTER
REAR YARD SETBACK
15' - 0"
SOLAR AREA - SEE A2.13
A1.01


BASEMENT LEVEL 01 FLOOR
ANGELES, CA 90069
SCALE: 1/8" = 1'-0"
SHEET NO: A2.10
DATE: 3/27/23
1 BASEMENT LEVEL 01 FLOOR PLAN
SCALE 1/8" = 1'-0"
MECHANICAL 137
GYM/RECREATION 140
LAUNDRY 136
OUTDOOR LIVING 121
BATH 3 112A
BEDROOM 3 112
POWDER 131
IT 130
BATH 2 111A
BEDROOM 2 111
BATH 1 110A
BEDROOM 1 110
MASTER BEDROOM 100
DRY SAUNA 200E
POOL - SEPARATE PERMIT BY OTHERS
SPA - SEPARATE PERMIT BY OTHERS
MWC2 101A
MASTER SHOWER 101B
MASTER BATH 102
MWC1 102A
CLOSET 106
WALK-IN CLOSET 104
SUSMP PLANTER
SETBACK LINE
PROPERTY LINE
SIDE YARD SETBACK
REAR SETBACK
15' - 0"
7' - 0"
171' - 0"


LEVEL 02 FLOOR PLAN
SCALE 1/8" = 1'-0"
KEYNOTES
A2.11
ADU 270
ADU CLOSET
ADU BATHROOM 276
MECHANICAL SHAFT
CLOSET 275
CELLAR 263
COAT CLOSET 262
POWDER 2 260B
ALCOVE 260
POWDER 1 260A
CIRCULATION 251
EAST PATIO 240
LIVING 230
DINING 222
KITCHEN 221
FAMILY 220
CIRCULATION 211
WEST PATIO 210
GUEST BEDROOM 200
GUEST BATH 200A
GWC 200B
SHOWER 200C
SIDE YARD SETBACK
REAR YARD SETBACK
SETBACK LINE
PROPERTY LINE


BLUE JAY WAY
LEVEL 03 FLOOR PLAN
LEGEND
FIRE DEPARTMENT PATH OF TRAVEL (P.O.T.)
TOTAL LENGTH (DISTANCE) =
22'-0" + 27'-0" + 34'-0" = 83'-0"
KNOX BOX MODEL 4400R. STANDARD RECESSED KEY BOX FOR LOW-RISE BUILDINGS. LOCATED ADJACENT TO MAN GATE FOR FIRE DEPARTMENT ACCESS. SEE FIRE DEPARTMENT ACCESS NOTES FOR ADDITIONAL INFORMATION.
PROPERTY LINE
SETBACK LINE
SIDE YARD SETBACK
REAR YARD SETBACK
ENTRY 300
PATIO 310
DRIVEWAY 322
ROOF DECK 321
A2.12



ROOF PLAN
SCALE 1/8" = 1'-0"
A2.13
DRIVEWAY BELOW
FRONT YARD SETBACK
PROPERTY LINE
SETBACK LINE
SIDE YARD SETBACK
REAR YARD SETBACK
REAR SETBACK
170' - 11 127/128"
AREA OF FUTURE PHOTOVOLTAIC INSTALLATION = 346 SF
TROUGH SLOPED TO ROOF DRAINS
ROOF DRAIN/OVERFLOW


BUILDING ELEVATIONS
A3.00
SCALE: As indicated
3 SOUTH ELEVATION
SCALE 1/8" = 1'-0"
1 EAST ELEVATION
SCALE 1/8" = 1'-0"
13 WEST ELEVATION
SCALE 1/8" = 1'-0"
12 ROOF DRAIN RISER DIAGRAM
SCALE 1" = 1'-0"
1157' - 5" LEVEL 03
1142' - 0" LEVEL 02
1130' - 1 1/2" BASEMENT LEVEL 01
1112' - 0" Pool Equipment Level F.F.
METAL GUARD RAIL
ROOF DRAIN AND OVERFLOW
RAIN PIPE
OVERFLOW DRAIN DISCHARGE
SUSMP PLANTER
OVERFLOW
ROOF DRAIN
ROOF DRAIN RISER
OVERFLOW RISER
OVERFLOW DAYLIGHT DRAIN AT LANDING WALL
ROOF DRAIN RISER CONNECTS TO SUSMP BEYOND (REFER TO CIVIL DRAWINGS FOR MORE INFORMATION)


BUILDING SECTIONS
A3.01
1 LONGITUDINAL SECTION
SCALE 1/8" = 1'-0"
2 CROSS SECTION
SCALE 1/8" = 1'-0"
5 SECTION THRU ADU
SCALE 1/8" = 1'-0"
ENTRY 300
CELLAR 263
POWDER 2 260B
ALCOVE 260
CIRCULATION 251
OUTDOOR LIVING 121
ROOF DECK 321
STAIR 303
LIVING 230
DINING 222
KITCHEN 221
MASTER BEDROOM 100
FAMILY 220
MASTER BATH 102
MWC 101A
CIRCULATION 211
WWC1 102A
GUEST BEDROOM 200
WALK-IN CLOSET 104
GUEST BATH 200A
HEIGHT ENVELOPE
BEDROOM 2 111
STAIR 303.1
GARAGE 340
ADU 270
GYM/RECREATION 140
TRASH 320
1157' - 5" LEVEL 03
1142' - 0" LEVEL 02
1130' - 1 1/2" BASEMENT LEVEL 01

## SHEET INDEX


S1.01a GENERAL NOTES
S1.01b GENERAL NOTES

S1.02a TYPICAL CONCRETE DETAILS
S1.02b TYPICAL CONCRETE DETAILS
S1.03a TYPICAL CONCRETE DETAILS
S1.03b TYPICAL CONCRETE DETAILS
S1.03c TYPICAL CONCRETE DETAILS
S1.04a TYPICAL STEEL DETAILS
S1.04b TYPICAL STEEL DETAILS
S1.04c TYPICAL STEEL DETAILS
S1.05a TYPICAL WOOD DETAILS
S1.05b TYPICAL WOOD DETAILS
S1.05c TYPICAL WOOD DETAILS
S1.05d TYPICAL WOOD DETAILS
S1.05e TYPICAL WOOD DETAILS
S1.05f TYPICAL WOOD DETAILS
S1.05g TYPICAL WOOD DETAILS
S1.05h TYPICAL WOOD DETAILS
S1.06a TYPICAL MOMENT FRAME DETAILS
S1.06b TYPICAL MOMENT FRAME NOTES
S1.06c TYPICAL MOMENT FRAME NOTES
S1.06d TYPICAL MOMENT FRAME DETAILS

S2.00 FOUNDATION PLAN
S2.01 UPPER LEVEL FRAMING PLAN
S2.02 PARKING LEVEL FRAMING PLAN
S2.03 ROOF AND TRELLIS FRAMING PLAN
S3.01 CONCRETE DETAILS
S3.10 WALL SECTIONS
S3.11 WALL SECTIONS
S3.12 WALL SECTIONS
S3.20 DETAILS
S3.21 STRUCTURAL SLAB TYPICAL DETAILS
S4.01 DETAILS
S4.02 DETAILS
S5.10 DETAILS
S5.20 DETAILS

S6.01 MOMENT FRAME ELEVATION


## GENERAL

1. ALL NEW CONSTRUCTION SHALL COMPLY WITH THE CONTRACT DOCUMENTS AND THE 2023 LOS ANGELES BUILDING CODE.
2. REFERENCE TO CODES, RULES, REGULATIONS, STANDARDS, MANUFACTURER'S INSTRUCTIONS OR REQUIREMENTS OF REGULATORY AGENCIES IS TO THE LATEST PRINTED EDITION OF EACH IN EFFECT AT THE DATE OF SUBMISSION OF BID UNLESS THE DOCUMENT DATE IS SHOWN.
3. TYPICAL DETAILS AND GENERAL NOTES APPLY TO ALL PARTS OF THE WORK EXCEPT WHERE SPECIFICALLY DETAILED OR UNLESS NOTED OTHERWISE (U.N.O.)
4. THE STRUCTURAL DRAWINGS ILLUSTRATE THE NEW STRUCTURAL MEMBERS. REFER TO ARCHITECTURAL, MECHANICAL AND ELECTRICAL DRAWINGS FOR NON-STRUCTURAL ITEMS WHICH REQUIRE SPECIAL PROVISIONS DURING THE CONSTRUCTION OF THE STRUCTURAL MEMBERS.
5. REFER TO ARCHITECTURAL DRAWINGS FOR FLOOR DEPRESSIONS, EDGE OF SLAB, OPENINGS, SLOPES, DRAINS, CURBS, PADS, EMBEDDED ITEMS, NON-BEARING PARTITIONS, ETC. REFER TO MECHANICAL AND ELECTRICAL DRAWINGS FOR SLEEVES, OPENINGS, AND HANGERS FOR PIPES, DUCTS AND EQUIPMENT.
6. THE CONTRACTOR SHALL VERIFY AND BE RESPONSIBLE FOR COORDINATING THE WORK OF ALL TRADES AND SHALL VERIFY ALL DIMENSIONS AND CONDITIONS WHICH IMPACT THE WORK. FIELD VERIFY SIZES, ELEVATIONS, HOLE LOCATIONS, ETC. PRIOR TO FABRICATION.
7. DRAWING DIMENSIONS ARE TO FACE OF STRUCTURE, JOINT CENTERLINE OR COLUMN GRID CENTERLINE UNLESS NOTED OTHERWISE. DO NOT SCALE THE DRAWINGS.
8. CONTRACTOR SHALL CAREFULLY REVIEW THE DRAWINGS TO IDENTIFY THE SCOPE OF WORK REQUIRED. VISIT THE SITE TO RELATE THE SCOPE OF WORK TO EXISTING CONDITIONS AND DETERMINE THE EXTENT TO WHICH THOSE CONDITIONS AND PHYSICAL SURROUNDINGS WILL IMPACT THE WORK.
9. EXISTING CONDITIONS AS SHOWN ON THESE PLANS ARE FOR REFERENCE ONLY. CONTRACTOR IS REQUIRED TO FIELD VERIFY ALL EXISTING CONDITIONS PRIOR TO CONSTRUCTION. CONTRACTOR SHALL REPORT CONDITIONS THAT CONFLICT WITH THE CONTRACT DOCUMENTS TO THE OWNER'S REPRESENTATIVE. DO NOT DEVIATE FROM THE CONTRACT DOCUMENTS WITHOUT WRITTEN DIRECTION FROM THE OWNER'S REPRESENTATIVE.
10. THE CONTRACTOR SHALL RESOLVE ANY CONFLICTS ON THE DRAWINGS OR IN THE SPECIFICATIONS WITH THE OWNER'S REPRESENTATIVE BEFORE PROCEEDING WITH THE WORK.
11. ANY DEVIATION, MODIFICATION & SUBSTITUTION FROM THE APPROVED SET OF STRUCTURAL DRAWINGS SHALL BE SUBMITTED TO THE OWNER'S REPRESENTATIVE FOR REVIEW/APPROVAL PRIOR TO ITS USE OR INCLUSION ON THE SHOP DRAWINGS & PRIOR TO PROCEEDING WITH THE WORK.
12. THE CONTRACTOR SHALL PROVIDE ALL NECESSARY SHORES, BRACES, GUYS, HOIST BEAM, REQUIRED TO SUPPORT ALL LOADS TO WHICH THE BUILDING STRUCTURE AND COMPONENTS, SOILS, OTHER STRUCTURES AND UTILITIES MAY BE SUBJECTED DURING CONSTRUCTION. SHORING SYSTEMS SHALL BE DESIGNED AND STAMPED BY A CIVIL ENGINEER LICENSED IN THE STATE OF CALIFORNIA. VISITS TO THE SITE BY THE OWNER'S REPRESENTATIVE WILL NOT INCLUDE OBSERVATION OF THE ABOVE NOTED ITEMS.
13. THE CONTRACTOR SHALL PROVIDE MEANS, METHOD, TECHNIQUES, SEQUENCE AND PROCEDURE OF CONSTRUCTION AS REQUIRED. SITE VISITS PERFORMED BY THE OWNER'S REPRESENTATIVE DO NOT INCLUDE INSPECTIONS OF MEANS AND METHODS OF CONSTRUCTION PERFORMED BY CONTRACTOR.
14. THE CONTRACTOR SHALL PROTECT ALL WORK, MATERIALS AND EQUIPMENT FROM DAMAGE AND SHALL PROVIDE PROPER STORAGE FACILITIES FOR MATERIALS AND EQUIPMENT DURING CONSTRUCTION.
15. CONTRACTORS RESPONSIBLE FOR CONSTRUCTION OF A WIND OR SEISMIC FORCE RESISTING SYSTEM/COMPONENT LISTED IN THE STATEMENT OF SPECIAL INSPECTION SHALL SUBMIT A WRITTEN STATEMENT OF RESPONSIBILITY TO THE DEPARTMENT OF BUILDING AND SAFETY INSPECTORS AND THE OWNER PRIOR TO THE COMMENCEMENT OF WORK ON SUCH A SYSTEM OR COMPONENT PER SEC 1706.1.
16. STRUCTURAL OBSERVATIONS PERFORMED BY ENGINEER DURING CONSTRUCTION ARE NOT THE CONTINUOUS AND SPECIAL INSPECTION SERVICES AND DO NOT WAIVE THE RESPONSIBILITY FOR THE INSPECTIONS REQUIRED OF THE BUILDING INSPECTOR OR THE DEPUTY INSPECTOR. OBSERVATIONS ALSO DO NOT GUARANTEE CONTRACTOR'S PERFORMANCE AND SHALL NOT BE CONSIDERED AS SUPERVISION OF CONSTRUCTION.
17. ATTACHMENT OF NON-STRUCTURAL COMPONENTS SPECIFIED BY OTHERS TO STRUCTURAL ELEMENTS SHALL BE SPECIFIED BY THE NON-STRUCTURAL COMPONENT DESIGNER/SPECIFIER/INSTALLER. DESIGNER OF NON-STRUCTURAL ELEMENTS SHALL AT A MINIMUM SPECIFY THE CONNECTION TO THE STRUCTURE INCLUDING BUT NOT LIMITED TO: ANY TYPE OF CONNECTING HARDWARE, WIRE, HANGERS, FASTENERS, CLIPS, UNISTRUT MEMBERS. NON STRUCTURAL ELEMENTS SHALL INCLUDE, BUT NOT LIMITED TO: MEP AND HVAC EQUIPMENT & THEIR SUPPORTING PADS; DUCTWORK, PIPES, CONDUITS, ARTWORK, GRILLES, GRATING, METAL SCREENS, ELEVATOR RAILS, STONE FINISH TILES, STONE CAPS, BRICK VENEER.

## CODE

1. BUILDING SHALL COMPLY WITH THE 2023 LOS ANGELES BUILDING CODE.
2. VERTICAL LIVE LOADS:
   A. ROOF 20 PSF
   B. FLOORS 55 PSF
   C. EGRESS 100 PSF
3. LATERAL LOADS:
   A. WIND:
      BASIC WIND SPEED: 85 MPH
      IMPORTANCE FACTOR, I: 1.0
      EXPOSURE TYPE: B
   B. SEISMIC:
      SITE CLASS: B
      SDC: D
      OCCUPANCY: II
      IMPORTANCE FACTOR, I: 1.0
      $S_s$ = 2.13
      $S_1$ = 0.763
      $F_a$ = 0.9
      $F_v$ = 0.8
      $S_{DS}$ = 1.278
      $S_{D1}$ = 0.407
      R = 3.5 (ORDINARY STEEL MOMENT FRAME)
      R = 5 (CONCRETE SHEAR WALLS)

      Ω = 1.3
      CS = 0.892 (ORDINARY STEEL MOMENT FRAME)
      = 0.268 (CONCRETE SHEAR WALLS)
      EQUIVALENT STATIC FORCE METHOD USED FOR DESIGN.
      V = CS x W

## FOUNDATIONS

1. THE DESIGN OF THE FOUNDATION SYSTEM IS BASED UPON THE CRITERIA AND RECOMMENDATIONS CONTAINED IN THE GEOTECHNICAL INVESTIGATION REPORT TITLED PROPOSED MULTI-LEVEL RESIDENCE, POOL, DECKS, AND RETAINING WALL BY GROVER HOLLINWORTH AND ASSOCIATES, INC. DATEDJULY 23, 2013, PROJECT GH15974-G.
2. THE GEOTECHNICAL INVESTIGATION REPORT AND ITS RECOMMENDATIONS SHALL BE FOLLOWED AND SHALL BE CONSIDERED MINIMUM REQUIREMENTS UNLESS MORE STRINGENT REQUIREMENTS ARE PRESENTED IN THE SPECIFICATIONS OR ON THE DRAWINGS.
3. PER GEOTECHNICAL INVESTIGATION REPORT, THE ALLOWABLE SOIL VALUES ARE AS FOLLOWS:
   A. SPREAD FOOTINGS: 6000 PSF, MIN, 10,000 PSF MAX
   (⅓ SHORT TERM LOAD INCREASE)
   B. COEFFICIENT OF FRICTION: 0.5
   C. PASSIVE EARTH PRESSURE: 500 PCF
4. REMOVE LOOSE SOIL AND STANDING WATER FROM FOUNDATION EXCAVATIONS PRIOR TO PLACING CONCRETE. THE GEOTECHNICAL ENGINEER SHALL INSPECT AND APPROVE ALL EXCAVATIONS, SOIL COMPACTION WORK PRIOR TO PLACEMENT OF ANY REBAR OR CONCRETE, SHORING INSTALLATIONS, BACKFILL MATERIALS AND BACK FILLING PROCEDURES.
5. LOCATE AND PROTECT EXISTING UTILITIES TO REMAIN DURING AND/OR AFTER CONSTRUCTION.
6. REMOVE ABANDONED FOOTINGS, UTILITIES, ETC. WHICH INTERFERE WITH NEW CONSTRUCTION, UNLESS OTHERWISE INDICATED.
7. NOTIFY THE OWNER'S REPRESENTATIVE IF ANY BURIED STRUCTURES NOT INDICATED, SUCH AS CESSPOOLS, CISTERNS, FOUNDATIONS, ETC., ARE FOUND.
8. THE CONTRACTOR IS SOLELY RESPONSIBLE FOR EXCAVATION PROCEDURES INCLUDING LAGGING, SHORING, UNDERPINNING AND PROTECTION OF EXISTING CONSTRUCTION.
9. PLACE BACKFILL BEHIND RETAINING WALLS AFTER CONCRETE OR MASONRY HAS ATTAINED FULL DESIGN STRENGTH. BRACE BUILDING AND PIT WALLS BELOW GRADE FROM LATERAL LOADS UNTIL ATTACHED FLOORS AND SLABS ON GRADE ARE COMPLETE AND HAVE ATTAINED FULL DESIGN STRENGTH.
10. THE CONTRACTOR SHALL PROVIDE CARE IN DRILLING, PLACEMENT OF STEEL REINFORCEMENT, AND POURING OF CONCRETE TO AVOID DISTURBANCE OF PILE BORING WALLS. THE STEEL REINFORCEMENT CAGE SHALL BE INSTALLED AND CONCRETE SHALL BE PLACED INTO THE PILE HOLE IMMEDIATELY AFTER THE HOLE IS DRILLED. PILE HOLES SHALL NOT BE LEFT OPEN OVERNIGHT. WHERE PILE SPACING IS LESS THAN THREE DIAMETERS, DRILLING SHALL NOT BE CARRIED OUT BEFORE THE PREVIOUSLY POURED PILE CONCRETE HAS SET FOR AT LEAST TWENTY FOUR HOURS.
11. IN THE EVENT OF SOIL OR WATER SEEPAGE INTO THE PILE EXCAVATION, CASING AND/OR THE USE OF "POLYMER-SLURRY" DRILLING FLUID MAY BE REQUIRED IF CAVING IS ENCOUNTERED BELOW THE WATER SEEPAGE LEVEL, IN ORDER TO ACHIEVE THE REQUIRED DEPTH, AND MAINTAIN AN OPEN EXCAVATION TO ALLOW FOR THE PLACEMENT OF REINFORCING STEEL AND CONCRETE. CASING SHALL BE PULLED AS THE PILE EXCAVATION IS FILLED WITH CONCRETE, MAINTAINING AT LEAST FIVE FEET OF CONCRETE HEAD INSIDE THE CASING. CONCRETE SHALL BE PLACED AND VIBRATED THROUGHOUT THE FULL LENGTH OF THE PILE SO THAT VOIDS DO NOT EXIST IN EITHER THE PILE BASE OR THE SHAFT. PLACEMENT PROCEDURES SHALL BE USED TO ENSURE THAT AGGREGATE SEGREGATION DOES NOT OCCUR.

## REINFORCEMENT

1. ALL TYPICAL REINFORCING BARS SHALL CONFORM TO ASTM A-615, GRADE 60, UNLESS NOTED OTHERWISE ON THE DRAWINGS.
   A. SPIRALS SHALL BE COLD DRAWN BARS CONFORMING TO ASTM A-82. REINFORCING FOR DIAPHRAGMS AND FOUNDATIONS MAY BE GRADE 75 IN LIEU OF GRADE 60, AT THE CONTRACTOR'S OPTION. MAINTAIN OVERALL CAPACITY OF ELEMENTS WHERE GRADE 75 REINFORCING IS PROPOSED FOR USE. IN GENERAL, REDUCE REQUIRED STEEL AREA IN PROPORTION TO RATIO OF YIELD STRENGTH. MAINTAIN BAR SPACING SHOWN ON PLANS, DETAILS, AND SCHEDULES.
   B. MOMENT FRAME LONGITUDINAL REBAR, SHEAR WALL VERTICAL REBAR, AND COUPLING BEAM LONGITUDINAL REBAR SHALL BE ASTM A-706 [Fy=60 KSI].
   C. SMOOTH DOWELS IN SLAB ON GRADE: ASTM A36, 36 KSI
2. WELDING OF REINFORCEMENT (INCLUDING TACK WELDING) SHALL BE NOT BE DONE UNLESS SPECIFICALLY SHOWN ON THE DRAWINGS. WHERE SHOWN ON THE DRAWINGS, THE FOLLOWING SHALL APPLY:
   A. WELDED REBAR SHALL COMPLY WITH ASTM A-706 [Fy=60 KSI]
   B. WELDING SHALL CONFORM TO AWS D1.4
   C. USE E90XX ELECTRODES
3. WELDED WIRE FABRIC SHALL BE MADE OF COLD DRAWN WIRE AND SHALL CONFORM TO ASTM A-185 [Fy=65 KSI]. MINIMUM LAP AT SPLICES OF 12 INCHES. PROVIDE MESH IN FLAT SHEETS ONLY. ROLLED MESH IS NOT ACCEPTABLE. OFFSET END-LAPS IN ADJACENT SHEETS TO PREVENT CONTINUOUS LAPS.
4. REINFORCING STEEL SHALL HAVE THE FOLLOWING MINIMUM COVERAGE. PLACE BARS AS NEAR TO THE CONCRETE SURFACE AS THESE MINIMUMS PERMIT WHEREVER POSSIBLE, UNLESS NOTED OTHERWISE:
   A. CONCRETE POURED AGAINST EARTH 3"
   B. FORMED CONCRETE IN CONTACT WITH EARTH 2"
   C. CONCRETE EXPOSED TO WEATHER (#6 AND LARGER) 2"
   D. CONCRETE EXPOSED TO WEATHER (#5 AND SMALLER) 1-1/2"
   E. SLABS (INCLUDING SLAB SUPPORTING EARTH), WALLS, AND JOISTS NOT EXPOSED TO WEATHER (#11 AND SMALLER) 1"
   F. OTHER CONCRETE NOT EXPOSED TO WEATHER 1-1/2"
5. #5 AND LARGER REINFORCING BARS SHALL NOT BE SPLICED EXCEPT AS LOCATED AND DETAILED ON THE DRAWINGS. #4 AND SMALLER BARS WITH LENGTHS NOT SHOWN SHALL BE CONTINUOUS. PROVIDE CLASS "B" SPLICE UNLESS NOTED OTHERWISE. ALL BARS IN MASONRY SHALL BE CONTINUOUS, LAPPING 48 BAR DIAMETERS, 2'-0" MINIMUM. HORIZONTAL WALL SPLICES SHALL BE STAGGERED. VERTICAL BARS SHALL NOT BE SPLICED EXCEPT AT HORIZONTAL SUPPORTS, SUCH AS FLOOR OR ROOF, UNLESS DETAILED OTHERWISE. ALL BARS ENDING AT THE FACE OF A WALL, COLUMN, OR BEAM SHALL EXTEND TO WITHIN 2" OF THE FAR FACE AND HAVE A 90 DEGREE HOOK, UNLESS OTHERWISE SHOWN.
6. BARS SHALL BE FIRMLY SUPPORTED AND ACCURATELY PLACED AS REQUIRED BY THE ACI STANDARDS, USING TIE AND SUPPORT BARS IN ADDITION TO REINFORCEMENT SHOWN WHERE NECESSARY FOR FIRM AND ACCURATE PLACING. PROVIDE DOWELS TO MATCH ALL REINFORCEMENT AT FOUR JOINTS, UNLESS SHOWN OR NOTED OTHERWISE. ALL DOWELS AND BOLTS SHALL BE ACCURATELY SET IN PLACE BEFORE PLACING CONCRETE. NO WELDING OF REINFORCEMENT (INCLUDING TACK WELDING) SHALL BE DONE UNLESS SHOWN ON THE DRAWINGS OR APPROVED BY THE ENGINEER. ALL SLAB AND BEAM REINFORCEMENT SHALL BE CHAIRED UP.
7. IN WALL REINFORCING, CURTAINS CONTAINING VERTICAL AND HORIZONTAL BARS OF THE SAME SIZE, VERTICAL BARS SHALL BE PLACED CLOSEST TO THE WALL SURFACE. IN CURTAINS WHICH VERTICAL AND HORIZONTAL BARS ARE OF DIFFERENT SIZES OR SPACING, THE LAYER WITH THE MOST STEEL SHALL BE PLACED CLOSEST TO THE NEAR SURFACE.
8. ALL BARS INTERRUPTED BY STRUCTURAL STEEL SHALL EXTEND TO WITHIN 1" OF STRUCTURAL STEEL FLANGE OR WEB AND HAVE A 90 DEGREE HOOK, UNLESS OTHERWISE SHOWN.
9. DRAWINGS SHOW TYPICAL REINFORCING CONDITIONS. CONTRACTOR SHALL PREPARE DETAILED PLACEMENT DRAWINGS OF ALL CONDITIONS SHOWING QUANTITY, SPACING, SIZES, CLEARANCES, LAPS, INTERSECTIONS, AND COVERAGE REQUIRED BY THE STRUCTURAL DETAILS, APPLICABLE CODE, AND TRADE STANDARDS. CONTRACTOR SHALL NOTIFY REINFORCING INSPECTOR OF ANY ADJUSTMENTS FROM TYPICAL CONDITIONS WHICH ARE PROPOSED IN PLACEMENT DRAWINGS TO FACILITATE FIELD PLACEMENT OF REINFORCING STEEL AND CONCRETE.
10. REBAR BENDS SHALL BE MADE COLD. REBAR SHALL NOT BE BENT AFTER ANY PORTION OF THE BAR IS ENCASED IN CONCRETE.
11. ALL LAP SPLICES ARE CLASS 'B' LAP SPLICES UNLESS NOTED OTHERWISE.
12. ALL WALL FOOTING REINFORCEMENT SHALL BEND AROUND ALL CORNERS AND EXTEND 36 BAR DIAMETERS OR 18 INCHES WHICHEVER IS LARGER. UNLESS NOTED OTHERWISE.
13. ALL SLABS ON GRADE LESS THAN 6" IN THICKNESS SHALL BE REINFORCED WITH #4 REBAR AT 16 INCHES ON CENTERS EACH WAY, UNLESS NOTED OTHERWISE. PROVIDE ONE (1) LAYER OF 6X6/W2.9XW2.9 WELDED WIRE FABRIC CONTINUOUS FOR EVERY 3" ARCHITECTURAL CONCRETE FILLS ABOVE THE STRUCTURAL SLAB.
14. ALL MECHANICAL, PLUMBING AND ELECTRICAL EQUIPMENT PADS LESS THAN 4" THICK SHALL BE REINFORCED WITH AT LEAST ONE (1) LAYER OF 6X6/W2.9XW2.9 WELDED WIRE FABRIC AND HAVE HOOKED DOWELS (#3 AT 12" ON CENTERS) INTO THE STRUCTURAL SLAB. UNLESS NOTED OTHERWISE. FOR PADS GREATER THAN 4 INCHES THICK, USE REINFORCING AS SHOWN IN THE TYPICAL DETAILS.

## REINFORCEMENT CONTINUED

15. ADDITIONAL REINFORCEMENT SHALL BE PROVIDED AROUND ALL SLAB AND WALL OPENINGS INCLUDING DIAGONAL BARS WITHOUT EXCEPTION.
16. ALL STRUCTURAL CONCRETE ELEMENTS REQUIRE REINFORCEMENT SINCE NO PLAIN CONCRETE ELEMENTS ARE USED. ALL CONCRETE SLABS SHALL HAVE A MINIMUM REINFORCEMENT PERCENTAGE OF 0.18 EACH WAY CONTINUOUS.

## CONCRETE

1. CONCRETE IS REINFORCED AND CAST-IN-PLACE UNLESS OTHERWISE NOTED. WHERE REINFORCING IS NOT SPECIFICALLY SHOWN OR WHERE DETAILS ARE NOT GIVEN, PROVIDE REINFORCING SIMILAR TO THAT SHOWN FOR SIMILAR CONDITIONS, SUBJECT TO REVIEW BY THE OWNER'S REPRESENTATIVE.
2. ALL STRUCTURAL CONCRETE SHALL HAVE A MINIMUM COMPRESSIVE STRENGTH AT 28 DAYS AND A MAX WATER CEMENT RATIO W/C AS FOLLOWS:
   A. RETAINING WALLS, SLABS, BEAM, SHEAR WALL: 5000 PSI (150 PCF, W/C=0.5)
   B. ALL OTHER CONCRETE U.N.O.: 4000 (150 PCF, W/C=0.5)
   C. UP TO 25% BY VOLUME OF CEMENT IN FOOTINGS SHALL BE REPLACED BY CLASS F FLY ASH
3. ALL STRUCTURAL CONCRETE MIXES SHALL BE TYPE II CEMENT AND SHALL BE DESIGNED BY AN APPROVED LABORATORY, AND STAMPED BY A CIVIL ENGINEER LICENSED IN CALIFORNIA. CLASS "F" FLY ASH SHALL BE USED TO REPLACE UP TO 25% BY VOLUME OF PORTLAND CEMENT IN CONCRETE FOOTINGS.
4. NORMAL WEIGHT CONCRETE AGGREGATES SHALL CONFORM TO ASTM C-33. LIGHT WEIGHT CONCRETE AGGREGATES SHALL CONFORM TO ASTM C-330.
5. NO MORE THAN ONE GRADE OF CONCRETE SHALL BE ON THE JOB SITE AT ANY ONE TIME.
6. THOROUGHLY CLEAN AND ROUGHEN ALL HARDENED CONCRETE AND MASONRY SURFACES TO RECEIVE NEW CONCRETE. INTERFACE SHALL BE ROUGHENED TO A FULL AMPLITUDE OF 1/4" UNLESS NOTED OTHERWISE.
7. KEY AND DOWEL POUR JOINTS AS SHOWN ON THE PLANS. ANY DEVIATION FROM POUR JOINTS SHOWN ON THE PLANS MUST BE APPROVED BY THE OWNER'S REPRESENTATIVE.
8. NON-SHRINK CEMENT GROUT SHALL HAVE A MINIMUM 28 DAY COMPRESSIVE STRENGTH OF 7000 PSI. USE "QUIKRETE" (LARR #25451) OR "RAPID SET" (LARR #24654).
9. DEFECTIVE CONCRETE (VOIDS, ROCK POCKETS, HONEYCOMBS, CRACKING, ETC.) SHALL BE REMOVED AND REPLACED AS DIRECTED BY THE OWNER'S REPRESENTATIVE.

## STRUCTURAL STEEL

1. FABRICATION AND ERECTION OF STRUCTURAL STEEL SHALL BE IN ACCORDANCE WITH THE LATEST EDITION OF AISC SPECIFICATIONS FOR STRUCTURAL STEEL BUILDINGS, AND THE LATEST EDITION OF AISC SEISMIC PROVISIONS FOR STRUCTURAL STEEL BUILDINGS. WHERE THE STRUCTURAL STEEL IS EXPOSED, FABRICATION AND ERECTION SHALL ALSO BE IN ACCORDANCE WITH AISC CODE OF STANDARD PRACTICE FOR ARCHITECTURALLY EXPOSED STRUCTURAL STEEL.
2. STRUCTURAL STEEL SHALL CONFORM TO ASTM DESIGNATION AS INDICATED BELOW (U.N.O.):

| | |
|---|---|
| A. ALL WIDE FLANGE SHAPES | A992, GRADE 50 |
| B. STEEL ANGLES | A36 |
| C. ALL PLATES | A572, GRADE 50 |
| D. HSS (RECTANGULAR AND SQUARE) | A500, GRADE B |
| E. HSS (ROUND) | A500, GRADE B |
| F. PIPE COLUMNS | A53, GRADE B |
| G. ALL OTHER STRUCTURAL SECTIONS | A572, GRADE 50 |
| H. BOLTS | A325X |
| I. ANCHOR BOLTS AT LOCATIONS OTHER THAN MOMENT FRAME COLUMN BASE PLATE | F1554, GR55 |
| J. ANCHOR BOLTS AT MOMENT FRAME COLUMN BASE PLATE | F1554, GR105 |
| K. THREADED RODS AND HANGER RODS | A36 |
| L. NUTS FOR BOLTS AND MACHINE BOLTS | A563 |
| M. HARDENED WASHERS | F436 |
| N. UNHARDENED WASHERS | F844 |
| O. PLAIN WASHERS | ANSI B18.22.1 |
| P. BEVELED WASHERS | ANSI B18.23.1 |

3. ALL STEEL SHALL BE PROVIDED BY A CITY OF LOS ANGELES LICENSED FABRICATOR.
4. WHEN FABRICATING BEAMS PLACE NATURAL CAMBER UP.
5. SPLICE MEMBERS ONLY WHERE INDICATED.
6. HIGH STRENGTH BOLTS SHALL BE INSTALLED IN ACCORDANCE WITH THE LATEST EDITION OF AISC SPECIFICATIONS FOR STRUCTURAL JOINTS USING ASTM A325 OR A490 BOLTS. HIGH STRENGTH BOLTS SHALL BE BEARING TYPE WITH THREADS EXCLUDED FROM THE SHEAR PLANES (I.E. A325-X) UNLESS NOTED OTHERWISE.
7. ALL BOLTED CONNECTIONS SHALL HAVE A MINIMUM OF TWO BOLTS UNLESS SHOWN OTHERWISE. MINIMUM SIZE OF BOLTS FOR STRUCTURAL STEEL CONNECTIONS SHALL BE 3/4" DIA. EXCEPT WHEN OTHERWISE SHOWN OR NOTED.
8. ALL HOLES SHALL BE STANDARD DIAMETER U.N.O.
9. ALL FLANGE STIFFENER PLATES SHALL BE ORIENTED SO THAT ROLLING DIRECTION OF PLATE IS PARALLEL WITH DIRECTION OF PRINCIPAL STRESS.
10. AFTER FABRICATION, ALL STEEL SHALL BE CLEANED FREE OF RUST, LOOSE MILL SCALE AND OIL.
11. PROVIDE FILLS AT SPLICES OF PARTS HAVING MORE THAN 1/8" DIFFERENCE IN THICKNESS.
12. PROVIDE BEVELED WASHERS ON ALL CONNECTIONS WHERE SLOPE SURFACE EXCEEDS 1:20.
13. HEADED ANCHOR STUDS AND THREADED STUDS SHALL BE NELSON GRANULAR FLUX-FILLED, AND SHALL BE MADE FROM COLD FINISHED LOW CARBON STEEL, CONFORMING TO A-108, GRADES 1015 - 1020 WITH A MINIMUM TENSILE STRENGTH OF 60,000 PSI. (COLA RR 2729). STUD WELDING INSPECTION AND TESTING SHALL CONFORM TO AWS D1.1.
14. DEFORMED BAR ANCHOR STUDS SHALL BE NELSON D2L GRANULAR FLUX-FILLED REBAR STUDS OR APPROVED EQUAL, AND SHALL BE MADE OF LOW CARBON COLD ROLLED STEEL WITH A MINIMUM TENSILE STRENGTH OF 80,000 PSI. STUD WELDING INSPECTION AND TESTING SHALL CONFORM TO AWS D1.1.
15. HOT DIP GALVANIZE IN ACCORDANCE WITH ASTM A123 AND ASTM A153 STRUCTURAL STEEL AND FASTENERS THAT ARE PERMANENTLY EXPOSED TO THE WEATHER. REPAIR GALVANIZING AFTER WELDING IN ACCORDANCE WITH ASTM A780.
16. THE FULL DESIGN AND LOAD CARRYING CAPACITY OF THE STEELWORK SHALL NOT BE IMPAIRED DUE TO FABRICATION, SHIPMENT, OR ERECTION PROCEDURES, THROUGHOUT THE COMPLETE PROCESS. THE STABILITY OF ALL INDIVIDUAL MEMBERS AND ASSEMBLIES SHALL BE MAINTAINED.
17. THE CONTRACTOR SHALL BE RESPONSIBLE FOR THE CONTROL OF ALL ERECTION PROCEDURES AND SEQUENCES WITH RELATION TO TEMPERATURE DIFFERENTIALS AND WELD SHRINKAGE.
18. ALL ADDITIONAL STEEL REQUIRED FOR ERECTION PURPOSES SHALL BE PROVIDED AT NO ADDITIONAL COST AND SHALL BE REMOVED UNLESS APPROVED BY THE OWNER'S REPRESENTATIVE IN WRITING.

## ADDITIONAL STRUCTURAL STEEL WELDING NOTES AT MOMENT FRAME CONNECTIONS

1. THE FOLLOWING PROVISIONS APPLY TO ALL WELDING AT BEAM-COLUMN MOMENT FRAME CONNECTIONS:
   A. MINIMUM INITIAL PREHEAT TO BE 226 DEGREES F MEASURED +- 3 INCHES FROM THE WELD JOINT. FOR JUMBO SECTIONS, MINIMUM PREHEAT TO BE 350 DEGREES F. MAXIMUM INTERPASS TEMPERATURE 600 DEGREES F SHALL BE MONITORED ON COLUMN FLANGE. MAINTAIN PREHEAT TEMPERATURE WHEN WELDING IS INTERRUPTED.
   B. EACH FLANGE OF A MOMENT FRAME BEAM TO COLUMN CONNECTION SHALL BE WELDED IN ONE CONTINUOUS PROCESS WITHOUT COOLING BELOW THE PRE-HEAT TEMPERATURE.
   C. USE STRINGER PASSES ONLY, NO WEAVING. LAY PASSES IN HORIZONTAL LAYERS. EACH PASS SHALL BE THOROUGHLY DESLAGGED AND CLEANED BY WIRE BRUSHING.
   D. PEEN EACH PASS, EXCEPT FIRST AND LAST, IMMEDIATELY AFTER DESLAGGING AND CLEAN USING A POWER SLAGGING GUN WITH A BLUNT TOOL. KEEP GUN AT RIGHT ANGLES TO WELD AND MOVE 4-5 PASSES THE LENGTH OF THE WELD WITH NO NICKS, CUTS OR DEEP INDENTATIONS BEING EVIDENT.
   E. BOTH BEAM FLANGES SHOULD BE WELDED PRIOR TO ANY SUPPLEMENTAL WELDING TO THE SHEAR TAB. WELD RUN OFF TABS SHALL BE REMOVED AND GROUND FLUSH TO THE BEAM FLANGE WITH MINIMAL DISTURBANCE.
   F. RUN OFF TABS USED AT BEAM FLANGE CONNECTION SHALL BE REMOVED AND THE ENDS OF THE WELDS SHALL BE MADE SMOOTH & FLUSH WITH THE EDGE OF ABUTTING PARTS PER 3.12.3 OF AWS D1.1-96. NO WELD DAMS ARE ALLOWED.
   G. AFTER FULL PENETRATION WELDING, THE BACKING BAR IS TO BE REMOVED, THE WELD ROOT INSPECTED AND TESTED FOR IMPERFECTIONS, WHICH IF FOUND, ARE TO BE REMOVED BY BACKGOUGING TO SOUND MATERIAL & CLEANED BY GRINDING IF BACKGOUGED BY AIR ARC. THE BACKGOUGED AREA IS TO BE WELDED. A FILLET WELD SHALL BE APPLIED TO REINFORCE THE JOINT. THE SIZE OF THE REINFORCING FILLET WELD SHALL BE EQUAL TO 1/4 THE PLATE THICKNESS, BUT NOT LESS THAN 5/16", NOR MORE THAN 3/8" PER NOTE J OF FIGURE 2.4 OF AWS D1.1-96.
2. THE FOLLOWING PROVISIONS APPLY TO WELDING BEAM-COLUMN MOMENT FRAME BOTTOM FLANGE CONNECTIONS:
   A. THE ROOT PASS SHALL BEGIN IN THE CENTER OF THE JOINT, IN THE AREA OF THE WELD ACCESS HOLE, REACHING PAST THE BEAM WEB THROUGH THE COPE HOLE WHEN NEAR END OF WELDING. AFTER THE ARC IS INITIATED, TRAVEL SHALL PROGRESS TOWARD THE EDGE OF BEAM BOTH FLANGES, AND THE WELD SHALL BE TERMINATED ON THE WELD RUN OFF TAB.
   B. THE HALF LENGTH ROOT PASS SHALL BE THOROUGHLY CLEANED.
   C. THE START OF THE WELD IN THE WELD ACCESS HOLE AREA SHALL BE VISUALLY INSPECTED TO ENSURE FUSION, SOUNDNESS, FREE FROM SLAG INCLUSIONS AND EXCESSIVE POROSITY. THE RESULTING BEAD PROFILE SHALL BE SUITABLE FOR OBTAINING GOOD FUSION BY THE SUBSEQUENT PASS TO BE INITIATED ON THE OPPOSITE SIDE OF THE BEAM WEB. IF THE PROFILE IS NOT CONDUCIVE TO GOOD FUSION, THE START OF THE FIRST ROOT PASS SHALL BE GROUND, GOUGED, CHIPPED, OR OTHERWISE PREPARED TO ENSURE ADEQUATE FUSION.
   D. THE SECOND HALF OF THE WELD JOINT SHALL HAVE THE ROOT PASS APPLIED BEFORE ANY OTHER WELD PASSES ARE PERFORMED. THE ARC SHALL BE INITIATED IN THE AREA OF THE START OF THE FIRST ROOT PASS, AND TRAVEL SHALL PROGRESS TO THE END OF THE JOINT, TERMINATING ON THE WELD TAB.
   E. EACH WELD LAYER SHALL BE COMPLETED ON BOTH SIDES OF THE JOINT BEFORE A NEW LAYER IS DEPOSITED.

## STRUCTURAL STEEL WELDING

1. ALL WELDING SHALL BE IN STRICT CONFORMANCE WITH THE LATEST EDITION OF AWS D1.1 AND THE 2011 LOS ANGELES BUILDING CODE.
2. ALL WELDING ELECTRODES (FILLER METAL) SHALL BE E7XXX (70 KSI), U.N.O., AND SHALL BE LOW HYDROGEN TYPES. FIELD WELDING OF FULL AND PARTIAL PENETRATION WELDS OF THE STEEL MOMENT FRAME CONNECTIONS BETWEEN MOMENT FRAME BEAMS AND MOMENT FRAME COLUMNS SHALL BE BY SHIELDED METAL ARC PROCESS USING LOW HYDROGEN ELECTRODES
3. ALL WELDS SHALL HAVE A FILLER METAL WITH CHARPY V-NOTCH TOUGHNESS OF 20 FT/LBS AVERAGE AT -20 DEGREES FAHRENHEIT AND 40 FT/LBS @ 70 DEGREES FAHRENHEIT. CERTIFY CONFORMANCE TO CHARPY V-NOTCH TOUGHNESS REQUIREMENTS WITH TESTS BY AN INDEPENDENT TESTING LABORATORY.
4. LENGTHS OF WELDS ARE EFFECTIVE LENGTHS AS SPECIFIED IN THE APPLICABLE CODE. WHERE LENGTH OF WELD IS NOT SHOWN IT SHALL BE FULL LENGTH OF JOINT. ALL BUTT WELDS SHALL BE FULL PENETRATION, UNLESS NOTED OTHERWISE.
5. CONTRACTOR SHALL PROVIDE FIELD WELDING AS REQUIRED FOR CONSTRUCTION. WHERE FIELD WELDING IS NOTED, THE DESIGNATION IS GIVEN AS A SUGGESTED CONSTRUCTION PROCEDURE ONLY.
6. ALL SHOP WELDS SHALL BE PERFORMED BY A LOS ANGELES CITY LICENSED FABRICATOR.
7. ALL WELDERS SHALL BE QUALIFIED FOR THE WORK THEY WILL BE DOING & SHALL HAVE CERTIFICATIONS CURRENT AND CERTIFIED BY AWS & THE CITY OF LOS ANGELES.
8. FACES OF FILLET WELDS EXPOSED TO VIEW SHALL HAVE AS-WELDED SURFACES THAT ARE REASONABLY SMOOTH AND UNIFORM. NO FINISHING OR GRINDING SHALL BE REQUIRED, EXCEPT WHERE CLEARANCES OR FIT OF OTHER ITEMS MAY SO NECESSITATE.
9. ALL PARTIAL AND FULL PENETRATION WELDS WHICH ARE EXPOSED TO VIEW SHALL BE GROUND SMOOTH AND FLUSH WITH FINISH SURFACE OF STEEL. HOLES SHALL BE FILLED WITH WELD METAL OR BODY SOLDER AND SMOOTHED BY GRINDING OR FILING.
10. CLEAN GROOVE PREPARATION THERMAL CUTS BY GRINDING.
11. WELDS SHALL BE TERMINATED AT THE END OF A JOINT IN A MANNER THAT WILL ENSURE SOUND WELDS. WHENEVER NECESSARY THIS SHALL BE DONE BY USE OF EXTENSION BARS AND RUN OFF TABS.
12. ALL WELDED JOINTS SHALL BE PRE-QUALIFIED PER THE LATEST EDITION OF AWS D1.1. NON PRE- QUALIFIED WELDED JOINTS SHALL BE QUALIFIED BY TEST & PROCEDURE QUALIFICATION TEST RECORD INCLUDED PER THE LATEST EDITION OF AWS D1.1.
13. THE CONTRACTOR SHALL SUBMIT ALL WELDING PROCEDURE SPECIFICATIONS (WPS) TO BE USED ON THE PROJECT PER THE LATEST EDITION OF AWS D1.1. THE WPS SHALL INCLUDE ALL MANUFACTURER'S DATA SHEETS FOR ALL WELDING MATERIALS TO BE USED. THE DATA SHEETS SHALL DESCRIBE THE PRODUCTS, LIMITATIONS OF USE, RECOMMENDED WELDING PARAMETERS, AND STORAGE AND EXPOSURE REQUIREMENTS.
14. ELECTRODES SHALL BE RECEIVED AND STORED IN THE ORIGINAL, UNDAMAGED MANUFACTURER PACKAGING, UNTIL READY FOR USE. WHEN WELDING IS TO BE SUSPENDED FOR MORE THAN 8 HOURS, ELECTRODES SHALL BE REMOVED FROM THE MACHINES AND STORED IN AN ELECTRODE WIRE OVEN MAINTAINED AT A TEMPERATURE BETWEEN 250 DEGREES AND 550 DEGREES OR AS RECOMMENDED BY THE MANUFACTURER. ELECTRODES NOT CONSUMED WITHIN 24 HOURS OF ACCUMULATED EXPOSURE OUTSIDE CLOSED OR HEATED STORAGE SHALL NOT BE USED.
15. ALL BACKING BARS SHALL BE REMOVED. FOLLOWING REMOVAL OF BACKING, THE ROOT PASS SHALL BE BACKGOUGED TO SOUND WELD METAL AND BACKWELDED UNTIL FLUSH OR WITH SLIGHT REINFORCEMENT. THE SURFACE SHALL BE GROUND SMOOTH TO A SURFACE ROUGHNESS NOT TO EXCEED 500 MICROINCHES.

## TIMBER

1. PROVIDE GRADE-MARKED DOUGLAS FIR STRUCTURAL LUMBER COMPLYING WITH STANDARD GRADING RULE NUMBER 16 OF THE WEST COAST LUMBER INSPECTION BUREAU. PROVIDE AIR DRY LUMBER WITH A 19% MAX. MOISTURE CONTENT.
2. ALL LUMBER SHALL BE STRESS GRADED DOUGLAS FIR NO. 2, UNLESS NOTED OTHERWISE. ALL 4x10 BEAMS OR LARGER AND 6x8 BEAMS OR LARGER SHALL BE DOUGLAS FIR NO. 1.
3. ALL LUMBER IN DIRECT CONTACT WITH CONCRETE OR MASONRY, INCLUDING BUT NOT LIMITED TO FOUNDATION SILLS, SHALL BE PRESSURE-TREATED DOUGLAS FIR.
4. PLYWOOD SHALL COMPLY WITH U.S. PRODUCT STANDARDS PS 1-95 AND CBC STANDARD 23-2 AND CLASSIFIED AS EXPOSURE 1. ALL PLYWOOD SHEATHING SHALL BE RATED BY THE APA AND BONDED WITH EXTERIOR GLUE. ALL PLYWOOD SHEATHING SHALL BE BLOCKED AT UNSUPPORTED EDGES. WALL PANELS SHALL BE 5 PLY, 15/32 INCH, PANEL INDEX (P.I.) 32/16 U.N.O. ALL PLYWOOD SHEATHING MUST BE INSTALLED WITH FACE GRAIN PERPENDICULAR TO SUPPORTS.
5. ALL NAILS SHALL BE COMMON WIRE NAILS. NAILING TO BE IN ACCORDANCE WITH CBC 2010 NAILING SCHEDULE UNLESS NOTED OTHERWISE. 1 1/2" OF PENETRATION FOR 10d AND 16d IS REQUIRED. PENETRATION IS MEASURED INTO THE PIECE RECEIVING THE NAILPOINT. ALL NAILS SHALL BE GALVANIZED WHEN EXPOSED TO WEATHER. PREDRILL ALL NAILS 20d OR LARGER.
6. LAG SCREWS SHALL BE TURNED, NOT DRIVEN, INTO PRE DRILLED HOLES OF 2/3 THE THREADED SHANK DIAMETER.
7. ALL FRAMING HARDWARE SHALL BE STRONG-TIE CONNECTORS AS MANUFACTURED BY SIMPSON STRONG-TIE COMPANY, UNLESS NOTED OTHERWISE. INSTALL PER MANUFACTURER'S RECOMMENDATIONS AND ICC REQUIREMENTS. ALL BOLTS IN HOLD-DOWN ANCHORS SHALL BE TORQUED PER MANUFACTURERS REQUIREMENTS.
8. INSTALL HOLD DOWNS 1/2 INCH MINIMUM ABOVE THE PLATE TO ALLOW FOR TIGHTENING ANCHOR BOLT. THE HOLD DOWN SHALL BE INSTALLED TIGHT TO THE POST WITHOUT FILLERS OR DAPPING. DO NOT BEND HOLD DOWN ANCHORS. HOLD DOWN HARDWARE SHALL BE IN PLACE PRIOR TO FOUNDATION INSPECTION. HOLD DOWN SHALL BE FINGER TIGHT AND ½ WRENCH TURN JUST PRIOR TO COVERING THE WALL FRAMING. UPPER FLOOR HOLD DOWNS SHALL BE CONTINUED TO THE FOUNDATION PER TYPICAL DETAILS.
9. ALL BOLTS IN WOOD SHALL BE A-307 STANDARD BOLTS. HOLES SHALL NOT BE MORE THAN 1/16" LARGER THAN THE BOLT DIAMETER.
10. DO NOT CUT, BORE, COUNTERSINK OR NOTCH WOOD MEMBERS EXCEPT WHERE SHOWN IN THE DETAILS.
11. PROVIDE DOUBLE JOISTS BENEATH ALL PARALLEL WALLS. PROVIDE SOLID BLOCK BENEATH ALL WALLS PERPENDICULAR TO JOISTS.
12. JOISTS OR RAFTERS FRAMING FROM OPPOSITE SIDES OF BEAMS OR WALLS SHALL HAVE A LAP OF 4" OR MORE AND BE SPLICED WITH 4-16D NAILS, UNLESS NOTED OTHERWISE.
13. ENGINEERED LUMBER
   A. I-JOIST MEMBERS SHALL BE "TJI" JOISTS MANUFACTURED BY "WEYERHAEUSER" (ICC-ESR 1153, L.A. RR 25538). EQUIVALENT I-JOISTS MANUFACTURED BY "ROSEBURG" WILL BE ALLOWED (ICC-ESR 1251, LARR 25439).
   B. LSL MEMBERS SHALL BE "TIMBERSTRAND" LSL MANUFACTURED BY "WEYERHAEUSER" (ICC-ESR1387, COLA RR25202). LSL SHALL BE GRADE 1.55E.
   C. LVL MEMBERS SHALL BE "RIGIDLAM" LVL MANUFACTURED BY ROSEBURG (ICC-ESR 1210, COLA RR#25680). 1 1/2" TO 1 3/4" WIDE RIGIDLAM BEAMS SHALL BE GRADE 2.0E. 3 1/2" RIGIDLAM AND WIDER SHALL BE GRADE 2.2E.
   D. "RIGIDRIM" SHALL BE MANUFACTURED BY "ROSEBURG" (ICC-ESR 1210, COLA RR#25680)
   E. PROVIDE CAMBER WHERE INDICATED ON DRAWINGS
   F. ALL JOISTS & BEAMS SHALL BE MANUFACTURED BY A LICENSED FABRICATOR.
14. HOT DIP GALVANIZED FASTENERS SUCH AS - BUT NOT LIMITED TO - NAILS, SCREWS, BOLTS, THREADED ROD, ETC., SHALL BE USED WHEN IN CONTACT WITH PRESSURE TREATED LUMBER. EXCEPTION: PLAIN CARBON STEEL FASTENERS IN SBX/DOT AND ZINC BORATE PRESERVATIVE-TREATED WOOD IN AN INTERIOR, DRY ENVIRONMENT SHALL BE PERMITTED.
15. FRAMING CLIPS TO COMPLY WITH (ICC-ESR 2606, L.A. RR 25716). STRAPS TO COMPLY WITH (ICC-ESR 2105, L.A. RR 25713).
16. NARROW STEEL SHEAR PANELS SHALL BE INSTALLED PER THE MANUFACTURERS RECOMMENDATIONS AND CONFORM TO THE FOLLOWING: HARDY FRAMES (HFX): LARR#25759 SIMPSON STRONG WALLS (SSW): LARR#25625
17. WHERE WOOD MEMBERS ARE TO BE CONNECTED TO STEEL ELEMENTS, AS A MINIMUM PROVIDE 2x NAILERS W/ 5/8"ø WELDED THREADED STUDS @ 24" O.C. IF THE THREADED STUDS NEED TO BE COUNTERSUNK FOR FINISH INSTALLATION, INSTALL 3x NAILERS.

## STRUCTURAL OBSERVATION

1. PERIODIC STRUCTURAL OBSERVATION SHALL BE PROVIDED BY JOHN LABIB & ASSOCIATES, STRUCTURAL ENGINEERS, PER THE ATTACHED LOS ANGELES CITY STRUCTURAL OBSERVATION FORM. CONTRACTOR SHALL NOTIFY ENGINEER 72 HOURS BEFORE REQUIRED OBSERVATIONS. DELINQUENT NOTIFICATION MAY REQUIRE DEMOLITION OF COVERING MATERIAL TO FACILITATE OBSERVATION.
2. STRUCTURAL OBSERVATION IS REQUIRED FOR THE STRUCTURAL SYSTEM IN ACCORDANCE WITH THE LOS ANGELES BUILDING CODE. STRUCTURAL OBSERVATION IS THE VISUAL OBSERVATION AT THE CONSTRUCTION SITE OF THE ELEMENTS AND CONNECTIONS OF THE STRUCTURAL SYSTEM AT SIGNIFICANT CONSTRUCTION STAGES AND THE COMPLETE STRUCTURE FOR GENERAL CONFORMANCE TO THE APPROVED PLANS AND SPECIFICATIONS. STRUCTURAL OBSERVATION DOES NOT WAIVE THE RESPONSIBILITY FOR THE INSPECTIONS REQUIRED OF THE BUILDING INSPECTOR OR THE DEPUTY INSPECTOR.
3. THE OWNER SHALL EMPLOY A STATE OF CALIFORNIA REGISTERED CIVIL OR STRUCTURAL ENGINEER OR LICENSED ARCHITECT TO PERFORM THE STRUCTURAL OBSERVATION. THE DEPARTMENT OF BUILDING AND SAFETY (SDDBS) RECOMMENDS THE USE OF THE ENGINEER OR ARCHITECT RESPONSIBLE FOR THE STRUCTURAL DESIGN WHO ARE INDEPENDENT OF THE CONTRACTOR.
4. THE STRUCTURAL OBSERVER SHALL PROVIDE EVIDENCE OF EMPLOYMENT BY THE OWNER OR THE OWNER'S REPRESENTATIVE. A LETTER FROM THE OWNER, THE OWNER'S REPRESENTATIVE, OR A COPY OF THE AGREEMENT FOR SERVICES SHALL BE SENT TO THE BUILDING INSPECTOR BEFORE THE FIRST SITE VISIT.
5. THE OWNER OR OWNER'S REPRESENTATIVE SHALL COORDINATE AND CALL FOR A MEETING BETWEEN THE ENGINEER OR ARCHITECT RESPONSIBLE FOR THE STRUCTURAL DESIGN, STRUCTURAL OBSERVER, CONTRACTOR, AFFECTED SUBCONTRACTORS AND DEPUTY INSPECTORS. THE PURPOSE OF THE MEETING SHALL BE TO IDENTIFY THE MAJOR STRUCTURAL ELEMENTS AND CONNECTIONS THAT AFFECT THE VERTICAL AND LATERAL LOAD SYSTEMS OF THE STRUCTURE AND TO REVIEW SCHEDULING OF THE REQUIRED OBSERVATIONS. A RECORD OF THE MEETING SHALL BE INCLUDED IN THE FIRST OBSERVATION REPORT SUBMITTED TO THE BUILDING INSPECTOR.
6. THE STRUCTURAL OBSERVER SHALL PERFORM SITE VISITS AT THOSE STEPS IN THE PROGRESS OF THE WORK THAT ALLOW FOR CORRECTION OF DEFICIENCIES WITHOUT SUBSTANTIAL EFFORT OR UNCOVERING OF THE WORK INVOLVED. AT A MINIMUM, THE LISTED SIGNIFICANT CONSTRUCTION STAGES ON THE FOLLOWING STRUCTURAL OBSERVATION/SIGNIFICANT CONSTRUCTION STAGES TABLE REQUIRE A SITE VISIT AND AN OBSERVATION REPORT FROM THE STRUCTURAL OBSERVER.
7. THE STRUCTURAL OBSERVER SHALL PREPARE A REPORT OF THE STRUCTURAL OBSERVATION REPORT FORM IN/FORM.08 (PART 1) FOR EACH SIGNIFICANT STAGE OF CONSTRUCTION OBSERVED. THE ORIGINAL OF THE STRUCTURAL OBSERVATION REPORT SHALL BE SENT TO THE BUILDING INSPECTOR'S OFFICE AND SHALL BE SIGNED AND SEALED (WET STAMP) BY THE RESPONSIBLE STRUCTURAL OBSERVER. ONE COPY OF THE OBSERVATION REPORT SHALL BE ATTACHED TO THE APPROVED PLANS. THE COPY ATTACHED TO THE PLANS SHALL BE SIGNED AND SEALED (WET STAMP) BY THE RESPONSIBLE STRUCTURAL OBSERVER OR THEIR DESIGNEE. COPIES OF THE REPORT SHALL ALSO BE GIVEN TO THE OWNER, CONTRACTOR, AND DEPUTY INSPECTOR. ANY DEFICIENCY NOTED ON THE OBSERVATION REPORT WILL BECOME THE RESPONSIBILITY OF THE STRUCTURAL ENGINEER OF RECORD TO VERIFY ITS COMPLETION BY HIM (HER), OR BY A REGISTERED DEPUTY INSPECTOR AT THE DISCRETION OF THE STRUCTURAL OBSERVER.
8. A FINAL OBSERVATION REPORT AND THAT OF THE REGISTERED DEPUTY INSPECTOR MUST BE SUBMITTED WHICH SHOWS THAT ALL OBSERVED DEFICIENCIES WERE RESOLVED AND STRUCTURAL SYSTEM GENERALLY CONFORMS WITH THE APPROVED PLANS AND SPECIFICATIONS. THE DEPARTMENT OF BUILDING AND SAFETY (SDDBS) WILL NOT ACCEPT THE STRUCTURAL WORK WITHOUT THIS FINAL OBSERVATION REPORT AND THAT OF THE REGISTERED DEPUTY INSPECTOR (WHEN PROVIDED) AND THE CORRECTION OF SPECIFIC DEFICIENCIES NOTED DURING NORMAL BUILDING INSPECTION.
9. THE STRUCTURAL OBSERVER SHALL PROVIDE THE ORIGINAL STAMPED AND SIGNED STRUCTURAL OBSERVATION REPORT TO THE CITY OF LOS ANGELES DEPARTMENT OF BUILDING AND SAFETY BUILDING INSPECTOR.
10. WHEN THE OWNER ELECTS TO CHANGE THE STRUCTURAL OBSERVER OF RECORD, THE OWNER SHALL:
   A. NOTIFY THE BUILDING INSPECTOR IN WRITING BEFORE THE NEXT INSPECTION BY SUBMITTING COMPLETED "STRUCTURAL OBSERVATION PROGRAM AND DESIGNATION OF THE STRUCTURAL OBSERVER" FORM IN/FORM.08 (PART 2)

## STRUCTURAL OBSERVATION CONTINUED

   B. CALL AN ADDITIONAL PRECONSTRUCTION MEETING, AND
   C. FURNISH THE REPLACEMENT STRUCTURAL OBSERVER WITH A COPY OF ALL PREVIOUS OBSERVATION REPORTS. THE REPLACEMENT STRUCTURAL OBSERVER SHALL APPROVE THE CORRECTION OF THE ORIGINAL OBSERVED DEFICIENCIES. UNLESS OTHERWISE APPROVED BY PLAN CHECK SUPERVISION. THE POLICY OF THE DEPARTMENT SHALL BE TO CORRECT ANY PROPERTY NOTED DEFICIENCIES WITHOUT CONSIDERATION OF THEIR SOURCE.
11. THE ENGINEER OR ARCHITECT OF RECORD SHALL DEVELOP ALL CHANGES RELATING TO THE STRUCTURAL SYSTEMS. THE BUILDING DEPARTMENT SHALL REVIEW AND APPROVE ALL CHANGES TO THE APPROVED PLANS AND SPECIFICATIONS.

## STRUCTURAL OBSERVATION

PERIODIC STRUCTURAL OBSERVATION SHALL BE PROVIDED BY JOHN LABIB & ASSOCIATES, STRUCTURAL ENGINEERS, PER THE ATTACHED CITY OF LOS ANGELES STRUCTURAL OBSERVATION REPORT FORM. CONTRACTOR SHALL NOTIFY ENGINEER 72 HOURS BEFORE REQUIRED OBSERVATIONS. DELINQUENT NOTIFICATION MAY REQUIRE DEMOLITION OF COVERING MATERIAL TO FACILITATE OBSERVATION.

Structural Observation

STRUCTURAL OBSERVATION PROGRAM
AND DESIGNATION OF THE
STRUCTURAL OBSERVER

PROJECT ADDRESS: 1633 BLUE JAY WAY, LOS ANGELES, CA
OWNER: --
ARCHITECT: STUDIO PALI FEKETE ARCHITECTS
ENGINEER: JOHN LABIB AND ASSOCIATES

STRUCTURAL OBSERVATION
(only checked items are required)

Firm or Individual to be responsible for the Structural Observation:
Name: John Labib & Assoc. Phone: (213) 239.9600 Calif. Registration: S4549

| FOUNDATION | WALL | FRAME | DIAPHRAGM |
|---|---|---|---|
| ☒ Footing, Stem Walls, Piers | ☒ Concrete | ☒ Steel Moment Frame | ☒ Concrete |
| ☐ Mat Foundation | ☐ Masonry | ☐ Steel Braced Frame | ☐ Steel Deck |
| ☒ Caisson, Piles, Grade Beams | ☐ Wood | ☐ Concrete Moment Frame | ☒ Wood |
| ☒ Stepp'g/Retain'g Foundation, Hillside Special Anchors | ☐ Others: | ☐ Masonry Wall Frame | ☐ Others: |
| ☐ Others: | | ☐ Others: | |

DECLARATION BY OWNER
I, the Owner of the project, declare that the above listed firm or individual is hired by me to be the Structural Observer.

Signature Date

## STATEMENT OF SPECIAL INSPECTIONS

1. CONTINUOUS AND PERIODIC SPECIAL INSPECTION IS REQUIRED FOR THE WORK AS DESCRIBED IN CBC 2019 SECTION 1704. SEE INSPECTION SCHEDULE BELOW. ONLY CHECKED ITEMS ARE REQUIRED.
2. APPROVAL BY THE INSPECTOR DOES NOT MEAN APPROVAL OF FAILURE TO COMPLY WITH THE PLANS OR SPECIFICATIONS. ANY DETAIL THAT FAILS TO BE CLEAR OR IS AMBIGUOUS MUST BE REFERRED TO THE STRUCTURAL ENGINEER FOR INTERPRETATION OR CLARIFICATION.
3. FOR VERIFICATION AND INSPECTION OF SOILS SEE SOILS REPORT.
4. CONTINUOUS SPECIAL INSPECTION PER AWS D1.1 IS REQUIRED FOR ALL STRUCTURAL STEEL WELDING, EXCEPT FOR SINGLE PASS FILLET WELDS NOT EXCEEDING 5/16" IN SIZE. WELDING INSPECTORS SHALL BE AWS Q.C.-1 CERTIFIED.
5. STRUCTURAL WOOD. PERIODIC SPECIAL INSPECTION IS REQUIRED FOR WOOD SHEAR WALLS, SHEAR PANELS, AND DIAPHRAGMS, INCLUDING NAILING, BOLTING, ANCHORING, AND OTHER FASTENING OF COMPONENTS OF THE SEISMIC FORCE RESISTING SYSTEM, INCLUDING WOOD SHEAR WALLS, WOOD DIAPHRAGMS, DRAG STRUTS, BRACES, SHEAR PANELS, AND HOLDOWNS. EXCEPTION: SPECIAL INSPECTION IS NOT REQUIRED FOR WOOD SHEAR WALLS, SHEAR PANELS AND DIAPHRAGMS, INCLUDING NAILING, BOLTING, ANCHORING AND OTHER FASTENING TO OTHER COMPONENTS OF THE SEISMIC-FORCE-RESISTING SYSTEM, WHERE THE FASTENER SPACING OF THE SHEATHING IS MORE THAN 4 INCHES ON CENTER (O.C.). INSPECTIONS SHALL BE PERFORMED BEFORE COVERING.
6. NOTICE TO THE APPLICANT/OWNER/OWNER'S AGENT/ARCHITECT OR ENGINEER OF RECORD: BY USING THIS PERMITTED CONSTRUCTION DRAWINGS FOR CONSTRUCTION/INSTALLATION OF THE WORK SPECIFIED HEREIN, YOU AGREE TO COMPLY WITH THE REQUIREMENTS OF CITY OF LOS ANGELES FOR SPECIAL INSPECTIONS, STRUCTURAL OBSERVATIONS, CONSTRUCTION MATERIAL TESTING AND OFF-SITE FABRICATION OF BUILDING COMPONENTS, CONTAINED IN THE STATEMENT OF SPECIAL INSPECTIONS AND, AS REQUIRED BY THE CALIFORNIA CONSTRUCTION CODES.
7. NOTICE TO THE CONTRACTOR/BUILDER/INSTALLER/SUB-CONTRACTOR/OWNER-BUILDER: BY USING THIS PERMITTED CONSTRUCTION DRAWINGS FOR CONSTRUCTION/INSTALLATION OF WORK SPECIFIED HEREIN, YOU ACKNOWLEDGE AND ARE AWARE OF, THE REQUIREMENTS CONTAINED IN THE STATEMENT OF SPECIAL INSPECTIONS. YOU AGREE TO COMPLY WITH THE REQUIREMENTS OF CITY OF LOS ANGELES FOR SPECIAL INSPECTIONS, STRUCTURAL OBSERVATIONS, CONSTRUCTION MATERIAL TESTING AND OFF-SITE FABRICATION OF BUILDING COMPONENTS, CONTAINED IN THE STATEMENT OF SPECIAL INSPECTIONS AND, AS REQUIRED BY THE CALIFORNIA CONSTRUCTION CODES.
8. FABRICATOR SHALL SUBMIT AN "APPLICATION TO PERFORM OFF-SITE FABRICATION" TO THE INSPECTION SERVICES DIVISION FOR APPROVAL PRIOR TO COMMENCEMENT OF FABRICATION.
9. FABRICATOR SHALL SUBMIT A "CERTIFICATE OF COMPLIANCE FOR OFF-SITE FABRICATION" TO THE INSPECTION SERVICES DIVISION PRIOR TO ERECTION OF FABRICATED ITEMS AND ASSEMBLIES.
10. FABRICATOR MUST BE REGISTERED AND APPROVED BY THE CITY OF LOS ANGELES, DEVELOPMENT SERVICES FOR THE FABRICATION OF MEMBERS AND ASSEMBLIES ON THE PREMISES OF THE FABRICATOR'S SHOP. (CBC 1704.2.2.)

INSPECTION SCHEDULE

| TYPE OF WORK | CODE REFERENCE | REMARKS | |
|---|---|---|---|
| CONCRETE WORK | CBC2010 TABLE 1704.4 | | ☒ |
| POST INSTALLED ANCHORS | RESEARCH REPORT | | ☒ |
| STRUCTURAL STEEL | CBC2010 TABLE 1704.3 | | ☒ |
| STRUCTURAL STEEL WELDING | CBC2010 TABLE 1704.3 | SEE NOTE ABOVE | ☒ |
| HIGH STRENGTH BOLTING | CBC2010 1704.3.3 | | ☐ |
| MASONRY WORK | CBC2010 TABLE 1704.5.1 | | ☐ |
| HIGH LOAD DIAPHRAGMS | CBC2010 1704.6.1 | | ☐ |
| STRUCTURAL WOOD | CBC2010 1707.3 | SEE NOTE ABOVE | ☒ |
| COLD FORMED STEEL | CBC2010 1707.4 | | ☐ |
| SUSPENDED CEILINGS | ASCE 11.A.1.3.9 | | ☐ |
| DRIVEN PILES | CBC2010 TABLE 1704.8 | | ☐ |
| CAST IN PLACE DEEP FOUND. | CBC2010 TABLE 1704.9 | | ☒ |


MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8488 f 310.578.8477
MayesOffice.com

LFA
Labib Funk + Associates
Structural | Civil | EBM
319 Main St.
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17292


BLUE JAY WAY

GENERAL NOTES

ISSUE AND REVISIONS
07.26.2019 ISSUE/ REVISION
08.23.2019 PC SUBMITTAL
11.12.2019 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY: M.R.
CHECKED BY: M.D.
SCALE: AS INDICATED
SHEET NO:
S1.01a

## SHOTCRETE

1. SHOTCRETE MAY BE USED IN LIEU OF POURED-IN-PLACE CONCRETE IN LOCATIONS WHERE ALL OF THE FOLLOWING CONDITIONS ARE MET: (1) SHOTCRETE CONSTRUCTION COMPLIES WITH ALL REQUIREMENTS OF THE 2011 LOS ANGELES BUILDING CODE, (2) NON-CONTACT LAP SPLICES ARE PROVIDED, (3) REINFORCEMENT SIZE AND SPACING AS SHOWN ON THE DRAWINGS COMPLIES WITH ACI/CBC REQUIREMENTS FOR SHOTCRETE, (4) REPRESENTATIVE MOCK UP PANELS ARE SHOT, DISASSEMBLED AND APPROVED FOR STRUCTURAL QUALITY PRIOR TO CONCRETE PLACEMENT ON THE BUILDING, (5) REPRESENTATIVE PANELS ARE SHOT AND APPROVED FOR ARCHITECTURAL FINISH QUALITY COMPARABLE TO POURED-IN-PLACE CONCRETE PRIOR TO CONCRETE PLACEMENT ON THE BUILDING, AND (6) MEETS ALL REQUIREMENTS OUTLINED IN THE SPECIFICATIONS.
2. MIX DESIGN AND PLACEMENT OF SHOTCRETE TO BE OF SAME OR HIGHER QUALITY AND STRENGTH AS CONVENTIONALLY FORMED AND PLACED REINFORCED CONCRETE.
3. ALL THE REQUIREMENTS OF CALIFORNIA BUILDING CODE SECTION 1913 & 1924 FOR WET MIX SHOTCRETE (SEE BELOW) AND ACI 506R-05 SHALL BE FOLLOWED FOR SHOTCRETE WORK, INCLUDING BUT NOT LIMITED TO PLACEMENT OF REINFORCING STEEL, TEST PANEL REQUIREMENTS AND CORES.
4. REINFORCING STEEL SHALL BE SECURELY TIED IN PLACE IN A MANNER THAT PREVENTS MOVEMENT DURING THE WET MIX SHOTCRETE APPLICATION.
5. THE HEIGHT OF A LAYER SHALL BE LIMITED TO NOT MORE THAN THREE FEET AND A SUCCEEDING LAYER SHALL NOT BE PLACED IN LESS THAN THREE HOURS. NO SLOUGHING OR SAGGING SHALL BE PERMITTED.
6. SLUMP SHALL BE 2" (+ OR − 1/2") AND SHALL BE MEASURED AT THE POINT OF DISCHARGE FROM THE MIXER (EXCEPT THE BUILDING INSPECTOR MAY REQUIRE SLUMP TESTS AT THE DISCHARGE POINT WHERE WATER MAY HAVE BEEN ADDED).
7. A CAPABLE NOZZLEMAN'S HELPER WITH AN AIR BLOW PIPE SHALL BE PROVIDED TO ASSIST THE NOZZLEMAN IN KEEPING ALL REBOUND BUILD-UP OUT OF THE WORK. ADDITIONAL WORKERS MAY BE REQUIRED TO TAKE THE REBOUND FROM THE WORK IF THE REBOUND CANNOT BE REMOVED BY THE AIR BLOW PIPE.
8. THE CONTRACTOR SHALL AGREE TO PROVIDE A DESIGNATED LIAISON BETWEEN HIS CREW, THE TESTING AGENCY AND THE BUILDING INSPECTOR. ONE DEPUTY SHALL BE ASSIGNED TO EACH NOZZLE.
9. SPECIAL PLACEMENT METHODS SHALL BE USED BEHIND STEEL EMBEDDED PLATES, KEYWAYS, ETC. FOR PROPER CONSOLIDATION AND ELIMINATION OF ANY VOIDS OR AIR POCKETS. NO KEYWAYS OR EMBEDMENTS SHALL BE PLACED IN THE FRONT FACE THAT WILL INTERFERE WITH THE STREAM FROM THE NOZZLE.
10. A COPY OF THE LOS ANGELES INFORMATION BULLETIN/PUBLIC BUILDING CODE AND/OR CONDITIONS OF LISTING SHALL BE MADE AVAILABLE AT THE JOB SITE. DOCUMENT NO. P/BC 2008-051.
11. STRENGTH TEST PANELS SHALL BE MADE IN ACCORDANCE WITH LABC SECTION 1924.10, ITEM 2. PREPARE AND TEST SPECIMENS IN COMPLIANCE WITH ASTM C 39 AND ASTM C 42. LOCATION OF SAMPLES WILL BE DESIGNATED BY THE ARCHITECT. SIZE SHALL BE 4 IN. IN DIAMETER. SEE SPECIFICATIONS FOR ADDITIONAL TESTING REQUIREMENTS AND PROCEDURES.
12. A 4'x4' MOCK-UP PANEL SHALL BE SHOT, CURED, CORED, AND TESTED PRIOR TO COMMENCEMENT OF THE PROJECT. THE MOCK-UP PANEL SHALL BE REPRESENTATIVE OF THE PROJECT AND SIMULATE JOB CONDITIONS AS CLOSELY AS POSSIBLE. THE PANEL THICKNESS AND REINFORCING SHALL REPRODUCE THE THICKEST AND MOST CONGESTED AREA IN THE STRUCTURAL DESIGN. IT SHALL BE SHOT AT THE SAME ANGLE, USING THE SAME NOZZLEMAN AND WITH THE SAME CONCRETE MIX DESIGN THAT WILL BE USED ON THE PROJECT.
13. SHOTCRETE REQUIRES CONTINUOUS INSPECTION BY A REGISTERED DEPUTY INSPECTOR. CONTINUOUS INSPECTIONS SHALL BE PROVIDED FOR THE PLACEMENT OF ALL REINFORCING, THE PLACEMENT OF SHOTCRETE, AND THE ASSEMBLY, SHOOTING, TESTING, AND DISASSEMBLY OF TEST PANELS.
14. THE SHOTCRETE SUBCONTRACTOR SHALL PRESENT, UPON THE REQUEST OF A DEPARTMENT OF BUILDING AND SAFETY INSPECTOR, A "STATEMENT OF QUALIFICATIONS" SIGNED BY AN OFFICER OF THE SUBCONTRACTOR CORPORATIONS. BOTH THE SPECIFICATION AND STATEMENT SHALL INCLUDE, BUT NOT NECESSARILY BE LIMITED TO, THE FOLLOWING:
   A. THE DURATION AND TYPE OF STRUCTURAL SHOTCRETE EXPERIENCE (NOT INCLUDING SWIMMING POOLS) OF THE NOZZLEMAN, THE SUBCONTRACTING COMPANY, THE SUPERINTENDENT, AND HELPER.
   B. THE SUBCONTRACTOR'S LISTED EXPERIENCE SHALL REFERENCE SPECIFIC PROJECTS APPROVED IN THE CITY OF LOS ANGELES.

**TABLE 1704.7**
**REQUIRED VERIFICATION AND INSPECTION OF SOILS**

| VERIFICATION AND INSPECTION TASK | CONTINUOUS DURING TASK LISTED | PERIODICALLY DURING TASK LISTED |
|---|---|---|
| 1. Verify materials below shallow foundations are adequate to achieve the design bearing capacity. | — | X |
| 2. Verify excavations are extended to proper depth and have reached proper material. | — | X |
| 3. Perform classification and testing of compacted fill materials. | — | X |
| 4. Verify use of proper materials, densities and lift thicknesses during placement and compaction of compacted fill. | X | — |
| 5. Prior to placement of compacted fill, observe subgrade and verify that site has been prepared properly. | — | X |

**TABLE 1704.8**
**REQUIRED VERIFICATION AND INSPECTION OF DRIVEN DEEP FOUNDATION ELEMENTS**

| VERIFICATION AND INSPECTION TASK | CONTINUOUS DURING TASK LISTED | PERIODICALLY DURING TASK LISTED |
|---|---|---|
| 1. Verify element materials, sizes and lengths comply with the requirements. | X | — |
| 2. Determine capacities of test elements and conduct additional load tests, as required. | X | — |
| 3. Observe driving operations and maintain complete and accurate records for each element. | X | — |
| 4. Verify placement locations and plumbness, confirm type and size of hammer, record number of blows per foot of penetration, determine required penetrations to achieve design capacity, record tip and butt elevations and document any damage to foundation element. | X | — |
| 5. For steel elements, perform additional inspections in accordance with Section 1704.3. | — | — |
| 6. For concrete elements and concrete-filled elements, perform additional inspections in accordance with Section 1704.4. | — | — |
| 7. For specialty elements, perform additional inspections as determined by the registered design professional in responsible charge. | — | — |

**TABLE 1704.9**
**REQUIRED VERIFICATION AND INSPECTION OF CAST-IN-PLACE DEEP FOUNDATION ELEMENTS**

| VERIFICATION AND INSPECTION TASK | CONTINUOUS DURING TASK LISTED | PERIODICALLY DURING TASK LISTED |
|---|---|---|
| 1. Observe drilling operations and maintain complete and accurate records for each element. | X | — |
| 2. Verify placement locations and plumbness, confirm element diameters, bell diameters (if applicable), lengths, embedment into bedrock (if applicable) and adequate end-bearing strata capacity. Record concrete or grout volumes. | X | — |
| 3. For concrete elements, perform additional inspections in accordance with Section 1704.4. | — | — |

**TABLE 1704.5.1**
**LEVEL 1 REQUIRED VERIFICATION AND INSPECTION OF MASONRY CONSTRUCTION**

| VERIFICATION AND INSPECTION | FREQUENCY OF INSPECTION | | REFERENCE FOR CRITERIA | | |
|---|---|---|---|---|---|
| | CONTINUOUS | PERIODIC | IBC SECTION | TMS 402/ACI 530/ASCE 5[a] | TMS 602/ACI 530.1/ASCE 6[a] |
| 1. Compliance with required inspection provisions of the construction documents and the approved submittals shall be verified. | — | X | — | — | Art. 1.5 |
| 2. Verification of $f'_m$ and $f'_{AAC}$ prior to construction except where specifically exempted by this code. | — | X | — | — | Art. 1.4B |
| 3. Verification of slump flow and VSI as delivered to the site for self-consolidating grout. | X | — | — | — | Art. 1.5B.1.b.3 |
| 4. As masonry construction begins, the following shall be verified to ensure compliance: | | | | | |
| a. Proportions of site-prepared mortar. | — | X | — | — | Art. 2.6A |
| b. Construction of mortar joints. | — | X | — | — | Art. 3.3B |
| c. Location of reinforcement, connectors, prestressing tendons and anchorages. | — | X | — | — | Art. 3.4, 3.6A |
| d. Prestressing technique. | — | X | — | — | Art. 3.6B |
| e. Grade and size of prestressing tendons and anchorages. | — | X | — | — | Art. 2.4B, 2.4H |
| 5. During construction the inspection program shall verify: | | | | | |
| a. Size and location of structural elements. | — | X | — | — | Art. 3.3F |
| b. Type, size and location of anchors, including other details of anchorage of masonry to structural members, frames or other construction. | — | X | — | Sec. 1.2.2(e), 1.16.1 | — |
| c. Specified size, grade and type of reinforcement, anchor bolts, prestressing tendons and anchorages. | — | X | — | Sec. 1.15 | Art. 2.4, 3.4 |
| d. Welding of reinforcing bars. | X | — | — | Sec. 2.1.9.7.2, 3.3.3.4(b) | — |
| e. Preparation, construction and protection of masonry during cold weather (temperature below 40°F) or hot weather (temperature above 90°F). | — | X | Sec. 2104.3, 2104.4 | — | Art. 1.8C, 1.8D |
| f. Application and measurement of prestressing force. | X | — | — | — | Art. 3.6B |

**TABLE 1704.5.1—continued**
**LEVEL 1 REQUIRED VERIFICATION AND INSPECTION OF MASONRY CONSTRUCTION**

| VERIFICATION AND INSPECTION | FREQUENCY OF INSPECTION | | REFERENCE FOR CRITERIA | | |
|---|---|---|---|---|---|
| | CONTINUOUS | PERIODIC | IBC SECTION | TMS 402/ACI 530/ASCE 5[a] | TMS 602/ACI 530.1/ASCE 6[a] |
| 6. Prior to grouting, the following shall be verified to ensure compliance: | | | | | |
| a. Grout space is clean. | — | X | — | — | Art. 3.2D |
| b. Placement of reinforcement and connectors, and prestressing tendons and anchorages. | — | X | — | Sec. 1.13 | Art. 3.4 |
| c. Proportions of site-prepared grout and prestressing grout for bonded tendons. | — | X | — | — | Art. 2.6B |
| d. Construction of mortar joints. | — | X | — | — | Art. 3.3B |
| 7. Grout placement shall be verified to ensure compliance: | X | — | — | — | Art. 3.5 |
| a. Grouting of prestressing bonded tendons. | X | — | — | — | Art. 3.6C |
| 8. Preparation of any required grout specimens, mortar specimens and/or prisms shall be observed. | — | X | Sec. 2105.2.2, 2105.3 | — | Art. 1.4 |

For SI: °C = [(°F) - 32]/1.8.
a. The specific standards referenced are those listed in Chapter 35.

**TABLE 1704.5.3**
**LEVEL 2 REQUIRED VERIFICATION AND INSPECTION OF MASONRY CONSTRUCTION**

| VERIFICATION AND INSPECTION | CONTINUOUS | PERIODIC | REFERENCE FOR CRITERIA | | |
|---|---|---|---|---|---|
| | | | IBC SECTION | TMS 402/ACI 530/ASCE 5[a] | TMS 602/ACI 530.1/ASCE 6[a] |
| 1. Compliance with required inspection provisions of the construction documents and the approved submittals. | — | X | — | — | Art. 1.5 |
| 2. Verification of $f'_m$ and $f'_{AAC}$ prior to construction and for every 5,000 square feet during construction. | — | X | — | — | Art. 1.4B |
| 3. Verification of proportions of materials in premixed or preblended mortar and grout as delivered to the site. | — | X | — | — | Art. 1.5B |
| 4. Verification of slump flow and VSI as delivered to the site for self-consolidating grout. | X | — | — | — | Art. 1.5B.1.b.3 |
| 5. The following shall be verified to ensure compliance: | | | | | |
| a. Proportions of site-prepared mortar, grout and prestressing grout for bonded tendons. | — | X | — | — | Art. 2.6A |
| b. Placement of masonry units and construction of mortar joints. | — | X | — | — | Art. 3.3B |
| c. Placement of reinforcement, connectors and prestressing tendons and anchorages. | — | X | — | Sec. 1.15 | Art. 3.4, 3.6A |
| d. Grout space prior to grout. | X | — | — | — | Art. 3.2D |
| e. Placement of grout. | X | — | — | — | Art. 3.5 |
| f. Placement of prestressing grout. | X | — | — | — | Art. 3.6C |
| g. Size and location of structural elements. | — | X | — | — | Art. 3.3F |
| h. Type, size and location of anchors, including other details of anchorage of masonry to structural members, frames or other construction. | X | — | — | Sec.1.2.2(e), 1.16.1 | — |
| i. Specified size, grade and type of reinforcement, anchor bolts, prestressing tendons and anchorages. | — | X | — | Sec. 1.15 | Art. 2.4, 3.4 |
| j. Welding of reinforcing bars. | X | — | — | Sec. 2.1.9.7.2, 3.3.3.4 (b) | — |
| k. Preparation, construction and protection of masonry during cold weather (temperature below 40°F) or hot weather (temperature above 90°F). | — | X | Sec. 2104.3, 2104.4 | — | Art. 1.8C, 1.8D |
| l. Application and measurement of prestressing force. | X | — | — | — | Art. 3.6B |
| 6. Preparation of any required grout specimens and/or prisms shall be observed. | X | — | Sec. 2105.2.2, 2105.3 | — | Art. 1.4 |

For SI: °C = [(°F) - 32]/1.8, 1 square foot = $0.0929 m^2$.
a. The specific standards referenced are those listed in Chapter 35.

**TABLE 1704.3**
**REQUIRED VERIFICATION AND INSPECTION OF STEEL CONSTRUCTION**

| VERIFICATION AND INSPECTION | CONTINUOUS | PERIODIC | REFERENCED STANDARD[a] | IBC REFERENCE |
|---|---|---|---|---|
| 1. Material verification of high-strength bolts, nuts and washers: | | | | |
| a. Identification markings to conform to ASTM standards specified in the approved construction documents. | — | X | AISC 360, Section A3.3 and applicable ASTM material standards | |
| b. Manufacturer's certificate of compliance required. | — | X | — | — |
| 2. Inspection of high-strength bolting: | | | | |
| a. Snug-tight joints. | — | X | AISC 360, Section M2.5 | 1704.3.3 |
| b. Pretensioned and slip-critical joints using turn-of-nut with matchmarking, twist-off bolt or direct tension indicator methods of installation. | — | X | | |
| c. Pretensioned and slip-critical joints using turn-of-nut without matchmarking or calibrated wrench methods of installation. | X | — | | |
| 3. Material verification of structural steel and cold-formed steel deck: | | | | |
| a. For structural steel, identification markings to conform to AISC 360. | — | X | AISC 360, Section M5.5 | |
| b. For other steel, identification markings to conform to ASTM standards specified in the approved construction documents. | — | X | Applicable ASTM material standards | |
| c. Manufacturer's certified test reports. | — | X | | |
| 4. Material verification of weld filler materials: | | | | |
| a. Identification markings to conform to AWS specification in the approved construction documents. | — | X | AISC 360, Section A3.5 and applicable AWS A5 documents | — |
| b. Manufacturer's certificate of compliance required. | — | X | — | — |
| 5. Inspection of welding: | | | | |
| a. Structural steel and cold-formed steel deck: | | | | |
| 1) Complete and partial joint penetration groove welds. | X | — | AWS D1.1 | 1704.3.1 |
| 2) Multipass fillet welds. | X | — | | |
| 3) Single-pass fillet welds > 5/16" | X | — | | |
| 4) Plug and slot welds. | X | — | | |
| 5) Single-pass fillet welds ≤ 5/16" | — | X | | |
| 6) Floor and roof deck welds. | — | X | AWS D1.3 | |

**TABLE 1704.3—continued**
**REQUIRED VERIFICATION AND INSPECTION OF STEEL CONSTRUCTION**

| VERIFICATION AND INSPECTION | CONTINUOUS | PERIODIC | REFERENCED STANDARD[a] | IBC REFERENCE |
|---|---|---|---|---|
| b. Reinforcing steel: | | | | — |
| 1) Verification of weldability of reinforcing steel other than ASTM A 706. | — | X | AWS D1.4 ACI 318: Section 3.5.2 | |
| 2) Reinforcing steel resisting flexural and axial forces in intermediate and special moment frames, and boundary elements of special structural walls of concrete and shear reinforcement. | X | — | | |
| 3) Shear reinforcement. | X | — | | |
| 4) Other reinforcing steel. | — | X | | |
| 6. Inspection of steel frame joint details for compliance: | | | | |
| a. Details such as bracing and stiffening. | — | X | — | 1704.3.2 |
| b. Member locations. | — | X | | |
| c. Application of joint details at each connection. | — | X | | |

For SI: 1 inch = 25.4 mm.
a. Where applicable, see also Section 1707.1, Special inspection for seismic resistance.

**TABLE 1704.4**
**REQUIRED VERIFICATION AND INSPECTION OF CONCRETE CONSTRUCTION**

| VERIFICATION AND INSPECTION | CONTINUOUS | PERIODIC | REFERENCED STANDARD[a] | IBC REFERENCE |
|---|---|---|---|---|
| 1. Inspection of reinforcing steel, including prestressing tendons, and placement. | — | X | ACI 318: 3.5, 7.1-7.7 | 1913.4 |
| 2. Inspection of reinforcing steel welding in accordance with Table 1704.3, Item 5b. | — | — | AWS D1.4 ACI 318: 3.5.2 | — |
| 3. Inspection of bolts to be installed in concrete prior to and during placement of concrete where allowable loads have been increased or where strength design is used. | X | — | ACI 318: 8.1.3, 21.2.8 | 1911.5, 1912.1 |
| 4. Inspection of anchors installed in hardened concrete. | — | X | ACI 318: 3.8.6, 8.1.3, 21.2.8 | 1912.1 |
| 5. Verifying use of required design mix. | — | X | ACI 318: Ch. 4, 5.2-5.4 | 1904.2.2, 1913.2, 1913.3 |
| 6. At the time fresh concrete is sampled to fabricate specimens for strength tests, perform slump and air content tests, and determine the temperature of the concrete. | X | — | ASTM C 172 ASTM C 31 ACI 318: 5.6, 5.8 | 1913.10 |
| 7. Inspection of concrete and shotcrete placement for proper application techniques. | X | — | ACI 318: 5.9, 5.10 | 1913.6, 1913.7, 1913.8 |
| 8. Inspection for maintenance of specified curing temperature and techniques. | — | X | ACI 318: 5.11-5.13 | 1913.9 |
| 9. Inspection of prestressed concrete: a. Application of prestressing forces. b. Grouting of bonded prestressing tendons in the seismic-force-resisting system. | X X | — | ACI 318: 18.20 ACI 318: 18.18.4 | — |
| 10. Erection of precast concrete members. | — | X | ACI 318: Ch. 16 | — |
| 11. Verification of in-situ concrete strength, prior to stressing of tendons in posttensioned concrete and prior to removal of shores and forms from beams and structural slabs. | — | X | ACI 318: 6.2 | — |
| 12. Inspect formwork for shape, location and dimensions of the concrete member being formed. | — | X | ACI 318: 6.1.1 | — |

For SI: 1 inch = 25.4 mm.
a. Where applicable, see also Section 1707.1, Special inspection for seismic resistance.

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8488 f 310.578.8477
MayesOffice.com

Labib Funk + Associates
Structural | Civil | EBM
319 Main Street
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17292

GENERAL NOTES

ISSUE AND DATE
1 07.06.2018 PERMIT REVISION
2 08.23.2018 PC SUBMITTAL
3 11.12.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY: M.R.
CHECKED BY: M.D.
SCALE: AS INDICATED
SHEET NO:
S1.01b




OPENINGS UP TO 24" (A)




OPENINGS WITH AT LEAST ONE SIDE GREATER THAN 24" (B)

NOTES:

1. SCOPE: THIS DETAIL ADDRESSES ARRANGEMENT OF SLAB REBAR, ADD OR "TRIM" REBAR, AND ADD DIAGONAL REBAR AT OPENINGS IN CONCRETE SLABS. THE DETAIL APPLIES FOR OPENINGS WITH ANY SHAPE
2. FOR LOCATION OF OPENINGS SEE STRUCTURAL PLANS
3. INSERTS/PENETRATIONS WITH A CLEAR DISTANCE WHICH IS LESS THAN THE DIAMETER OF THE LARGER OF THE TWO ARE CONSIDERED TO FORM A COMBINED OPENING
4. IF THE COMBINED OPENING LENGTH IS LESS THAN 12" AND NO SLAB REINFORCING IS INTERRUPTED, NO TRIM BARS ARE REQUIRED
5. IF THE COMBINED OPENING LENGTH IS MORE THAN 12", BUT LESS THAN 24", PROVIDE 1-#5 T&B TRIM REBAR EA SIDE OF THE OPENING. NO DIAGONAL BARS ARE NECESSARY
6. IF COMBINED OPENING LENGTH IS LARGER THAN 24" REFER TO INSET DETAIL "B"

## SLAB OPENINGS AND PENETRATIONS (18)

SCALE: N.T.S.




SYMBOLS – DESIGN STRIPS

ℓ1, ℓ2, ETC. INDICATES CENTER TO CENTER SPANS (S.A.D.)
ℓn1, ℓn2, ETC. INDICATES CLEAR SPANS (S.A.D.)
ℓn INDICATES THE GREATER OF ADJACENT CLEAR SPANS

REBAR ARRANGEMENT ALONG DESIGN STRIPS – FOR DISTRIBUTION OF REBAR ACROSS DESIGN STRIP REFER TO NOTE 9 AND 10 (A)

SLAB REINFORCING ARRANGEMENT NOTES:

1. SCOPE: THIS DETAIL ADDRESSES THE EXTENT, DISTRIBUTION, AND DETAILING OF REBAR IN TWO WAY CONCRETE SLAB IN EACH DIRECTION
2. FOR SLAB THICKNESS SEE PLAN
3. REBAR SIZE, QUANTITY, AND LOCATION IS AS SPECIFIED ON THE STRUCTURAL PLANS. REBAR INCLUDE TOP AND BOTTOM "TYPICAL REINFORCEMENT" AND TOP AND BOTTOM "ADDITIONAL REBAR" (OR "ADD REBAR" OR "ADDITIONAL REINFORCEMENT")
4. DESIGN STRIPS: FOR EACH DIRECTION, REBAR SHALL BE ARRANGED WITHIN DESIGN STRIPS. THE WIDTH AND LOCATION OF "COLUMN STRIPS" AND "MIDDLE STRIPS" ARE SPECIFIED ON THE STRUCTURAL PLANS. IF STRIPS ARE NOT SPECIFIED, PROVIDE DETAILING PER "COLUMN STRIP"
5. SPLICE:
   A. FULL SPAN REBAR SHALL EITHER BE:
   - CONTINUOUS OVER MULTIPLE SPANS, OR
   - SPLICED (AS NEEDED FOR ERECTION/TRANSPORTATION PURPOSES) ONLY AT LOCATIONS SHOWN ON THESE DETAILS. ALL SPLICES SHALL BE CLASS "B" LAP SPLICE, EXCEPT THAT A 6"+6" SPLICE CAN BE PROVIDED FOR BOTTOM REBAR AT MIDDLE STRIPS INTERIOR CONDITIONS (SEE DETAILS)
   B. PARTIAL SPAN REBAR (E.G. 0.33 ℓn, 0.22 ℓn, ETC.) SHALL NOT BE SPLICED
6. ALL REBAR SHALL BE CHAIRED UP
7. HOOKS:
   A. PROVIDE STANDARD HOOKS AT ALL TOP REBAR EXTERIOR SUPPORTS
   B. AT EACH COLUMN STRIP, PROVIDE STANDARD HOOKS AT BOTTOM TYPICAL REINFORCEMENT ENDS AT EXTERIOR SUPPORTS
   C. AT SLAB EDGES, IF HOOKS EXCEED THE SLAB THICKNESS, HOOKS MAY BE SLIGHTLY SPUN AROUND THE REBAR AXIS AS NEEDED TO FIT THE HOOK WITHIN THE REBAR THICKNESS. DO NOT CUT THE LEG OF THE HOOK.
8. AT EACH COLUMN STRIP, PROVIDE A MIN OF 2 BOTTOM REBAR IN EACH DIRECTION PASSING THRU THE COLUMN CORE (I.E. THRU THE COLUMN LONGITUDINAL REBAR). SEE INSET DETAIL "B". THESE REBAR SHALL HAVE HOOKED ENDS AT THE EXTERIOR SUPPORTS.
9. DISTRIBUTION OF TYPICAL REINFORCEMENT ACROSS ENTIRE SLAB: TYPICAL REINFORCEMENT SHALL BE ARRANGED WITH UNIFORM SPACING CALLED OUT ON PLANS FOR EACH DIRECTION, TOP AND BOTTOM, ACROSS THE ENTIRE SLAB.
10. DISTRIBUTION OF ADDITIONAL REBAR ACROSS DESIGN STRIPS: ADD REBAR SHALL BE DISTRIBUTED/SPREAD ACROSS THE ENTIRE STRIP WIDTH AS SPECIFIED BELOW. DO NOT BUNDLE ADD REBAR IN ANY CASE.
   A. AT MIDDLE STRIP TOP AND BOTTOM POSITION, AND COLUMN STRIP BOTTOM POSITION, ADD REBAR SHALL BE DISTRIBUTED WITH UNIFORM SPACING ACROSS THE STRIP WIDTH.
   B. AT COLUMN STRIP TOP POSITION, IF ONLY THREE OR FEWER ADD REBAR ARE SPECIFIED, PLACE SUCH REBAR IN CORRESPONDENCE TO THE CONCRETE COLUMN BELOW. OTHERWISE, 75% OF ADD REBAR SHALL BE DISTRIBUTED WITH UNIFORM SPACING ACROSS A 6'-0" WIDE "BAND" EXTENDING 3'-0" ON EACH SIDE OF THE CENTER LINE OF THE COLUMN, AND THE REMAINDER SHALL BE DISTRIBUTED EVENLY ACROSS THE REST OF THE STRIP.
   C. EACH ADD REBAR LOCATION SHALL BE ADJUSTED AS NEEDED TO MAINTAIN ADEQUATE CLEAR SPACING FROM OTHER REBAR, INCLUDING TYPICAL REINFORCEMENT.

## TWO-WAY SLAB REINFORCING ARRANGEMENT (2)

SCALE: N.T.S.




NOTES:

1. FOR LOCATION OF STEPS IN SLAB S.A.D.
2. FOR SLAB THICKNESS AND REINFORCEMENT SEE PLANS
3. INSET DETAIL "B" SHALL BE UTILIZED ONLY WHERE SPECIFICALLY CALLED OUT ON THE STRUCTURAL PLANS.

## STEP IN CONCRETE SLAB (15)

SCALE: N.T.S.




NOTES:

1. FOR LOCATION OF STEPS IN SLAB S.A.D.
2. THIS DETAIL APPLIES WHERE DIFFERENT SLAB THICKNESS IS SPECIFIED ON EITHER SIDE OF THE STEP. WHERE DIFFERENT THICKNESS IS NOT SPECIFIED, PROVIDE DETAILS PER "STEP IN CONCRETE SLAB"

## CHANGE IN SLAB THICKNESS (11)

SCALE: N.T.S.




NOTES:

1. CONTRACTOR SHALL SUBMIT LOCATION OF CONSTRUCTION JOINT FOR REVIEW TO JLA
2. FOR BALANCE OF INFO SEE "KEY IN CONCRETE" TYPICAL DETAIL

## FLAT PLATE CONSTRUCTION JOINT (7)

SCALE: N.T.S.




NOTES:

1. FOR NUMBER OF REBAR AND REBAR SIZE SEE PLANS. FOR REBAR SPACING SEE PLANS AND TYPICAL TWO-WAY SLAB REINFORCING ARRANGEMENT TYPICAL DETAIL
2. FOR DEFINITION OF INNER OR OUTER REBAR SEE PLANS. IF DEFINITION IS NOT AVAILABLE, ARRANGE THE OUTER REBAR IN THE SHORTEST SPAN

## SLAB REBAR ARRANGEMENT WITHIN SLAB THICKNESS (3)

SCALE: N.T.S.




NOTES:

1. THIS DETAIL APPLIES AT LOCATION WHERE TEMPORARY BLOCKOUTS ARE NEEDED FOR INSTALLATION PURPOSES, SUCH AS, BUT NOT LIMITED TO, SHORING RACKERS, BOOM PUMP, CRANES, ETC.
2. CONTRACTOR SHALL DETERMINE THE REQUIRED SIZE OF THE BLOCKOUT. SUBMIT TO JLA FOR REVIEW IF THE LARGEST DIMENSION EXCEEDS 4'-0"

## BLOCKOUTS IN SLAB (20)

SCALE: N.T.S.




NOTES:

1. PROVIDE ADDITIONAL REBAR AS SHOWN IN SLAB SUPPORTED BY CONCRETE OR CMU WALL IN CORRESPONDENCE TO WALL CORNERS
2. IF SLAB TERMINATES AT CORNER WALLS, PROVIDE ADDITIONAL REINFORCEMENT PER "ADD REBAR @ SUPPORTED CORNER" TYPICAL DETAIL

## ADD REBAR @ WALL CORNER (16)

SCALE: N.T.S.




NOTES:

1. PROVIDE ADDITIONAL CORNER REBAR AT CORNERS SUPPORTED BY WALLS OR BEAMS AS SHOWN. ADDITIONAL REBAR ARE NOT REQUIRED AT CORNER OF FLAT SLABS SUPPORTED DIRECTLY AND ONLY BY COLUMNS (WITH OR WITHOUT DROP PANELS)
2. ℓn SHALL BE THE GREATEST OF ℓn1 AND ℓn2
3. IF SLAB EXTENDS ONE MORE BAY PAST THE CORNER, PROVIDE ADDITIONAL REINFORCEMENT PER "ADD REBAR @ WALL CORNER" EDGE OF SLAB

## ADD REBAR @ SUPPORTED CORNER (12)

SCALE: N.T.S.




NOTES:

1. SCOPE: THIS DETAIL ADDRESSES THE PLACEMENT OF DIAGONAL REBAR IN ADDITION TO THE SLAB REBAR SPECIFIED ON PLANS, IN CORRESPONDENCE OF RE-ENTRANT SLAB CORNERS.
2. PROVIDE ADD DIAGONAL REBAR FOR ANGLES "α" UP TO 135°.
3. SUPPORTS IN PROXIMITY OF THE RE-ENTRANT CORNER MAY OR MAY NOT BE PRESENT, AND DO NOT AFFECT THE INSTALLATION OF THE DIAGONAL REBAR.

## ADD DIAGONAL REBAR AT RE-ENTRANT CORNERS (8)

SCALE: N.T.S.




NOTES:

1. THIS DETAIL ADDRESSES THE ARRANGEMENT OF CONDUITS WITHIN THE SLAB THICKNESS
2. SLEEVES OR COMPRESSIBLE MATERIAL AROUND THE CONDUITS FOR MEP CODE COMPLIANCE SHALL BE SPECIFIED BY OTHERS. CONTRACTOR SHALL CONFIRM WITH MEP SUBCONTRACTORS OR MEP ENGINEER SUCH REQUIREMENT PRIOR TO PLACING THE CONDUITS WITHIN THE CONCRETE SLAB
3. CONDUIT SHALL BE SUPPORTED BY ADDITIONAL REBAR AND CHAIRS IN THE SLAB
4. CONDUIT SHALL STAY 2FT CLEAR FROM COLUMN FACES, STUD RAILS, DROP PANELS, SHEAR WALLS

## CONDUIT IN SLAB (4)

SCALE: N.T.S.

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8488 f 310.578.8477
MayesOffice.com

LFA Labib Funk + Associates
Structural | Civil | EBM
319 Main Street
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17292

BLUE JAY WAY

TYPICAL CONCRETE DETAILS

ISSUE AND REVISION
07.26.2018 REVISION
08.23.2018 PC SUBMITTAL
11.12.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY: M.R.
CHECKED BY: M.D.
SCALE: AS INDICATED
SHEET NO:
S1.02a


TYPICAL CONCRETE DETAILS
BLUE JAY WAY
S1.02b
ISOLATED DROP PANEL
SLAB EXTERIOR TO INTERIOR
BLOCKOUTS IN SLAB @ RAKERS
CONTINUOUS DROP PANEL
PENETRATIONS AT DROP PANEL
TRENCH DRAIN IN SLAB
TRENCH DRAIN AT END OF RAMP
TRENCH DRAIN IN CONCRETE SLAB
SLAB DEPRESSION @ DROP PANEL




NOTES:
1. SEE TYP. DETAIL FOR REINFORCING IN STEM WALL
2. ONLY CORNER REBAR SHOWN ON THIS DETAIL. TERMINATE REMAINING REBAR WITH STANDARD HOOK

## FOOTING AND GRADE BEAM REINFORCEMENT @ CORNERS (17)
SCALE: N.T.S.




## SLAB ON GRADE EDGE DETAIL (13)
SCALE: N.T.S.




CONTROL JOINT (WHERE CONTINOUS POUR IS USED) (A)




TYPICAL CONSTRUCTION JOINT (B)

NOTES:
1. CONTROL JOINTS TO BE LOCATED AT COLUMN CENTER LINES AND AT 20'-0" O.C. MAX. AND EVERY 400 SQUARE FEET.
2. IF SAW-CUT CONTROL JOINT TO BE USED, SAW-CUT WITHIN 24 HOURS OF POUR.
3. SEE PLAN FOR "T".




| "Db" (IN) | f'c NORMAL WEIGHT (PSI) | | DEVELOPMENT OF LONGITUDINAL REBAR (IN) SEE MODIFICATION FACTORS PER NOTE 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | LAP SPLICE OF LONGITUDINAL REBAR (IN) SEE MODIFICATION FACTORS PER NOTE 2 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | TENSION DEVEL. LENGTH "Ld" | | | | | | | DEVEL. LENGTH "Ldh" STD HOOK | | | | | | | | DEVEL. LENGTH "Ldt" HEADED BARS | | | | | | | COMPRESSION DEVEL. LENGTH "Ldc" | | | | | | | TENSION LAP SPLICE "Lst" CLASS A | CLASS B (2) | | | | | | | | COMPRESSION LAP SPLICE "Lsc" REBAR GRADE KSI: LESS THAN 3,000 | | | 3,000 AND HIGHER | | |
| | | | 3,000 | 3,500 | 4,000 | 4,500 | 5,000 | 5,500 | 6,000 | 2,500 | 3,000 | 3,500 | 4,000 | 4,500 | 5,000 | 5,500 | 6,000 | 3,000 | 3,500 | 4,000 | 4,500 | 5,000 | 5,500 | 6,000 | 3,000 | 3,500 | 4,000 | 4,500 | 5,000 | 5,500 | 6,000 | | 2,500 | 3,000 | 3,500 | 4,000 | 4,500 | 5,000 | 5,500 | 6,000 | 60 | 75 | 80 | 60 | 75 | 80 |
| 0.375 | REBAR | #3 | 17 | 16 | 15 | 14 | 13 | 13 | 12 | – | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 7 | 7 | 6 | 6 | 6 | 6 | 6 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | CLASS "A" LAP SPLICE LENGTHS SHALL BE SAME AS "Ld". U.N.O. ALL LAP SPLICES SHALL BE CLASS "B" | – | 22 | 20 | 19 | 18 | 17 | 16 | 16 | 16 | 22 | 24 | 12 | 17 | 18 |
| 0.500 | | #4 | 22 | 21 | 19 | 18 | 17 | 17 | 16 | – | 8 | 8 | 7 | 7 | 6 | 6 | 6 | 9 | 9 | 8 | 8 | 7 | 7 | 7 | 9 | 8 | 8 | 8 | 8 | 8 | 8 | | – | 29 | 27 | 25 | 24 | 23 | 22 | 21 | 20 | 29 | 32 | 15 | 22 | 24 |
| 0.625 | | #5 | 28 | 26 | 24 | 23 | 22 | 21 | 20 | – | 10 | 9 | 9 | 8 | 8 | 8 | 7 | 11 | 11 | 10 | 9 | 9 | 9 | 8 | 11 | 10 | 9 | 9 | 8 | 8 | 8 | | – | 36 | 33 | 31 | 30 | 28 | 27 | 26 | 25 | 36 | 39 | 19 | 28 | 30 |
| 0.750 | | #6 | 33 | 31 | 29 | 27 | 26 | 25 | 24 | – | 12 | 11 | 10 | 10 | 9 | 9 | 9 | 14 | 13 | 12 | 11 | 11 | 10 | 10 | 13 | 12 | 11 | 11 | 10 | 10 | 10 | | – | 43 | 40 | 37 | 35 | 34 | 32 | 31 | 30 | 43 | 47 | 23 | 33 | 36 |
| 0.875 | | #7 | 48 | 45 | 42 | 40 | 38 | 36 | 34 | – | 14 | 13 | 12 | 11 | 11 | 10 | 10 | 16 | 15 | 14 | 13 | 12 | 12 | 11 | 15 | 14 | 13 | 12 | 12 | 12 | 12 | | – | 63 | 58 | 54 | 51 | 49 | 47 | 45 | 35 | 50 | 55 | 27 | 39 | 42 |
| 1.000 | | #8 | 55 | 51 | 48 | 45 | 43 | 41 | 39 | – | 16 | 15 | 14 | 13 | 12 | 12 | 11 | 18 | 17 | 16 | 15 | 14 | 13 | 13 | 17 | 16 | 15 | 14 | 14 | 14 | 14 | | – | 72 | 66 | 62 | 59 | 56 | 53 | 51 | 39 | 57 | 63 | 30 | 44 | 48 |
| 1.128 | | #9 | 62 | 58 | 54 | 51 | 48 | 46 | 44 | – | 18 | 17 | 15 | 15 | 14 | 13 | 13 | 20 | 19 | 18 | 17 | 16 | 15 | 14 | 19 | 18 | 17 | 16 | 15 | 15 | 15 | | – | 81 | 75 | 70 | 66 | 63 | 60 | 57 | 44 | 64 | 71 | 34 | 50 | 55 |
| 1.270 | | #10 | 70 | 65 | 61 | 57 | 54 | 52 | 50 | – | 20 | 19 | 17 | 16 | 16 | 15 | 14 | 23 | 21 | 20 | 19 | 18 | 17 | 16 | 21 | 20 | 19 | 18 | 17 | 17 | 17 | | – | 91 | 84 | 79 | 74 | 71 | 67 | 64 | 50 | 72 | 80 | 39 | 56 | 61 |
| 1.410 | | #11 | 78 | 72 | 67 | 64 | 60 | 58 | 55 | – | 22 | 21 | 19 | 18 | 17 | 16 | 16 | 25 | 23 | 22 | 21 | 20 | 19 | 18 | 24 | 22 | 21 | 19 | 19 | 19 | 19 | | – | 101 | 93 | 87 | 82 | 78 | 75 | 71 | 55 | 80 | 88 | 43 | 62 | 68 |
| 1.693 | | #14 | 93 | 86 | 81 | 76 | 72 | 69 | 66 | – | 26 | 25 | 23 | 22 | 21 | 20 | 19 | NOT ALLOWED | | | | | | | 28 | 26 | 25 | 23 | 23 | 23 | 23 | LAP SPLICE NOT ALLOWED SEE NOTES | | | | | | | | | | | | | | |
| 2.257 | | #18 | 124 | 115 | 108 | 101 | 96 | 92 | 88 | – | 35 | 33 | 30 | 29 | 27 | 26 | 25 | | | | | | | | 38 | 35 | 33 | 31 | 30 | 30 | 30 | | | | | | | | | | | | | | | |

NOTES:

1. REBAR SHALL BE ALWAYS DEVELOPED ACROSS COLD JOINTS. SPLICES SHALL OCCUR ONLY WHERE SHOWN ON DETAILS. UNLESS OTHERWISE NOTED ELSEWHERE IN THE DRAWING SET, THE FOLLOWING SHALL APPLY:
   A. MIN DEVELOPMENT LENGTH ACROSS A COLD JOINT OF STRAIGHT REBAR SHALL BE "Ld"
   B. MIN DEVELOPMENT LENGTH ACROSS A COLD JOINT OF HOOKED REBAR SHALL BE "Ldh"
   C. LAP SPLICE SHALL BE CLASS B TENSION LAP SPLICE "Lst"
2. ALL THE DEVELOPMENT LENGTHS AND LAP SPLICES SHALL BE MODIFIED AS FOLLOWS:
   A. CASTING POSITION: IF MORE THAN 12 IN OF FRESH CONCRETE IS PLACED BELOW HORIZONTAL TOP REBAR, SCHEDULED VALUES OF "Ld" AND "Lst" SHALL BE MULTIPLIED BY 1.3.
   B. LIGHT WEIGHT CONCRETE: IF LIGHT WEIGHT CONCRETE IS USED, ALL THE DEVELOPMENT LENGTHS AND TENSION LAP SPLICE SCHEDULED VALUES SHALL BE MULTIPLIED BY 1.33. HEADED BARS ARE NOT ALLOWED IN LIGHT WEIGHT CONCRETE. COMPRESSION LAP SPLICE "Lsc" DO NOT NEED TO BE INCREASED
   C. GRADE OF STEEL: EXCEPT "Lsc", SCHEDULED LENGTHS APPLY TO REBAR WITH GRADE 60 KSI. WHERE REBAR WITH HIGHER STRENGTH IS SPECIFIED OR APPROVED AS A SUBSTITUTION, THE SPLICES PER TABLE ABOVE SHALL BE INCREASED PROPORTIONALLY TO THE HIGHER STRENGTH. FOR EXAMPLE, FOR GRADE 80, THE LENGTHS SHALL BE MULTIPLIED BY 80/60 = 1.33. HEADED BARS WITH GRADE GREATER THAN 60 KSI SHALL NOT BE PERMITTED.
   D. EPOXY COATING: SCHEDULED LENGTHS APPLY TO UNCOATED OR ZINC COATED (GALVANIZED) REBAR. IF EPOXY COATING IS SPECIFIED, SCHEDULED VALUED SHALL BE MULTIPLIED BY 1.2 FOR "Ldh", "Ldt" AND BY 1.5 FOR "Ld", "Lst". Ldc AND Lsc DO NOT NEED TO BE INCREASED.
   E. CONFINEMENT: SCHEDULED VALUES OF "Ld" AND "Lst" SHALL BE MULTIPLIED BY 1.5 FOR:
      - MEMBERS WITH TIES (SUCH AS COLUMNS, PILES, BEAMS, ETC.) WITH LONGITUDINAL REBAR WITH "CLEAR COVER" LESS THAN "Db" OR WITH "CLEAR SPACING" LESS THAN "Db"
      - MEMBERS WITHOUT TIES (SUCH AS WALLS, SLAB, FOOTINGS, ETC.) WITH LONGITUDINAL REBAR WITH "CLEAR SPACING" LESS THAN 2 x "Db"
      SCHEDULED VALUES OF "Lsc" SHALL BE MULTIPLIED BY 1.33 WHEN OCCURRING AT WALLS
3. HEADED DEFORMED BARS SHALL BE PERMITTED IF ALL FOLLOWING CONDITIONS ARE MET (SEE INSET DETAIL):
   - PROVIDE HRC555 HEADED DEFORMED BAR (RESEARCH REPORT ER 177) OR APPROVED EQUIVALENT
   - SIDE COVER IS AT LEAST 2xDb
   - REBAR SPACING IS AT LEAST 4xDb
4. WHERE REBAR OF DIFFERENT SIZE ARE LAP SPLICED, FOLLOWING SHALL APPLY:
   A. LAP SPLICE SHALL BE THE GREATER OF Ld OF LARGER BAR AND Lst OF SMALLER BAR (TENSION)
   B. LAP SPLICE SHALL BE THE GREATER OF Ldc OF LARGER BAR AND Lsc OF SMALLER BAR (COMPRESSION).
   C. TENSION SHALL BE ASSUMED UNLESS NOTED OTHERWISE ELSEWHERE IN THIS SET.
5. FOR LAP OF BUNDLED REBAR CONTACT E.O.R.
6. LAP SPLICE FOR #14 AND #18 ARE NOT ALLOWED. PROVIDE MECHANICAL OR WELDED SPLICES DEVELOPING 1.25Fy FOR THESE SPLICES. SUBMIT SELECTED SPLICE SYSTEM TO E.O.R. FOR APPROVAL.

## DEVELOPMENT AND SPLICE OF REBAR IN CONCRETE (2)
SCALE: N.T.S.




NOTES:
1. THE CONTRACTOR IS RESPONSIBLE FOR DETERMINING THE STEP LOCATIONS SUCH THAT THE REQUIREMENTS OF THESE DETAIL ARE FOLLOWED.

LEGEND:
db = BAR DIAMETER.

## TYP. STEPPED FOOTING DETAIL (18)
SCALE: N.T.S.




NOTES:
1. PROVIDE CONCRETE KEYS WHERE SHOWN ON DETAILS, WITH SIZE AND LAYOUT PER THIS DETAIL.
2. FOOTING, WALL, AND SLAB REBAR NOT SHOWN
3. REMOVE LATENT CONCRETE FROM KEY BEFORE SECOND POUR

## KEY IN CONCRETE (14)
SCALE: N.T.S.

## JOINTS AT SLAB ON GRADE (10)
SCALE: N.T.S.




NOTE :
WELDED SPLICES REQUIRED FOR #14 AND LARGER BARS. WHERE CONTINUOUS FOOTING IS UNDER A WALL, LOCATE CONSTRUCTION JOINT AT 1/4 OF THE CLEAR OPENING WITH ABOVE FROM FACE OF OPENING, OR IN MIDDLE 1/3 OF THE DISTANCE BETWEEN COLUMNS.

## CONT. FTG. CONSTRUCTION JOINT (19)
SCALE: N.T.S.




CURB SIZE AND REINF. SCHEDULE

| "H" | "T" | VERT. | HOR. |
|---|---|---|---|
| H≤8" | 4"≤T≤8" | #3 @ 18" O.C. | NA |
| 8"<H≤8" | 6"≤T≤8" | #3 @ 18" O.C. | NA |
| 8"<H≤18" | 6"≤T≤8" | #4 @ 18" O.C. | #4 @ 12" O.C. |

NOTES:
1. FOR CURB LOCATION, "T" AND "H" DIMENSIONS S.A.D. FOR SIZE LIMITATION AND REINFORCEMENT SEE SCHEDULE.
2. AT CONTRACTOR DISCRETION, CURB MAY BE POURED MONOLITHICALLY WITH SLAB. WHEN POURED SUBSEQUENTLY, OR AT (E) SLAB, ROUGHEN SLAB SURFACE PRIOR TO POUR CURB.
3. EXPANSIVE OR HYDROPHILIC WATERSTOPS AT CURBS ARE NOT ALLOWED

## CONCRETE CURB DETAIL (15)
SCALE: N.T.S.




## SLAB ON GRADE DEPRESSION (12)
SCALE: N.T.S.




NOTES:
1. SEE SOILS REPORT FOR ADDITIONAL SUBGRADE PREPARATION REQUIREMENTS
2. VAPOR BARRIERS SPECS NOT PER JLA

## TYPICAL SLAB ON GRADE (7)
SCALE: N.T.S.

| TYPE OF STANDARD HOOK | BAR SIZE | MIN. INSIDE BENDING DIAMETER | STRAIGHT EXTENSION ext | TYPE OF STANDARD HOOK | BAR SIZE | MIN. INSIDE BENDING DIAMETER | STRAIGHT EXTENSION ext | TYPE OF STANDARD HOOK |
|---|---|---|---|---|---|---|---|---|
| | STANDARD HOOK GEOMETRY FOR LONGITUDINAL REBAR | | | | STANDARD HOOK GEOMETRY FOR STIRRUPS, TIES, AND HOOKS | | | |
| 90° HOOK | #3 THRU #8 | 6db | 12db | | #3 THRU #5 | 4db | GREATER OF 6db AND 3" | |
| | #9 THRU #11 | 8db | | | #6 THRU #8 | 6db | 12db | |
| | #14 AND #18 | 10db | | | | | | |
| 135° HOOK | NA | | | | #3 THRU #5 | 4db | GREATER OF 6db AND 3" | |
| | | | | | #6 THRU #8 | 6db | | |
| 180° HOOK | #3 THRU #8 | 6db | GREATER OF 4db AND 2 1/2" | | #3 THRU #5 | 4db | GREATER OF 4db AND 2 1/2" | |
| | #9 THRU #11 | 8db | | | #6 THRU #8 | 6db | | |
| | #14 AND #18 | 10db | | | | | | |

## STANDARD HOOKS (3)
SCALE: N.T.S.




NOTES:
1. THIS DETAIL ADDRESSES THE CONSTRUCTION OF CONCRETE MECHANICAL AND HOUSEKEEPING PAD.
2. SUPPORTING SLAB:
   - SLAB ON GRADE: THIS DETAIL CAN BE UTILIZED AT ALL LOCATIONS
   - ELEVATED SLAB: THIS DETAIL CAN BE UTILIZED ONLY WHERE EXPRESSLY INDICATED ON THE STRUCTURAL FLOOR PLANS. IF NOT SHOWN, OBTAIN S.E.O.R. APPROVAL PRIOR TO ERECTION
3. AT CONTRACTOR'S DISCRETION, FOAM CAN BE SUBSTITUTED WITH CONCRETE IF THE SUPPORTING SLAB IS ON GRADE. THIS SUBSTITUTION IS NOT ALLOWED FOR ELEVATED SUPPORTING SLAB.
4. CONCRETE PAD CONFIGURATION, ANCHOR BOLT SIZE, PROJECTION AND LOCATION SHALL CONFORM TO EQUIPMENT MANUFACTURER'S REQUIREMENTS.
5. THICKEN PAD AS REQUIRED FOR HOLD-DOWN ANCHOR EMBEDMENT.

## MECH. PAD FOR LIGHT EQUIPMENT (20)
SCALE: N.T.S.




NOTES:
FOR TREADS AND RISERS, DIMENSIONS AND DETAILS, NOT SHOWN REFER TO ARCHITECTURAL DRAWINGS.

## STAIR ON GRADE DETAIL (16)
SCALE: N.T.S.

## SLAB ON GRADE DEPRESSION (12)
SCALE: N.T.S.




## MIN BAR SPACING IN SHOTCRETE (8)
SCALE: N.T.S.




NOTES:
1. THIS DETAIL APPLIES TO CAST IN PLACE CONCRETE. FOR SHOTCRETE SEE MIN BAR SPACING IN SHOTCRETE.
2. "Dagg" INDICATES MAXIMUM NOMINAL SIZE OF COURSE AGGREGATE

## MIN BAR SPACING IN CIP CONC. (4)
SCALE: N.T.S.

MAYES OFFICE
1201 Montana Ave. #202 Santa Monica, CA 90403
t 310.578.8488 f 310.578.8477
MayesOffice.com

LFA Labib Funk + Associates
Structural | Civil | EBM
319 Main Street
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17292

BLUE JAY WAY
TYPICAL CONCRETE DETAILS

REGISTERED PROFESSIONAL ENGINEER YOUHANNA LABIB No. 4549 STRUCTURAL STATE OF CALIFORNIA

ISSUE AND DATE
1 07.06.2018 PERMIT REVISION
2 08.23.2018 PC SUBMITTAL
3 11.12.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY: M.R.
CHECKED BY: M.D.
SCALE: AS INDICATED
SHEET NO:
S1.03a


TYPICAL CONCRETE DETAILS
BLUE JAY WAY
S1.03b
TYP. STAIR/LANDING SECTION
TYP. TOP OF STAIR TO WALL SECTION
TYP. STAIR TO SLAB ON-GRADE SECTION
TYP. STAIR/LANDING TO WALL SECTION
TYP. CONCRETE STAIR DETAILS
TYPICAL CONCRETE WALL DETAILS
REINF. @ CONC. WALL OPENING
TYP. PIPE THRU GRADE BEAM
TYP. PIPE THRU FOOTING
STEPPED GRADE BEAM DETAIL
TYP. PIPE THRU FOUNDATION DETAIL
TOP OF CONCRETE PILE DETAIL
ELEVATOR PIT DETAIL
LIGHT POLE FOOTING
TYP. DUCT BELOW FOOTING OR GRADE BEAM
TYP. SUMP PUMP PIT
TRENCH DRAIN DETAIL
TYP. PIPE THRU SLAB ON GRADE



TYPICAL CONCRETE DETAILS
BLUE JAY WAY
TOPPING SLAB WIRE MESH SPECS
TYP. BUILT UP SLAB
REBAR DETAIL AT WATERSTOP
BEAM WALL CONSTRUCTION SHORING
VERTICAL JOINTS ON CONC. WALL
CONCRETE WALL & FOOTING
S.O.G. @ CONCRETE COLUMN/WALL
TYP. (N) FTG TO (E) FTG
TYP. BAR TERMINATION
SCALE: N.T.S.
S1.03c




| BEAM CONNECTION SCHEDULE | | | | |
|---|---|---|---|---|
| BEAM/ GIRDER | CONNECTION BOLT – A325X | | | |
| | NO. OF BOLTS | SIZE OF BOLTS | PLATE THICK. "t" | WELD SIZE "a", "b" |
| W6 | 2 (3) | 5/8"ø | 3/8" | 5/16" |
| W8, W10 | 2 | 7/8"ø | 3/8" | 5/16" |
| W12, W14 | 3 | 7/8"ø | 3/8" | 3/8" |
| W16, W18 | 4 | 7/8"ø | 1/2" | 3/8" |
| W21 | 5 | 7/8"ø | 1/2" | 3/8" |
| W24 | 6 | 7/8"ø | 1/2" | 3/8" |
| W27 | 7 | 7/8"ø | 1/2" | 3/8" |
| W30 | 8 | 7/8"ø | 5/8" | 3/8" |
| W33 | 9 | 7/8"ø | 5/8" | 3/8" |
| W36 | 10 | 7/8"ø | 5/8" | 3/8" |

NOTES:
1. ALL FILLET WELD SIZES SHOWN ARE MINIMUM WELD SIZE. WHERE WELD SIZE SHOWN ARE SMALLER THAN AWS MINIMUM WELD SIZE, AWS MINIMUM WELD SIZE SHALL BE USED.
2. FIELD WELD CONNECTION PLATES WHERE (N) MEMBERS CONNECT TO (E) MEMBERS.
3. AT W6 BEAMS PROVIDE 1 7/8" SPACING BETWEEN BOLTS

MINIMUM INSIDE RADIUS FOR COLD BENDING OF STEEL PLATES [1]

| ASTM DESIGNATION [2] | THICKNESS "T" (IN) | | | |
|---|---|---|---|---|
| | UP TO 3/4 | OVER 3/4 TO 1 | OVER 1 TO 2 | OVER 2 |
| A36, A572–42 | 1.5 x "T" | 1.5 x "T" | 1.5 x "T" | 2 x "T" |
| A242, A529–50, A529–55, A572–50, A588, A992 | 1.5 x "T" | 1.5 x "T" | 2 x "T" | 2.5 x "T" |
| A572–55, A852 | 1.5 x "T" | 1.5 x "T" | 2.5 x "T" | 3 x "T" |
| A572–60, A572–65 | 1.5 x "T" | 1.5 x "T" | 3 x "T" | 3.5 x "T" |
| A514 | 1.75 x "T" | 2.25 x "T" | 4.5 x "T" | 5.5 x "T" |

NOTES:
1. VALUES ARE FOR BEND LINES PERPENDICULAR TO DIRECTION OF FINAL ROLLING. IF BEND LINES ARE PARALLEL TO FINAL ROLLING DIRECTION, MULTIPLY VALUES BY 1.5
2. THE GRADE DESIGNATION FOLLOWS THE DASH; WHERE NO GRADE IS SHOWN, ALL GRADES AND/OR CLASSES ARE INCLUDED

MAYES OFFICE
1201 Montana Ave. #202 Santa Monica, CA 90403
t 310.578.8486 f 310.578.8477
MayesOffice.com

Labib Funk + Associates
Structural | Civil | EBM
319 Main Street El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17292

TYPICAL STEEL DETAILS

PROJECT NO:
DRAWN BY: M.R.
CHECKED BY: M.D.
SCALE: AS INDICATED
SHEET NO:
S1.04a



NOTES:
1. STEEL FABRICATOR TO DESIGN AND PROVIDE ALL REQUIRED ERECTION PLATES
2. FOR FINISH SURFACES AT COLUMN ENDS- SEE AISC "CODE OF STANDARD PRACTICE"

## TYP. COL. SPLICE (17)

SCALE: N.T.S.



SECTION (C)

PLAN VIEW EDGE (B) — PLAN VIEW FIELD (A)

## BASE PL ON PODIUM SLAB (18)

SCALE: N.T.S.



SIDE VIEW (A)

| EMBEDDED STEEL PL SCHEDULE | | | | | |
|---|---|---|---|---|---|
| BEAM SIZE | PLATE SIZE TxWxL (INCHES) | NO. OF STUDS | PLATE TYPE | NO. OF ROWS OF BOLTS | CONNECTION CAPACITY |
| W10 | 3/4 x 12 x 16 | 6 | A | 2 | 27.0 |
| W12 | 3/4 x 12 x 18 | 6 | A | 2 | 27.0 |
| | | | | 3 | 43.0 |
| W14 | 1/2 x 12 x 20 | 6 | A | 3 | 50.0 |
| W16 | 1/2 x 12 x 22 | 6 | A | 3 | 54.0 |
| | | | | 4 | 73.0 |
| W18 | 1/2 x 12 x 24 | 6 | A | 3 | 58.0 |
| | | | | 4 | 80.0 |
| | | | | 5 | 80.0 |
| W21 | 1/2 x 15 x 27 | 9 | B | 4 | 88.0 |
| | | | | 5 | 88.0 |
| | | | | 6 | 88.0 |
| W24 | 1/2 x 15 x 30 | 9 | B | 5 | 99.0 |
| | | | | 6 | 99.0 |
| | | | | 7 | 99.0 |
| W27 | 1/2 x 15 x 33 | 9 | B | 5 | 104.0 |
| | | | | 6 | 104.0 |
| | | | | 7 | 104.0 |
| W30 | 5/8 x 15 x 36 | 9 | B | 5 | 112.0 |
| W33 | 5/8 x 15 x 39 | 9 | B | 6 | 120.0 |

NOTE:
1. FOR STEEL BEAM TO CONCRETE WALL CONNECTION USE DETAIL WITH STEEL BEAM SEATED INTO POCKET. USE THIS DETAIL ONLY WHERE SPECIFICALLY SPECIFIED ON THE PLANS, OR OBTAIN APPROVAL FROM ENGINEER PRIOR TO USING THIS DETAIL.
2. SEE EMBEDDED STEEL PLATE SCHEDULE FOR NO. OF STUDS AND PLATE SIZE.
3. W8x BEAMS MAY USE 3/4" Ø SIMPSON TITEN HD SCREWS
4. REINF. NOT SHOWN FOR CLARITY.

SCHEDULE AND NOTES (D)



PLATE "A" (B) — PLATE "B" (C)

## TYP. STEEL BEAM TO CONC. WALL CONN. DETAIL (14)

SCALE: N.T.S.

| DRAG BEAM CONNECTION SCHEDULE | | | | | |
|---|---|---|---|---|---|
| BEAM SIZE | NUMBER OF 1"Ø A490-SC BOLTS | | CONNECTION PLATE | | |
| | ROW 1 | ROW 2 | PLATE THICKNESS "t" | PLATE HEIGHT "h" | WELD "a" |
| W12x | 2 | 2 | 5/8" | 9" | 5/16" |
| W14x | 3 | 2 | 5/8" | 11" | 5/16" |
| W16 | 4 | 2 | 5/8" | 13" | 3/8" |
| W18x | 4 | 4 | 3/4" | 13" | 3/8" |
| W21x | 5 | 4 | 3/4" | 16" | 3/8" |
| W24x55 W24x62 | 6 | 4 | 3/4" | 19" | 3/8" |
| W24x68 W24x76 | 6 | 4 | 1 1/4" | 19" | 3/8" |
| W24x84 | 6 | 6 | 1 1/2" | 19" | 3/8" |
| W24x94 | 6 | 6 | 1 5/8" | 19" | 1/2" |
| W27x | 7 | 5 | 1 5/8" | 22" | 1/2" |

DRAG BEAM CONNECTION SCHEDULE (E)

NOTES:
1. ALL FILLET WELD SIZES SHOWN ARE MINIMUM WELD SIZE. WHERE WELD SIZE SHOWN ARE SMALLER THAN AWS MINIMUM WELD SIZE, AWS MINIMUM WELD SIZE SHALL BE USED.
2. ALL CONN PL. SHALL BE A572, GRADE 50
3. FIELD WELD CONNECTION PLATES WHERE (N) MEMBERS CONNECT TO (E) MEMBERS.
4. USE STD. HOLES @ STEEL BEAM & SHEAR PL, TYP.

DRAG BEAM CONNECTION NOTES (F)



DRAG BEAM TO COL. WEB CONN. (C) — DRAG BEAM TO BEAM CONNECTION (A)

DRAG BEAM TO COL. FLANGE CONN. (D) — DRAG BEAM TO TS COLUMN (B)

## TYPICAL DRAG BEAM CONNECTIONS (2)

SCALE: N.T.S.



SECTION (B)

PLAN VIEW (A)

## B. PL ON PODIUM SLAB DEPRESSION (19)

SCALE: N.T.S.



NOTES:
1. BASE PLATE SHALL BE FINISHED PER AISC SPECS
2. COLUMN SHALL BE FINISHED PER AISC "CODE OF STANDARD PRACTICES"

## TYP. Wx BASE PLATE DETAIL (15)

SCALE: N.T.S.

| SCHEDULE | |
|---|---|
| BEAM | PAIR OF HORIZ. PL'S |
| W6, W8 | 1 |
| W12, W14, W16 | 2 |
| W18, W21 | 3 |

SCHEDULE (D)



FRONT VIEW (C)



SIDE VIEW (B)



PLAN VIEW (A)

## STEEL BEAM PARALLEL TO CONC. OR CMU WALL CONNECTION (12)

SCALE: N.T.S.



SIDE VIEW (C)

ELEVATION (B)

PLAN VIEW (A)

## STEEL BEAM PERPENDICULAR TO CONC. OR CMU WALL CONNECTION. WALL GREATER THAN 8 IN (8)

SCALE: N.T.S.



SIDE VIEW (C)

ELEVATION (B)

PLAN VIEW (A)

## STEEL BEAM PERPENDICULAR TO CONC. OR CMU WALL CONNECTION. WALL UP TO 8 INCH (4)

SCALE: N.T.S.



PLAN AT CORNER WALL CONDITIONS (D) — PLAN AT INTERIOR WALL CONDITIONS (B)

PLAN AT EXTERIOR WALL CONDITIONS (C) — ELEVATION (A)

NOTES:
1. AT EDGE CONDITIONS, A MIN 4" CONCRETE COVER ALL AROUND THE BASE PLATE SHALL BE PROVIDED

## ISOLATED HSS-PIPE COL. BASE PL (16)

SCALE: N.T.S.

MAYES OFFICE
1201 Montana Ave. #202 Santa Monica, CA 90403
t 310.578.8486 f 310.578.8477
MayesOffice.com

LFA Labib Funk + Associates Structural | Seismic | Civil | EBM
319 Main St. El Segundo, California 90245
t: 213/ 239 9700 f: 213/ 239 9699
JLA Job #17202

BLUE JAY WAY

TYPICAL STEEL DETAILS

ISSUE AND REVISION
07.26.2018 PERMIT RESUBMISSION
08.29.2018 PC SUBMITTAL
11.12.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY: M.R.
CHECKED BY: M.D.
SCALE: AS INDICATED
SHEET NO:
S1.04b


TYPICAL STEEL DETAILS
S1.04c
EDGE CONDITION
INTERIOR CONDITION
JOINT AT STEEL COLUMN
TYPICAL FRAMING AT MECHANICAL UNITS
Wx BM TO HSS COLUMN CONNECTION DETAIL AT ROOF
KINK IN STEEL BEAM
BEAM TO OPEN WEB JOIST CONN.
Wx BEAM TO HSS COL. CONN. DETAIL
REBAR OR ROD WELDED TO PL
STL COL. SUPPORTING CONC. SLAB
ROD CONNECTED TO STEEL BEAM
SIDE VIEW
SECTION
PLAN
PLAN VIEW
SECTION - COLUMN BELOW
SCALE: N.T.S.




TYP. STUD NOTCHING (17)
SCALE: N.T.S.




PLATE NOTCHING & BORING (18)
SCALE: N.T.S.




NOTES:

1. SEE "STUD WALL FRAMING ELEVATION AND NOTES" FOR MINIMUM HEADER SIZES, AND MINIMUM NUMBER AND SIZE OF TRIMMERS AND KING STUDS.

TYP. STUD WALL OPENING FRAMING (10)
SCALE: N.T.S.




| TYP. MINIMUM ROOF HEADER SCHEDULE U.N.O. (FOR ROOF DECK SEE FLOOR HEADER SCHED.) | | | |
|---|---|---|---|
| WIDTH OF OPENING | 8'-0" | 6'-0" | 4'-0" |
| NUMBER OF TRIMMERS | 1 | 1 | 1 |
| "d" @ 4" WALLS<br>"d" @ 6" WALLS | 4x8<br>6x6 | 4x6<br>6x6 | 4x4<br>6x6 |

| TYP. MINIMUM FLOOR AND ROOF DECK HEADER SCHEDULE U.N.O. | | | |
|---|---|---|---|
| WIDTH OF OPENING | 8'-0" | 6'-0" | 4'-0" |
| NUMBER OF TRIMMERS | 2 | 2 | 2 |
| NON LOAD BEARING<br>4"<br>6" | 4x8<br>6x8 | 4x8<br>6x6 | 4x6<br>6x6 |
| 1 LEVEL BEARING<br>4"<br>6" | 4x16<br>6x12 | 4x12<br>6x10 | 4x8<br>6x6 |
| 2 LEVEL BEARING<br>4"<br>6" | 4x16<br>6x14 | 4x12<br>6x10 | 4x8<br>6x8 |
| 3 LEVEL BEARING<br>4"<br>6" | –<br>6x14 | 4x14<br>6x12 | 4x10<br>6x8 |
| 4 LEVEL BEARING<br>4"<br>6" | –<br>6x14 | 4x14<br>6x12 | 4x10<br>6x10 |

X LEVEL BEARING: INDICATES "X" # OF LEVELS SUPPORTED BY THE HEADER
4": INDICATES 4" STUD WALL
6": INDICATES 6" STUD WALL

NOTES:

1. SEE PLANS FOR SPECIAL FRAMING REQUIREMENTS. PLATFORM FRAMING SHALL BE PROVIDED UNLESS BALLOON FRAMING IS EXPLICITLY CALLED OUT ON THE PLANS

2. HEADER SIZES SHOWN IN SCHEDULES ABOVE ARE MINIMUM HEADER SIZES, SEE PLANS FOR WHERE LARGER HEADER SIZES ARE REQUIRED.

3. STUD HEIGHT LIMITATIONS:
   2x4 AT 16" O.C. NOT TO EXCEED 9 FEET.
   3x4 AT 16" O.C. NOT TO EXCEED 10 1/2 FEET.

IF CALLED OUT STUD SIZES AT ANY GIVEN FLOOR LEVEL EXCEED THESE LIMITATIONS, CONTACT STRUCTURAL ENGINEER FOR CLARIFICATION.

4. AT EXTERIOR WALLS WHERE OPENING WIDTH > 3'-6", PROVIDE DOUBLE KING STUD EACH END OF HEADER. FOR ADDITIONAL DETAIL SEE "TYP. STUD WALL OPENING FRAMING".

5. TRIMMERS TO BE SAME SIZE AS STUDS AS GIVEN FLOOR LEVEL UNLESS NOTED OTHERWISE. SEE PLANS FOR POSTS WHERE REQUIRED INSTEAD OF TRIMMERS.

6. NAIL TRIMMERS TOGETHER W/16d NAILS AT 12" O.C. STAGGERED EACH FACE.

7. SEE PLANS FOR SHEAR WALL FRAMING REQUIREMENTS.

8. FOR ACTUAL WALL WIDTH, SEE ARCHITECTURAL DRAWINGS.

9. FOR NON-BEARING STUD WALLS, USE 2x4 STUD AT 16" O.C. U.N.O.

10. ALIGN ROOF & FLOOR FRAMING WITH STUDS AS SHOWN.

STUD WALL PLATFORM FRAMING ELEVATION (3)
SCALE: N.T.S.




NOTE:
WHERE WALL IS PARALLEL TO JOIST PROVIDE BLOCKING ON EA. SIDE OF TOP PL. SPLICE & BOTH SIDE OF WALL

SHEAR WALL WITH PIPE DETAIL (19)
SCALE: N.T.S.

| NAILING SCHEDULE | |
|---|---|
| CONNECTION | NAILING |
| POST TO PIER PAD, TOE NAIL | 3-16d or 4-8d |
| GIRDER TO POST, TOE NAIL | 3-16d or 4-8d |
| JOIST TO SILL OR GIRDER, TOE NAIL | 3-8d |
| BRIDGING TO JOIST, TOE NAIL EACH END | 2-8d |
| JOIST TO BLOCKING, END NAIL | 16d T&B OF EACH JOIST |
| RIM JOIST TO JOISTS, END NAIL | 16d T&B OF EACH JOIST |
| RIM JOIST TO SILL, TOE NAIL | 16d @ 16" O.C. |
| FLOOR JOIST LAP @ BEARING, FACE NAIL | 2-16d |
| SOLE PLATE TO JOIST OR BLOCKING, FACE NAIL | 16d @ 16" O.C. |
| TOP PLATE TO STUD, END NAIL | 2-16d |
| STUD TO SOLE PLATE | 2-16d END NAIL, OR 4-8d TOE NAIL |
| DOUBLED STUDS, FACE NAIL | 16d @ 24" O.C. |
| DOUBLE TOP PLATES, FACE NAIL | 8-16d |
| DOUBLE TOP PLATES, LAP SPLICE | 16d @ 16" O.C. |
| TOP PLATES, LAPS AND INTERSECTIONS, FACE NAIL | 2-16d |
| BLOCKING BETWEEN JOISTS OR RAFTERS TO TOP PLATE, TOENAIL | 3-8d |
| RIM JOIST TO TOP PLATE, TOENAIL | 8d @ 16" O.C. |
| CONTINUOUS HEADER, TWO PIECES | 16d @ 16" O.C. ALONG EACH EDGE |
| CEILING JOIST TO PLATE, TOE NAIL | 3-8d |
| CONTINUOUS HEADER TO STUD, TOE NAIL | 4-8d |
| CEILING JOISTS, LAP OVER PARTITIONS, FACE NAIL | 3-16d |
| CEILING JOIST TO PARALLEL RAFTER, FACE NAIL | 3-16d |
| RAFTER TO RIDGE | 3-8d |
| RAFTER TIES, 2" LUMBER, FACE NAIL | 3-16d |
| RAFTER TIES, 1" LUMBER, FACE NAIL | 5-8d |
| RAFTER TO PLATE, TOE NAIL | 3-8d |
| 1"X4" MIN. BRACE TO EACH STUD AND PLATE, FACE NAIL | 2-8d |
| BUILT-UP CORNER STUDS | 16d @ 24" O.C. |

SCHEDULE (B)




PERPENDICULAR TO JOIST (B) PARALLEL TO JOIST (A)

TYP NON-BEARING STUD WALL CONNECTION AT TOP (11)
SCALE: N.T.S.




NOTES:
1. NO TOP PLATE SPLICE TO OCCUR WITHIN 6'-0" OF PIPE.
2. DETAIL APPLIES WHERE DRILLED HOLE EXCEEDS 2/3 W OR TOP PLATE IS INTERRUPTED.
3. AT 2x4 TOP PLATE USE 3/4"Ø BOLTS. AT 2x6 TOP PLATE USE 1"Ø BOLTS.
4. USE SIMILAR SPLICE FOR SPLICE OF INTERRUPTED BOTTOM PLATE.

TYP. INTERRUPTED TOP/BOTT. PLATE SPLICE (20)
SCALE: N.T.S.



TOE NAIL INSTALLATION (A)

NAILING SCHEDULE (16)
SCALE: N.T.S.




TYP. POST BASE (12)
SCALE: N.T.S.




NON-BEARING WALL BASE DETAIL (8)
SCALE: N.T.S.




NOTES:
1. INSTALL PLATE WASHER AT ALL WALLS CONNECTING TO CONCRETE AS SHOWN
2. THE PLATE WASHER SHALL EXTEND TO WITHIN 1/2" OF THE EDGE OF THE BOTTOM PLATE ON THE SIDE(S) WITH WOOD STRUCTURAL PANELS.

BASE DETAIL @ SHEATHED WALL OTHER THAN SHEAR WALLS (4)
SCALE: N.T.S.

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8488 f 310.578.8477
MayesOffice.com

LFA
Labib Funk + Associates
Structural | Civil | EBM
319 Main St
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17292

BLUE JAY WAY

TYPICAL WOOD DETAILS

ISSUE AND REVISION
PROJECT NO:
DRAWN BY: M.R.
CHECKED BY: M.D.
SCALE: AS INDICATED
SHEET NO:
S1.05a


TYPICAL WOOD DETAILS
BLUE JAY WAY
S1.05b
TYP. KING POST DETAIL
CONNECTION TO TUBE STEEL COLUMN
CONNECTION TO WIDE FLANGE COLUMN
TYP. WOOD BEAM TO STEEL COLUMN
TYP. BEAM TO POST CONN. DETAIL
DROP BEAM
ISOLATED POST
POST WITHIN WALL
BEAM WITH DIFFERENT WIDTH
STEEL COLUMN IN STUD WALL
HANGER SCHEDULE
WD BEAM TO STEEL BEAM W/OUT TOP NAILER
WOOD BEAM TO JOIST OR WOOD BEAM CONN.
WOOD BM PERPENDICULAR TO CMU OR CONC. WALL CONNECTION
WOOD DRAG BM TO STL MEMBES
WOOD BM DRAG CONNECTION TO CMU OR CONCRETE WALL
WOOD BM PARALLEL TO CMU OR CONC. WALL CONNECTION
STL BM W/ TOP NAILER PARALLEL TO JOISTS
STL BM W/ TOP NAILER PERPEND. TO JOISTS
STL BM W/ SIDE NAILERS PARALLEL TO JOISTS
STL BM W/ SIDE NAILERS PERPEND. TO JOISTS
TYP. BEAM/JOIST CONNECTIONS
I-JOIST STIFFENER




**STAIR STRINGER SCHEDULE**

| SPAN | MIN STRINGER | SPACING |
|---|---|---|
| 0 TO 7'-9" | 2x14 | 16" |
| 7'-9" TO 9'-0" | 2x14 | 12" |
| 9'-0" TO 11'-0" | 2-2x14 | 16" |
| 11'-0" TO 13'-0" | 2-2x14 | 12" |
| 13'-0" TO 15'-6" | 2-2x14 | 8" |

NOTES (TYP. STRINGER CONSTRUCTION):
1. FOR APPLICATIONS IN SINGLE UNIT OR SINGLE FAMILY RESIDENCE USE DOUGLAS FIR NO. 2. FOR ALL OTHER APPLICATIONS USE DOUGLAS FIR SELECT STRUCTURAL.
2. FOR STAIR STRINGER SPAN SEE ARCH. DWG
3. SEE ARCH. DWG. FOR TREAD CONSTRUCTION
4. NAIL DOUBLE 2x14 W/ 16d NAILS AT 9" O.C. STAGG.
5. INCREASE STRINGER SIZE AS NEEDED TO MEET THE MIN 7 1/2" DIMENSION.

NOTES (STRAP INSTALLATION):
1. THIS DETAIL ADDRESSES INSTALLATION OF STRAPS AND APPLIES TO BOTH SAWN AND STRUCTURAL COMPOSITE LUMBER
2. STRAPS SIZE AND LENGTH ARE AS SPECIFIED ON FLOOR PLANS OR ELSEWHERE IN THIS DRAWING SET.
3. STRAPS ARE PER SIMPSON STRONGTIE (MANUFACTURER). ESR2105, COLARR#25713, COLARR#25910
4. STRAPS SHALL BE INSTALLED PER MANUFACTURER'S SPECIFICATIONS. INSTALL ALL FASTENERS SPECIFIED BY MANUFACTURER. WHEN MULTIPLE OPTIONAL FASTENERS ARE SPECIFIED BY MANUFACTURER, PROVIDE LARGEST FASTENER, OR PROVIDE "END LENGTH" CONSISTENT WITH FASTENER UTILIZED
5. COILED STRAPS SHALL DEVELOP AS A MINIMUM "END LENGTH" AS SPECIFIED BY MANUFACTURER. LONGER STRAPS SHALL BE SPECIFIED WHEN SPECIFIED ON FLOOR PLANS OR ELSEWHERE IN THIS DRAWING SET.
6. FASTENERS SHALL ALWAYS BE DRIVEN INTO SOLID LUMBER WITH MIN SIZES PER INSET DETAIL "A". PROVIDE ADDITIONAL FRAMING OR BLOCKING AS NEEDED IF NOT SPECIFIED ON PLANS. FASTENERS THRU WOOD STRUCTURAL PANELS ONLY SHALL NOT BE PERMITTED.

NOTES (TWO FLIGHT WOOD STAIR):
1. THIS DETAIL ADDRESSES CONSTRUCTION OF WOOD STAIR WITHIN SHAFT UP TO 5 STORY
2. LOCATION OF STAIR IS SHOWN ON FLOOR PLANS.
3. STRINGER CONSTRUCTION SHALL BE PER "TYPICAL STRINGER CONSTRUCTION" AND "TYPICAL STRINGER DETAIL"
4. INTERMEDIATE LANDING SHALL BE SHEATHED WITH WOOD STRUCTURAL PANEL, 3/4" CD APA RATED PLYWOOD SHEATHING, EXPOSURE 1, SPAN RATING 48/24, NAILED WITH 10d COMMONS SPACED AT 6" O.C. ALONG ALL BOUNDARIES (B.N.) AND CONTINUOUS ADJOINING PANEL EDGES, AND 6" O.C. ALONG OTHER PANEL EDGES (E.N.) AND 12" O.C. ALONG INTERMEDIATE SUPPORTS (FIELD) (F.N.), PANEL EDGES UNBLOCKED, GLUE WOOD STRUCTURAL PANELS TO JOISTS . SEE "TYPICAL SHEATHING ASSEMBLY" PER TYPICAL DETAILS SHEETS.

NOTES (TYP. STAIR STRINGER FTG.):
1. FOR SLAB REINFORCING SEE FOUNDATION PLAN
2. EXTEND FOOTING 12" BEYOND EACH SIDE OF STAIR

NOTES (DRAGS & CONN. TO SHEAR WALLS):
1. THIS DETAIL ADDRESSES CONSTRUCTION OF "DRAG" LINES AND THEIR CONNECTION TO THE SHEAR WALLS. DRAG BEAMS AND STRAPS ARE IDENTIFIED ON PLANS WITH THE WORD "DRAG".
2. FOR ADDITIONAL REQUIREMENTS OF STRAPS SEE "STRAP INSTALLATION" TYPICAL DETAIL.
3. PROVIDE CMST12 STRAPS, UNLESS OTHER SIZES ARE SPECIFIED ON PLANS
4. DETAILS APPLIES TO BOTH I-JOIST AND SAWN LUMBER CONSTRUCTION.
5. CUTTING, NOTCHING, OR DRILLING HOLE IN STRAPS FOR ROD INSTALLATION SHALL NOT BE PERMITTED. INSTEAD, PROVIDE ADDITIONAL BLK'G TO RELOCATE STRAP AND ALLOW FOR PROPER INSTALLATION. SEE INSET DETAIL "G".
6. RIM JOIST ABOVE SHEAR WALL RECEIVING STRAP SHALL NOT BE SPLICED WITHIN SHEAR WALL LENGTH

NOTES (WOOD BEAM "T" / "L" CONNECTION):
1. FIT AS MANY BOLTS AS BEAM SIZE ALLOWS
2. 1/4" THICK STEEL ANGLES IN LIEU OF BENT PL IS ALLOWED IF ANGLE IS 90 DEGREE

NOTES (CONTINUOUS WD BM TO STEEL BM):
1. FIT AS MANY ROWS OF BOLTS AS WOOD BEAM DEPTH ALLOWS

NOTES (HOIST BEAM TO WOOD WALL):
1. THIS DETAIL ADDRESSES THE CONNECTION OF THE HOIST BEAM TO A WOOD SHAFT WALL. IF A STEEL POST IS PROVIDED CENTERED ON THE HOIST BEAM THE HOIST BEAM CAN BE CONNECTED TO SUCH A POST ALTERNATIVELY TO THIS DETAIL.

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t:310.578.5466 f:310.578.8477
MayesOffice.com

Labib Funk + Associates
Structural | Civil | EBM
319 Main St
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17292

BLUE JAY WAY
TYPICAL WOOD DETAILS

ISSUE AND REVISION
07.26.2018 PERMIT RESUBMISSION
08.29.2018 PC SUBMITTAL
11.13.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY: M.R.
CHECKED BY: M.D.
SCALE: AS INDICATED
SHEET NO:
S1.05c


TYPICAL WOOD DETAILS
BLUE JAY WAY
S1.05d
TYP. LAYOUT AND NOTES
ADJOINING PANEL EDGES – NAILING TO JOISTS NAIL SPACING GREATER THAN 3"
ADJOINING PANEL EDGES – NAILING TO JOISTS NAIL SPACING = 3" OR LESS
ADJOINING PANEL EDGES – NAILING TO CONT. BLK'G SAWN LUMBER AND I-JOISTS
JOIST BRACING – FULL DEPTH BLK'G SAWN LUMBER ONLY
BOUNDARY NAILING SAWN LUMBER AND I-JOISTS
NAILING EDGE DISTANCE
TYP. FLOOR AND ROOF OPENING
BLK'G @ PREFAB. MECH PAD.
TYP. SHEATHING ASSEMBLY – FLOOR, DECK, AND ROOF
PLATFORM FOR MECH. UNIT
TYP. CEILING JOIST DETAIL
TYPICAL BUILT UP FLOOR/ROOF
TYP. TOP PLATES SPLICE DETAIL
CONT. FRAMING THRU SHT'G STEP
DOUBLE BEARING CONNECTION
FRAMING AT NON BEARING WALLS
SMALL OPENING IN SHEAR WALL


VERTICAL SECTION
HORIZONTAL SECTION
COMPLIES WITH CBC 1405.7
STONE VENEER ATTACH. TO WOOD
SCALE: N.T.S.
NOTCH/HOLE CUT
NOTCH/HOLE COMB.
NOTCH
HOLES
HOLE IN WOOD MEMBERS
SCALE: N.T.S.
4x FRAMING – 3 LINES OF NAILS ADJOINING PANEL EDGES
4x FRAMING – 3 LINES OF NAILS BOUNDARY NAILING DETAIL
3x FRAMING – 2 LINES OF NAILS ADJOINING PANEL EDGES
3x FRAMING – 2 LINES OF NAILS BOUNDARY NAILING DETAIL
TYP. MULTIPLE ROWS OF FASTENERS (HIGH LOAD DIAPHRAGM) DETAIL
SCALE: N.T.S.
VENEER ANCHORS SIDE VIEW
SISTERED JOISTS
BUILTUP BEAM
BUILTUP BEAM/SISTERED JOIST
SCALE: N.T.S.
HANGER ON JOISTS
HANGER BETWEEN JOISTS
TJI
SAWN LUMBER
SECTION
ELEVATION
JOIST WITH DIFFERENT DEPTH
SCALE: N.T.S.
VENEER CONN. TO STUD WALL
SCALE: N.T.S.
COMPOSITE BEAM TO POST CONNECTION
COMPOSITE BEAM TO BEAM CONNECTION
BUCKETS OF BUILTUP BEAMS
SCALE: N.T.S.
HANGER ROD DETAIL
SCALE: N.T.S.
TYPICAL WOOD DETAILS
BLUE JAY WAY
MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
MayesOffice.com
Labib Funk + Associates
319 Main Street
El Segundo, California 90245
DRAWN BY: M.R.
CHECKED BY: M.D.
SCALE: AS INDICATED
SHEET NO:
S1.05e







NOTES:

1. THIS DETAIL AND REFERENCED INSET DETAILS ADDRESS THE CONSTRUCTION OF RIP STRIPS ABOVE ROOF OR DECK JOISTS WHEN SUCH CONSTRUCTION IS EXPRESSLY SPECIFIED ON THE PLANS. IF THIS CONSTRUCTION IS NOT EXPRESSLY SPECIFIED ON THE PLANS, PROVIDE A LEVEL LAYER OF WOOD STRUCTURAL PANEL BETWEEN THE TOP OF JOISTS AND THE UNDERSIDE OF THE RIP STRIPS AS SHOWN ON THE "TYPICAL BUILT UP FLOOR/ROOF" PER TYPICAL DETAIL SHEETS
2. FOR DIAPHRAGM CONSTRUCTION, INCLUDING WOOD STRUCTURAL PANEL SPECIFICATIONS, NAILING, AND BLOCKING AT PANEL EDGES, SEE PLANS AND REFERENCED DETAILS. WOOD STRUCTURAL PANELS SHALL BE TILED OVER THE RIP STRIPS IN THE SAME WAY THE WOOD STRUCTURAL PANELS ARE TILED OVER THE JOISTS AS SHOWN ON "TYP. SHEATHING ASSEMBLY – FLOOR, DECK, AND ROOF" PER TYPICAL DETAILS SHEETS.
3. FOR JOISTS SIZE, SPECIFICATION, ORIENTATION, AND SPACING SEE PLANS.
4. BRACING MEMBERS: PROVIDE FULL DEPTH CONTINUOUS JOIST BRACING BETWEEN JOISTS WHEN REQUIRED PER "TYP. SHEATHING ASSEMBLY". PROVIDE CONTINUOUS RIP STRIP BRACING MEMBERS BETWEEN RIP STRIPS WHETHER OR NOT JOIST BRACING IS REQUIRED. RIP STRIP BRACING MEMBERS SHALL OVERLAP TO JOISTS WHEN RIP STRIPS ARE PARALLEL TO JOISTS. SEE INSET DETAILS "E" AND "F"
5. FOR SLOPE TO DRAIN S.A.D.
6. COORDINATE ROOF DRAIN AND OVERFLOW WITH JOIST LAYOUT. DO NOT CUT OR REMOVE ROOF JOIST. DRAINS AND OVERFLOWS NOT SHOWN (S.A.D.)
7. FOR RIP STRIP MAX AND MIN DIMENSIONS SEE INSET DETAIL B
8. RIP STRIPS PARALLEL TO JOIST SHALL BE PLACED ON TOP OF EACH JOIST
9. RIP STRIPS PERPENDICULAR TO JIOSTS SHALL BE SPACED AT 16" O.C. MAX SPACING

RIP STRIP – PLAN ARRANGEMENT AND NOTES A




RIP STRIP ABOVE JOIST CONSTRUCTION 3

SCALE: N.T.S.

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
MayesOffice.com

Labib Funk + Associates
319 Main Street
El Segundo, California 90245
JLA Job #17262

TYPICAL WOOD DETAILS

PROJECT NO:
DRAWN BY: M.R.
CHECKED BY: M.D.
SCALE: AS INDICATED
SHEET NO:
S1.05f



END CONDITION INTERSECTION (F3)

END CONDITION INTERSECTION (F4)

SILL PLATE CONNECTION TO CONCRETE (C)

NOTES:
1. INSTALL PLATE WASHER AT ALL WALLS CONNECTING TO CONCRETE AS SHOWN

END CONDITION DOUBLE HOLDOWN (F5)

END CONDITION SINGLE HOLDOWN (F6)

ELEVATION / PLAN

FRAMING AT ADJACENT PANEL EDGES (D)

STEEL MEMBER IN CONTACT WITH SHEAR WALL (G)

FRAMING AT DOUBLE SIDED WALL (E)

SHEAR WALL TO FLOOR FRAMING (H)

END CONDITION CORNER (F1)

END CONDITION CORNER (F2)

## SHEAR WALL ELEVATION SCHEDULE AND DETAILS

SCALE: N.T.S.



TYPICAL SHEAR WALL ELEVATION AND NOTES (A)

### SHEAR WALL SCHEDULE NOTES:

1. FOR SHEAR WALL WITH SHEAR CAPACITY PER SCHEDULE EXCEEDING 350 #/FT FRAMING MEMBERS AT ADJOINING PANEL EDGES INCLUDING WALL STUDS AND BLOCKING SHALL BE 3" MIN. UNLESS THICKER MEMBERS ARE SPECIFIED ON PLANS. PROVIDE STAGGERED NAILING AT ALL PANEL EDGES.
2. WHERE PANELS ARE APPLIED ON BOTH FACES OF WALL STUDS ADJACENT PANEL EDGES SHALL BE OFFSET TO FALL ON DIFFERENT FRAMING MEMBERS. SEE INSET DETAIL E. ALSO SILL PLATE SHALL BE A 3x MEMBER PER INSET DETAILS C AND H.
3. NAILS SHALL BE PLACED NOT LESS THAN 3/8 INCH FROM PANEL EDGES AT 2x MEMBERS (1/2 INCH AT 3x MEMBERS) & 3/8 INCH FROM THE EDGE OF THE CONNECTING MEMBERS. ALL SHEAR WALL NAILING SHALL UTILIZE COMMON NAILS OR GALVANIZED BOX.
4. FOR HOLD-DOWNS TYPE AT THE END OF THE SHEAR WALL SEE PLANS AND HOLDOWN TYPICAL DETAILS AND SCHEDULE.
5. FOR ALL WALLS, PROVIDE MINIMUM TWO ANCHOR BOLTS PER PIECE OF SILL PLATE & ONE LOCATED WITHIN 12" AND NOT LESS THAN 7 BOLT DIAMETER OR 4 3/8" OF EACH END OF EACH SILL PLATE
6. WOOD SCREWS SHALL BE SIMPSON SDS25600 FOR SILL ℙ CONNECTED TO WOOD RIM JOIST OR BLOCKING. PROVIDE SDS25412 FOR SILL PLATE CONNECTED TO TOP NAILER IN STEEL BEAMS
7. AT (E) FOUNDATION, SILL ANCHORS MAY BE UFP W/ 2-1/2"ø TITEN HD SCREW ANCHORS W/ 5" MIN. EMBED AND W/ 5-1/4"ø x 3" LONG SDS SCREWS TO SILL ℙ. SPACING SHALL BE AS SAME AS ANCHOR BOLT SPACING PER SHEAR WALL SCHED. (LARR #25726, ICC ESR-2616 FOR UFP; LARR #25741, ICC ESR-2713 FOR TITEN HD)
8. WHEN LTP4 ARE USED, INSTALL LTP4 IN HORIZONTAL CONFIGURATION AS SHOWN ON INSET DETAIL A1
9. OSB OR PLYWOOD WOOD STRUCTURAL PANELS MAY BE USED FOR THE SHEAR WALL CONSTRUCTION, EXCEPT THAT OSB SHALL NOT BE PERMITTED IN SHEAR WALL CONSTRUCTION LABELED AS FIRE RETARDANT TREATED BY THE ARCHITECT. FOR FIRE RETARDANT TREATED SHEAR WALLS THE UNIT SHEAR CAPACITY IS REDUCED TO 84% OF THE ALLOWABLE VALUE PER THE CODE REPORTS FOR THE SPECIFIED FIRE TREATMENT PRODUCT. SEE TIMBER GENERAL NOTES FOR ADDITIONAL INFORMATION.



LTP 4 INSTALL. – ELEVATION VIEW (A1)

SHEAR WALL SCHEDULE (2016 CBC – 2015 AF&PA SDPWS – TABLE 4.3A)

| MARK | WOOD STRUCTURAL PANELS (9) (5-PLY PLYWOOD OR OSB U.N.O. ON THE PLANS) | NUMBER OF SIDES | NAILING EDGE (E.N.) | NAILING FIELD (F.N.) | SHEAR CLIPS (8) (A35 OR LTP4) | SILL ℙ ATTACHMENT U.N.O. FRAMED FLOOR (6) | SILL ℙ ATTACHMENT U.N.O. CONCRETE | WELDED THREADED STUDS AT WOOD NAILERS (WHERE OCCURS) | ALLOWABLE SHEAR (PLF) | ALLOW. SHEAR AT FIRE TREATED WALLS (PLF) (9) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 15/32" APA RATED SHEATHING (PI 32/16) | 1 | 8d @ 6" O.C. | 8d @ 12" O.C. | 1 @ 16" O.C. | SDS @ 16" O.C. | 5/8"ø A.B. @ 48" O.C. | 5/8"ø @ 24" O.C. | 260 | 218 |
| 2 | 15/32" APA RATED SHEATHING (PI 32/16) | 1 | 8d @ 4" O.C. | 8d @ 12" O.C. | 1 @ 16" O.C. | SDS @ 12" O.C. | 5/8"ø A.B. @ 48" O.C. | 5/8"ø @ 24" O.C. | 350 | 294 |
| 3 | 15/32" APA RATED STRUCT-I SHEATHING (PI 32/16) | 1 | 10d @ 4" O.C. | 10d @ 12" O.C. | 1 @ 16" O.C. | SDS @ 8" O.C. | 5/8"ø A.B. @ 32" O.C. | 5/8"ø @ 24" O.C. | 510 | 428 |
| 4 | 15/32" APA RATED STRUCT-I SHEATHING (PI 32/16) | 1 | 10d @ 3" O.C. | 10d @ 12" O.C. | 1 @ 12" O.C. | SDS @ 6" O.C. | 5/8"ø A.B. @ 24" O.C. | 5/8"ø @ 24" O.C. | 665 | 559 |
| 5 | 15/32" APA RATED STRUCT-I SHEATHING (PI 32/16) | 1 | 10d @ 2" O.C. | 10d @ 12" O.C. | 1 @ 8" O.C. | SDS @ 4" O.C. | 5/8"ø A.B. @ 20" O.C. | 5/8"ø @ 24" O.C. | 870 | 731 |
| 6 | 15/32" APA RATED STRUCT-I SHEATHING (PI 32/16) | 2 | 10d @ 3" O.C. | 10d @ 12" O.C. | 1 @ 6" O.C. OR 2 @ 12" | SDS @ 3" O.C. | 5/8"ø A.B. @ 16" O.C. | 5/8"ø @ 16" O.C. | 1330 | 1117 |
| 7 | 15/32" APA RATED STRUCT-I SHEATHING (PI 32/16) | 2 | 10d @ 2" O.C. | 10d @ 12" O.C. | 2 @ 8" O.C. | 2 ROWS SDS @ 4" O.C. | 5/8"ø A.B. @ 12" O.C. | 5/8"ø @ 12" O.C. | 1740 | 1462 |

TYPICAL SHEAR WALL SCHEDULE (B)

(3)



PLAN SYMBOL

## DOUBLE HOLDOWN AT WALL END (8)

SCALE: N.T.S.



DOUBLE SIDED SHEAR WALL

SINGLE SIDED SHEAR WALL (C)

NOTES:
1. THIS DETAIL ADDRESSES CONSTRUCTION OF SHEAR WALL CHORDS IN DOUBLE STAGGERED STUD WALL CONSTRUCTION. CHORDS CONSIST OF TIEDOWN RODS AND END POSTS, OR HOLDOWNS AND END POSTS, AS SPECIFIED ON PLANS AND/OR TIEDOWN CONSTRUCTION DRAWINGS. ACTUAL SIZE, QUANTITY, AND LAYOUT OF END POSTS ARE PER PLANS AND/OR TIEDOWN CONSTRUCTION DRAWINGS.

## SW ENDS @ DOUBLE STAGG STUDS (4)

SCALE: N.T.S.

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8488 f 310.578.8477
MayesOffice.com

LFA Labib Funk + Associates
Structural | Civil | EBM
319 Main Street
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17292

BLUE JAY WAY

TYPICAL SHEAR WALL AND HEADER DETAILS

ISSUE AND REVISION:
07.26.2018 PERMIT RE-SUBMISSION
08.29.2018 PC SUBMITTAL
11.12.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY: M.R.
CHECKED BY: M.D.
SCALE: AS INDICATED
SHEET NO:
S1.05g




POST SITTING ON FRAMING (E) — POST SITTING ON CONCRETE WALL (D) — CORNER (C) — FIELD/EDGE (B)

## HOLDOWN ANCHOR IN CONCRETE WALL OR STEM WALL (8)

SCALE: N.T.S.

| MARK (PER PLAN) | GRADE 36 ROD DIAM. "Da" | PL WASHER T (IN) \| SIDE (IN) | INSTALL. | H MIN | Ca1 MIN | Ca2 MIN | ANCHOR REINF. "AR" |
|---|---|---|---|---|---|---|---|
| 2 | 5/8" | 3/8 \| 1 1/2 | EDGE/FIELD | 18" | 4" | NA | 1-#4 |
| | | | CORNER | 18" | 4" | 7" | 1-#4 |
| 4 | 5/8" | 3/8 \| 1 1/2 | EDGE/FIELD | 18" | 4" | NA | 1-#4 |
| | | | CORNER | 18" | 4" | 7" | 1-#4 |
| 5 | 5/8" | 3/8 \| 1 1/2 | EDGE/FIELD | 18" | 4" | NA | 1-#4 |
| | | | CORNER | 18" | 4" | 7" | 1-#4 |
| 8 | 7/8" | 3/8 \| 2 | EDGE/FIELD | 18" | 4" | NA | 1-#4 |
| | | | CORNER | 18" | 4" | 7" | 1-#4 |
| 11 | 1" | 3/8 \| 2 | EDGE/FIELD | 18" | 4" | NA | 1-#4 |
| | | | CORNER | 18" | 4" | 7" | 1-#4 |
| 14 | 1" | 3/8 \| 2 | EDGE/FIELD | 18" | 4" | NA | 1-#4 |
| | | | CORNER | 18" | 4" | 7" | 1-#4 |
| 12 | 1 1/8" | 3/8 \| 2 1/2 | EDGE/FIELD | 18" | 4" | NA | 1-#4 |
| | | | CORNER | 18" | 4" | 7" | 1-#4 |
| 19 | 1 1/4" | 3/8 \| 3 | EDGE/FIELD | 24" | 4" | NA | 1-#5 |
| | | | CORNER | 24" | 4" | 8" | 1-#5 |
| 14 14 | 2-1" | 3/8 \| 2 | EDGE/FIELD | 24" | 4" | NA | 1-#6 |
| | | | CORNER | 24" | 4" | 8" | 1-#6 |

SCHEDULE — HOLDOWN ANCHOR IN CONC. WALL OR STEM (A)

| MARK (PER PLAN) | GRADE 36 ROD DIAM. "Da" | PL WASHER T (IN) \| SIDE (IN) | HOLDOWN (1) | FASTENER | MIN POST SIZE (2) | CAPACITY | CAPACITY WITH 25% REDUCTION PER CITY OF LA |
|---|---|---|---|---|---|---|---|
| 2 | 5/8" | 3/8 \| 1 1/2 | HDU2 | 6-SDS25212 | 4x4 | 3,075 LBS | 2,306 LBS |
| 4 | 5/8" | 3/8 \| 1 1/2 | HDU4 | 10-SDS25212 | 4x4 | 4,565 LBS | 3,424 LBS |
| 5 | 5/8" | 3/8 \| 1 1/2 | HDU5 | 14-SDS25212 | 4x6 | 5,670 LBS | 4,253 LBS |
| 8 | 7/8" | 3/8 \| 2 | HDU8 | 20-SDS25212 | 4x8 OR 6x6 | 7,890 LBS | 5,918 LBS |
| 11 | 1" | 3/8 \| 2 | HDU11 | 30-SDS25212 | 6x6 | 9,535 LBS | 7,151 LBS |
| 14 | 1" | 3/8 \| 2 | HDU14 | 36-SDS25212 | 6x6 | 14,390 LBS | 10,793 LBS |
| 12 | 1 1/8" | 3/8 \| 2 1/2 | HD12 | 4-1"Ø BOLTS | 6x6 | 15,510 LBS | 11,633 LBS |
| 19 | 1 1/4" | 3/8 \| 3 | HD19 | 5-1"Ø BOLTS | 4x8 OR 6x8 | 19,360 LBS | 14,520 LBS |
| 14 14 | 2-1" | 3/8 \| 2 | DOUBLE HDU14 | 2 x 36-SDS25212 | 6x6 | 28,780 LBS | 21,585 LBS |

HOLDOWN SCHEDULE (A)

NOTES:

1. HDU SCREW-STYLE HOLDOWNS ARE PER LARR #25720, ICC ESR 2330. BOLT-STYLE HOLD DOWNS PER LARR #25828, IAPMO ESR 0143
2. POST SIZE SHOWN ON THE SCHEDULE ARE MINIMUM SIZES. IF LARGER SIZES ARE SPECIFIED ON THE PLANS THE SIZES SHOWN ON PLANS SHALL BE USED
3. ROD SHALL BE A36 ALL THREADED RODS
4. NUT AT HOLDOWN THREADED ROD SHOULD BE FINGER-TIGHT PLUS 1/2 TURN WITH A HAND WRENCH. DO NOT OVER-TORQUE THE NUT. DO NOT USE IMPACT WRENCHES.
5. HOLDOWN HARDWARE MUST BE SECURED IN PLACE PRIOR TO FOUNDATION INSPECTION/OBSERVATION
6. HOLDOWNS MUST BE INSPECTED/OBSERVED BEFORE COVERING WITH SHEATHING.

## HOLDOWN SCHEDULE AND NOTES (1)

SCALE: N.T.S.




CORNER (B) — OPPOSITE SIDES (A)

## HOLDOWN WITH BOLTS (17)

SCALE: N.T.S.




## HOLDOWN ON STEEL BEAM (13)

SCALE: N.T.S.




SECTION (C) — ELEVATION (B) — SECTION (A)

## HOLDOWN LANDING ON WOOD BEAM (6)

SCALE: N.T.S.




SECTION (B) — SIDE VIEW (A)

## HOLDOWN AT WOOD FLOOR (2)

SCALE: N.T.S.




FIELD CONDITION (C) — EDGE CONDITION (B)




POST SITTING ON FRAMING (E) — POST SITTING ON CMU WALL (D) — CORNER (C) — FIELD/EDGE (B)

## HOLDOWN ANCHOR IN CMU WALL OR STEM WALL (7)

SCALE: N.T.S.

| MARK (PER PLAN) | GRADE 36 ROD DIAM. "Da" | PL WASHER T (IN) \| SIDE (IN) | INSTALL. | 8" CMU WALL H MIN | 8" CMU WALL C MIN | 12" CMU WALL H MIN | 12" CMU WALL C MIN |
|---|---|---|---|---|---|---|---|
| 2 | 5/8" | 3/8 \| 1 1/2 | EDGE/FIELD | 18" | NA | 18" | NA |
| | | | CORNER | 18" | 7" | 18" | 7" |
| 4 | 5/8" | 3/8 \| 1 1/2 | EDGE/FIELD | 18" | NA | 18" | NA |
| | | | CORNER | 18" | 7" | 18" | 7" |
| 5 | 5/8" | 3/8 \| 1 1/2 | EDGE/FIELD | 18" | NA | 18" | NA |
| | | | CORNER | 18" | 7" | 18" | 7" |
| 8 | 7/8" | 3/8 \| 2 | EDGE/FIELD | 18" | NA | 18" | NA |
| | | | CORNER | 18" | 7" | 18" | 7" |
| 11 | 1" | 3/8 \| 2 | EDGE/FIELD | 18" | NA | 18" | NA |
| | | | CORNER | 21" | 7" | 18" | 7" |
| 14 | 1" | 3/8 \| 2 | EDGE/FIELD | 21" | NA | 18" | NA |
| | | | CORNER | 33" | 7" | 21" | 7" |
| 12 | 1 1/8" | 3/8 \| 2 1/2 | EDGE/FIELD | 22" | NA | 18" | NA |
| | | | CORNER | 36" | 7" | 21" | 7" |
| 19 | 1 1/4" | 3/8 \| 3 | EDGE/FIELD | 27" | NA | 24" | NA |
| | | | CORNER | 48" | 7" | 30" | 7" |
| 14 14 | 2-1" | 3/8 \| 2 | EDGE/FIELD | 42" | NA | 27" | NA |
| | | | CORNER | 69" | 12" | 42" | 12" |

SCHEDULE — HOLDOWN ANCHOR IN CMU WALL OR STEM (A)




CONSTRUCTION (A) — PLAN SYMBOL (B)

## HOLDOWN WITH SCREWS (3)

SCALE: N.T.S.

| MARK (PER PLAN) | GRADE 36 ROD DIAM. "Da" | PL WASHER T (IN) \| SIDE (IN) | INSTALL. | 10" THICK ANCHOR REINF. "AR" | 10" THICK "X" | 12" THICK ANCHOR REINF. "AR" | 12" THICK "X" | 14" THICK ANCHOR REINF. "AR" | 14" THICK "X" |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 5/8" | 3/8 \| 1 1/2 | EDGE | NONE | NA | NONE | NA | NONE | NA |
| | | | FIELD | NONE | NA | NONE | NA | NONE | NA |
| 4 | 5/8" | 3/8 \| 1 1/2 | EDGE | NONE | NA | NONE | NA | NONE | NA |
| | | | FIELD | NONE | NA | NONE | NA | NONE | NA |
| 5 | 5/8" | 3/8 \| 1 1/2 | EDGE | NONE | NA | NONE | NA | NONE | NA |
| | | | FIELD | NONE | NA | NONE | NA | NONE | NA |
| 8 | 7/8" | 3/8 \| 2 | EDGE | 2-(#4) | 4" | 2-(#4) | 6" | 2-(#4) | 7" |
| | | | FIELD | 2-(#4) | 4" | NONE | NA | NONE | NA |
| 11 | 1" | 3/8 \| 2 | EDGE | 4-(#4) | 4" | 2-(#4) | 6" | 2-(#4) | 7" |
| | | | FIELD | 4-(#4) | 4" | NONE | NA | NONE | NA |
| 14 | 1" | 3/8 \| 2 | EDGE | 4-(#4) | 4" | 4-(#4) | 6" | 4-(#4) | 7" |
| | | | FIELD | 4-(#4) | 4" | NONE | NA | NONE | NA |
| 12 | 1 1/8" | 3/8 \| 2 1/2 | EDGE | 4-(#4) | 4" | 4-(#4) | 6" | 4-(#4) | 7" |
| | | | FIELD | 4-(#4) | 4" | 4-(#4) | 6" | NONE | NA |
| 19 | 1 1/4" | 3/8 \| 3 | EDGE | 6-(#4) | 4" | 4-(#4) | 6" | 4-(#4) | 7" |
| | | | FIELD | 6-(#4) | 4" | 4-(#4) | 6" | 4-(#4) | 7" |
| 14 14 | 2-1" | 3/8 \| 2 | EDGE | 8-(#4) | 4" | 6-(#4) | 6" | 4-(#4) | 7" |
| | | | FIELD | 8-(#4) | 4" | 6-(#4) | 6" | 4-(#4) | 7" |

SCHEDULE — HOLDOWN ANCHOR IN CONCRETE SLAB (A)

## HOLDOWN ANCHOR IN CONC. SLAB (20)

SCALE: N.T.S.




HOLDOWN ANCHOR AT FTG - EDGE CONDITION (D) — HOLDOWN ANCHOR AT FTG - CORNER CONDITION (C) — TYPICAL SECTION OF FOOTING AT HOLDOWN (B)

## HOLDOWN ANCHOR IN CONCRETE FOOTING (4)

SCALE: N.T.S.

| MARK (PER PLAN) | GRADE 36 ROD DIAM. "Da" | PL WASHER T (IN) \| SIDE (IN) | INSTALL. | H MIN | Ca1 MIN | Ca2 MIN | ANCHOR REINF. "AR" |
|---|---|---|---|---|---|---|---|
| 2 | 5/8" | 3/8 \| 1 1/2 | EDGE/FIELD | 12" | 4" | NA | NR |
| | | | CORNER | 12" | 4" | 4" | NR |
| 4 | 5/8" | 3/8 \| 1 1/2 | EDGE/FIELD | 12" | 4" | NA | NR |
| | | | CORNER | 12" | 4" | 4" | NR |
| 5 | 5/8" | 3/8 \| 1 1/2 | EDGE/FIELD | 12" | 4" | NA | NR |
| | | | CORNER | 12" | 4" | 4" | NR |
| 8 | 7/8" | 3/8 \| 2 | EDGE/FIELD | 16" | 4" | NA | NR |
| | | | CORNER | 20" | 4" | 8" | NR |
| 11 | 1" | 3/8 \| 2 | EDGE/FIELD | 18" | 4" | NA | NR |
| | | | CORNER | 24" | 4" | 7" | NR |
| 14 | 1" | 3/8 \| 2 | EDGE/FIELD | 18" | 4" | NA | NR |
| | | | CORNER | 24" | 4" | 7" | NR |
| 12 | 1 1/8" | 3/8 \| 2 1/2 | EDGE/FIELD | 20" | 4" | NA | NR |
| | | | CORNER | 24" | 12" | 12" | NR |
| 19 | 1 1/4" | 3/8 \| 3 | EDGE/FIELD | 24" | 4" | NA | NR |
| | | | CORNER | 24" | 15" | 15" | NR |
| 14 14 | 2-1" | 3/8 \| 2 | EDGE/FIELD | 24" | 12" | NA | NR |
| | | | CORNER | 24" | 20" | 20" | NR |

SCHEDULE — HOLDOWN ANCHOR IN CONCRETE FOOTING (A)

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
MayesOffice.com

LFA Labib Funk + Associates
Structural | Civil | EBM
319 Main St.
El Segundo, California 90245
JLA Job #17292

TYPICAL SHEARWALL AND HEADER DETAILS

ISSUE AND REVISION
1. 07.26.2018 PERMIT RESUBMISSION
2. 08.23.2018 PC SUBMITTAL
3. 11.13.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY: M.R.
CHECKED BY: M.D.
SCALE: AS INDICATED
SHEET NO:
S1.05h




MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8486 f 310.578.8477
MayesOffice.com

LFA
Labib Funk + Associates
Structural | Civil | EBM
319 Main Street
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17292

BLUE JAY WAY

TYPICAL MOMENT FRAME DETAILS

ISSUE AND REVISION
07.26.2018 PERMIT RE SUBMISSION
08.29.2018 PC SUBMITTAL
11.13.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY: M.R.
CHECKED BY: M.D.
SCALE: AS INDICATED
SHEET NO:
S1.06a

# STANDARD QUALITY ASSURANCE PLAN

## I. PURPOSE

The Standard Quality Assurance Plan (hereinafter referred to as "Standard QA Plan") for steel moment frames provides specifications, procedures, and illustrative details to comply with the requirements of the 2010 California Building Code. The quality assurance requirements described in this Standard QA Plan are intended to promote public safety and welfare by standardizing inspections, tests, and all other applicable measures that ensure substantial compliance with the code performance objectives of steel moment frame connections.

## II. HOW TO USE THIS STANDARD QA PLAN

*To use the Standard QA Plan, follow the steps outlined below:*

1. *Standard QA Plan shall be attached to or incorporated in the structural plan.*
2. *Where the Standard QA Plan is attached to the structural plan, the Engineer of Record shall:*
   a. *Identify the type of steel moment frame to be used in the building or structure by placing an "X" mark in the box below:*

      *SPECIAL MOMENT FRAME (SMF)*
      ☒
      *INTERMEDIATE MOMENT FRAME (IMF)*
      ☐
      *ORDINARY MOMENT FRAME (OMF)*
      ☒

   b. *Place a NOTE on the structural plan stating "All specifications, tables, and notes in the City of San Diego' Standard Quality Assurance Plan for Steel Moment Frames shall be part of this approved structural plan."*
   c. *Sign and stamp the Standard QA Plan in the box provided at the lower right corner of each sheet.*
3. *Where the Standard QA Plan is incorporated directly in the structural plan, the Engineer of Record shall place a NOTE on the structural plan to clearly indicate the type of steel moment frame to be used in the building or structure.*
4. *All of the quality assurance requirements listed in the Standard QA Plan shall be applied to special moment frames, intermediate moment frames, and ordinary moment frames, unless noted otherwise herein.*
5. *Organize and submit all reports required in Table 1 on Sheet 2 to the City Building Inspector in a timely manner for review and approval.*
6. *The procedures, specifications and illustrative details as described in the Standard QA Plan shall not exempt the Engineer of Record from using engineering judgment in determining the suitability of applying the Standard QA Plan to any welded connections. Any deviations in the quality assurance requirement as specified in the Standard QA Plan shall comply with Part III Item 5 of the Standard QA Plan.*

## III. GENERAL REQUIREMENTS

**1. Referenced Documents**
The design and construction of steel moment frames shall be in compliance with the following:
a. California Building Code, 2010 Edition (hereinafter referred to as "CBC").
b. AISC Seismic Provisions for Structural Steel Buildings, Part I and Part III (hereinafter referred to as "AISC Seismic").
c. AWS D1.1/D1.1M Structural Welding Code - Steel (hereinafter referred to as "AWS").

**2. Material Specifications**
a. Structural steel shall comply with the 2010 CBC and the following ASTM standard specifications:
   i. Wide flange shapes......................ASTM A572 (50), A913 (50), A992
   ii. Continuity, doubler and column base plates, shear tabs....ASTM A50
   iii. Anchor bolts at column base plates...............................ASTM F1554(105)
   iv. Fabricate and erect structural steel in compliance with either the most current edition of AISC "Load and Resistance Factor Design Specification for Structural Steel Buildings" (hereinafter referred to as "AISC LRFD Specification") or most current edition of the AISC "Allowable Stess Design Specification for Structural Steel Buildings" (hereinafter referred to as "AISC ASD Specification").
   v. Steel having dual ASTM designation shall be clearly identified on each specific plan detail.
b. High strength bolts shall comply with the following requirements and ASTM standard specifications:
   i. High strength bolts, nuts, and washers................ASTM A325, A490
   ii. Installed bolts in accordance with the "Specifications for Structural Joints using ASTM A325 or A490 Bolts."
   iii. Tighten bolts to a snug tight condition that is at least the minimum proper tension and verify using a calibrated tension measuring device.
   iv. Slip critical high strength bolts are required.
   v. All faying surfaces of connections with high strength fasteners shall be prepared as required for Class A per the AISC Seismic Section 7.2.
c. Filler metal properties and specifications shall be as follows:
   i. Electrodes shall be of a low-hydrogen type conforming to AWS specifications as referenced in Table 7 on Sheet 2.
   ii. Filler metals shall be classified for nominal 70 ksi tensile strength.
   iii. The maximum permitted electrode diameter shall be in accordance with Table 5 on Sheet 2.
   iv. Filler metals shall have a minimum Charpy V-Notch (CVN) methods.
   v. The use of intermixed welds shall not occur unless it can be demonstrated by testing in accordance with AWS Section 4.
   vi. The parameters established by the electrode manufacturer shall be reflected in the approved WPS.
d. Other materials not listed in the 2010 CBC are not permitted without specific approval from the Department.

**3. Welding Processes**
Structural welding shall be limited to the Shielded Metal Arc Welding or Flux Cored Arc Welding processes.

**4. Base Metal Repairs or Restorations**
Any repair or restoration of base metal shall comply with all of the following:
a. Engineer of Record shall review and approve the WPS for repair procedures prior to welding.
b. Ensure that repair procedures meet the requirements outlined in AWS Section 5.26 and ASTM A6/A6M-02 Section 9.2, 9.3, 9.4 and 9.5.
c. All welding shall be performed using low-hydrogen process or with SMAW using low-hydrogen electrodes.
d. Provide continuous visual inspection by the Deputy Inspector.
e. Provide non-destructive testing upon completion of the repair work.

**5. Deviations From the Standard Quality Assurance Plan**
Deviations from any part of the Standard QA Plan may be made provided the procedures outlined below are followed:
a. Deviations from the Standard QA Plan must be reviewed and approved by the Engineer of Record.
b. Engineer of Record shall provide alternate procedures, specifications, and/or details to justify the deviations.
c. Submit the proposed deviations from the Standard QA Plan to the Department for review and approval prior to commencement of work.
d. Supplemental testing and additional specifications may be required to justify the deviation.
e. Conformance with all applicable provisions of the CBC, AISC, and AWS is required.

## IV. QUALITY ASSURANCE

**1. Certification**
a. Inspectors shall be SDDBS Certified Deputy Inspectors per CBC Section 1701.2 Employment shall be in accordance with CBC regulations.
b. Welders shall be SDDBS Certified Welders for the Structural Steel classification per CBC Section 1701.18.1, 2205.10.
c. Shop welds shall be performed in an SDDBS Certified Fabricator's Shop per CMC Section 96.204(g)
d. Technicians performing Non Destructive Testing (NDT) shall be certified for Level II in accordance with ASNT SNT-TC-1A by a Testing Agency approved per CBC regulations.

**2. Pre-Construction Meeting**
a. The Owner (or owner's representative) shall arrange a pre-construction meeting(s) with the Engineer of Record (or Structural Observer designated by the Engineer of Record), the Contractor (or affected Sub-Contractor), and the Deputy Inspector to discuss and review welding procedures, bolting procedures, and inspection requirements for all welding and bolting operations.
b. The City Building Inspector shall be notified of such meeting(s) and may participate at his/her discretion.
c. Meeting record(s) shall be included in the first report submitted to the City Building Inspector.

**3. Structural Observation**
Structural observation shall be performed in accordance with City of San Diego Structural Observation Report Form. The Structural Observer shall:
a. Perform structural observation listed in Table 6 on Sheet 2.
b. Perform structural observation prior to placement of decking, covering by fireproofing, encasement in concrete or placement of other finishes.
c. Submit observation report(s) to the City Building Inspector at each stage observed and upon completion of the structural system.
d. State in the report that the steel moment frame system substantially conforms with the approved structural plans and specifications.
e. Use the Department's Structural Observation Report Form to report all observations.

**4. Deputy Inspection**
The following are the basic Quality Assurance responsibilities of the Deputy Inspectors:
a. Arrive on the job in sufficient time to verify the permit information, check for prior inspections and/or approvals by the City Building Inspector or previous Deputy Inspectors, check the quality of all materials and become familiar with the approved structural plans and specifications.
b. Verify that structural steel delivered is from a fabricator currently licensed by the Department.
c. Identify material from an offsite fabricator in accordance with CBC Section 2203 and compare to the approved plans and specifications.
d. Verify that each steel piece is labeled with the approved fabricator's shop name and license number.
e. Visual check shop welds, joint preparation, faying surfaces, indentation stamps and color codes of high strength steel, excessive mill scale or lamination, and dimensional conformity with the approved plans.
f. Before any welding begins, inspect joint preparation, fit-up, condition of surfaces to be welded, storage and use of electrodes, current license of all welders, and voltage/amperage of welding machines.
g. Ensure that all welding and inspection activities complies with AWS.
h. Measure voltage/amperages near the arc with a hand held calibrated averaging type meter. The meter shall be calibrated not less than once a year. This equipment shall be used by the Fabricator, Erector, and Deputy Inspector.
i. During welding operation, provide continuous inspection particularly on multiple pass welds to assure that each pass has been prepared correctly, preheat and interpass temperatures are maintained and that finished welds shall be the correct size and without rejectable discontinuities.
j. Mark steel near the weldment to indicate that inspection was made.
k. Verify type and size of bolts and washers, check mill certificates, and verify faying surfaces are free of burrs, scale, rust, grease or anything that may inhibit full contact.
l. Verify connections involving high strength bolts and welds are fabricated per Part III Item 2(b) and 2(c) and erected in a sequence per Part V Item 2, unless specified otherwise by the Engineer of Record.
m. Verify high strength bolts are not welded or damaged by preheating.
n. Verify washers are always installed with all bolts, except A-490 bolts which require washers under both elements.
o. Verify that any deficiency noted in the Structural Observation Report Form has been corrected.
p. Verify that the Engineer of Record has approved the written Welding Procedure Specification (WPS) prepared by the Fabricator or Erector. The WPS shall include the following:
   i. All applicable requirements from the codes, the Standard QA Plan, and any other information necessary to produce the welds.
   ii. List the applicable base metal types and thicknesses.
   iii. List the welding joint detail, including joint type, weld type, joint geometry, and applicable dimensions. Individual weld passes shall be identified in sketches and numbered to identify the sequence of their deposition (see Detail 13 on Sheet 3 for example). The sketches shall identify the maximum layer thicknesses and bead widths. In no case shall layer thicknesses exceed 1/4 inch nor shall the maximum bead widths exceed 5/8 inch.
   iv. List the welding processes.
   v. Specify the required welding positions.
   vi. List the filler metal per AWS for electrode specification and classification (see Table 7 on Sheet 2), as well as information regarding shielding material to be used.
   vii. Indicate the minimum preheat and interpass temperatures (see Table 4 on Sheet 2) and post weld heat treatment per Part V Item 5.
   viii. List all applicable electrical characteristics for the welding process employed. WPS shall clearly indicate the specific values required for each welding pass. These electrical characteristics shall include at minimum the following:
      (1) Electrode diameter (see Table 5 on Sheet 2),
      (2) Type of current, and acceptable ranges of current measured in amperage,
      (3) Voltage,
      (4) Travel speed (range), and
      (5) Amperage, voltage and electrode extension (as applicable) shall be within the filler metal manufacturer's recommendations.
   ix. A copy of the electrode manufacturer's technical information with ID # listed shall be attached to the WPS .
q. Weld joints not conforming to AWS Chapter 3 must be tested by an approved testing agency, accepted by the Engineer of Record, and approved by the Department's Material Control Section before the weld is performed. Material Control Section can be contacted at:

   LADBS Material Control. Section
   221 N. Figueroe St. Suite 1540
   Los Angeles, CA 90012
   (213) 482-0380 or 1-888-LA-4BUILD

r. Notify the Contractor, Engineer of Record, and City Building Inspector of any deviations or non-compliance with the approved WPS, plans or specifications.
s. "Deputy Inspection Report Form B-94" shall be submitted on a weekly basis to the City Building Inspector and Engineer of Record, unless determined otherwise by the City Building Inspector.
t. During the execution of the work, the Deputy Inspector shall not undertake or engage in any other task or occupation which will interfere with the proper performance of the duties of such inspection.

**5. Electrode Storage and Atmospheric Exposure**
a. Electrodes are considered to be exposed to the atmoshpere if:
   i. the manufacturer's sealed electrode containers or packagings are opened or damaged, or
   ii. outside of baking or storage ovens.
b. Modification or lubrication of electrodes are not permitted.
c. Drying of electrodes in baking or storage ovens are permitted as recommended by the manufacturer.
d. Electrodes shall be identified to facilitate monitoring of total atmospheric exposure time.
e. Storage and atmospheric exposure of AWS A5.1-91 and A5.5-96 low-hydrogen SMAW electrodes shall be in accordance with AWS Section 5.3.2.
f. FCAW electrodes not consumed within 24 hrs of accumulated atmospheric exposure time shall not be used. Manufacturer's recommendations that show that drying effectively removes moisture and restores electrodes to their designated diffusible hydrogen levels are permitted.
g. FCAW electrode welding suspended more than 8 hrs shall be removed from the machines and stored in an electrode wire baking or storage recommended by the electrode manufacturer.

**6. Plastic Hinging Zone Protection**
a. The plastic hinging zone shall be identified diagrammatically, as illustrated in Detail 15 on Sheet 3, on the structural plans by the Engineer of Record.
b. The Engineer of Record and Contractor shall be responsible for reviewing shop drawings of ALL relevant trades to ensure compliance. This shall be discussed and documented in pre-construction meetings.
c. The Contractor shall be responsible for developing a program to ensure that all workers on the project, including their subcontractors, are aware of and understand this requirement. Failure to comply with these requirements may cause the replacement of steel.
d. Plastic hinging zones shall be defined by permanent markings such as paint or ink.
e. A note, as illustrated in Detail 15 on Sheet 3, shall be prominently placed on the structural plans (general note sheet and adjacent to moment frame detail) and the construction documents of ALL trades.
f. Welded, bolted, screwed, or shot-in (powder driven) attachments for perimeter edge angles, shear studs, exterior facades, partitions, duct work, piping, or other connections shall not be permitted within the plastic hinging zones.
g. Any penetrations or damage from temporary welded attachments within the plastic hinging zones shall be repaired as required by the Engineer of Record and comply with Part III Item 4.
h. Initially, the plastic hinging zone "Warning Sign", as illustrated in Detail 15 on Sheet 3, may be temporary. However, the temporary "Warning Sign" shall be replaced by a permanent "Warning Sign" before project completion. This sign and identification of the plastic hinging zone shall be maintained during construction; and may require repair after operations such as fireproofing.
i. Signs shall be affixed to the beam and located within the plastic hinging zone. The City Building Inspector may accept alternate methods of attaching the "Warning Sign" to the plastic hinging zones.

**7. Additional Charpy V-Notch Toughness (not required for OMF)**
Welds at the locations indicated below shall be made with filler metal determined by test procedure prescribed in the AISC Seismic Appendix X "Weld Metal / Welding Procedure Specification Toughness Verification Test."
a. Beam flanges to columns,
b. Single plate shear connections to columns,
c. Beam webs to columns, and
d. Column splices.

**8. Non-Destructive Testing (NDT) Requirements**
a. The minimum non-destructive testing at each weld joints or parts shall be conducted at the locations and frequencies as specified in Table 2 and Table 3 on Sheet 2 respectively.
b. A copy of each NDT report shall be provided to the Contractor, Engineer of Record, Deputy Inspector, and City Building Inspector with the following information:
   i. Document the accepted and rejected welds, parts, or joints.
   ii. Identify the tested weld by piece mark and location in the piece.
   iii. Identify the tested weld location in the structure.
c. NDT Technician shall perform the following tasks:
   i. Coordinate the NDT scope and schedule with the Deputy Inspector.
   ii. Perform NDT in a timely manner (so as not to hinder construction work) and to detect welding problems soon after occurrence so that corrective measures can be taken by the Contractor.
   iii. Mark the inspected and accepted welds, parts, and joints with a distinguishing mark or die stamp.
d. Reduction Rate for NDT
   i. The rate of UT testing on CJP groove welds may be reduced if approved by the Engineer of Record and the Department. The NDT rate for an individual welder or welding operator may be reduced to 25%, provided the reject rate is demonstrated to be 5% or less of the welds tested for the welder or welding operator. A sampling of at least 40 completed welds for a job shall be made for such reduction evaluation.
   ii. The rate of MT testing on CJP groove welds may be reduced if approved by the Engineer of Record and the Department. The MT rate for an individual welder or welding operator may be reduced to 10%, provided the reject rate is demonstrated to be 5% or less of the welds tested for the welder or welding operator. A sampling of at least 20 completed welds for a job shall be made for such a reduction evaluation. This reduction is not permitted on welds in the k-area, at repair sites, weld tab and backing removal sites and access holes.
   iii. Reject rate shall mean the number of welds containing rejectable defects divided by the number of welds completed.

**9. Documentations**
The reports listed in Table 1 on Sheet 2 shall be submitted to the City Building Inspector in a timely manner.

## V. WELDING PROCEDURES

**1. Bottom Beam Flange Moment Connection Welding**
Where welding of the bottom beam flange to the column flange is in the flat welding position, welding shall be completed with the following sequence:
a. Start welding from Side A (one side of the beam) with a maximum 1/4 inch thick root pass beyond the center of the joint on Side B (other side of the beam), reaching past the beam web through the weld access hole.
b. After the arc is initiated, electrode travel shall progress toward the edge of the Side A beam flange, terminating on the Side A weld tab.
c. The Side A root pass, and the root pass deposit on Side B, shall be thoroughly cleaned to allow the Deputy Inspector to verify that the resulting bead profile is suitable for obtaining good fusion by the subsequent root pass to be initiated from Side B. If the profile is not conducive to good fusion, the start of the first root pass shall be grounded, gouged, chipped, or otherwise prepared to ensure adequate profile to achieve fusion.
d. Complete the root pass on Side B before any other weld passes are performed.
e. The arc shall be initiated at the start of the first Side A root pass, and electrode travel shall progress toward the edge of the Side B beam flange, terminating on the Side B weld tab.
f. The above sequence shall be repeated for subsequent weld layers, and each weld layer shall be completed on both sides of the joint before a new layer is deposited. The order of operations (Side A, then Side B, or vice versa) is not restricted and may vary for each weld layer. Weld passes shall be placed in horizontal layers. Each pass shall be thoroughly cleaned of slag and wire brushed. Each pass shall be visually inspected by the Deputy Inspector, as described above in Step (c).

An alternate welding sequence may be made provided the Welder or Contractor submits in writing an alternate sequence that is approved by the Engineer of Record and complies with the requirements of Part III Item 5 of the Standard QA Plan.

**2. Sequence for Welding at Multiple Locations**
When welding occur at multiple locations of welded steel moment frame connections, the following sequence shall be followed:
a. Weld both top and bottom beam flanges prior to any supplemental welding to the beam web or shear tab.
b. Engineer of Record shall review and approve all field welding sequences prior to the start of work.
c. Field welding of web shear plates with bolts shall occur after field welding of beam flanges to column flange.
d. High strength bolts shall be in the snug tight condition prior to welding.
e. Notwithstanding AISC LRFD Specification Section J1.9 to the contrary, high strength bolts shall be fully tensioned upon completion of all welding activities.

**3. Welding Technique**
a. Stringer beads shall be used during all welding operations. Maximum bead width, bead thickness, and layer thickness shall be considered. Weaving is not permitted, except when the WPS approved by the Engineer of Record limits electrode oscillation transverse to the weld axis to a maximum of:
   i. 3d for 1G/1F, 2G/2F, and 4G/4F weld positions, or
   ii. 5d for the 3G/3F position, where d = electrode diameter.
b. Welding layers should progress from the face of the column flange outward toward the groove face of the beam flange as illustrated in Detail 13 on Sheet 3.

**4. Preheat and Interpass Temperature**
a. The minimum preheat and interpass temperature requirements in Table 4 of Sheet 2 shall be observed. Special attention shall be given to AWS Section 3.5.1 and Section 5.6 for the thickness of the base metal to be welded.
b. Preheat and all subsequent interpass temperatures shall be maintained during the welding operation for a distance at least equal to the thickness of the thicker welded part, but not less than 3", in all directions from the point of welding.
c. Where base metals are of different thickness, the higher minimum preheat and interpass temperature requirements of the thicker plate shall govern.
d. Maximum preheat and interpass temperature shall not exceed the lesser of:
   ii. The maximum temperature recommended by the manufacturer.

**5. Post Weld Heat Treatment**
Unless specified otherwise in an approved WPS, the minimum post weld heat treatment shall be provided as follows:
completion of welding to prevent the weld metal from cooling below the minimum preheat and interpass temperature.
b. Maintain temperature for approximately 1 hour per inch of thickness of weld metal or 2 hours, whichever is less.
c. Conditions specified in AWS Section 3.14 and Section 5.8 should carefully be considered when applying post weld heat treatment.
Alternatively, the use of insulating blankets after the completion of welding in lieu of post weld heat treatment may be permitted to control the cooling of the welded connection to ambient temperature if recommended by the Engineer of Record and approved by the City Building Inspector; unless required otherwise by an approved WPS.

## VI. WELDING AND FABRICATION DETAILS

**1. Base Metal Joint Preparation**
a. Base metal preparation shall be in comply with AWS Section 5.15.
b. All beam flange to column flange welds are to be made with an AWS prequalified CJP groove welded joint detail.
c. Bevel, fit-up and detail tolerances shall be as required by the selected prequalified welded joint detail.
d. Whenever possible, use the AWS prequalified CJP groove welded joint detail as illustrated in Detail 14 on Sheet 3 and the following:
double bevel CJP groove welds when flange thickness exceed 1-1/2 inch.
   ii. "As Fit-Up" and "As Detailed" shall be the maximum tolerances.
   iii. Meet all prequalified WPS variables in Table 5 on Sheet 2.

**2. Weld Access Hole**
a. Where weld access holes are provided, they shall be detailed as illustrated in Detail 12 on Sheet 3.
b. Notches and gouges shall be repaired following a WPS approved by ther Engineer of Record.
c. Weld access holes shall be prepared by grinding to a suitable finish in accordance with AISC LRFD Specification Section J1.6 and provided with a minimum radius of 3/8 inch as illustrated in Detail 12 on Sheet 3.

**3. Backing Bar**
a. Backing bar used in connections with a CJP groove weld of beam flange to column flange shall be removed except that top flange backing bar attached to the column by a continuous fillet weld on the edge below thee CJP groove weld need not be removed.
b. Following removal of backing bar, the root pass shall be backgouged to sound weld metal, and back welded. A reinforcing fillet weld with a minimum leg size of 5/16 inch or the root opening plus 1/16 inch, whichever is larger, shall be provided. The reinforcing fillet weld need not be grounded.
c. When backing bar is other than AWS Table 3.1 and Section 5.2.2 approved base metal is used, the following shall apply:
   i. Ceramic, flux or glass tape may be used provided the manufacture's recommendations are followed.
   ii. When a non-metallic backing bar is used, the WPS and the Welder shall be qualified using the type of backing bar intended for welding.
   iii. Nonferrous metallic (e.g. copper) backing materials are not permitted.

**4. Weld Tab**
a. Weld tabs shall be aligned parallel to the joint preparation.
b. No weld dams are allowed.
c. Weld tabs shall extend beyond the edge of the joint a minimum distance equal to the part thickness, but not less than one inch.
d. Weld tab shall be removed upon completion of the welded joint as follows:
   i. No more than 1/8 inch beyond the edge of the joint shall remain, except at continuity plate where up to 1/4 inch is acceptable.
   ii. Edges of the weld tab shall be finished to a surface roughness value of 500 micro inch or better. Grinding to a flush condition is not required.

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8466 f 310.578.8477
MayesOffice.com

LFA
Labib Funk + Associates
Structural | Civil | EBM
319 Main St.
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17292

BLUE JAY WAY

TYPICAL MOMENT FRAME NOTES

ISSUE AND REVISION
07.26.2019 PERMIT RE-SUBMISSION
08.23.2018 PC SUBMITTAL
11.12.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY: M.R.
CHECKED BY: M.D.
SCALE: AS INDICATED
SHEET NO:
S1.06b

## Table 6. STRUCTURAL OBSERVATION CHECKLIST

| STRUCTURAL OBSERVATION PROGRAM (Steel Moment Frame for Seismic Application) |
|---|
| ☒ Orientation and placement of connected components. |
| ☒ Removal of backing bars, as required on the plans. |
| ☒ Removal of runoff tabs, as required on the plans. |
| ☒ Presence of continuity plates, as required on the plans. |
| ☒ Presence of doubler plates, as required on the plans. |
| ☒ Configuration and finish of weld access holes, if applicable. |
| ☒ Contour of RBS profile, if applicable. |
| ☒ Verify that no welded attachments occur in the plastic hinging region. |
| ☒ Review NDT and deputy inspection reports for general compliance. |

NOTES:
1. Weld qualities shall be verified by the Deputy Inspector.
2. The structural observations listed in this Table are in addition to the structural observations that may be required on the structural plans.

**CONTINUED FROM SHEET 1**

e. Gouges and notches are not permitted. The transitional slope of any area where gouges and notches have been removed shall not exceed 1:5.
f. Material removed by grinding that extends more than 1/16 inch below the surface of the base metal shall be filled with weld metal. The contour of the weld at the ends shall provide a smooth transition, free of notches and sharp corners.

**5. Continuity Plate**
a. Continuity plates shall be detailed as illustrated in Detail 11 on Sheet 3.
b. The weld attaching the continuity plate to the column flange shall be as follows:
   i. Use a CJP groove weld for the full length of the groove preparation.
   ii. When backing bars are omitted, the root shall be backgouged and back welded.
   iii. When backing bars are used and remain in place, backing bars shall be attached to the column flanges with a reinforcing fillet weld.
   iv. Fillet weld shall not be used to connect backing bars to continuity plates.
   v. The fillet weld size need not exceed the minimum size requirements of AWS Table 5.8.
c. Weld terminations near the end of the column flange tips may be completed using weld tabs as follows:
   i. Weld tabs may be steel or nonfusible material.
   ii. Weld terminations near the radius of the column need not be made using weld tabs. The use of small nonfusible weld tabs to assist in weld terminations is permitted.
   iii. Weld tabs shall be removed following completion of welding.
d. Continuity plates may be welded to the column web with groove welds, fillet welds, or a combination of the two. Fillet welds shall terminate a minimum distance of 1/4 inch from each end of the joint.

**6. Doubler Plate**
Web doubler plates, as illustrated in Detail 2, 3, or 4 on Sheet 3, shall be welded using either Detail 5, 6, or 7 on Sheet 3.

**7. Requirements for "k" Area**
Welds shall terminate short of the "k" area for continuity plates as illustrated in Detail 11 on Sheet 3.

**VII. EXEMPTIONS**

1. Reduction from certain quality assurance components of this Standard QA Plan, as listed in Part VII Item 2, are permitted for the following buildings or structures:
   a. One or two family dwellings not more than 1 story in height and 2,500 sf of floor area,
   b. Buildings or structures accessory to residential uses (such as carport, storage, garage), and
   c. Miscellaneous structures (such as walkway, canopy, patio cover, gazebo, storage rack).
2. Buildings or structures, as listed in Part VII Item 1, are exempt from providing the following quality assurance components:
   a. Electrode Storage and Atmospheric Exposure, Part IV Item 5(f) and 5(g).
   b. Plastic Hinging Zone Protection, Part IV Item 6.
   c. Additional CVN Notch Toughness Testing, Part IV Item 7.
   d. Non-Destructive Testing, Part IV Item 8.
   e. Preheat and Interpass Temperature, Part V Item 4.
   f. Post Weld Heat Treatment, Part V Item 5.

## Table 5. PREQUALIFIED WPS REQUIREMENTS (1, 2, 3)

| VARIABLE | POSITION OF WELD | WELD TYPE | SMAW | FCAW |
|---|---|---|---|---|
| Maximum Electrode Diameter | Flat (F) | Fillet (4) | 5/16 in. | 1/8 in. |
| | | Groove (4) | 1/4 in. | |
| | | Root Pass | 3/16 in. | |
| | Horizontal (H) | Fillet | 1/4 in. | 1/8 in. |
| | | Groove | 3/16 in. | |
| | Vertical (V) | All | 3/16 in. | 3/32 in. |
| | Overhead (OH) | All | 3/16 in. | 5/64 in. |
| Maximum Current | All | Fillet | Within the range of recommended operation by the filler metal manufacturer and a WPS approved by engineer of record. | Within the range of recommended operation by the filler metal manufacturer and a WPS approved by engineer of record. |
| | All | Groove weld root pass with opening | | |
| | | Groove weld root pass without opening | | |
| | | Groove weld fill passes | | |
| | | Groove weld cap pass | | |
| Maximum Root Pass Thickness (5) | Flat (F) | All | 3/8 in. | 3/8 in. |
| | Horizontal (H) | | 5/16 in. | 5/16 in. |
| | Vertical (V) | | 1/2 in. | 1/2 in. |
| | Overhead (OH) | | 5/16 in. | 5/16 in. |
| Maximum Fill Pass Thickness | All | All | 3/16 in. | 1/4 in. |
| Maximum Single Pass Fillet Weld Size | Flat (F) | Fillet | 3/8 in. | 1/2 in. |
| | Horizontal (H) | | 5/16 in. | 3/8 in. |
| | Vertical (V) | | 1/2 in. | 1/2 in. |
| | Overhead (OH) | | 5/16 in. | 5/16 in. |
| Maximum Single Pass Layer Width | All | Root opening >1/2 in. | Not applicable. | Split layers |
| | | Any layer of width w | | (6) |

NOTES:
1. Applicable provisions of AWS D1.1/D1.1M:2002 Section 3 "Prequalification of WPSs" must be maintained for prequalified status of SMAW and FCAW WPSs.
2. Refer to Detail 13 on Sheet 3 for diagram of weld pass sequence.
3. Adapted with permission from the AWS D1.1 Committee on Structural Welding, Structural Welding Code - Steel, AWS D1.1/D1.1M: 2002, Miami: American Welding Society, Table 3.7.
4. Except root passes.
5. See AWS D1.1/D1.1M:2002, Section 3.7.2, for width-to-depth limitations.
6. In the F, H, or OH positions for nontubulars, split layers when the layer width w > 5/8 inch. In the V position for nontubulars or the 5G or 6G for tubulars, split layers when the width w > 1 inch.

## Table 7. PREQUALIFIED BASE METAL - FILLER METAL COMBINATIONS FOR MATCHING STRENGTH (1, 2, 3, 4)

| BASE METAL | | FILLER METAL | | |
|---|---|---|---|---|
| Group | Steel Specification | Welding Process | AWS Electrode Specification | Electrode Classification |
| I | ASTM A36 < 3/4 in. | SMAW | A5.1 | E70XX |
| | | | A5.5 (6) | E70XX-X |
| | | FCAW | A5.20 (5) | E70XT-X, E7XT-XM |
| | | | A5.29 (6) | E70XTX-X, E7XTX-XM |
| II | ASTM A36 > 3/4 in.<br>ASTM A572 Grade 50<br>ASTM A913 Grade 50<br>ASTM A992 | SMAW | A5.1 | E7015, E7016, E7018, E7028 |
| | | | A5.5 (6) | E70XX-X |
| | | FCAW | A5.20 (5) | E70XT-X, E7XT-XM |
| | | | A5.29 (6) | E70XTX-X, E7XTX-XM |

| RELATIONSHIP | BASE METAL(S) | FILLER METAL STRENGTH RELATIONSHIP REQUIRED |
|---|---|---|
| Matching | Any steel to itself or any steel to another in the same group | Any filler metal listed in the same group |
| | Any steel in one group to any steel in another | Any filler metal listed for a lower strength group [SMAW electrodes shall be the low-hydrogen classification] |
| Under-Matching | Any steel to any steel to any group | |

NOTES:
1. The base metal/filler metal strength relationships above shall be used to determine whether matching or under-matching filler metals are required. Refer to AWS D1.1/D1.1M:2002, Section 3.3.
2. Preheating of joints involving base metals of different groups shall be in conformance with the requirements applicable to the higher strength group.
3. When welds are to be stress-relieved, the deposited weld metal shall not exceed 0.05 percent vanadium.
4. Adapted with permission from the AWS D1.1 Committee on Structural Welding, Structural Welding Code - Steel, AWS D1.1/D1.1M: 2002, Miami: American Welding Society, Table 3.1.
5. FCAW electrodes with the -2, -2M, -3, -4, -7, -10, -11, -13, -14, G, -GS suffix shall be excluded and electrodes with the -11 suffix shall be excluded for thicknesses greater than 1/2 in.
6. Filler metals of alloy group B3, B3L, B4, B4L, B5, B5L, B6, B6L, B7, B7L, B8, B8L, B9, or any BXH grade in AWS A5.5 or A5.29 are not prequalified for use in the as-weld condition.

## Table 1. REPORTS TO BE SUBMITTED TO THE CITY BUILDING INSPECTOR

| | PREPARED BY | TYPE OF REPORT |
|---|---|---|
| 1. | Structural Observer(s) | Structural Observation Reports |
| 2. | Deputy Inspector(s) | Deputy Inspection Reports |
| 3. | NDT Technician(s) | Non-Destructive Testing Reports |

## Table 2. NON-DESTRUCTIVE TEST LOCATIONS

| | REQUIRED LOCATIONS | OMF | IMF | SMF |
|---|---|---|---|---|
| 1. | **CJP Groove Weld**<br>Ultrasonic test shall be performed on all CJP groove welds in materials 5/16 inch (8 mm) thick or greater. In addition, magnetic particle test shall be performed on all beam-to-column CJP groove welds. | B | A | A |
| 2. | **"k" Area**<br>When welding of doubler plates, continuity plates, or stiffeners has been performed in the k-area, the web shall be tested for cracks using magnetic particle testing. The magnetic particle test area shall include the k-area base metal within 3 in. (75 mm) of the weld. | C | B | B |
| 3. | **Beam Cope and Access Hole**<br>At welded splices and connections, thermally cut surfaces of beam copes and access holes shall be tested using magnetic particle testing, when the flange thickness exceeds 1-1/2 in. (38 mm) for rolled shapes. | C | B | B |
| 4. | **Reduced Beam Section Repair**<br>Magnetic particle testing shall be performed on any weld and adjacent area of the RBS plastic hinge region that has been repaired by welding, or on the base metal of the RBS plastic hinge region if a sharp notch has been removed by grinding. | B | B | A |
| 5. | **Base Metal Lamellar Tearing and Laminations at CJP Groove Weld**<br>Base metal thicker than 1-1/2 in. (38 mm) shall be ultrasonically tested for discontinuities behind and adjacent to the fusion line when the base metal is loaded in tension in the through thickness direction in tee and corner joints and the connected material is greater than 3/4 in. (19 mm). Any base metal discontinuities found within t/4 of the steel surface shall be accepted or rejected on the basis of criteria of AWS D1.1 Table 6.2, where t is the thickness of the part subjected to the through-thickness strain. | B | B | A |
| 6. | **End of Weld at Weld Tab Removal Site**<br>Magnetic particle testing shall be performed on the end of welds from which the weld tabs have been removed, except for continuity plate weld tabs. | C | B | B |
| 7. | **PJP Groove Weld**<br>Ultrasonic testing shall be performed on PJP groove welds used in column splices with an effective throat of 3/4 in. (19.1 mm) thick or greater. | C | B | A |

NOTE: A, B, and C are the frequencies of non-destructive tests listed in Table 3.

## Table 3. NON-DESTRUCTIVE TEST FREQUENCY

| | Frequency Designation | | |
|---|---|---|---|
| | A | B | C |
| **Ultrasonic Testing (UT)** | 100% of joints | 50% of joints | 25% of joints |
| **Magnetic Particle Testing (MT)** | 50% of joints | 25% of joints | Not Required |

NOTES:
1. Refer to Table 2 for locations of non-destructive testing.
2. Rate of non-destructive testing may be reduced as permitted in Sheet 1, Part IV, Item 8(d).

## Table 4. PREQUALIFIED MINIMUM PREHEAT AND INTERPASS TEMPERATURE

| STEEL SPECIFICATION | WELDING PROCESS | THICKNESS OF THICKEST PART AT POINT OF WELDING (in.) | MINIMUM PREHEAT AND INTERPASS |
|---|---|---|---|
| ASTM A36<br>ASTM A572 Grade 50<br>ASTM A913 Grade 50<br>ASTM A992 | SMAW with low-hydrogen electrodes, FCAW | 1/8 to 3/4 incl. | 32 |
| | | Over 3/4 to 1-1/2 incl. | 50 |
| | | Over 1-1/2 to 2-1/2 incl. | 150 |
| | | Over 2-1/2 | 225 |

NOTES:
1. Surfaces to be welded and surfaces adjacent to welds shall be free of moisture pursuant to AWS D1.1/D1.1M:2002 Section 5.15. Use a higher preheat temperature from this Table to remove moisture.
2. Adapted with permission from the AWS D1.1 Committee on Structural Welding, Structural Welding Code - Steel, AWS D1.1/D1.1M: 2002, Miami: American Welding Society, Table 3.2.

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8468 f 310.578.8477
MayesOffice.com

Labib Funk + Associates
Structural | Civil | EBM
319 Main St.
El Segundo, California 90245
JLA Job #17292

TYPICAL MOMENT FRAME NOTES

BLUE JAY WAY

ISSUE AND REVISION
07.26.2018 PERMIT RE-SUBMISSION
08.23.2018 PC SUBMITTAL
11.12.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY: M.R.
CHECKED BY: M.D.
SCALE: AS INDICATED
SHEET NO:
S1.06c

## Typical Sheet 3 Notes

**TYPICAL SHEET 3 GENERAL NOTES:**

1. The illustrative details provided herein are intended to highlight the minimum fabrication and welding details that should be reflected on the structural plan. It shall not be used as a substitute for or in lieu of structural details that the Engineer or Architect of Record must provide on the structural plan.
2. The illustrative details does not provide information such as, but not limited to, size of columns or beams, continuity or doubler plate thicknesses, size and length of the fillet welds, the type of beam to column moment connections, steel column frame to foundation connections, or length and location of plastic hinging zones. This information shall be determined by the Engineer or Architect of Record and specified on the structural plan.
3. Where the illustrative details provide information such as weld type to use at a particular weld joint, minimum or maximum dimensions for length, weld size, or gap between base metals, it should be appropriately reflected on the structural plan by the Engineer or Architect of Record.

## Detail 16 — Plug Welding of Doubler Plate to Column (Scale: Not to Scale)




Note:
This detail is intended to illustrate plug welding of doubler plate to column web, when required.

*(refer to AWS D1.1/D1.1M:2002 Section 2.3.5, 2.9, and 3.10 for minimum plug weld requirements)*

## Detail 12 — Weld Access Hole Detail (Scale: Not to Scale)




Notes:
1. Bevel as required by a selected AWS prequalified CJP groove welded joint detail.
2. Larger of $t_{bf}$ or 1/2" (plus 1/2 $t_{bf}$, or minus 1/4 $t_{bf}$).
3. 3/4 $t_{bf}$ to $t_{bf}$, 3/4" minimum (± 1/4")
4. 3/8" minimum radius (plus not limited, or minus 0).
5. 3 $t_{bf}$ (± 1/2")
6. Tolerances shall not accumulate to the extent that the angle of the access hole cut to the flange surface exceeds 25°.
7. Weld access hole shall be ground smooth to a surface roughness value not to exceed 500 micro inch; and shall be free of notches and gouges.

*(from FEMA 350 "Recommended Seismic Design Criteria for New Steel Moment Frame Building" Figure 3-5)*

## Detail 8 — Doubler Plate Welds to Continuity Plate (Scale: Not to Scale)




## Detail 4 — Web Doubler Plate Detail (Scale: Not to Scale)




Plug welding if required by AISC Seismic Provisions, Section 9.3, 10.3, or 11.3. Detail as illustrate in Detail 16.

Note:
This detail is intended to illustrate doubler plate connection to column. Top and bottom of doubler plate terminates at the continuity plates.

*(Refer to commentary C9.3 from the 2002 AISC Seismic Provisions, "For Structural Steel Buildings")*

## Detail 1 — Sample Steel Moment Frame (Scale: Not to Scale)




Note:
This detail is for illustrative purpose only. Refer to the structural plans for actual frame connections and details.

## Detail 13 — Weld Pass Sequence (Scale: Not to Scale)




Notes:
1. For maximum fill pass thickness, see Table 5 on Sheet 2.
2. For moment connection at bottom beam flange to column flange, the maximum root pass thickness shall not exceed 1/4" per Part V, Item 1. For welded connection at all other locations, see Table 5 on Sheet 2 for maximum root pass thickness.
3. Root Opening, R, and Groove Angle, α, shall be per selected AWS prequalified CJP groove welded joint detail.
4. Welding pass numbers are shown diagrammatically to indicate sequence. Quantity of passes may vary due to depth and/or position of weld. This figure is intended to illustrate recommended welding sequence for FCAW and SMAW welding process only.

## Detail 9 — Doubler Plate Welds to Continuity Plate (Scale: Not to Scale)




## Detail 5 — Groove Welded Doubler Plate (Scale: Not to Scale)






Note:
1. A square-edge plate and square groove weld between doubler plate and column is not permitted.
2. Doubler plate Fy shall have the same as the column Fy.

*(Refer to Figure C-I-9.3 from the 2002 AISC Seismic Provisions, "For Structural Steel Buildings")*

## Detail 14 — AWS Prequalified CJP Groove Welded Joint Detail (Scale: Not to Scale)

| TOLERANCES | |
|---|---|
| As Detailed | As Fit-Up |
| R = +1/16, -0 | +1/4, -1/16 |
| α = +10°, -0° | +10°, -5° |




| Welding Process | Joint Designation | Base Metal Thickness (U = unlimited) $T_1$ | $T_2$ | Groove Preparation Root Opening | Groove Angle | Allowed Welding Positions | Gas Shielding for FCAW |
|---|---|---|---|---|---|---|---|
| SMAW | TC-U4a | U | U | R = 1/4 | α = 45° | All | - |
| | | | | R = 3/8 | α = 30° | F, V, OH | - |
| FCAW | TC-U4a-GF | U | U | R = 3/16 | α = 30° | All | Required |
| | | | | R = 3/8 | α = 30° | F | Not required |
| | | | | R = 1/4 | α = 45° | All | Not required |

Notes:
1. Groove welds in corner and T-joints of cyclically loaded structures shall be reinforced with fillet welds equal to $T_1$ /4, but need not exceed 3/8 inch.
2. For corner joints, the outside groove preparation may be in either or both members, provided the basic groove configuration is not changed and adequate edge distance is maintained to support the welding operations without excessive edge melting.
3. Adapted with permission from the AWS D1.1 Committee on Structural Welding, Structural Welding Code - Steel, AWS D1.1/D1.1M: 2002, Miami: American Welding Society, Figure 3.4 pg. 92 (top left).

## Detail 10 — Doubler Plate Welds to Continuity Plate (Scale: Not to Scale)




## Detail 6 — Fillet Welded Doubler Plate (Scale: Not to Scale)






Notes:
1. The plate shall be chamfered to miss the radius of the column.
2. The fillet weld, in both throat and leg size shall be equal to or larger than the chamfer dimensions used for the plate.
3. Double plate Fy shall have the same as the column Fy.

*(Refer to Figure C-I-9.3 from the 2002 AISC Seismic Provisions, "For Structural Steel Buildings")*

## Detail 2 — Web Doubler Plate Detail (Scale: Not to Scale)




Note:
This detail is intended to illustrate doubler plate connection to column web. Doubler plate extend beyond continuity plate a distance not less than min. 2.5 $k_{col}$.

*(Refer to commentary C9.3 from the 2002 AISC Seismic Provisions, "For Structural Steel Buildings")*

## Detail 15 — Warning Sign at Plastic Hinging Zone (Scale: Not to Scale)

**BEFORE**




**WARNING SIGN**

"It is PROHIBITED to attach and to cause penetration or damage to the plastic hinging zones of steel moment-frames. These PROHIBITED conditions include bolts, holes, screws, shot pins, welds and tack welds (permanent or temporary). Failure to comply with these requirements may cause the replacement of steel."

DO NOT MOVE OR REMOVE THIS SIGN

**AFTER**




Notes:
1. This detail is intended to illustrate the location of the "Warning Sign" at the plastic hinging zone.
2. "Warning Sign" shall be provided as required by Part IV Item 6 on Sheet 1.
3. Length of the plastic hinging zone shall be a min. of 2 x beam depth, unless noted otherwise on the structural plans.

## Detail 11 — Continuity Plate Detail (Scale: Not to Scale)




Note:
Continuity plate shall have a thickness greater than or equal to the beam flange or beam flange connection plate.

*(from FEMA 350 "Recommended Seismic Design Criteria for New Steel Moment Frame Building" Figure 3-6)*

## Detail 7 — Groove or Fillet Welded Doubler Plate (Scale: Not to Scale)







Notes:
1. Pair of plates shall be of equal thickness, t.
2. Plates shall be equally spaced apart from column web, but not less than min. $k_{col}$ + 1 1/2"
3. Double plate Fy shall have the same as the column Fy.

*(Refer to Figure C-I-9.3 from the 2002 AISC Seismic Provisions, "For Structural Steel Buildings")*

## Detail 3 — Web Doubler Plate Detail (Scale: Not to Scale)




Note:
This detail is intended to illustrate doubler plate connection to column. Doubler plate extend between the top and bottom of the continuity plates.

*(Refer to commentary C9.3 from the 2002 AISC Seismic Provisions, "For Structural Steel Buildings")*

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8486 f 310.578.8477
MayesOffice.com

LABIB FUNK + ASSOCIATES
Structural | Civil | EBM
319 Main Street
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17202

BLUE JAY WAY

TYPICAL MOMENT FRAME DETAILS

ISSUE AND REVISION:
07.26.2018 PERMIT RESUBMISSION
08.23.2018 PC SUBMITTAL
11.12.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY: M.R.
CHECKED BY: M.D.
SCALE: AS INDICATED
SHEET NO:
**S1.06d**


FOUNDATION PLAN
S2.00
Lower Level
1/8" = 1'-0"
SYMBOLS - FOUNDATION
PLAN NOTES - SHEETS AND GENERAL:
PLAN NOTES - FOUNDATION:
PRIMARY ANCHOR
EQUIPMENT PLATFORM BELOW, SEE PARTIAL PLAN




1 S2.00A **HSS EQUIPMENT PLATFORM PARTIAL PLAN**
1/4" = 1'-0"

## PLAN NOTES - SHEETS AND GENERAL:

101. GENERAL NOTES AND TYPICAL DETAILS SHEETS: SEE S0.01 THRU S1.16 SHEETS. GENERAL NOTES & TYPICAL DETAILS APPLY TO ALL PARTS OF THE WORK EXCEPT WHERE SPECIFICALLY DETAILED OR U.N.O. ON THE FLOOR PLANS AND PLAN NOTES
102. VERIFY ALL DIMENSIONS, ELEVATIONS, SLAB EDGES, SLAB DEPRESSIONS, SLAB OPENINGS, CURBS, FOOTING, PENETRATIONS, WALL OPENINGS WITH ARCHITECTURAL, MECHANICAL, PLUMBING, ELECTRICAL & CIVIL DRAWINGS.
103. FOR ALL DIMENSIONS & ROOF SLOPES S.A.D.
104. NON-BEARING WALLS SHOWN FOR ILLUSTRATIVE PURPOSES ONLY. FOR NON-BEARING WALL LOCATIONS S.A.D.

## PLAN NOTES - FOUNDATION:

201. ALL GRADING & FOUNDATION WORK MUST BE OBSERVED AND APPROVED BY THE PROJECT GEOTECHNICAL ENGINEER PRIOR TO PLACEMENT OF STEEL REINFORCEMENT AND POURING CONCRETE.
202. U.N.O. TOP OF CONCRETE PILES ELEVATION SHALL BE 3'-0" BELOW THE TOP OF THE LOWEST SLAB DIRECTLY ABOVE THE PILE. FOR TOP OF SLAB ELEVATION S.A.D.
204. PER SOILS REPORT THE RECOMMENDED BEARING MATERIAL IS BEDROCK.
206. ALL FOOTINGS SHALL BE THICKENED AS REQUIRED TO ACHIEVE A MINIMUM OF 12" EMBEDMENT INTO RECOMMENDED BEARING MATERIAL PER SOILS REPORT. UNLESS NOTED OTHERWISE MINIMUM THICKNESS SHALL BE 18". FOOTING THICKNESS SHOWN ON PLAN IS APPROXIMATE. CONTRACTOR TO VERIFY IN FIELD BASED ON ACTUAL DEPTH OF RECOMMENDED BEARING MATERIAL. NOTIFY ENGINEER IF ACTUAL FIELD CONDITIONS DIFFER. STEP FOOTINGS AND GRADE BEAMS PER TYPICAL DETAILS AS REQUIRED.
206. THICKNESS SHALL BE 18". FOOTING THICKNESS SHOWN ON PLAN IS APPROXIMATE. CONTRACTOR TO VERIFY IN FIELD BASED ON ACTUAL DEPTH OF RECOMMENDED BEARING MATERIAL. NOTIFY ENGINEER IF ACTUAL FIELD CONDITIONS DIFFER, STEP FOOTINGS AND GRADE BEAMS PER TYPICAL DETAILS AS REQUIRED.
207. U.N.O. TOP OF CONCRETE GRADE BEAMS & TOP OF CONC. FOOTING ELEVATION SHALL BE 12" BELOW THE TOP OF THE LOWEST SLAB DIRECTLY ABOVE THE FOOTING. FOR TOP OF SLAB ELEVATION SEE ARCH'L DRAWINGS.
208. ALL HOLDOWN HARDWARE IS TO BE SECURED IN PLACE PRIOR TO FOUNDATION INSPECTION. HOLDOWNS SHALL BE RE-TIGHTENED JUST PRIOR TO COVERING THE WALL FRAMING PLATE WASHERS ARE REQUIRED FOR ALL HOLDOWNS.
209. FOR SLAB ON GRADE SUB-GRADE PREPARATION SEE SOILS REPORT.
210. FOR VAPOR BARRIER AT INTERIOR SPACES S.A.D. SPECIFICATIONS/DRAWINGS.
211. CONCRETE SLAB ON GRADE: 4" THICK, REINFORCED WITH #4 BARS AT 16"
212. PER SOIL REPORT, RETAINING WALLS MUST BE PROVIDED WITH A SUBDRAIN. SEE SOILS REPORT FOR MORE DETAILS.
213. THE PERIMETER WALLS ARE NOT TO BE BACKFILLED UNTIL THE FLOOR SLABS ARE POURED AND CURED.

## SYMBOLS - FOUNDATION

- INDICATES CHANGE IN FLOOR ELEVATION
- INDICATES EXTENT OF WOOD JOIST
- INDICATES CONC SLAB TYPE PER S3.21, TYP
- INDICATES STEEL COLUMN
- P-### — INDICATES PILE SECTION TYPE PER SCHED ON S4.01
- X'-X" — INDICATES REQ'D EMBEDMENT INTO BEARING MATERIAL. BEARING MATERIALS IS AS SPECIFIED ON SOILS REPORT
- X'-X" — INDICATES APPROXIMATE TOTAL LENGTH OF PILE. CONTRACTOR TO VERIFY IN FIELD BASED ON ACTUAL FILL DEPTH. NOTIFY ENGINEER IF ACTUAL FIELD CONDITIONS ARE DIFFERENT.
- GB-# — INDICATES CONCRETE GRADE BEAM PER SCHEDULE ON 3/S4.01
- S—S — INDICATES STEPPED GRADE BEAM PER 14/S1.02a
- INDICATES CONCRETE WALL BOUNDARY ELEMENT PER 2&3/S3.01

## LEGEND

- INDICATES CHANGE IN FLOOR ELEVATION
- S-X — INDICATES CONC. SLAB TYPE PER S3.21, TYP.
- INDICATES STEEL COLUMN
- P-X — INDICATES PILE TYPE PER SCHEDULE ON S4.01
- X'-X" — INDICATES PILE EMBEDMENT INTO BEDROCK
- X'-X" — INDICATES ESTIMATED TOTAL PILE LENGTH, CONTRACTOR TO VERIFY IN FIELD BASED ON ACTUAL BEDROCK DEPTH AND HILLSIDE CODE DAYLIGHT REQUIREMENTS OF 40'-0", NOTIFY ENGINEER IF ACTUAL FILED CONDITIONS ARE DIFFERENT.
- GB# — INDICATES GRADE BEAM PER SCHEDULE ON 3/S4.01
- INDICATES CONCRETE WALL BOUNDARY ELEMENT PER 2/S3.01
- INDICATES STEPPED GRADE BEAM PER 14/S1.02a

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8488 f 310.578.8477
MayesOffice.com

LFA
Labib Funk + Associates
Structural | Civil | EBM
319 Main Street
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17262

BLUE JAY WAY
HSS EQUIPMENT PLATFORM PARTIAL PLAN

ISSUE AND REVISION
07.26.2018 PERMIT REVISION
08.23.2018 PC SUBMITTAL
11.12.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY:
CHECKED BY:
SCALE: As indicated
SHEET NO:
**S2.00A**




1 Upper Level
S2.01 1/8" = 1'-0"

PLAN NOTES - SHEETS AND GENERAL:

101. GENERAL NOTES AND TYPICAL DETAILS SHEETS: SEE S0.01 THRU S1.16 SHEETS. GENERAL NOTES & TYPICAL DETAILS APPLY TO ALL PARTS OF THE WORK EXCEPT WHERE SPECIFICALLY DETAILED OR U.N.O. ON THE FLOOR PLANS AND PLAN NOTES

102. VERIFY ALL DIMENSIONS, ELEVATIONS, SLAB EDGES, SLAB DEPRESSIONS, SLAB OPENINGS, CURBS, FOOTING, PENETRATIONS, WALL OPENINGS WITH ARCHITECTURAL, MECHANICAL, PLUMBING, ELECTRICAL & CIVIL DRAWINGS.

103. FOR ALL DIMENSIONS & ROOF SLOPES S.A.D.

104. NON-BEARING WALLS SHOWN FOR ILLUSTRATIVE PURPOSES ONLY. FOR NON-BEARING WALL LOCATIONS S.A.D.

PLAN NOTES - CONCRETE:

401. THE PERIMETER WALLS ARE NOT TO BE BACKFILLED UNTIL THE FLOOR SLABS ARE POURED AND CURED.

402. FOR CONCRETE SLAB DETAILS, SEE SHEET S3.21.

403. ALL HOLDOWN AND TIEDOWN HARDWARE IS TO BE SECURED IN PLACE PRIOR TO CONCRETE SLAB INSPECTION. HOLDOWNS SHALL BE RE-TIGHTENED JUST PRIOR TO COVERING THE WALL FRAMING.

404. CAMBER:

A. PROVIDE CAMBERS AS SHOWN ON THE FLOOR PLAN

B. CONTRACTOR SHALL SURVEY TOP ELEVATION OF ALL CAMBERED SLABS AS FOLLOWS:

- WITHIN 24 HRS AFTER CAMBERED SLABS ARE POURED AND BEFORE SHORING IS REMOVED BELOW SUBJECT SLAB
- WITHIN 24 HRS AFTER FORMWORK SHORING IS REMOVED AND RE-SHORING BELOW SUBJECT SLAB IS INSTALLED
- WITHIN 24 HRS AFTER ALL RE-SHORING BELOW SUBJECT SLAB IS REMOVED
- 7 DAYS AFTER ALL RE-SHORING BELOW SUBJECT SLAB IS REMOVED

405. MAX ALLOWABLE WEIGHT OF TREES AND PLANTER OVER DECK = 32,000#

SYMBOLS - CONCRETE

- INDICATES CHANGE IN FLOOR ELEVATION
- INDICATES CONCRETE WALL
- INDICATES CONCRETE WALL BELOW
- INDICATES BEARING CMU WALL
- INDICATES NON LOAD BEARING CMU WALL
- INDICATES CMU WALL BELOW
- INDICATES CONCRETE COLUMN BELOW

- CB-X: INDICATES CONCRETE BEAM PER 1/S3.20
- INDICATES OPENING IN DIAPHRAGM/SLAB
- INDICATES DECK BELOW
- INDICATES STEEL COLUMN
- INDICATES DRAG BEAM CONNECTION PER TYP. DETAIL
- INDICATES RIGID STEEL BEAM CONN. PER TYP. DETAIL
- INDICATES MOMENT FRAME CONNECTION

JOIST SCHEDULE

| MARK | JOIST TYPE AND SPACING | NOTES |
|---|---|---|
| FJ-1 | 14" TJI360 @ 16" O.C.OR<br>11 7/8" TJI360 @ 12' O.C. | - |
| FJ-2 | 14" TJI360 @ 12" O.C, 3 PILES OR<br>11 7/8" TJI360 @ 12" O.C. 3 PILES | - |
| RJ-1 | 11 7/8" TJI360 @ 16" O.C. | - |
| RJ-2 | 9 1/2" TJI360 @ B16" O.C. | - |

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8488 f 310.578.8477
MayesOffice.com

LFA
Labib Funk + Associates
Structural | Civil | EBM
319 Main Street
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17262

BLUE JAY WAY

UPPER LEVEL FRAMING PLAN

REGISTERED PROFESSIONAL ENGINEER
YOUHANNA LABIB
No. 4549
STRUCTURAL
STATE OF CALIFORNIA

ISSUE AND DATE:
1 07.06.2018 PERMIT REVISION
2 08.23.2018 PC SUBMITTAL
3 11.12.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY:
CHECKED BY:
SCALE: 1/8" = 1'-0"
SHEET NO:
S2.01




PLAN NOTES – SHEETS AND GENERAL:

101. GENERAL NOTES AND TYPICAL DETAILS SHEETS: SEE S0.01 THRU S1.16 SHEETS. GENERAL NOTES & TYPICAL DETAILS APPLY TO ALL PARTS OF THE WORK EXCEPT WHERE SPECIFICALLY DETAILED OR U.N.O. ON THE FLOOR PLANS AND PLAN NOTES

102. VERIFY ALL DIMENSIONS, ELEVATIONS, SLAB EDGES, SLAB DEPRESSIONS, SLAB OPENINGS, CURBS, FOOTING, PENETRATIONS, WALL OPENINGS WITH ARCHITECTURAL, MECHANICAL, PLUMBING, ELECTRICAL & CIVIL DRAWINGS.

103. FOR ALL DIMENSIONS & ROOF SLOPES S.A.D.

104. NON-BEARING WALLS SHOWN FOR ILLUSTRATIVE PURPOSES ONLY. FOR NON-BEARING WALL LOCATIONS S.A.D.

PLAN NOTES – ADDITIONAL REBAR:

501. FOR ADDITIONAL NOTES, SYMBOLS, AND INFORMATION, SEE THE RESPECTIVE FRAMING PLAN.

502. REINFORCING SHOWN ON THIS PLAN IS IN ADDITION TO TYPICAL SLAB REINFORCING SHOWN ON THE RESPECTIVE FRAMING PLAN.

503. FOR ARRANGEMENT AND DETAILING OF REBAR SEE "CONCRETE SLAB TYPICAL DETAILS"

SYMBOLS – ADDITIONAL REBAR

C.S. INDICATES COLUMN STRIP

M.S. INDICATES MIDDLE STRIP

ADD X-#X (T) INDICATES TOP BARS IN ADDITION TO TYP. REINF.

ADD X-#X (B) INDICATES TOP BARS IN ADDITION TO TYP. REINF.



UPPER LEVEL ADDITIONAL REINF PLAN - EAST-WEST
Scale: 1/8" = 1'-0"

PLAN NOTES – SHEETS AND GENERAL:

101. GENERAL NOTES AND TYPICAL DETAILS SHEETS: SEE S0.01 THRU S1.16 SHEETS. GENERAL NOTES & TYPICAL DETAILS APPLY TO ALL PARTS OF THE WORK EXCEPT WHERE SPECIFICALLY DETAILED OR U.N.O. ON THE FLOOR PLANS AND PLAN NOTES

102. VERIFY ALL DIMENSIONS, ELEVATIONS, SLAB EDGES, SLAB DEPRESSIONS, SLAB OPENINGS, CURBS, FOOTING, PENETRATIONS, WALL OPENINGS WITH ARCHITECTURAL, MECHANICAL, PLUMBING, ELECTRICAL & CIVIL DRAWINGS.

103. FOR ALL DIMENSIONS & ROOF SLOPES S.A.D.

104. NON-BEARING WALLS SHOWN FOR ILLUSTRATIVE PURPOSES ONLY. FOR NON-BEARING WALL LOCATIONS S.A.D.

PLAN NOTES – ADDITIONAL REBAR:

501. FOR ADDITIONAL NOTES, SYMBOLS, AND INFORMATION, SEE THE RESPECTIVE FRAMING PLAN.

502. REINFORCING SHOWN ON THIS PLAN IS IN ADDITION TO TYPICAL SLAB REINFORCING SHOWN ON THE RESPECTIVE FRAMING PLAN.

503. FOR ARRANGEMENT AND DETAILING OF REBAR SEE "CONCRETE SLAB TYPICAL DETAILS"

SYMBOLS – ADDITIONAL REBAR

| | |
|---|---|
| C.S. | INDICATES COLUMN STRIP |
| M.S. | INDICATES MIDDLE STRIP |
| ADD X-#X (T) | INDICATES TOP BARS IN ADDITION TO TYP. REINF. |
| ADD X-#X (B) | INDICATES TOP BARS IN ADDITION TO TYP. REINF. |

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
310.578.8488 f 310.578.8477
MayesOffice.com

LFA
Labib Funk + Associates
Structural | Civil | EBM
319 Main Street
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17292

BLUE JAY WAY

UPPER LEVEL ADDITIONAL REINF PLAN - EAST-WEST

ISSUE AND DATE
07.26.2018 PERMIT REVISION
08.23.2018 PC SUBMITTAL
11.12.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY:
CHECKED BY:
SCALE:
SHEET NO:
**S2.01b**

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8488 f 310.578.8477
MayesOffice.com

LFA Labib Funk + Associates
Structural | Civil | EBM
319 Main Street
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17262




PLAN NOTES - SHEETS AND GENERAL:

101. GENERAL NOTES AND TYPICAL DETAILS SHEETS: SEE S0.01 THRU S1.16 SHEETS. GENERAL NOTES & TYPICAL DETAILS APPLY TO ALL PARTS OF THE WORK EXCEPT WHERE SPECIFICALLY DETAILED OR U.N.O. ON THE FLOOR PLANS AND PLAN NOTES

102. VERIFY ALL DIMENSIONS, ELEVATIONS, SLAB EDGES, SLAB DEPRESSIONS, SLAB OPENINGS, CURBS, FOOTING, PENETRATIONS, WALL OPENINGS WITH ARCHITECTURAL, MECHANICAL, PLUMBING, ELECTRICAL & CIVIL DRAWINGS.

103. FOR ALL DIMENSIONS & ROOF SLOPES S.A.D.

104. NON-BEARING WALLS SHOWN FOR ILLUSTRATIVE PURPOSES ONLY. FOR NON-BEARING WALL LOCATIONS S.A.D.

PLAN NOTES - CONCRETE:

401. THE PERIMETER WALLS ARE NOT TO BE BACKFILLED UNTIL THE FLOOR SLABS ARE POURED AND CURED.

402. FOR CONCRETE SLAB DETAILS, SEE SHEET S3.21.

403. ALL HOLDOWN AND TIEDOWN HARDWARE IS TO BE SECURED IN PLACE PRIOR TO CONCRETE SLAB INSPECTION. HOLDOWNS SHALL BE RE-TIGHTENED JUST PRIOR TO COVERING THE WALL FRAMING.

404. CAMBER:
A. PROVIDE CAMBERS AS SHOWN ON THE FLOOR PLAN
B. CONTRACTOR SHALL SURVEY TOP ELEVATION OF ALL CAMBERED SLABS AS FOLLOWS:
- WITHIN 24 HRS AFTER CAMBERED SLABS ARE POURED AND BEFORE SHORING IS REMOVED BELOW SUBJECT SLAB
- WITHIN 24 HRS AFTER FORMWORK SHORING IS REMOVED AND RE-SHORING BELOW SUBJECT SLAB IS INSTALLED
- WITHIN 24 HRS AFTER ALL RE-SHORING BELOW SUBJECT SLAB IS REMOVED
- 7 DAYS AFTER ALL RE-SHORING BELOW SUBJECT SLAB IS REMOVED

405. MAX ALLOWABLE WEIGHT OF TREES AND PLANTER OVER DECK = 32,000#

SYMBOLS - CONCRETE
- INDICATES CHANGE IN FLOOR ELEVATION
- INDICATES CONCRETE WALL
- INDICATES CONCRETE WALL BELOW
- INDICATES BEARING CMU WALL
- INDICATES NON LOAD BEARING CMU WALL
- INDICATES CMU WALL BELOW
- INDICATES CONCRETE COLUMN BELOW

- CB-X: INDICATES CONCRETE BEAM PER 1/S3.20
- INDICATES OPENING IN DIAPHRAGM/SLAB
- INDICATES DECK BELOW
- INDICATES STEEL COLUMN
- INDICATES DRAG BEAM CONNECTION PER TYP. DETAIL
- INDICATES RIGID STEEL BEAM CONN. PER TYP. DETAIL
- INDICATES MOMENT FRAME CONNECTION

JOIST SCHEDULE

| MARK | JOIST TYPE AND SPACING | NOTES |
|---|---|---|
| FJ-1 | 14" TJI360 @ 16" O.C.OR<br>11 7/8" TJI360 @ 12' O.C. | - |
| FJ-2 | 14" TJI360 @ 12" O.C. 3 PILES OR<br>11 7/8" TJI360 @ 12" O.C. 3 PILES | - |
| RJ-1 | 11 7/8" TJI360 @ 16" O.C. | - |
| RJ-2 | 9 1/2" TJI360 @ B16" O.C. | - |

ISSUE AND DATE:
1 07.26.2018 PERMIT REVISION
2 08.23.2018 PC SUBMITTAL
3 11.12.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY:
CHECKED BY:
SCALE: 1/8" = 1'-0"
SHEET NO:
S2.02




1 T.O. ROOF
S2.03 1/8" = 1'-0"

PLAN NOTES - SHEETS AND GENERAL:

101. GENERAL NOTES AND TYPICAL DETAILS SHEETS: SEE S0.01 THRU S1.16 SHEETS. GENERAL NOTES & TYPICAL DETAILS APPLY TO ALL PARTS OF THE WORK EXCEPT WHERE SPECIFICALLY DETAILED OR U.N.O. ON THE FLOOR PLANS AND PLAN NOTES

102. VERIFY ALL DIMENSIONS, ELEVATIONS, SLAB EDGES, SLAB DEPRESSIONS, SLAB OPENINGS, CURBS, FOOTING, PENETRATIONS, WALL OPENINGS WITH ARCHITECTURAL, MECHANICAL, PLUMBING, ELECTRICAL & CIVIL DRAWINGS.

103. FOR ALL DIMENSIONS & ROOF SLOPES S.A.D.

104. NON-BEARING WALLS SHOWN FOR ILLUSTRATIVE PURPOSES ONLY. FOR NON-BEARING WALL LOCATIONS S.A.D.

PLAN NOTES - CONCRETE:

401. THE PERIMETER WALLS ARE NOT TO BE BACKFILLED UNTIL THE FLOOR SLABS ARE POURED AND CURED.

402. FOR CONCRETE SLAB DETAILS, SEE SHEET S3.21.

403. ALL HOLDOWN AND TIEDOWN HARDWARE IS TO BE SECURED IN PLACE PRIOR TO CONCRETE SLAB INSPECTION. HOLDOWNS SHALL BE RE-TIGHTENED JUST PRIOR TO COVERING THE WALL FRAMING.

404. CAMBER:
A. PROVIDE CAMBERS AS SHOWN ON THE FLOOR PLAN
B. CONTRACTOR SHALL SURVEY TOP ELEVATION OF ALL CAMBERED SLABS AS FOLLOWS:
- WITHIN 24 HRS AFTER CAMBERED SLABS ARE POURED AND BEFORE SHORING IS REMOVED BELOW SUBJECT SLAB
- WITHIN 24 HRS AFTER FORMWORK SHORING IS REMOVED AND RE-SHORING BELOW SUBJECT SLAB IS INSTALLED
- WITHIN 24 HRS AFTER ALL RE-SHORING BELOW SUBJECT SLAB IS REMOVED
- 7 DAYS AFTER ALL RE-SHORING BELOW SUBJECT SLAB IS REMOVED

405. MAX ALLOWABLE WEIGHT OF TREES AND PLANTER OVER DECK = 32,000#

SYMBOLS - CONCRETE
- INDICATES CHANGE IN FLOOR ELEVATION
- INDICATES CONCRETE WALL
- INDICATES CONCRETE WALL BELOW
- INDICATES BEARING CMU WALL
- INDICATES NON LOAD BEARING CMU WALL
- INDICATES CMU WALL BELOW
- INDICATES CONCRETE COLUMN BELOW

- CB-X INDICATES CONCRETE BEAM PER 1/S3.20
- INDICATES OPENING IN DIAPHRAGM/SLAB
- INDICATES DECK BELOW
- INDICATES STEEL COLUMN
- INDICATES DRAG BEAM CONNECTION PER TYP. DETAIL
- INDICATES RIGID STEEL BEAM CONN. PER TYP. DETAIL
- INDICATES MOMENT FRAME CONNECTION

JOIST SCHEDULE

| MARK | JOIST TYPE AND SPACING | NOTES |
|---|---|---|
| FJ-1 | 14" TJI360 @ 16" O.C.OR 11 7/8" TJI360 @ 12' O.C. | - |
| FJ-2 | 14" TJI360 @ 12" O.C. 3 PILES OR 11 7/8" TJI360 @ 12" O.C. 3 PILES | - |
| RJ-1 | 11 7/8" TJI360 @ 16" O.C. | - |
| RJ-2 | 9 1/2" TJI360 @ B16" O.C. | - |

MayesOffice
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8488 f 310.578.8477
MayesOffice.com

Labib Funk + Associates
Structural | Civil | EBM
319 Main St.
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17262

BLUE JAY WAY

ROOF AND TRELLIS FRAMING PLAN

ISSUE AND DATE
07.26.2018 PERMIT REVISION
08.23.2018 PC SUBMITTAL
11.12.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY:
CHECKED BY:
SCALE: 1/8" = 1'-0"
SHEET NO:
S2.03




4 SECTION 1
S3.01 1" = 1'-0"




5 SECTION 2
S3.01 1" = 1'-0"




RETAINING WALL SCHEDULE

| MAX RETAINED HEIGHT "H" | STEM "T" | STEM "A" | STEM "B" | FOOTING "W" | FOOTING "H" | FOOTING "D" | FOOTING "M" | FOOTING "N" |
|---|---|---|---|---|---|---|---|---|
| 4'-0" | 8" | #4 @ 12"O.C. | #4 @ 12"O.C. | 2'-3" | 10" | 12" | - | (3) #4 |
| 7'-0" | 8" | #5 @ 12"O.C. | #4 @ 12"O.C. | 4'-0" | 1'-8" | 16" | - | (4) #5 |
| 10'-0" | 10" | #7 @ 12"O.C. | #4 @ 12"O.C. | 7'-0" | 4'-0" | 18" | #6@16" | (7) #5 |

1 RETAINIING WALL ON SHALLOW FTG
S3.01 1" = 1'-0"




2 BOUNDARY ELEMENT DETAIL
S3.01 1" = 1'-0"

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8488 f 310.578.8477
MayesOffice.com

LFA
Labib Funk + Associates
Structural | Civil | EBM
319 Main St
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17262

BLUE JAY WAY

CONCRETE DETAILS

ISSUE AND DATE
07.26.2018 PERMIT REVISION
08.23.2018 PC SUBMITTAL
11.12.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY:
CHECKED BY:
SCALE: 1" = 1'-0"
SHEET NO:
S3.01


WALL SECTIONS
S3.10
1 WALL SECTION @ GL H 1/2" = 1'-0"
2 POOL SECTION 1/2" = 1'-0"
3 MOMENT FRAME ELEVATION 1/8" = 1'-0"
4 SPA SECTION 1/2" = 1'-0"
5 PLANTER SECTION 1/2" = 1'-0"
6 SECTION 1" = 1'-0"
7 SECTION 1" = 1'-0"
8 GRADE BEAM SECTION 1" = 1'-0"
T.O. ROOF
UPPER LEVEL
LOWER LEVEL
SLOPE VARIES SEE ARCHITECTURAL
HSS POST PER PLAN
BEAM PER PLAN
CONC. SHEAR WALL PER PLAN
GRADE BEAM PER PLAN
PILE PER PLAN
8" POOL WALL W/ #6 @ 12" O.C., E.W.
POOL SLOPED SLAB PER PLAN
SLAB & REINF. PER PLAN
SLAB STEP REINF TO MATCH SLAB
NEW FILL
GRADE BEAMS PER PLAN
PILES PER PLAN
SPA SLAB PER PLAN
8" PLANTER WALL W/ #6 @ 12" O.C., E.W.
SLAB PER PLAN
STAIR ON GRADE SEE 8/S3.10
PLAIN DOWEL @ 12"O.C. GREASE STRAIGHT SIDE
W16X50
W16X45
CONC. SLAB PER PLAN
GRADE BEAMS PER PLAN, TYP.
PILES PER PLAN, TYP.
CONC. WALL SEE PLAN
2-WAY CONC. SLAB PER PLAN
DOWELS W/ CLASS 'A' SPLICE
GRADE BEAM PER PLAN STEP AS REQ'D

BLUE JAY WAY

WALL SECTIONS

S3.11










BLUE JAY WAY
WALL SECTIONS
S3.12
UPPER LEVEL
LOWER LEVEL
BEAM PER PLAN
STEEL BEAM TO EMBED. PL IN CONC. WALL PER TYP. DETAILS
#8 @ 9" O.C. (V)
27" THICK CONC. RETAINING WALL
#4 SHEAR TIES @ 4" O.C. EA. HORIZ. BAR, ALT.
2" TALL x1" WIDE CONC KEY
CLASS "B" SPLICE @ FLOOR LEVEL
#4 @ 6" O.C. E.F. (H)
S.O.G. PER PLAN
4 #6 CONT
CLASS "B" SPLICE @ MID-HEIGHT
#6 @ 12" (V)
#10 @ 4" O.C. (V)
#6 @ 12" O.C. (V)
DRAINAGE PER CIVIL
12'-0"
10'-0"
3'-0"
CANTILEVER RETAINING WALL PER SCHEDULE S3.01
S.O.G. PER TYP. DETAILS
WALL SECTION @ GL H
1/2" = 1'-0"

DETAILS

SHEET NO.: S3.20

SCALE: 1" = 1'-0"

## CONCRETE BEAM SCHEDULE

| MARK | WIDTH | DEPTH | SUPPORT LEFT | SUPPORT RIGHT | STIRRUPS LEFT | STIRRUPS MIDDLE | STIRRUPS RIGHT | REMARKS |
|---|---|---|---|---|---|---|---|---|
| CB-1 | 24" | 18" | SEE DETAIL 5/- | SEE DETAIL 5/- | SEE DETAIL 5/- | SEE DETAIL 5/- | SEE DETAIL 5/- | |
| CB-2 | 24" | 24" | 4 #7 (T) | 3 #7 (B) | #4@10" O.C. | #4@10" O.C. | #4@10" O.C. | |

1 CONCRETE BEAM SCHEDULE S3.20 NTS






| MARK | DEPTH | SUPPORT LEFT | SUPPORT RIGHT |
|---|---|---|---|
| S-1 | 10" | #5@12" OC (T) / #5@12" OC (B) | |
| S-2 | 10" | #6@12" OC (T) / #8@12" OC (B) | |
| S-3 | 10" | #5@12" OC (T) / #7@12" OC (B) | |

NOTE: SPLICE TOP BARS OVER SUPPORTS WHERE SLAB IS CONTINUOUS.

## CONC. PILE SCHEDULE

| PILE TYPE | DIAMETER | LONGITUDINAL REBARS | "Z" | TIES @ "A" | TIES @ "B" |
|---|---|---|---|---|---|
| P1 | 36" | 32-#11 | 15'-0" | 3 LEGS #4 @ 3"O.C. | #4 @ 12" O.C. |
| P2 | 36" | 20-#10 | 15'-0" | 3 LEGS #4 @ 3" O.C. | #4 @ 12" O.C. |
| P3 | 24" | 8-#8 | 10'-0" | #4 @ 3" O.C. | #4 @ 9" O.C. |

IF DIMENSION "A" EQUALS OR EXCEEDS THE TOTAL PILE LENGTH, THEN PROVIDE TIES PER "A".




1 S4.01 **PILE SCHEDULE**
1" = 1'-0"




5 S4.01 **GRADE BEAM @ SLAB STEP**
1" = 1'-0"




NOTE:
FOR NUMBER OF REBAR AND REBAR SIZE SEE PLANS.
REBARS SHOWN ON THIS SKETCH ARE FOR REFERENCE ONLY.

2 S4.01 **TOP OF CONCRETE PILE DETAIL**
1" = 1'-0"

## CONCRETE GRADE BEAM SCHEDULE

| MARK | WIDTH | DEPTH | ℄ SUPPORT LEFT — SUPPORT RIGHT ℄ | STIRRUPS LEFT | STIRRUPS MIDDLE | STIRRUPS RIGHT | REMARKS |
|---|---|---|---|---|---|---|---|
| GB-1 | 36" | 18" | 5 #6 (T)<br>5 #6 (B) | #4 @6" O.C. | #4 @9" O.C. | #4 @6" O.C. | |
| GB-2 | 24" | 24" | 5 #8 (T)<br>5 #10 (B) | #4@10" O.C. | #4@10" O.C. | #4@10" O.C. | |
| GB-3 | 24" | 24" | 4 #7 (T)<br>4 #7 (B) | #4@10" O.C. | #4@10" O.C. | #4@10" O.C. | |

3 S4.01 **CONCRETE GRADE BEAM SCHEDULE**
1" = 1'-0"

MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t 310.578.8488 f 310.578.8477
MayesOffice.com

LA Labib Funk + Associates
Structural | Civil | EBM
319 Main Street
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17262

DETAILS

ISSUE AND DATE
07.26.2018 PERMIT REVISION
08.23.2018 PC SUBMITTAL
11.12.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY:
CHECKED BY:
SCALE: 1" = 1'-0"
SHEET NO:
**S4.01**


DETAILS
S4.02
1 BASEMENT WALL FOOTING 1" = 1'-0"
2 TYP. OMF HSS BASE CONNECTION 1" = 1'-0"
3 DETAIL 1 1/2" = 1'-0"
4 ATRIUM STAIR BASE 1" = 1'-0"
5 ATRIUM STAIR LANDING 1" = 1'-0"
6 DETAIL 1" = 1'-0"
8 STAIR DETAILS 1" = 1'-0"
TREAD SECTION
TREAD PLAN VIEW



STAIR SECTION
S4.03
CONCRETE STAIR SECTION
NTS
STAIR SECTION
1/2" = 1'-0"
SECTION
1" = 1'-0"
STAIR SECTION
1/4" = 1'-0"
TYP CONCRETE STAIR DETAIL
NTS
STAIR @ 1ST FLOOR SLAB
NTS
STAIR @ DECK
NTS




MAYES OFFICE
1201 Montana Ave. #202
Santa Monica, CA 90403
t:310.578.8488 f:310.578.8477
MayesOffice.com

LFA
Labib Funk + Associates
Structural | Civil | EBM
319 Main Street
El Segundo, California 90245
t: 213/ 239 9700
f: 213/ 239 9699
JLA Job #17262

BLUE YAY WAY
DETAILS

ISSUE AND DATE
07.26.2018 PERMIT REVISION
08.23.2018 PC SUBMITTAL
11.12.2018 PC SUBMITTAL
03.27.2023 CODE UPDATE

PROJECT NO:
DRAWN BY:
CHECKED BY:
SCALE: As indicated
SHEET NO:
S5.10


TYPICAL MOMENT FRAME DETAILS
BLUE JAY WAY
S6.00
DETAIL
SCALE: N.T.S.
INSET DETAIL
DECK CONNECTION IN UTILITY AREA @ PILE
SCALE: N.T.S.
DECK CONNECTION IN UTILITY AREA @ WALL
SCALE: N.T.S.
STEEL RAIL TO CONC. SLAB (TOP)
SCALE: N.T.S.
STEEL RAIL TO STEEL BEAM
SCALE: N.T.S.
GLASS RAIL TO STEEL BEAM
SCALE: N.T.S.
GLASS RAIL TO CONC. SLAB (TOP)
SCALE: N.T.S.
GLASS RAIL TO CONC. SLAB (SIDE)
SCALE: N.T.S.


MayesOffice.com
BLUE JAY WAY
MOMENT FRAME ELEVATION
S6.01
MOMENT FRAME ELEVATION
1/4" = 1'-0"
OMF @ DECK DIAPHRAGM PLAN VIEW
1/4" = 1'-0"
W12x50 OMF HI
W12X30
HSS6x4x3/8
W16X89
HSS5x10x3/8
HSS5X10X3/8
SKYLIGHT
CONCRETE RETAINING WALL @ GRIDLINE 1
T.O. Main Roof
T.O. Garage Roof
Street Level



















# EXHIBIT C

| | Capital | Loan | Total |
|---|---|---|---|
| HS Blue Jay Way, LLC | 1,156,458.00 | 2,425,279.50 | 3,581,737.50 |
| ERW One Thousand, LLC | 1,156,457.28 | 2,112,033.88 | 3,268,491.16 |
| Gregg Fienberg/66 Degrees | 500,000.00 | | 500,000.00 |
| 180 PCH, LLC | | 80,418.50 | 80,418.50 |
| Green Acres, LLC | | 32,500.00 | 32,500.00 |
| **Total** | **2,812,915.28** | **4,650,231.88** | **7,463,147.16** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Elkins Kalt Weintraub Reuben Gartside LLP, 10345 W. Olympic Blvd., Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*):

**DEBTOR'S MOTION FOR ORDER APPROVING BIDDING PROCEDURES FOR THE SALE OF THE DEBTOR'S REAL PROPERTY; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF HUSHMAND SOHAILI**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 4, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- United States Trustee (ND), ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 4, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 4, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDEX OVERNIGHT MAIL**

Hon. Ronald A. Clifford III
United States Bankruptcy Court
Central District of California
1415 State Street, Suite 233 / Courtroom 201
Santa Barbara, California 93101-2511

United States Trustee (ND)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 4, 2023 | Cecilia G. Avila | /s/ Cecilia G. Avila |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**2. TO BE SERVED BY UNITED STATES MAIL (Contd.):**

Los Angeles County Tax Collector
500 W Temple Street
Los Angeles, CA 90012

180 PCH LLC
6320 Canoga Ave
Suite 1700
Woodland Hills, CA 91367

Green Acres LLC
29138 Pacific Coast Hwy 775
Malibu, CA 90265

City of Los Angeles
200 N Main Street
Room 1240
Los Angeles, CA 90012

Cohen Williams LLP
724 S Spring Street
9th Floor
Los Angeles, CA 90014

ECAMSECURE
3400 E Airport Way
Long Beach, CA 90806

Golden Seven Trucking, Inc
33014 Malinta Ave
Acton, CA 93510

Grover-Hollingsworth & Associates Inc
31129 Via Colinas
Suite 707
Westlake Village, CA 91362

Harrison Design
6430 W Sunset Blvd
Suite 1506
Los Angeles, CA 90028

HUB International Insurance Services Inc
3660 Wilshire Blvd Unit 424
Los Angeles, CA 90010

John S Moreiko
c/o Lenders TD Service Inc
2422 Avenida De La Carlotta Suite 280
Laguna Beach, CA 92653

Robert Cohen
Trustee
333 N La Peer Dr
Beverly Hills, CA 90211

Blue Jay 180, LLC
c/o Ronald N. Richards
PO Box 11480
Beverly Hills, CA 90213

Diana Torres-Brito
Prober & Raphael ALC
20750 Ventura Blvd Suite 100
Woodland Hills, CA 91364

John Labib Structural Engineers LLP
319 Main St
El Segundo, CA 90245

Leon Krous Drilling Inc.
9300 Borden Avenue
Sun Valley, CA 91352

Peak Surveys
2488 Townsgate Rd Unit D
Westlake Village, CA 91361

Sami Hayek LLC
9663 Santa Monica Blvd
Suite 909
Beverly Hills, CA 90210

SPF Architects
8609 Washington Blvd
Culver City, CA 90232

WREG LLC
PO Box 6528
Malibu, CA 90264

HS Blue Jay Way LLC
c/o Paracorp Incorporated
2804 Gateway Oaks Dr
Sacramento, CA 95833

1966 BJW LLC
c/o Paracorp Incorporated
2804 Gateway Oaks Dr
Sacramento, CA 95833