ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
*rzur@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Debtor-in-Possession
S&W Blue Jay Way, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>S&W BLUE JAY WAY, LLC,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 9:23-bk-10672-RC<br><br>Chapter 11<br><br>**DECLARATION OF RICHARD WEINTRAUB IN SUPPORT OF DEBTOR'S REPLY TO CLAIM NO. 2-1 OF BLUE JAY 180, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY**<br><br>**<u>Hearing</u>:**<br>Date: May 8, 2025<br>Time: 9:00 a.m.<br>Place: Courtroom 201<br>1415 State Street<br>Santa Barbara, CA 93101<br><br>Hon. Ronald A. Clifford III |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

**DECLARATION OF RICHARD WEINTRAUB**

1. I am a managing member of 1966 BJW, LLC, a managing member of S&W Blue Jay Way, LLC (the "Debtor" or "Reorganized Debtor"). Unless otherwise noted, I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters stated herein.

2. I have been involved in the project concerning the real property located at 1633 Blue Jay Way, Los Angeles, CA 90069 (the "Blue Jay Property") from the time that Hushmand Sohaili and I decided to purchase the Blue Jay Property (in early 2013) through the present.

3. Neither I nor Mr. Sohaili proposed the interest rate on the February 2013 loan (the "Loan") made by the Cohen Family Trust Dated March 13, 1986 as Restated December 31, 2005 (the "Cohen Trust") to the Debtor. Mr. Sohaili told me that the Cohen Trust required a 12% interest rate but agreed not to require personal guaranties. At all times, I was aware of, reviewed, and approved all terms of the Loan and the Debtor's Operating Agreement.

4. The Debtor was not represented by counsel in connection with the BJ Loan and the Debtor's Operating Agreement. The law firm Akin Gump Strauss Hauer & Feld ("Akin Gump") represented Mr. Sohaili and his entity, and attorney Rahsaana Allen represented my entity and me.

5. At the time of the making of the Loan, Mr. Sohaili told me that he was obtaining t a conflict waiver from Robert Cohen that advises him to seek the advice of his own counsel regarding the Loan. I received a copy of the conflict waiver prepared by Akin Gump and that was transmitted to Robert Cohen. I understood that document was advising Robert Cohen as trustee of the Cohen Trust to seek independent counsel for the Cohen Trust and not to rely on Mr. Sohaili for advice in connection with the Loan. I had no reason to believe that Robert Cohen – i.e., someone with a high level of business sophistication and experience as a developer given the size, complexity and magnitude of the transactions in which he was involved – did not know what a conflict waiver meant. (I regularly receive and sign similar conflict waivers and know in signing such that I cannot rely on my counsel to advise me of such issues like usury, and that instead, I need to get my own lawyer.) I also understood that by seeking advice from attorney Ezra Cohen, Robert Cohen understood the Cohen Trust needed its own counsel

6. I understood that the Cohen Trust would be represented in connection with the transactions by Robert Cohen's nephew, Ezra Cohen, because Mr. Sohaili told me that this is what Robert Cohen had told him. I knew that Mr. Sohaili's colleague, Daniel Shlomi, had sent the loan-related documents to Ezra Cohen for his review. I am not aware of any objections raised by Ezra Cohen or Robert Cohen to the Loan-related documents.

7. I understood that the 12% interest rate reflected in the Loan was demanded by Robert Cohen. Mr. Sohaili and I did not discuss the legality of that interest rate or whether it was considered usurious, and my counsel did not raise any issues with respect to the legality of the interest rate. If Mr. Sohaili had thought the Loan was usurious or that we had a defense to the repayment of the loan, he would have told me as much before he and I approved the terms of the loan transaction.

8. I was present at a meeting with attorney Andrew Kirsh (who was then counsel for the Cohen Trust) in October 2022. Also present at the meeting were Mr. Sohaili and Eleda Cohen, Mr. Cohen's daughter Mr. Sohaili informed Ms. Cohen (who was representing her father at the meeting) that the loan documents had been sent by Daniel Shlomi to Ezra Cohen as the attorney representing the Cohen Trust. Ms. Cohen denied this, and stated that Ezra Cohen did not recall receiving the promissory note. Mr. Sohaili responded that he would ask Mr. Shlomi (who had been the junior associate at Akin Gump during the making of the Loan) to provide a declaration confirming that he sent the promissory note and other loan documents to attorney Ezra Cohen. At a subsequent meeting that I also attended, Ms. Cohen acknowledged that she had checked with Ezra Cohen and that he had confirmed that he received the promissory note but that he understood it was for purposes of reviewing it to determine if Ezra Cohen's father, Joseph Cohen, would participate in the loan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed January 9, 2025, at Malibu, California.

Richard Weintraub

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10345 W. Olympic Blvd., Los Angeles, CA 90064.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF RICHARD WEINTRAUB IN SUPPORT OF DEBTOR'S REPLY TO CLAIM NO. 2-1 OF BLUE JAY 180, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 10, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 10, 2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 10, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**

Honorable Ronald A. Clifford III
United States Bankruptcy Court
Central District of California
1415 State Street, Suite 233 / Courtroom 201
Santa Barbara, California 93101-2511

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 10, 2025 | Lauren B. Wageman | */s/ Lauren B. Wageman* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Anthony Bisconti** tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com
- **Brian David Fittipaldi** brian.fittipaldi@usdoj.gov
- **Chris L Frost** chris@frostllp.com, nicole@frostllp.com;allison@frostllp.com;xiomara@frostllp.com;josh@frostllp.com;zach@frostllp.com
- **Daniel A Lev** daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Lee S Raphael** ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Ronald N Richards** ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **United States Trustee (ND)** ustpregion16.nd.ecf@usdoj.gov
- **Matthew Cave** mcave@kfc.law, mschneider@kfc.law