ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
*rzur@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for S&W Blue Jay Way, LLC

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>S&W BLUE JAY WAY, LLC,<br><br>Reorganized Debtor. | Case No. 9:23-bk-10672-RC<br><br>Chapter 11<br><br>**DECLARATION OF DANIEL SHLOMI** |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

**DECLARATION OF DANIEL SHLOMI**

I, Daniel Shlomi, declare:

1. I am an attorney licensed to practice law in the State of California since December 2011. I am not a party to the above-captioned action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the matters set forth herein.

2. Until March 2022, I was an attorney at the Los Angeles office of Akin Gump Strauss Hauer & Feld LLP ("Akin") for over nine years.

3. During my time at Akin, I worked with Hushmand Sohaili, who was then one of my supervising partners at Akin, on various commercial real estate transactions, including the acquisition, sale, development, and financing of real estate and real estate-based assets.

4. In or about February 2013, a few months after I joined Akin (as a second-year associate), I worked with Mr. Sohaili on a real estate transaction which involved S&W Blue Jay, LLC's ("S&W") (an entity in which I understood Mr. Sohaili's entity owned an interest) acquisition of land and its financing of the purchase (the "Transaction").

5. In connection with the Transaction, S&W would obtain a $2,500,000 loan from the Cohen Family Trust Dated March 13, 1986, as Restated December 31, 2005 (the "Cohen Trust"). In connection with the Transaction, Mr. Sohaili asked me to draft, under his supervision, various documents, including the (1) Promissory Note Secured by Deed of Trust from S&W to the Cohen Trust (the "Promissory Note"), (2) Indemnity Agreement (among Messrs. Sohaili, Weintraub, and Cohen and/or their affiliated entities) and (3) Conflict Waiver addressed to Robert Cohen for Burton Way Hotels, LLC.

6. In connection with the Transaction, I never understood myself, Mr. Sohaili or anyone from Akin to represent Robert Cohen or the Cohen Trust. To the contrary, I recall that Mr. Sohaili had informed me that Robert Cohen told him that Robert Cohen and the Cohen Trust would seek legal advice from Ezra Cohen in connection with various documents executed in connection with the Transaction. I don't recall Ezra Cohen informing me at any time prior to the consummation of the Transaction that he was not providing legal advice to Robert Cohen or the Cohen Trust in

connection with the Transaction.

7. In connection with the consummation of the Transaction, I do not recall having any discussions about usury or the legality of the interest rate reflected in the Promissory Note.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2024, at Los Angeles, California.

______________________
Daniel Shlomi

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 10345 W. Olympic Blvd., Los Angeles, CA 90064.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF DANIEL SHLOMI** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 10, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 10, 2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 10, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**

Honorable Ronald A. Clifford III
United States Bankruptcy Court
Central District of California
1415 State Street, Suite 233 / Courtroom 201
Santa Barbara, California 93101-2511

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 10, 2025 | Lauren B. Wageman | */s/ Lauren B. Wageman* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- **Anthony Bisconti** tbisconti@bklwlaw.com, 7657482420@filings.docketbird.com;docket@bklwlaw.com
- **Brian David Fittipaldi** brian.fittipaldi@usdoj.gov
- **Chris L Frost** chris@frostllp.com, nicole@frostllp.com;allison@frostllp.com;xiomara@frostllp.com;josh@frostllp.com;zach@frostllp.com
- **Daniel A Lev** daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Lee S Raphael** ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Ronald N Richards** ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **United States Trustee (ND)** ustpregion16.nd.ecf@usdoj.gov
- **Matthew Cave** mcave@kfc.law, mschneider@kfc.law