Daniel A. Lev (CA Bar No. 129622)
daniel.lev@gmlaw.com
Greenspoon Marder LLP
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 954.771.9264

Ronald Richards (CA Bar No. 176246)
ron@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone: 310.556.1001
Facsimile: 310.277.3325

Geoffrey Long (CA Bar No. 187429)
glong0607@gmail.com
Law Offices of Geoffrey Long, A.P.C.
1601 N. Sepulveda Boulevard, No. 729
Manhattan Beach, California 90266
Telephone: 310.480.5946
Facsimile: 310.796.5663

Attorneys for Blue Jay 180, LLC

Greenspoon Marder LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 954.771.9264

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>S&W BLUE JAY WAY, LLC,<br><br>Debtor. | Case No. 9:23-bk-10672-RC<br><br>Chapter 11<br><br>**DECLARATION OF RONALD RICHARDS IN SUPPORT OF BLUE JAY 180, LLC'S OPPOSITION TO REORGANIZED DEBTOR'S MOTION FOR SUMMARY JUDGMENT ON OBJECTION TO CLAIM NO. 2-1**<br><br>DATE: May 8, 2025<br>TIME: 9:00 a.m.<br>PLACE: Courtroom "5D" |

I, Ronald Richards, declare and state:

1. I am an attorney duly admitted to practice in all courts in the State of California and in this Court and am also the Manager of Blue Jay 180, LLC, a California limited liability company ("Blue Jay"). Except as otherwise indicated, all statements

contained in this declaration are based upon my personal knowledge, my review of relevant financial documents and books and records, or my opinion based on my experience with Blue Jay's operations. If I were called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth herein based upon my personal knowledge, review of documents, or opinion. I am authorized to submit this declaration on behalf of Blue Jay.

2. This declaration is submitted in support of Blue Jay's opposition to the "Reorganized Debtor's Notice of Motion and Motion for Summary Judgment On Its Objection to Claim No. 2-1 of Blue Jay 180, LLC" (the "Motion") [Docket No. 236] filed by the reorganized debtor S&W Blue Jay Way, LLC (the "Debtor" or "S&W").

3. In my capacity as Manager of Blue Jay, I am familiar with Blue Jay's operations, including its status as a secured creditor of the Debtor's estate. I am familiar with and am the custodian of Blue Jay's books and records as they relate to the Cohen Loan, as that term is defined in the Debtor's Motion, and the real property located at 1627-1633 Blue Jay Way, Los Angeles, California 90069, together with all rights appurtenant thereto (the "Property").

4. Blue Jay is the assignee of the secured debt owed by the Debtor to the Cohen Family Trust Dated March 13, 1986 as Restated December 31, 2005 (the "Cohen Trust") pursuant to the February 26, 2013 Promissory Note Secured by Deed of Trust and May 1, 2017 Amendment to Promissory Note Secured by Deed of Trust.

5. Attached hereto as Exhibit "A" is a true and correct copy of a February 8, 2013 email from Hushmand Sohaili to Robert Cohen and Richard Weintraub produced by Akin Gump Strauss Hauer & Feld LLC ("Akin Gump") and other parties, which has been used in various depositions.

6. Attached hereto as Exhibit "B" is a true and correct copy of the February 21, 2013, conflict waiver letter from Hushmand Sohaili and Akin Gump to Robert Cohen.

Greenspoon Marder LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 954.771.9264

Greenspoon Marder LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 954.771.9264

7. Attached hereto as Exhibit "C" is a true and correct copy of a February 25, 2013, email from Daniel Shlomi of Akin Gump to Shingly Lee, assistant for Robert Cohen, regarding the February 2013 conflict waiver letter produced by Akin Gump and other parties.

8. Attached hereto as Exhibit "D" is a true and correct copy of the Operating Agreement for S&W Blue Jay Way, LLC dated February 25, 2013.

9. Attached hereto as Exhibit "E" is a true and correct copy of the First Amendment to Operating Agreement for S&W Blue Jay Way, LLC dated April 18, 2013.

10. Attached hereto as Exhibit "F" is a true and correct copy of an April 28, 2017 conflict waiver letter from Hushmand Sohaili and Akin Gump to Robert Cohen produced by Akin Gump and other parties.

11. Attached hereto as Exhibit "G" is a true and correct copy of an April 28, 2017 email from Hushmand Sohaili to Robert Cohen transmitting April 28, 2017 conflict waiver produced by Akin Gump and other parties.

12. Attached hereto as Exhibit "H" is a true and correct copy of the Schedule K-1 to Robert & Beverly Cohen for Cohen Trust's 10% profit interest in S&W Blue Jay Way, LLC for the years 2019-2021 produced by the Cohen Trust.

13. Attached hereto as Exhibit "I" is a true and correct copy of Akin Gump's spreadsheet of billing entries to client Robert Cohen produced by Akin Gump in response to the business records subpoena that was issued and served on Akin Gump in this action as set forth in paragraph 16, below.

14. Attached hereto as Exhibit "J" is a true and correct copy of the condensed deposition transcript of Ezra Cohen taken on September 30, 2024, with relevant portions highlighted.

15. Attached hereto as Exhibit "K" is a true and correct copy of the condensed deposition transcript of Michelle Lerman taken on February 28, 2025, with relevant portions highlighted.

16. Attached hereto as Exhibit “L” is a true and correct copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) served on third-party Akin Gump in this action. The documents attached hereto as Exhibit “I” were produced by Akin Gump in response to said subpoena.

17. Attached hereto as Exhibit “M” is a true and correct copy of the Amendment to Promissory Note Secured by Deed of Trust dated May 1, 2017, between the Cohen Trust as lender and Debtor as the borrower.

18. Attached hereto as Exhibit “N” is a true and correct copy of a February 5, 2014 conflict waiver letter from Hushmand Sohaili and Akin Gump to A.C.C. Company, a California General Partnership produced by Akin Gump.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 17, 2025.

Ronald Richards

Ronald Richards

Greenspoon Marder LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 954.771.9264

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is

1875 Century Park East, Suite 1900, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF RONALD RICHARDS IN SUPPORT OF BLUE JAY 180, LLC'S OPPOSITION TO REORGANIZED DEBTOR'S MOTION FOR SUMMARY JUDGMENT ON OBJECTION TO CLAIM NO. 2-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 17, 2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Anthony Bisconti** tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Brian David Fittipaldi** brian.fittipaldi@usdoj.gov
- **Chris L Frost** chris@frostllp.com, nicole@frostllp.com;allison@frostllp.com;xiomara@frostllp.com;josh@frostllp.com;zach@frostllp.com
- **Daniel A Lev** daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Lee S Raphael** ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Ronald N Richards** ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **United States Trustee (ND)** ustpregion16.nd.ecf@usdoj.gov
- **Roye Zur** rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 17, 2025 | Cheryl Caldwell | */s/ Cheryl Caldwell* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |