Daniel A. Lev (CA Bar No. 129622)
daniel.lev@gmlaw.com
Greenspoon Marder LLP
333 South Grand Avenue, Suite 3400
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 954.771.9264

Ronald Richards (CA Bar No. 176246)
ron@ronaldrichards.com
Law Offices of Ronald Richards & Associates, APC
P.O. Box 11480
Beverly Hills, California 90213
Telephone: 310.556.1001
Facsimile: 310.277.3325

Geoffrey Long (CA Bar No. 187429)
glong0607@gmail.com
Law Offices of Geoffrey Long, A.P.C.
1601 N. Sepulveda Boulevard, No. 729
Manhattan Beach, California 90266
Telephone: 310.480.5946
Facsimile: 310.796.5663

Attorneys for Blue Jay 180, LLC

Greenspoon Marder LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 954.771.9264

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION**

In re

S&W BLUE JAY WAY, LLC,

Debtor.

Case No. 9:23-bk-10672-RC

Chapter 11

**DECLARATION OF ERNEST COHEN IN SUPPORT OF BLUE JAY 180, LLC'S REPLY TO REORGANIZED DEBTOR'S OPPOSITION TO BLUE JAY 180, LLC'S MOTION TO CONDITIONALLY WITHDRAW CLAIM NO. 2-1**

DATE: June 25, 2025
TIME: 9:00 a.m.
PLACE: Courtroom "201"

Greenspoon Marder LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 954.771.9264

I, Ernest Cohen, declare and state:

1. I am over the age of eighteen and am submitting this declaration in support of "Blue Jay 180, LLC's Reply to Reorganized Debtor's Opposition to Blue Jay 180, LLC's Motion to Conditionally Withdraw Claim No. 2-1" filed by Blue Jay 180, LLC, a California limited liability company ("Blue Jay") in response to the "Reorganized Debtor's Opposition to Blue Jay 180, LLC's Motion to Conditionally Withdraw Claim No. 2-1; Memorandum of Points and Authorities; Declaration of Roye Zur" (the "Opposition"), filed by the reorganized debtor S&W Blue Jay Way, LLC, a California limited liability company (the "Debtor") in response to the "Notice of Motion and Blue Jay 180, LLC's Motion to Conditionally Withdraw Claim No. 2-1; Memorandum of Points and Authorities; Declaration of Ronald Richards in Support Thereof" filed by Blue Jay. Except as otherwise indicated, all statements contained in this Declaration are based upon my personal knowledge. If I were called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth herein based upon my personal knowledge.

2. I have known Mashid Sohaili ("Mashid") for over 20 years. She and her husband, Hushmand Sohaili ("Hush"), were even at my son's Bar Mitzvah. Mashid owns a limited partnership interest in a company I co-invested in with her. The interest is in her name, "Mashid Sohaili as her sole and separate property." Mashid's husband, Hush, was my father Robert Cohen's former attorney and close family friend. However, despite their longtime friendship and long-standing attorney-client relationship, Hush has acted in a despicable and reprehensible manner regarding the money he borrowed from my father's trust.

3. At no time when Hush was asking for the money for his "spec" home did he ever disclose that the loan he created and documented would later be challenged by him on a "usury" theory. In order to avoid paying my widowed mother the monies she was rightfully due, Hush and the Debtor have created unnecessary litigation costs and have engaged in gross legal chicanery and outright character assassination.

4. I wrote the email to Mashid referred to in the declaration of Roye Zur attached to the Opposition simply to convey my disgust with her husband's deceitful behavior. I did not need or receive any legal advice before emailing Mashid to let her know what has

happened and how Hush's patently dishonest conduct has impacted my family. Mashid was not some random housewife or stranger to me, she has been a long time personal and family friend and business partner. I was hopeful that after she received the email she would be equally disgusted by Hush's attempts to avoid paying my family for the money lent to the company Hush owned with his business partner, Richard Weintraub.

5. The decision to withdraw the claim filed by Blue Jay is based solely upon business reasons as Hush ended up wiping out our junior lien through the confirmed chapter 11 plan. It makes no sense to fund litigation for a bankruptcy claim when the upside is capped and there are other pending actions in state court, including an action against the remaining collateralized asset located in Malibu which was given as additional collateral for my father's trust's loan. Any remaining issues can be presented to the state court in the two actions.

6. Hush has done his best to avoid paying the amounts contractually owed under the loan documents by filing the chapter 11 and then employing wasteful and excessive litigation tactics, including taking the depositions of me and both my sisters.

7. This is a default of a promissory note case. Just yesterday, in an effort to blackmail and extort our family, Hush wrote a threatening email asking us to drop our state court case or else.

8. We will not be intimidated by his threats or attempts to defraud our father from the loan proceeds he gave his friend and attorney in good faith relying on his candor and integrity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 17, 2025.

DocuSigned by:
ERNEST COHEN
3516A83F7B5A40F...
Ernest Cohen

Greenspoon Marder LLP
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 954.771.9264

**DECLARATION VERIFYING SOFTWARE GENERATED SIGNATURE(S)**

*(Attach this declaration immediately after the signature page of any document that is being Filed and that contains a Software Generated Signature, as those terms are defined in LBR 9011-1(b).)*

I, *(print name of declarant)* Ronald Richards, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would testify competently hereto. I am over 18 years of age.

2. I am an attorney admitted to practice in this district, or alternatively I am an attorney who has been granted leave to appear pro hac vice per LBR 2090-1.

3. As set forth in the table below, either–
   a. Oral verification: I have obtained oral verification from the following person(s), whose Software Generated Signature (as defined in LBR 9011-1(b)(4)(B)) appear(s) on the accompanying document, that the signer intended to sign this document electronically, or alternatively
   b. Explanation: I provide the following explanation why no such verification is provided (*e.g.,* that the signer is represented by a different attorney who will provide a separate declaration confirming their client's oral verification):

| | Name of signer | Date of oral* verification | -OR- Explanation why no verification is provided |
|---|---|---|---|
| 1. | Ernest Cohen | 06/18/25 | ☐ See explanation below. |
| 2. | | | ☐ See explanation below. |
| 3. | | | ☐ See explanation below. |
| 4. | | | ☐ See explanation below. |
| 5. | | | ☐ See explanation below. |

Explanation(s) *(if applicable)*:

☐ see attached continuation sheet

*Verification must be oral. For the avoidance of doubt, verification must be oral, and any written verification is insufficient even if it includes a purported holographic signature, so as to protect against persons who might have access to the hardware and software of the alleged signer and could use such access to create (A) false Software Generated Signatures and (B) false images of holographic signatures purporting to verify those electronic signatures. *See* LBR 9011-1(b)(4)(B).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/18/25 | Ronald Richards | Ronald Richards |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1875 Century Park East, Suite 1900, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF ERNEST COHEN IN SUPPORT OF BLUE JAY 180, LLC'S REPLY TO REORGANIZED DEBTOR'S OPPOSITION TO BLUE JAY 180, LLC'S MOTION TO CONDITIONALLY WITHDRAW CLAIM NO. 2-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 18, 2025 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Anthony Bisconti** tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Brian David Fittipaldi** brian.fittipaldi@usdoj.gov
- **Chris L Frost** chris@frostllp.com, nicole@frostllp.com;allison@frostllp.com;xiomara@frostllp.com;josh@frostllp.com;zach@frostllp.com
- **Lauren N Gans** lgans@elkinskalt.com, lmasse@elkinskalt.com
- **Daniel A Lev** daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Lee S Raphael** ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Ronald N Richards** ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **David Tiraturyan** david1@frostllp.com
- **United States Trustee (ND)** ustpregion16.nd.ecf@usdoj.gov
- **Roye Zur** rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _______________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| June 18, 2025 | Cheryl Caldwell | */s/ Cheryl Caldwell* |
| *Date* | *Printed Name* | *Signature* |