ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
ROYE ZUR, State Bar No. 273875
*rzur@elkinskalt.com*
LAUREN GANS State Bar No. 273875
*lgans@elkinskalt.com*
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400
Facsimile: 310.746.4499

Attorneys for Appellant
S&W Blue Jay Way, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>S&W BLUE JAY WAY, LLC,<br><br>Reorganized Debtor. | District Court Case No. 2:25-cv-07479-AH<br><br>Bankr. Case No. 9:23-bk-10672-RC<br><br>Chapter 11<br><br>**APPELLANT'S STATEMENT OF ISSUES ON APPEAL** |

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
Telephone: 310.746.4400 • Facsimile: 310.746.4499

Appellant S&W Blue Jay Way, LLC the reorganized debtor in the above captioned case (the "Debtor" or "Reorganized Debtor") intends to raise the following issues on appeal in connection with its appeal from the *Order Conditionally Granting Blue Jay 180, LLC's Motion to Conditionally Withdraw Claim No. 2-1* (the "Order") entered on July 28, 2025, by the U.S. Bankruptcy Court for the Central District of California, Northern Division:

1. Did the Bankruptcy Court err in determining that the Reorganized Debtor would not suffer legal prejudice if Blue Jay 180, LLC ("BJ180") is permitted to withdraw its claim without prejudice and deprive the Reorganized Debtor of its ability to seek attorneys' fees as a "prevailing party"?

2. Did the Bankruptcy Court err in determining, without evidence, that the Reorganized Debtor did not incur any attorneys' fees and costs in litigating its claim objection with BJ180?

3. Did the Bankruptcy Court err in permitting BJ180 to withdraw its claim without prejudice notwithstanding that it sought to do so in bad faith?

4. Did the Bankruptcy Court err in declining to condition BJ180's withdrawal of its claim on the payment of the Reorganized Debtor's attorneys' fees and costs?

DATED: August 27, 2025

ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP

By: ______________________________
ROYE ZUR
LAUREN N. GANS
Attorneys for Appellant
S&W Blue Jay Way, LLC

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
10345 W. Olympic Blvd., Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): **APPELLANT'S STATEMENT OF ISSUES ON APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 28, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*) August 28, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott C. Clarkson
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

Geoffrey S. Long
Law Offices of Geoffrey Long, A.P.C.
1601 N. Sepulveda Blvd., No. 729
Manhattan Beach, CA 90266

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 28, 2025, served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 28, 2025 | Lauren B. Wageman | */s/ Lauren B. Wageman* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
- **Anthony Bisconti** tbisconti@bklwlaw.com, 1193516420@filings.docketbird.com,docket@bklwlaw.com
- **Brian David Fittipaldi** brian.fittipaldi@usdoj.gov
- **Chris L Frost** chris@frostllp.com, nicole@frostllp.com;allison@frostllp.com;xiomara@frostllp.com;josh@frostllp.com;zach@frostllp.com
- **Lauren N Gans** lgans@elkinskalt.com, lmasse@elkinskalt.com
- **Daniel A Lev** daniel.lev@gmlaw.com, cheryl.caldwell@gmlaw.com;dlev@ecf.courtdrive.com
- **Lee S Raphael** ecfcca@ecf.courtdrive.com, cmartin@pralc.com
- **Ronald N Richards** ron@ronaldrichards.com, 7206828420@filings.docketbird.com
- **David Tiraturyan** david1@frostllp.com
- **United States Trustee (ND)** ustpregion16.nd.ecf@usdoj.gov
- **Roye Zur** rzur@elkinskalt.com, lwageman@elkinskalt.com;1648609420@filings.docketbird.com;rzur@ecf.courtdrive.com;lmasse@elkinskalt.com