FILED & ENTERED

OCT 29 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Spann DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

In re:

S&W Blue Jay Way, LLC

Debtor(s).

Case No.: 9:23-bk-10672-RC

Case No.: 9:26-ap-01037-RC

CHAPTER 11

**ORDER SETTING REORGANIZED DEBTOR'S MOTION TO REOPEN BANKRUPTCY CASE FOR LIMITED PURPOSE FOR HEARING**

Hearing Date, Time and Place:
Date: December 15, 2026
Time: 10:00 a.m.
Courtroom: 5D
411 West Fourth Street
Santa Ana, CA 92701

On October 14, 2026, S&W Blue Jay Way, LLC (the "Debtor") filed that *Notice of Removal of Action Pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027* (the "Notice of Removal"), initiating adversary proceeding 9:26-ap-01037-RC (the "Adversary Proceeding"). *See* Case No. 9:26-ap-01037-RC, Docket No. 1. [FN1] The Notice of Removal removes to this Court an action originally filed in the Superior Court of California, County of Los Angeles (the "State Court"), case number 26SMCV02555 (the "State Court Action"), filed by Blue Jay 180

LLC ("Blue Jay") as against Hushmand Sohaili, Richard Weintraub, 1966 BJW, LLC, HS Blue Jay Way, LLC, ERW One Thousand, LLC, and LVC One Thousand, LLC (collectively, "Defendants"), pursuant to Fed. R. Bankr. P. 9027(a). *See id.* at pp. 12-110.

On October 21, 2016, Defendants filed *Defendants' Notice of Motion and Motion to Dismiss First Amended Complaint* (the "Motion to Dismiss"). *See* Docket No. 4. The Motion to Dismiss sought dismissal of the complaint that forms the basis of the State Court Action pursuant to Fed. R. Bankr. P. 7012. *See id.* The Motion to Dismiss was noticed for hearing on November 18, 2026. *See id.* at p. 2, lines 4-10.

On October 26, 2026, Blue Jay filed that *Notice of Motion and Plaintiff's Motion to Remand or Abstain from Hearing Removed State Court Action* (the "Motion to Remand"). *See* Docket No. 5. The Motion to Remand sought to remand the State Court Action to the State Court pursuant to Fed. R. Bankr. P. 9027(d). The Motion to Remand was noticed for hearing on November 18, 2026. *See id.* at p. 2, lines 4-18.

On October 27, 2026, Blue Jay filed *Plaintiff's Emergency Motion to Continue Motion to Dismiss Complaint from November 18, 2026, to December 9, 2026, Due to Pending Motion to Remand or Abstain from Hearing Removed State Court Action* (the "Motion to Continue"). *See* Docket No. 6. The Motion to Continue essentially sought to stagger the hearings on the Motion to Dismiss and the Motion to Remand, as Blue Jay believes the Motion to Remand would nullify the Court's need to decide the Motion to Dismiss. *See id.* at pp. 2-3. Alongside the Motion to Continue, Blue Jay filed that *Application for Order Setting Hearing on Shortened Notice [LBR 9075-1(b)]* (the "Application"). *See* Docket No. 7.

Outside of the Adversary Proceeding, in the Debtor's main bankruptcy case, on October 27, 2026, the Debtor filed *Reorganized Debtor's Motion to Reopen Bankruptcy Case for Limited Purpose* (the "Motion to Reopen"). *See* Case No. 9:23-bk-10672-RC, Docket No. 420.

The Court orders as follows:

The Court will hold a hearing on the Motion to Reopen and the Motion to Remand on December 15, 2026, at 10:00 a.m., in Courtroom 5D, 411 West Fourth Street, Santa Ana, California 92701. The hearing will be in-person. There will be no remote connection. As to

both the Motion to Reopen and the Motion to Remand, any augmented opposition to either Motion, including declarations and other evidence in support is/are to be filed and served on or before November 20, 2026, and any reply to any augmented opposition is to be filed and served on or before November 30, 2026. Regarding the Motion to Dismiss, the Court will hold a status conference on that Motion on December 15, 2026, at 10:00 a.m. The Court, if necessary, will set a further hearing on the Motion to Dismiss and a briefing schedule at the status conference, if necessary. No status conference report is required prior to the status conference on the Motion to Dismiss.

Thus, the Application is granted, at least in part, in that no opposition will be due on the Motion to Dismiss prior to the December 15, 2026, hearing.

This Order will act as a scheduling order on the Motion to Dismiss, the Motion to Remand, and the Motion to Reopen, and will be filed in both the Adversary Proceeding and the Debtor's main bankruptcy case.

[FN1] All references to the Docket refer to the Docket in the Adversary Proceeding unless otherwise noted.

Date: October 29, 2026

Ronald A. Clifford III
United States Bankruptcy Judge